**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
Kristin Tahler (Bar No. 261908)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3153
Facsimile: (213) 443-3100
kristintahler@quinnemanuel.com

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
Jesse Bernstein (*pro hac vice* forthcoming)
Brenna Nelinson (*pro hac vice* forthcoming)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com

*Attorneys for Defendants*


[Additional counsel listed on signature page]


**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND, on behalf of itself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>　v.<br><br>IRHYTHM TECHNOLOGIES, INC., QUENTIN BLACKFORD, BRICE BOBZIEN, and DOUGLAS DEVINE,<br><br>　　　Defendants. | Case No. 3:24-cv-00706-JSC<br><br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING** |

Plaintiff Glazing Employers and Glaziers' Union Local #27 Pension and Retirement Fund ("Plaintiff"), and Defendants iRhythm Technologies, Inc. ("iRhythm"), Quentin Blackford, Brice Bobzien, and Douglas Devine (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, and subject to this Court's approval, agree and stipulate as follows:

WHEREAS, on February 6, 2024, Plaintiff filed a securities class action complaint against Defendants, asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and Rule 10b-5, promulgated thereunder (the "Complaint");

WHEREAS, on February 8, 2024, iRhythm was served with the summons and Complaint, Dkt. No. 10;

WHEREAS, this securities class action (the "Action") is governed by the statutory provisions set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 *et seq.*, including its procedures for the appointment of lead plaintiff and lead counsel;

WHEREAS, on February 6, 2024, in compliance with the PSLRA, 15 U.S.C. § 78u-4(a)(3)(A)(i), Plaintiff caused notice to be published alerting members of the purported class to the pendency of the Action, Dkt. No. 9;

WHEREAS, pursuant to Section 21D(a)(3)(A) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(A), as amended by the PSLRA, the deadline for members of the purported class to file motions for appointment as lead plaintiff in the Action is April 8, 2024;

WHEREAS, once the lead plaintiff and lead counsel are appointed, the Parties anticipate that the lead plaintiff will file an amended or consolidated complaint, which will become the operative complaint in the Action;

WHEREAS, the Parties anticipate that the lead plaintiff and Defendants will confer regarding a schedule that addresses the timeline for the filing of an amended or consolidated complaint and Defendants' response to that complaint;

WHEREAS, on February 7, 2024 (as amended on February 9, 2024), this Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (the "Case Management Order") requiring that the parties meet and confer regarding certain discovery, dispute resolution, and case

management matters, and file a case management statement pursuant to Rule 26(f) of the Federal Rules of Civil Procedure on May 2, 2024, Dkt. Nos. 5, 8;

WHEREAS, this Court also set an initial case management conference in this Action for May 9, 2024, Dkt. No. 8;

WHEREAS, the PSLRA states that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party," 15 U.S.C. § 78u-4(a)(3)(A);

WHEREAS, counsel for the Parties believe that, in order to conserve the Court's and the Parties' resources, good cause exists to defer Defendants' response to the Complaint until after a lead plaintiff and lead counsel have been appointed and lead plaintiff has filed an amended or consolidated complaint, and to vacate the Case Management Order and associated deadlines, until after Defendants' anticipated motion to dismiss the lead plaintiff's amended or consolidated complaint has been decided; and

WHEREAS, the Parties have not sought any other extensions of time in the Action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

1.      The undersigned counsel for Defendants are authorized and hereby accept service of the summons and the Complaint in the Action on behalf of the Defendants; provided, however, that the acceptance of service and entry into this Stipulation shall not waive, and Defendants expressly preserve, all rights, claims and defenses, other than a defense as to the sufficiency of service of the summons and Complaint and the form of the summons. By entering into this Stipulation, Plaintiff shall not waive, and expressly preserves all rights, claims and defenses.

2.      Defendants are under no current obligation to answer or otherwise respond to the Complaint and, unless otherwise ordered by the Court, Defendants may defer any answer or other response until after an order is entered regarding the Court's appointment of a lead plaintiff and approval of lead plaintiff's selection of lead counsel pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3).

3.      Within fourteen (14) days after the Court's appointment of a lead plaintiff and lead counsel, counsel for Defendants and lead counsel shall confer and submit to the Court a proposed

schedule for the filing of an amended or consolidated complaint and Defendants' response thereto.

4.    The initial case management conference scheduled for May 9, 2024 is adjourned, along with any associated deadlines, until after Defendants' anticipated motion to dismiss the lead plaintiff's amended complaint has been decided and shall be reset on a date the Court determines to be appropriate. The Parties are not required to file a case management statement on May 2, 2024.

Dated: February 29, 2024

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Kristin Tahler*
Kristin Tahler (Bar No. 261908)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3153
Facsimile: (213) 443-3100
kristintahler@quinnemanuel.com

Jesse Bernstein (*pro hac vice* forthcoming)
Brenna Nelinson (*pro hac vice* forthcoming)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com

Christopher Porter (*pro hac vice* forthcoming)
Pennzoil Place
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 221-7000
Facsimile: (713) 221-7100
christopherporter@quinnemanuel.com

*Counsel for Defendants*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, California 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

Hannah Ross
Avi Josefson
Scott R. Foglietta
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
avi@blbglaw.com
scott.foglietta@blbglaw.com

*Counsel for Plaintiff*

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.


DATED:   February 29, 2024

Honorable Jacqueline Scott Corley
United States District Judge