UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLAZING EMPLOYERS AND
GLAZIERS' UNION LOCAL #27 PENSION
AND RETIREMENT FUND          ,

Plaintiff(s),

v.

IRHYTHM TECHNOLOGIES, INC., et al.,

Defendant(s).

Case No. 3:24-cv-706

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Katherine Sinderson          , an active member in good standing of the bar of the State of New York          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing:      Lead Plaintiff          in the above-entitled action. My local co-counsel in this case is Jonathan D. Uslaner          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 256898          .

1251 Avenue of the Americas, 44th Fl.,
New York, NY 10020
MY ADDRESS OF RECORD

2121 Avenue of the Stars, Suite 2575,
Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 554-1392
MY TELEPHONE # OF RECORD

(310) 819-3472
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

KatieM@blbglaw.com
MY EMAIL ADDRESS OF RECORD

JonathanU@blbglaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4503405          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 28, 2024

Katherine Sinderson
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Katherine Sinderson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 29, 2024



UNITED STATES MAGISTRATE JUDGE

GRANTED

Judge Jacqueline Scott Corley

United States District Court
Northern District of California

Updated 11/2021

2