UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLAZING EMPLOYERS AND
GLAZIERS' UNION LOCAL #27 PENSION
AND RETIREMENT FUND               ,

                Plaintiff(s),

        v.

IRHYTHM TECHNOLOGIES, INC., et al.,

                Defendant(s).

Case No. 3:24-cv-706

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Nicole J. Santoro            , an active member in good standing of the bar of

the State of New York          , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing:      Lead Plaintiff            in the

above-entitled action. My local co-counsel in this case is  Jonathan D. Uslaner          , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is:  256898            .

1251 Avenue of the Americas, 44th Fl.,
New York, NY 10020
MY ADDRESS OF RECORD

2121 Avenue of the Stars, Suite 2575,
Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 554-1926
MY TELEPHONE # OF RECORD

(310) 819-3472
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Nicole.Santoro@blbglaw.com
MY EMAIL ADDRESS OF RECORD

JonathanU@blbglaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

        I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is:  6001499       .

        A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

        I have been granted pro hac vice admission by the Court ___0___ times in the 12 months

preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 28, 2024 _____

Nicole J. Santoro _____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nicole J. Santoro _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: \_\_\_\_\_ May 29, 2024 _____

_____

UNITE̶D̶ ̶S̶T̶A̶T̶E̶S̶ ̶M̶A̶G̶I̶S̶T̶R̶ATE JUDGE



United States District Court
Northern District of California
GRANTED
Judge Jacqueline Scott Corley

Updated 11/2021

2