QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kristin N. Tahler (Bar No. 261908)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
kristintahler@quinnemanuel.com

*Attorneys for Defendant iRhythm Technologies,*
*Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN  DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC.,<br><br>    Defendant | Civil Action No.: 3:24-cv-706-JSC<br><br>**[PROPOSED] ORDER GRANTING IRHYTHM'S UNOPPOSED ADMINISTRATIVE MOTION TO SEAL PLAINTIFFS' AMENDED COMPLAINT** |

[PROPOSED] ORDER GRANTING IRHYTHM TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO SEAL

**[PROPOSED] ORDER**

Having considered the Administrative Motion and compelling reasons to seal having been shown, the Court **GRANTS** iRhythm's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portion to be Filed Under Seal | Designating Party | Ruling |
|---|---|---|---|
| Amended Complaint | Highlighted portions of paragraph 135 | iRhythm | |

**IT IS SO ORDERED.**

DATED:    September 3, 2024

_____
HON. JACQUELINE SCOTT CORLEY
United States District Court Judge

1                    Case No. 3:24-cv-706-JSC

[PROPOSED] ORDER GRANTING IRHYTHM TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO SEAL