**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Oklahoma
Firefighters Pension and Retirement System*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 3:24-cv-706-JSC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEADLINES FOR FILING SECOND AMENDED COMPLAINT AND BRIEFING ON ANTICIPATED MOTION TO DISMISS**<br><br>Assigned to: Honorable Jacqueline Scott Corley |

JOINT STIPULATION AND ~~PROPOSED~~ ORDER, Case No. 3:24-cv-00706-JSC

Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff") and Defendants iRhythm Technologies, Inc., ("iRhythm"), Quentin Blackford, Brice Bobzien, Douglas Devine, Mark Day, Chad Patterson, and Mintu Turakhia (collectively, the "Executive Defendants" and together with iRhythm, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on May 29, 2024, the Court issued an Order setting deadlines for Lead Plaintiff's amended complaint and Defendants' anticipated motion to dismiss (ECF No. 31);

**WHEREAS**, on July 19, 2024, Lead Plaintiff filed the amended complaint (ECF No. 36);

**WHEREAS**, iRhythm has recently disclosed additional information that Lead Plaintiff believes is relevant to its claims, including new observations by the FDA;

**WHEREAS**, Lead Plaintiff intends to amend to include, inter alia, the recent disclosures by iRhythm;

**WHEREAS**, Defendants have provided written consent to Lead Plaintiff's filing of a second amended complaint under Rule 15(a)(2) of the Federal Rules of Civil Procedure;

**WHEREAS**, the parties have met and conferred and agreed to a schedule for the filing of a second amended complaint and a briefing schedule for Defendants' anticipated motion to dismiss;

**NOW THEREFORE**, the parties stipulate and agree as follows, through their undersigned counsel, and subject to this Court's approval:

1. Lead Plaintiff shall file the second amended complaint on or before October 11, 2024.

2. Defendants shall respond to the second amended complaint, by filing a motion to dismiss or otherwise, on or before December 10, 2024.

JOINT STIPULATION AND ~~PROPOSED~~
ORDER, Case No. 3:24-cv-00706-JSC    1

3.    If Defendants move to dismiss the second amended complaint, Lead Plaintiff shall file an opposition to such motion on or before January 29, 2025.

4.    Defendants shall file a reply in support of their motion to dismiss on or before March 10, 2025.

**IT IS SO STIPULATED.**

Dated:  September 3, 2024                    Respectfully submitted,

                                            /s/ Katherine M. Sinderson
                                            **BERNSTEIN LITOWITZ BERGER**
                                              **& GROSSMANN LLP**
                                            JOHN J. RIZIO-HAMILTON (*pro hac vice*)
                                            (johnr@blbglaw.com)
                                            KATHERINE M. SINDERSON (*pro hac vice*)
                                            (katiem@blbglaw.com)
                                            THOMAS Z. SPERBER (*pro hac vice*)
                                            (thomas.sperber@blbglaw.com)
                                            NICOLE SANTORO (*pro hac vice*)
                                            (nicole.santoro@blbglaw.com)
                                            1251 Avenue of the Americas
                                            New York, NY 10020
                                            Tel: (212) 554-1400

                                            JONATHAN D. USLANER (Bar No. 256898)
                                            jonathanu@blbglaw.com
                                            2121 Avenue of the Stars, Suite 2575
                                            Los Angeles, CA 90067
                                            Tel: (310) 819-3470

                                            *Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System*

Dated:  September 3, 2024                    /s/ Kristin Tahler
                                            **QUINN EMANUEL URQUHART**
                                            **& SULLIVAN, LLP**

                                            Kristin Tahler (Bar No. 261908)
                                            865 South Figueroa Steet, 10th Floor
                                            Los Angeles, California 90017

Telephone: (213) 443-3153
Facsimile: (213) 443-3100
kristintahler@quinnemanuel.com

Jesse Bernstein (*pro hac vice* forthcoming)
Brenna Nelinson (*pro hac vice* forthcoming)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com

Christopher Porter (*pro hac vice* forthcoming)
Pennzoil Place
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 221-7000
Facsimile: (713) 221-7100
christopherporter@quinnemanuel.com

*Counsel for Defendants*

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED: September 3, 2024        _____
                                Honorable Jacqueline Scott Corley
                                United States District Judge

JOINT STIPULATION AND ~~PROPOSED~~        3
ORDER, Case No. 3:24-cv-00706-JSC