**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Oklahoma
Firefighters Pension and Retirement System*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND, on behalf of itself and all others similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>IRHYTHM TECHNOLOGIES, INC., et al.,<br><br>           Defendants. | Case No. 3:24-cv-706-JSC<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Honorable Jacqueline Scott Corley |

Before the Court is the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed by Lead Plaintiff Oklahoma Firefighters Pension and Retirement System on October 11, 2024.

The Court, having found Defendants have satisfied Civil L.R. 79-5(f)(3), hereby **GRANT/DENY** Defendants' request to seal as follows:

| Document | Portion to be Filed Under Seal | Designating Party |
|---|---|---|
| Second Amended Complaint | Highlighted portions of paragraph 177 | Defendants |

**IT IS SO ORDERED.**

Dated: October 17, 2024

Honorable Jacqueline Scott Corley
U.S. District Court Judge