**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND, on behalf of itself and all others similarly situated,

Plaintiff,

v.

IRHYTHM TECHNOLOGIES, INC., et al.,

Defendants.

Case No. 3:24-cv-706-JSC

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Date: April 10, 2025
Time: 10:00 a.m.
Location: Courtroom 8, 19th Floor
Before: Hon. Jacqueline Scott Corley

Before the Court is Defendants iRhythm Technologies, Inc., Quentin Blackford, Brice Bobzien, Douglas Devine, Chad Patterson, Mark Day, and Mintu Turakhia (collectively, "Defendants") Request for Judicial Notice in Support of Their Motion to Dismiss the Second Amended Complaint ("Request for Judicial Notice").

Having considered Defendants' Request for Judicial Notice, including all papers filed in support of and in opposition to the Request for Judicial Notice, all arguments presented by counsel, and the Court's file in this matter, IT IS HEREBY ORDERED that Defendants' Request for Judicial Notice is **GRANTED**.

DATED: _____          _____

Hon. Jacqueline Scott Corley
United States District Judge