UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Glazing Employers & Glaziers' Union Local #27 Pension & Retirement Fund, on behalf of itself and all others similarly situated ,

Plaintiff(s),

v.

iRhythm Technologies, Inc., et al. ,

Defendant(s).

Case No. 3:24-cv-00706-JSC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jesse Bernstein , an active member in good standing of the bar of New York , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: iRhythm Technologies, Inc., Quentin Blackford, Bobzien, Douglas Devine, Chad Patterson, Mark Day, Mintu Turakhia in the above-entitled action. My local co-counsel in this case is Kristin Tahler , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 261908 .

295 5th Avenue
New York, NY 10016
MY ADDRESS OF RECORD

865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 849-7000
MY TELEPHONE # OF RECORD

(213) 443-3615
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jessebernstein@quinnemanuel.com
MY EMAIL ADDRESS OF RECORD

kristintahler@quinnemanuel.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5416797 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/10/2024

Jesse Bernstein
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jesse Bernstein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 11, 2024



UNITED STATES DISTRICT COURT JUDGE

GRANTED
Judge Jacqueline Scott Corley