**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Oklahoma*
*Firefighters Pension and Retirement System*

[Additional counsel appear on signature page.]

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND, on behalf of itself and all others similarly situated,<br><br>                         Plaintiff,<br><br>     v.<br><br>IRHYTHM TECHNOLOGIES, INC., et al.,<br><br>                         Defendants. | Case No. 3:24-cv-706-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR BRIEFING ON MOTION FOR JUDICIAL NOTICE**<br><br>Assigned to: Honorable Jacqueline Scott Corley |

JOINT STIPULATION AND PROPOSED
ORDER, Case No. 3:24-cv-00706-JSC

Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff") and Defendants iRhythm Technologies, Inc., ("iRhythm"), Quentin Blackford, Brice Bobzien, Douglas Devine, Chad Patterson, Mark Day, and Mintu Turakhia (collectively, the "Individual Defendants" and together with iRhythm, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on September 3, 2024, the Court issued an Order entering the Parties' agreed-upon stipulation setting deadlines for Lead Plaintiff's second amended complaint and Defendants' anticipated motion to dismiss (ECF No. 41);

**WHEREAS**, on October 14, 2024, Lead Plaintiff filed the second amended complaint (ECF No. 43);

**WHEREAS**, on December 10, 2024, Defendants filed their motion to dismiss (ECF No. 51), as well as a request for judicial notice (ECF No. 52);

**WHEREAS**, pursuant to N.D. Cal. Local Rule 7-3(a), Lead Plaintiff's response to Defendants' request for judicial notice is due December 24, 2024;

**WHEREAS**, the parties have met and conferred and agreed to a briefing schedule for Lead Plaintiff's response and Defendants' reply to their request for judicial notice that is consistent with the deadlines for briefing Defendants' motion to dismiss;

**NOW THEREFORE**, the parties stipulate and agree as follows, through their undersigned counsel, and subject to this Court's approval:

1.     Lead Plaintiff shall file its response on or before January 29, 2025.

2.     Defendants shall file their reply on or before March 10, 2025.

**IT IS SO STIPULATED.**

Dated:  December 13, 2024          Respectfully submitted,

*/s/ John J. Rizio-Hamilton*
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

JOINT STIPULATION AND PROPOSED          1
ORDER, Case No. 3:24-cv-00706-JSC

John J. Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Katherine M. Sinderson (*pro hac vice*)
(katiem@blbglaw.com)
Thomas Sperber (*pro hac vice*)
(thomas.sperber@blbglaw.com)
Brittney Balser (*pro hac vice pending*)
(brittney.balser@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System*

Dated:  December 13, 2024

/s/ Kristen Tahler

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Kristin Tahler (Bar No. 261908)
865 South Figueroa Steet, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
kristintahler@quinnemanuel.com

Jesse Bernstein (*pro hac vice*)
Brenna Nelinson (*pro hac vice*)
Amy Shehan (*pro hac vice*)
295 5th Avenue
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com
amyshehan@quinnemanuel.com

JOINT STIPULATION AND PROPOSED
ORDER, Case No. 3:24-cv-00706-JSC

2

Christopher Porter (*pro hac vice*)
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone: (713) 221-7000
Facsimile: (713) 221-7100
chrisporter@quinnemanuel.com

*Counsel for Defendants*

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
Honorable Jacqueline Scott Corley
United States District Judge

JOINT STIPULATION AND PROPOSED                    3
ORDER, Case No. 3:24-cv-00706-JSC