**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Oklahoma
Firefighters Pension and Retirement System*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 3:24-cv-706-JSC<br><br>**DECLARATION OF KATHERINE M. SINDERSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Honorable Jacqueline Scott Corley |

I, KATHERINE M. SINDERSON, declare as follows:

1.     I am an attorney admitted to practice before this Court *pro hac vice.* I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP and lead counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff" or "Plaintiff") in the above-captioned action. I submit this declaration in support of Plaintiff's opposition to Defendants' motion to dismiss.

2.     Of the 442,063 shares of iRhythm stock acquired by Defendants during the Class Period, 432,028 shares, or 97.7%, were acquired via stock option grants and exercises, rather than open-market purchases. These figures were compiled at my direction.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 29, 2024.

*/s/ Katherine M. Sinderson*
Katherine M. Sinderson

DECLARATION OF KATHERINE M. SINDERSON                                                                          1
CASE NO. 3:24-CV-706-JSC