**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Oklahoma*
*Firefighters Pension and Retirement System*

[Additional counsel appear on signature page.]

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 3:24-cv-706-JSC<br><br>**NOTICE OF ERRATA RE: SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Honorable Jacqueline Scott Corley |

NOTICE OF ERRATA RE: SECOND AMENDED
CLASS ACTION COMPLAINT
CASE NO. 3:24-cv-706-JSC

**TO THE COURT, AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:**

Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Plaintiff") hereby submits a Notice of Errata and Correction to the Second Amended Class Action Complaint (ECF No. 43), filed on October 11, 2024.

Plaintiff recently discovered that there is an inadvertent typographical error in the Second Amended Class Action Complaint that incorrectly identified a Former Employee ("FE") at Paragraph 172, line 13, located on page 156. Specifically, line 13 of page 156 incorrectly refers to FE 2, but should have referred to **FE 1**.

To avoid any confusion, paragraph 172 should read, in relevant part:

> Indeed, as one former iRhythm employee who worked as a territory manager responsible for selling both the Zio XT and the Zio AT and training newer sales representatives (FE 1) recalled, under iRhythm's sales bonus plan, a sales employee earned twice as many points towards their bonus goal targets by selling Zio AT rather than a Zio XT.

DATED:    February 28, 2025                Respectfully submitted,


                                           /s/ Katherine M. Sinderson
                                           **BERNSTEIN LITOWITZ BERGER
                                             & GROSSMANN LLP**
                                           JOHN J. RIZIO-HAMILTON (*pro hac vice*)
                                           (johnr@blbglaw.com)
                                           KATHERINE M. SINDERSON (*pro hac vice*)
                                           (katiem@blbglaw.com)
                                           THOMAS Z. SPERBER (*pro hac vice)*
                                           (thomas.sperber@blbglaw.com)
                                           BRITTNEY BALSER (*pro hac vice*)
                                           (brittney.balser@blbglaw.com)
                                           1251 Avenue of the Americas
                                           New York, NY 10020
                                           Tel: (212) 554-1400

                                           JONATHAN D. USLANER (Bar No. 256898)
                                           jonathanu@blbglaw.com
                                           2121 Avenue of the Stars, Suite 2575
                                           Los Angeles, CA 90067
                                           Tel: (310) 819-3470

*Counsel for Lead Plaintiff Oklahoma*
*Firefighters Pension and Retirement System*