UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLAZING EMPLOYERS AND
GLAZIERS UNION LOCAL #27
PENSION AND RETIREMENT FUND,

        Plaintiff,

    v.

IRHYTHM TECHNOLOGIES, INC., et al.,

        Defendants.

Case No.  24-cv-00706-JSC

**TENTATIVE RULING ON PENDING MOTIONS**

      To assist with oral argument scheduled for April 24, 2025 at 10:00 a.m., the Court advises the parties that upon careful review of the written submissions, the Court's tentative view is to:

(1) GRANT Defendants' motion to dismiss for failure to state a claim as to the allegations the Zio AT is an MCT device (Dkt. No. 43 ¶¶ 213-22) and provides monitoring "across the spectrum of care" (Dkt. No. 43 ¶¶ 208-09), *see In re Cloudera*, 121 F.4th 1180, 1187-89 (9th Cir. 2024), and *In re Siebel Sys. Ins. Sec. Lit.*, 04-cv-0983-CRB, 2005 WL 3555718, *2-3 (N.D. Cal. Dec. 28, 2005), but otherwise DENY Defendants' motion as to the remaining statements;

(2) DENY Defendants' motion as to scienter regarding Defendants Day and Blackford but otherwise GRANT Defendants' motion; and

(3) DENY Defendants' motion as to failure to allege loss causation.

      **IT IS SO ORDERED.**

Dated: April 22, 2025

JACQUELINE SCOTT CORLEY
United States District Judge