UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND ,

Plaintiff(s),

v.

IRHYTHM TECHNOLOGIES, INC., et al.,

Defendant(s).

Case No. 3:24-cv-706

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Abygail R. Kritta , an active member in good standing of the bar of State of New York , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Lead Plaintiff in the above-entitled action. My local co-counsel in this case is Jonathan D. Uslaner , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 5659875 .

1251 Avenue of the Americas
New York, NY 10020
MY ADDRESS OF RECORD

2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 554-1400
MY TELEPHONE # OF RECORD

(310) 819-3472
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

abygail.kritta@blbglaw.com
MY EMAIL ADDRESS OF RECORD

JonathanU@blbglaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4503405 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___1___ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 1, 2025

Abygail R. Kritta

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Abygail R. Kritta    is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 1, 2025

UNITED STATES _____ TE JUDGE



GRANTED

Judge Jacqueline Scott Corley

United States District Court
Northern District of California