# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

GLAZING EMPLOYERS AND GLAZIERS'
UNION LOCAL #27 PENSION AND
RETIREMENT FUND, on behalf of itself and
all others similarly situated,

Plaintiff,

v.

IRHYTHM TECHNOLOGIES, INC., and
QUENTIN BLACKFORD,

Defendants.

Case No. 3:24-cv-706-JSC

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR
JUDGMENT ON THE PLEADINGS**

Date: September 18, 2025
Time: 10:00 a.m.
Location: Courtroom 8, 19th Floor
Before: Hon. Jacqueline Scott Corley

Before the Court is Defendants iRhythm Technologies, Inc. and Quentin Blackford's (collectively, "Defendants") Motion for Judgment on the Pleadings under Federal Rule of Civil Procedure 12(c) and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 (the "Motion").

Having considered the Motion, including all papers filed in support of and in opposition to the Motion, all arguments presented by counsel, and the Court's file in this matter, IT IS HEREBY ORDERED that Defendants' Motion is **GRANTED**.

DATED: _____          _____

Honorable Jacqueline Scott Corley
United States District Judge