QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Kristin Tahler (Bar No. 261908)
kristintahler@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

Christopher Porter (*pro hac vice*)
chrisporter@quinnemanuel.com
700 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone: (713) 221-7000

Jesse Bernstein (*pro hac vice*)
Brenna Nelinson (*pro hac vice*)
Amy Shehan (*pro hac vice*)
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com
amyshehan@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

GLAZING EMPLOYERS AND GLAZIERS'
UNION LOCAL #27 PENSION AND
RETIREMENT FUND, on behalf of itself and all
others similarly situated,

Plaintiff,

v.

IRHYTHM TECHNOLOGIES, INC., and
QUENTIN BLACKFORD,

Defendants.

Case No. 3:24-cv-706-JSC

**DECLARATION OF KRISTIN
TAHLER IN SUPPORT OF
DEFENDANTS' MOTION FOR
JUDGMENT ON THE PLEADINGS**

Date: September 18, 2025
Time: 10:00 a.m.
Location: Courtroom 8, 19th Floor
Before: Hon. Jacqueline Scott Corley

Case No. 3:24-cv-706-JSC
TAHLER DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

### DECLARATION OF KRISTIN TAHLER

I, Kristin Tahler, state that:

1.      I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, am admitted to practice before this Court, and am counsel of record for Defendants iRhythm Technologies, Inc. ("iRhythm") and Quentin Blackford (collectively, "Defendants") in this matter.  I make this declaration in support of Defendants' Motion for Judgment on the Pleadings, filed concurrently herewith, and I have personal, firsthand knowledge of the facts set forth herein.

2.      Attached as **Exhibit 1** is a true and correct copy of version 8 of iRhythm's Zio AT Clinical Reference Manual dated September 26, 2022.

3.      Attached as **Exhibit 2** is a true and correct copy of version 9 of iRhythm's Zio AT Clinical Reference Manual dated September 2022.

4.      Attached as **Exhibit 3** is a true and correct copy of version 10 of iRhythm's Zio AT Clinical Reference Manual.

5.      Attached as **Exhibit 4** is a true and correct copy of version 11 of iRhythm's Zio AT Clinical Reference Manual dated March 2025.

6.      Attached as **Exhibit 5** is a true and correct copy of the transcript of the Q3 2022 earnings call held by iRhythm on November 1, 2022.

7.      Attached as **Exhibit 6** is a true and correct copy of a Truist analyst report dated November 1, 2022.

8.      Attached as **Exhibit 7** is a true and correct copy of a Wolfe Research analyst report dated November 1, 2022.

9.      Attached as **Exhibit 8** is a true and correct copy of the U.S. Food & Drug Administration's webpage on "Class 2 Device Recall Zio AT Clinical Reference Manual," available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfRes/res.cfm?ID=196267 (last accessed July 14, 2025).

10.      Attached as **Exhibit 9** is a true and correct copy of the Customer Advisory Notice that iRhythm issued on September 28, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  July 18, 2025                    /s/ Kristin Tahler

                                        Kristin Tahler

                                        *Attorney for Defendants*

TAHLER DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS