# EXHIBIT 4

# Zio<sup>AT</sup>®

## CLINICAL REFERENCE MANUAL



Rx ONLY

**Clinicians, advise your patients:**

If you feel the need for immediate medical attention at any time, call 911. The Zio AT device will not provide any medical assistance and cannot contact the medical personnel for you. Please take your gateway with you to the emergency room.



**iRhythm Technologies, Inc.**
699 8th St., Suite 600
San Francisco, CA  94103   USA
Tel.  1.888.693.2401 (USA Only)
Fax. 1.888.693.2402
**irhythmtech.com**

## Table of Contents

Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Indications for Use. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Contraindications. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Warnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Precautions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Package Contents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Device Diagrams . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

   *Zio Patch* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *8*

   *Zio Gateway Exterior*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *8*

   *Zio Gateway Interior* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *8*

Account Setup. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

During Patient Visit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

   *Registration* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *9*

Application Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

During Monitoring . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Asymptomatic Arrhythmia Detection. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Troubleshooting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

   *Frequently Asked Questions*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *12*

      Healthcare Provider Questions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

      Patient Questions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

   *Troubleshooting the Patch* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *19*

   *Troubleshooting the Gateway* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *20*

Zio AT Service Notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

   *Zio AT Service Reporting* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *22*

Notice of Privacy Practices (NOPP). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Cybersecurity Measures and Controls. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Device Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Electrical Safety and Compatibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

Symbols Glossary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

## Description

The **Zio AT® Electrocardiogram (ECG) Monitoring System** is intended for continuous, long-term monitoring of a patient's ECG data with the ability to provide symptomatic and asymptomatic transmissions of potential arrhythmias during wear time.

The **Zio AT ECG Monitoring System** enables ambulatory Mobile Cardiac Telemetry (MCT) services for non-critical care patients by providing the following devices for use.

- The **Zio AT device** consists of the Zio AT patch and Zio AT wireless gateway:

  - **Zio AT Patch**

    The Zio AT patch is a single-use ECG monitor applied to the patient's chest, in-clinic or at home, and worn for up to 14 days without any required patient interaction for maintenance, such as replacing or charging a battery.

    The patch continuously records ECG data and transmits symptomatic and asymptomatic cardiac events through the Zio AT wireless gateway during the wear period.

    After the wear period concludes, the patient removes and returns the patch to the monitoring center, an Independent Diagnostic Testing Facility (IDTF), for analysis and end-of-wear reporting.

  - **Zio AT Wireless Gateway**

    The Zio AT wireless gateway securely receives ECG data from the Zio AT patch using Bluetooth technology. The gateway securely transmits ECG data through cellular technology for subsequent processing.

- **Zio ECG Utilization Service** provides an arrhythmia detection algorithm to analyze the ECG data. The data is reviewed at the monitoring center by Certified Cardiographic Technicians who generate reports for the physician during wear and at the end-of-wear.

## Indications For Use

The Zio AT device is intended to capture and transmit symptomatic and asymptomatic cardiac events and record continuous electrocardiogram (ECG) data for long-term monitoring. It is indicated for use on patients 18 years or older who may be asymptomatic or who may suffer from transient symptoms such as palpitations, shortness of breath, dizziness, light-headedness, pre-syncope, syncope, fatigue, or anxiety. It is not intended for use on critical care patients.

## Contraindications

- Do not use the Zio AT device for patients with symptomatic episodes where variations in cardiac performance could result in immediate danger to the patient or when real-time or in-patient monitoring should be prescribed.

- Do not use the Zio AT device for patients with known history of life threatening arrhythmias.

- Do not use the Zio AT device in combination with external cardiac defibrillators or high frequency surgical equipment near strong magnetic fields or devices such as MRI.

- Do not use the Zio AT device on patients with a neuro-stimulator, as it may disrupt the quality of ECG data.

- Do not use the Zio AT device on patients who do not have the competency to wear the device for the prescribed monitoring period.

## Warnings

- Do not use the Zio AT patch on patients with known allergic reaction to adhesives or hydrogels or with family history of adhesive skin allergies. Patient may experience skin irritation.

- Do not reuse the Zio AT patch on multiple patients.  It is a single-use device. Reuse will cause incorrect patient data and patient may experience cross contamination.

- Do not use the Zio AT device on patients residing in areas with limited to no cellular service.

- Do not modify the Zio AT device.

- The Zio AT device is MR Unsafe!

    o Do not expose the Zio AT patch or gateway to a magnetic resonance imaging (MRI) environment.

    o The Zio AT patch or gateway may present a risk of projectile injury due to the presence of ferromagnetic materials that can be attracted by the MR magnet core.

    o Thermal injury and burns may occur due to the metal components of the Zio AT patch that can heat during MR scanning.

    o The Zio AT patch may generate artifacts in the MR image.

    o The Zio AT patch or gateway may not function properly due to the strong magnetic and radio-frequency fields generated by the MR scanner.

- The Zio AT device has a maximum limit of transmitting symptomatic (patient-triggered) and asymptomatic (auto-triggered) cardiac events.

    o Asymptomatic cardiac events are transmitted until the maximum limit of 500 transmissions is reached. When the transmission limit is reached, the asymptomatic cardiac events are no longer sent for review during wear.

    o Symptomatic cardiac events are transmitted until the maximum limit of 100 transmissions is reached. When the transmission limit is reached, the symptomatic cardiac events are no longer sent for review during wear.

    If a transmission limit is reached, the Zio AT monitor continues to record ECG data, including symptomatic and asymptomatic cardiac events. The data will be fully analyzed and included in the end-of-wear report.

    When the patient is approaching a maximum transmission limit, Customer Care contacts the prescribing physician's office and the patient to send the patient an additional Zio AT device.

- If a Zio AT device is activated before completing patient registration, notifications of clinically actionable arrhythmias will be delayed. To avoid delays, complete the patient registration prior to activating the Zio AT device. A completed patient registration is the prescription order for continuous ambulatory electrocardiogram (ECG) monitoring.

 If skin irritation such as severe redness, itching or allergic symptoms develop, remove the Zio AT patch from the patient's chest. Call iRhythm Customer Care at 1.888.693.2401.

 CAUTION: Federal (USA) law restricts this device to sale by or on the order of a physician.

**ELECTRICAL SAFETY COMPATABILITY**

Refer to the tables and safety information beginning on page 30.

## Precautions

- Safety and effectiveness of the Zio AT device on patients receiving any form of pacing therapy has not been established. Paced cardiac rhythms may not be accurately detected and may be incorrectly classified.

- Safety and effectiveness of the Zio AT device on pediatric patients (younger than 18 years old) has not been established.

- The Zio AT device includes temperature and humidity limitations when stored/transported. If exposed during storage/transport, patients may experience degradation of adhesive performance causing the Zio AT patch to slip or fall off during the patient wear duration.

- The Zio AT device has a shelf-life date. Use of expired device may cause a degradation of ECG signal quality and/or low battery condition.

- Do not use the Zio AT device if package is damaged. Device may not perform as intended.

- Keep device and packaging away from young children. Contents may be harmful if swallowed. Patch contains button cell batteries that are not accessible during normal use but, if exposed, are known choking hazards and may cause severe tissue injury if ingested.

- Registration errors may result in limited functionality or erroneous ECG reporting. Utmost caution should be applied to ensure that patient registration is accurate and complete.

## Package Contents

1 Zio AT patch



1 Zio AT gateway, containing:
  • 1 postage-paid return envelope



Skin preparation kit containing:
  • 1 patch card template
  • 1 disposable razor
  • 1 abrader disc
  • 4 alcohol wipes



1 Application instructions



1 Important information pamphlet



1 Wearing Your Zio manual &
  button press log containing:
    • 1 adhesive remover wipe
    • 1 patient consent form
    • 1 patient survey



## Device Diagrams

### Zio Patch



Outer Border
Adhesive Wings
Light
Electrode
Electrode
'Zio' Button

### Zio Gateway Exterior



Airplane Mode Light
Outside Status Light

### Zio Gateway Interior



Airplane Button     Star Button     Cell Connection Light
Patch Connection Light

**Are lights flashing above?**

If YES, your Zio AT is not sending information. Refer to manual or call Customer Service.

**Return Instructions**

Return Envelope

## Account Setup

To allow effective use of the Zio AT ECG monitoring system, an account on iRhythm's patient management system (www.ziosuite.com) is assigned to the clinic.

Ensure you can access iRhythm patient management system via provided username and password. If you are unable to access ziosuite.com, please contact Customer Care at **1.888.693.2401.**

## During Patient Visit

### Registration

Register patient online at **www.ziosuite.com**.

Customer Care may contact the patient if any additional information is required.

## Application Instructions

The Zio AT package contains instructions on how to apply the patch and activate the patch and gateway.

## During Monitoring

During monitoring, the Zio AT device will record continuous beat-to-beat ECG information and transmit patient-triggered ECG data and asymptomatic ECG data to provide arrhythmia detection.

If additional patient data needs to be accessed by the physician during the wear period, contact Customer Care at 1.888.693.2401.

## Reports

### Zio AT REPORTS

All Zio AT Reports are available in www.ziosuite.com.

**Note: Reporting timelines may vary depending on possible error conditions listed on page 24, including if the patient keeps the gateway within the required range for connection to the patch and within the coverage area of the cellular service. Transmission reports are provided after receipt and analysis of ECG strips at the monitoring center.**

 **This device is not intended for use in critical care patients because the reporting timeliness is not consistent with life-threatening arrhythmias such as ventricular fibrillation.**

## Asymptomatic Arrhythmia Detection

Asymptomatic arrhythmia events that are auto-detected (auto-triggered events) and transmitted during wear, are defined in the table below:

| Rhythm | Heart Rate | Duration |
|---|---|---|
| Atrial Fibrillation | ≤40 bpm | ≥60 seconds |
| | Between 40–180 bpm | ≥60 seconds until first documentation of AF |
| | ≥180 bpm | ≥60 seconds |
| Ventricular Tachycardia | ≥120 bpm | ≥30 seconds |
| | ≥150 bpm | ≥10 seconds |
| Supraventricular Tachycardia | ≥180 bpm | ≥60 seconds |
| Pause | - | ≥4 seconds |
| | - | ≥3 seconds back-to-back |
| Complete Heart Block | ≤50 bpm | ≥6 beats |
| Sinus Tachycardia | ≥200 bpm | ≥60 seconds |
| Sinus Bradycardia | ≤30 bpm | ≥60 seconds |

| Sensitivity (%) [1] | | Positive Predictivity (%) [1] | |
|---|---|---|---|
| AHA | MIT-BIH | AHA | MIT-BIH |
| 98.99 | 99.31 | 99.63 | 99.41 |

For each of the arrhythmias listed above, the Zio AT patch will transmit up to four ECG strips per hour.

---

[1] TR00689.01 (On file at iRhythm Technologies, Inc.)

## Troubleshooting

For customer support, call **1.888.693.2401**

**Frequently Asked Questions**

**HEALTHCARE PROVIDER QUESTIONS**

1.  **How long is the patient supposed to wear the Zio AT patch?**

    The patient can use the Zio AT for as long as prescribed. Each Zio AT patch can be worn for up to 14 days. For longer monitoring prescriptions, additional Zio AT monitors will be provided.

    Based on individual wear experiences, the patient's actual wear time may be shorter than prescribed.

2.  **Who should the patient call if they have questions about the Zio AT patch or gateway?**

    The patient can read the *Wearing your Zio Manual & Button Press Log* or call Customer Care at 1.888.693.2401.

3.  **What if the patient does not have symptoms?**

    The Zio AT patch continuously records ECG data. It also automatically detects and transmits asymptomatic arrhythmias, even if the patient does not feel them.

4.  **Does the patient need to do anything with the Zio gateway to send heart rhythm data wirelessly?**

    The patient only needs to keep the gateway within 10 feet of the patch and within range of a good cellular connection. No action is required for the gateway to send symptomatic heart rhythm data other than pressing the Zio button on the patch.

5.  **Are there tests or treatments that are not compatible with the Zio AT patch?**

    Yes. The following are not recommended during wear of the Zio AT patch:

    a. Magnetic Field(s): Magnetic Resonance Imaging (MRI); MRI Technician; Any job where the patient may be exposed to a large magnetic field

    b. Neuromuscular Stimulators: Brain Stimulator; Neurostimulator; Spinal Stimulator; TENS Unit

    c. External Cardioversion/Defibrillation

NOTE: Data may not be interpretable during the time the stimulators are being used. Usage is at physician's discretion.

**6. Can the Zio AT patch be left on a patient during Cardioversion/ Defibrillation?**

No, the Zio AT patch should be removed if the patient requires Cardioversion or Defibrillation.

## PATIENT QUESTIONS

**The Zio AT Device**

**7. What is the patch doing?**

The patch is continuously recording ECG data. Your doctor will use the heart rhythm data from the patch to determine the right course of action.

**8. What is the gateway doing?**

The gateway sends the heart rhythm data recorded by your patch to the monitoring center using a cellular connection. A Certified Cardiographic Technician (CCT) analyzes the data and provides a report to your doctor.

**9. How do I know the patch and the gateway are working?**

Your patch and gateway are designed to be discrete. Once they are activated during the application process, neither the patch nor the gateway will display lights when functioning as designed.

If you see a light on the patch flashing orange, the patch may not be well attached or may not be recording, or the gateway may not be sending heart rhythm data.

Refer to Troubleshooting on pages 19 through 21 for a description of the flashing lights and required action

**10. What happens if I am in an area with poor or no cellular service?**

If you are in an area with poor or no cellular service, the gateway will not transmit data from the patch. If the monitoring center does not receive data for a sustained period of time, Customer Care will reach out to the patient to troubleshoot.

If the cellular connection is not re-established, data (both auto-triggered events and patient-triggered events) will NOT be transmitted to the monitoring center



**11. I think I placed the Zio AT patch in the wrong position. Can I remove it and reposition it?**

No. If the Zio AT patch is over the heart in a slight diagonal as shown, the positioning should be acceptable.

DO NOT attempt to reapply the Zio AT patch.

**12. The top label was peeled off, but there still seems to be a white label stuck to the wings of the Zio AT patch.**

The top label may have separated during the application process and a portion was not removed completely. Although it does not affect the function of your patch, if you don't like the way it looks you can remove the remaining label, beginning with the edge closest to the center button and gently peel it out toward the end of the wings.

**13. Do I need to do anything after pressing the patch button to send heart rhythm data wirelessly?**

If you were experiencing a symptom when pressing the button, please log your symptom(s) in the MyZio mobile app or patient booklet so your doctor can view this information when reviewing your heart rhythm information. Additionally, to make sure your heart rhythm data is sent promptly, please keep the gateway within 10 feet of you in a place with good cellular connection.

**14. Can I carry the gateway in a purse, bag, or pocket?**

Yes you may carry the gateway in a purse, bag, pocket, or you may also use the provided belt clip to carry the gateway. Keep in mind, for best performance, the gateway should be kept toward the front of your body and within 10 feet of the patch.

**15. What can affect wireless connection between the patch and the gateway?**

The patch and gateway communicate well as long as they are in close and clear proximity. However, there are some situations that can cause interference.  Wireless devices that use 2.4 GHz signals such as baby monitors, TV senders, and wireless routers can interrupt communication between the patch and gateway if used within 6 feet of either the patch or gateway.  In addition, do not place objects inside the gateway as this can also cause communication problems.

**16. What happens if my patch and gateway are not in close proximity to each other?**

Your patch and gateway are designed to continuously send your heart rhythm data as long as they are within a 10 foot range of each other and you are in a place with a good cellular connection. Do your best to keep the gateway in front of you and within 10 feet of you. If the patch and gateway are too far apart and not able to communicate, the patch will not transmit data to the gateway, and the gateway will not transmit data to the monitoring center. If data is not received for a sustained period of time, Customer Care will reach out to the patient to troubleshoot.

**Activities**

**17. Can I exercise while wearing the patch?**

Yes, you may exercise moderately, but excessive sweating may affect the patch adhesive and can cause it to detach before your prescribed wear time is complete.

**18. Can I shower with the patch on?**

Please avoid showering for the first 24 hours after your patch is applied.  After the first 24 hours of wear time, you may take brief showers, but do your best to keep your back to the showerhead, minimizing water directly hitting your patch. After your shower, towel dry carefully around your patch, holding it in place to prevent accidental removal. Always keep the gateway away from all water.

**19. Can I take a bath?**

Yes, but keep the patch above water. Always keep the gateway away from all water.

**20. Can I go into a pool or a hot tub?**

No. The patch should not be submerged under water. Always keep the gateway away from all water.

**21. Can I travel with the patch on?**

Yes. But keep in mind that the gateway will not have cellular connection outside the United States.

**22. Can I fly with the gateway?**

Yes, the gateway should be placed in "airplane mode."

**23. What activities should I avoid?**

Exposure to significant moisture can cause the patch to slide, become loose or fall off. Activities that cause heavy sweating or that may submerge the patch in water should be avoided.

**Recording Symptoms**

**24. What should I do if I feel a symptom?**

First, press the button on your patch. Please log your symptom(s) in the MyZio mobile app or patient booklet so your doctor can view this information when reviewing your heart rhythm information. Please choose only one option for recording your symptoms.

**25. What if I forget to press the button when I feel a symptom?**

Don't worry, your Zio AT patch is continuously recording ECG data and the gateway will transmit the information that is important for your doctor to know.

**26. What if I press the button but forget to write down the symptom?**

Logging your symptoms and activity gives your doctor additional information about what may have caused the symptom. While this information is useful, the button press will indicate the moment you felt a symptom on your recorded ECG.

**27. What if I press the patch button while the gateway is not within 10 feet and in line of sight of the patch?**

If the patch and gateway are not within 10 feet, they may not communicate in which case the patch will not transmit data to the gateway, and data will not be transmitted to the monitoring center. However, the patch will store the data until the gateway is in range, then the data will be sent.

**28. What happens if I press the patch button while the gateway doesn't have a cellular connection?**

If you are in an area with poor or no cellular service, the gateway will not transmit data from the patch. The gateway will store the data until it has a cellular connection, then the data will be sent. If data is not received for a sustained period of time, Customer Care will reach out to the patient to troubleshoot.

If the cellular connection is not re-established, data (both auto triggered and patient triggered events) will NOT be transmitted to the monitoring center.

**The Patch**

### 29. What should I do if the patch peels or lifts at the edges?

Massage the wings of the patch for 3 to 5 minutes to re-stick.

### 30. What should I do if the patch falls off?

Call Customer Care at 1.888.693.2401.

### 31. I think I see blood under my patch. What should I do?

Call Customer Care at 1.888.693.2401. It is probably due to a small shaving cut when the patch was applied to your chest.

### 32. Is it normal for the Zio AT patch wings to become cloudy?

Yes, the wings of the Zio AT patch may become cloudy after a few days of wear.

### 33. Is it normal for the patch to move slightly from its original position?

Yes. The patch may move slightly from its original position. A blue gel may be seen under the wings of the patch.

### 34. Is it normal to experience skin irritation or itchiness in the area of the patch?

Some patients report minor skin irritation and/or itching while wearing the Zio AT patch. If skin irritation such as severe redness, itching or allergic symptoms develop, instruct the patient to remove the Zio AT patch and call Customer Care at 1.888.693.2401.


**Flashing Lights**

### 35. Will the gateway show any lights or make any sounds?

As long as the gateway is able to communicate with the patch and the monitoring center, the gateway will not display any lights or make any noise.

### 36. What if the patch has an orange flashing light while I am wearing it?

If you see a flashing orange light on your patch, **this does not mean there is a problem with your heart;** it means the patch may not be well attached, not recording, or not sending your heart rhythm data.

Refer to Troubleshooting on page 19 for a description of the flashing light and your required action.

**37.  What should I do if my gateway has an orange flashing light?**

If you see the gateway light is flashing orange, **this does not mean there is a problem with your heart;** it just means the gateway is unable to send your heart rhythm data to the monitoring center.

Refer to Troubleshooting beginning on page 20 for a description of the flashing light and your required action

**End of the Wear Period**

**38.  How long am I supposed to wear the patch?**

Use Zio AT device for as long as your doctor prescribed. Each Zio AT patch can be worn for up to 14 days, although your doctor may want to monitor your heart for shorter or longer than 14 days. For longer monitoring prescriptions, additional Zio AT monitors will be provided. NOTE: Each person's wear experience is different and actual wear time may be shorter than prescribed.

**39.  I have removed the patch and it is flashing orange. Is this okay?**

The light on the patch may flash orange after removal. This does not indicate any problem. It is okay to mail the device while it is flashing. Refer to the *Wearing Manual & Button Press Log* for return instructions.

## Troubleshooting the Patch

Follow these instructions to troubleshoot a light flashing orange on the Zio AT patch.

If a light is also flashing on the Zio AT gateway, refer to pages 20 through 21 for additional troubleshooting instructions.



### SLOW FLASHING LIGHT
(Light on patch flashes orange once every 3 seconds):

**Indicates** the patch is not making good contact with the skin.

1. **To remedy it,** massage the wings of the patch for 3 to 5 minutes.

2. **If the light continues to slowly flash orange,** call Customer Care at 1.888.693.2401.


### FAST FLASHING LIGHT
(Light on patch flashes orange 3 times per second):

**Indicates** the patch is not recording ECG data.

₀ Call Customer Care at 1.888.693.2401.


### 3 CONSECUTIVE FLASHES FOLLOWED BY A PAUSE
(Light on patch flashes orange 3 times in 3 seconds, followed by a 5 second pause and then the sequence repeats):

₀ **Indicates** the patch is recording ECG data, but cannot send the data. Call Customer Care at 1.888.693.2401.

## Troubleshooting the Gateway

Follow these instructions to troubleshoot a light flashing **orange** on the exterior of the Zio AT gateway. Open the gateway and check inside.

A light flashing **white** on the exterior of the Zio AT gateway indicates airplane mode is on.

If a light is also flashing on the Zio AT patch, refer to page 19 for additional troubleshooting instructions.



**SLOW SQUARE FLASHING LIGHT (□)**
(Square light (□) inside the gateway flashes orange once every 3 seconds):

**Indicates** the gateway has lost the connection to the patch.

1. **To reconnect,** hold the star button ⭐ for 3 seconds until the orange light stays on.

   When the gateway reconnects to the patch, the light flashes green.

2. **If the light continues to flash orange,** call Customer Care at 1.888.693.2401.

**SLOW TRIANGLE FLASHING LIGHT ($\triangle$)**

(Triangle light ($\triangle$) inside the gateway flashes orange once every 3 seconds):

**Indicates** the gateway does not have a cellular connection.

1. **To reconnect,** move the gateway to a location with a good cellular connection (near a window or outside).

2. Hold the star button ⭐ for 3 seconds until the orange light stays on.

   When the gateway reconnects to the cellular service, the light flashes green.

3. Do not move the gateway until the light stops flashing green.

4. If the light does not flash green, move the gateway to a new location and try again.

5. **If the light continues to flash orange**, call Customer Care at 1.888.693.2401.

**FAST SQUARE ($\square$) AND TRIANGLE ($\triangle$) FLASHING LIGHTS**

(Both the square light ($\square$) and triangle light ($\triangle$) inside the gateway flash orange 3 times per second):

**Indicates** the gateway is not working.

   o Call Customer Care at 1.888.693.2401.

## Zio AT Service Notes

| Situation | Note |
|---|---|
| Patient Timeline – Paper Booklet Diary Entries | For patients with the Zio AT Patch, ZioSuite provides a timeline screen that displays along with Transmission, DDR, Daily, and Final reports, patient provided diary entries. For each diary entry the date and time of the symptom reported is displayed. In the event that a patient does not provide the date/time for a symptom on the paper booklet, the timeline will display a date with a year starting in 3000. Dates that have a year of 3000 or greater indicate that the patient did not provide the timestamp of the symptom experienced. (SYS-2315) |

**Zio AT Service Reporting**

The expected timeliness of Zio AT service reporting is defined as the time between a patient-triggered or auto-triggered cardiac event and the posting of a quality-reviewed report for the physician by the Independent Diagnostic Testing Facility (IDTF).

The following histogram, Cumulative Probability Distribution, and summary table reflect both the device transmission and clinical review and reporting time involved in communicating events and are based on real-world data to ensure transparency and appropriate usage of Zio AT service.

**Typical Expected Timelines — Distribution and Quantiles[1]**



|  | 25th Percentile | 50th Percentile | 75th Percentile |
|---|---|---|---|
| **Zio AT Event-to-Reporting Time Distribution** | 15 minutes | 53 minutes | 82 minutes |

[1] Data on file, based on observed results from October 2023 through September 2024.

**Error Conditions That May Affect the Typical Expected Timelines**

The Zio AT patch and Zio AT gateway provide visual cues when an error condition occurs. The error conditions outlined in this section may impact the timeliness of report posting by the IDTF.

iRhythm Customer Care may also initiate communication with the healthcare provider and the patient prior to the patient recognizing the visual cues.

Refer to Troubleshooting on pages 19 through 21 for information about the alerts provided by the LED indicators (lights) on the devices. Troubleshooting information is also provided in the Wearing Your Zio manual and the Important Information pamphlet for the patient.

Should an error condition occur as evident by the LED Indicator, please contact iRhythm Customer Care.

**Zio AT Patch and Zio AT Gateway**

| Error Condition | Zio AT patch LED Indicator | Zio AT Gateway LED Indicators |
|---|---|---|
| Maximum transmission limits reached[1] | • Light consecutively flashes orange 3 times in 3 seconds, followed by a 5 second pause and then the sequence repeats<br><br>• The patch continues recording ECG data, but may not transmit. | --- |
| Potential battery issue, patch[1] | • Light flashes orange 3 times per second (fast flashing light) | --- |
| Potential battery issue, gateway[1] | • No LED indication<br><br>• The patch is recording ECG data, but the gateway cannot send the data. | • Both the square light (□) and triangle light (△) inside the gateway flash orange 3 times per second (fast flashing lights) |
| Device not activated by healthcare provider or patient[2] | • Light flashes orange 5 times if the patch did not activate successfully | • After activating the gateway, both the square light (□) and triangle light (△) inside the gateway continuously flash orange if the gateway does not connect to the patch |
| Patch leads off, not contacting skin, poor signal quality[2] | • Light flashes orange once every 3 seconds (slow flashing light) | --- |
| Gateway out-of-range from patch (not kept within range by patient)[2] | • No LED indication<br><br>• The patch continues recording ECG data, but cannot send the data until the gateway is within range. | • Square light (□) inside the gateway flashes orange (slow flashing light) |
| Poor or no cellular connection[2] | • No LED indication<br><br>• The patch continues recording ECG data and sending data to the gateway. | • Triangle light (△) inside the gateway flashes orange (slow flashing light)<br><br>• The gateway stores ECG data and then automatically sends the data when cellular connection is reestablished. |

| Error Condition | Zio AT Patch LED Indicator | Zio AT Gateway LED Indicators |
|---|---|---|
| Patient forgets to turn off airplane mode on the gateway[2] | • No LED indication<br>• The patch continues recording ECG data and sending data to the gateway. | • Airplane light on exterior of the gateway continuously flashes white when airplane mode is on.<br>• If the patient does not turn off airplane mode after 12 hours:<br>• Status light on exterior of the gateway flashes orange.<br>• Triangle light ($\triangle$) inside the gateway also flashes orange (slow flashing)<br>• The gateway cannot send the ECG data until airplane mode is off and cellular connection is re-established |

[1] Customer Care contacts the healthcare provider and sends another Zio AT patch with instructions to the patient.

[2] Customer Care contacts the patient when error condition is detected.

## ZioSuite Portal and Daily Report

| Error Condition | ZioSuite Portal or Daily Report |
|---|---|
| Maximum transmission limits reached[1] | ZioSuite Portal and Daily Report provide information to the healthcare provider |
| Incomplete registration of patient by the healthcare provider's account[2] | ZioSuite Portal indicates unregistered devices at the healthcare provider's account |

[1] Customer Care contacts the healthcare provider and sends another Zio AT patch with instructions to the patient.

[2] Customer Care contacts the healthcare provider while the Independent Diagnostic Testing Facility processes and reports clinically actionable arrhythmia notifications.

## Notice of Privacy Practices (NOPP)

iRhythm is committed to upholding patient privacy and protecting personal information, in particular Protected Health Information (PHI) collected and processed in conjunction with our Zio Service. We commit to complying with all applicable privacy laws and allowing patients to exercise their rights via their doctor. Our full Notice of Privacy Practices, found at www.irhythmtech. com, describes our privacy practices, our legal duties, and patients' rights concerning PHI.

## Cybersecurity Measures and Controls

As a connected medical device, the Zio AT patch was developed with careful consideration of cybersecurity risks and their compensating controls. Key measures include manufacturing steps to exclusively pair one AT patch with one Gateway, thus preventing Bluetooth communication with any other devices, and to configure encryption of all transmissions between these devices. Similarly, encryption of all cellular communication between the Gateway and the cloud is configured during manufacturing.

iRhythm regularly evaluates the integrity of our cloud-based infrastructure through both vulnerability and penetration testing of all internet-accessible servers. Industry-standard encryption is employed for all data transfers to, from and within the Cloud, and for protecting data at rest.

Patient data is protected during wear through use of proprietary data storage formats and access methods, and physically protected data ports. Once returned to the monitoring center for processing, data integrity checks are used to ensure the integrity of all recorded data.

## Device Specifications

**PATCH PERFORMANCE CHARACTERISTICS**

| | |
|---|---|
| ECG Channels | 1 channel |
| Memory capacity | 14 days |
| Recording Format | Continuous |
| Service Life | Up to 14 days |
| Shelf Life | 6 months |

**ELECTRICAL CHARACTERISTICS**

| | |
|---|---|
| Medical Equipment Type | BF Applied Part |
| ECG Frequency Response | 0.67 Hz to 40 Hz |
| ECG Input Impedance | >10 MΩ |
| ECG Differential Range | 3.3 mV p-p |
| ECG A/D Sampling Rate | 200 Hz |
| ECG Resolution | 10 bits |
| Patch Short-range RF Transmit/ Receive | 2.4 GHz Bluetooth Low Energy Effective Radiated Power <1 mW |
| Frequency Band of Transmission | 2.4 GHz |
| Bandwidth of the Receiver | 2400-2480 MHz |
| Type and Frequency of Modulation | 1-Mbps GFSK |
| Gateway Short-range RF Transmit/ Receive | 2.4 GHz Bluetooth Low Energy Effective Radiated Power <1 mW |
| Gateway Cellular RF Transmit/ Receive | 750 MHz LTE Cat M1 Effective Radiated Power < 200 mW |

**POWER CHARACTERISTICS**

| | |
|---|---|
| Patch Battery Type | 2 Lithium Manganese Dioxide Coin Cells |
| Gateway Battery Type | 1 Lithium Polymer Cell |
| Battery Life | Shelf Life plus 14 days |

**PHYSICAL CHARACTERISTICS**

| | |
|---|---|
| Patch Dimensions | 5.2 x 2.1 x 0.6 inches |
| Patch Weight | 24.7 g |
| Gateway Dimensions | 6.2 x 3.4 x 0.8 inches |
| Gateway Weight | 158 g |

**ENVIRONMENTAL CHARACTERISTICS**

| | |
|---|---|
| Operational Temperature | 41 to 104 degrees F |
| Operational Altitude | -1,000 to 10,000 ft |
| Operational & Storage Humidity | 10% to 95% (non-condensing) |
| Shipping (Short-term Storage) Temperature | -4 to 104 degrees F |
| Long-term Storage Temperature | 55 to 85 degrees F |
| Storage Altitude | -1,000 to 14,000 ft |
| Patch IP Classification | IP24 |
| Gateway IP Classification | IP22 |

**ESSENTIAL PERFORMANCE**

The Zio AT device records and transmits ECG segments for analysis., If recording or transmission is not as intended, the Zio AT device alerts the patient that functionality is impaired.

For information about the alerts provided by lights on the devices, refer to "Troubleshooting" on pages 19 through 21.

**HEART RATE CALCULATIONS**

| | | |
|---|---|---|
| **Episode Heart Rates** | **Max** | The maximum episode heart rate (i.e., maximum of all instantaneous heart rates within the episode) |
| | **Min** | The minimum episode heart rate (i.e., minimum of all instantaneous heart rates within the episode) |
| | **Avg** | The average episode heart rate (i.e., average of all instantaneous heart rates within the episode) |
| **Overall Rhythm Heart Rates** | **Max** | The maximum overall heart rate (i.e., maximum of all rhythm episode maximum heart rates within the record) |
| | **Min** | The minimum overall heart rate (i.e., minimum of all rhythm episode minimum heart rates exclusive of Pause heart rates within the record) |
| | **Avg** | The average overall heart rate (i.e., duration-weighted average of all rhythm episode heart rates within the record) |

**PAUSE DETERMINATION**

Pause is defined as an RR interval greater than or equal to 3 seconds.

## Electrical Safety and Compatability

- CAUTION: The Zio AT system needs special precautions regarding EMC and needs to be utilized according to the EMC information provided in the following tables.

- CAUTION: Portable and mobile RF communications equipment can affect medical electrical equipment.

- WARNING: The Zio AT system should not be used adjacent to or stacked with other equipment.

- WARNING: The Zio AT system may be interfered with by other equipment, even if that other equipment complies with CISPR EMISSIONS requirements.

- WARNING: Portable RF communications equipment (including peripherals such as antenna cables and external antennas) should be used no closer than 30 cm (12 inches) to any part of the Zio AT patch or gateway. Otherwise, degradation of the performance of this equipment could result.

## Guidance and Manufacturer's Declaration for Electromagnetic Emissions

### Table 1: Guidance and Manufacturer's Declaration for Electromagnetic Emissions

| Emissions test | Compliance | Electromagnetic environment – guidance |
|---|---|---|
| RF emissions CISPR 11 | Group 1 | The Zio AT system uses RF energy only for its internal function. Therefore, its RF emissions are very low and are not likely to cause any interference in nearby electronic equipment. |
| RF emissions CISPR 11 | Class B | The Zio AT system is suitable for use in all establishments, including domestic establishments. |
| Harmonic emissions IEC 61000-3-2 | Not applicable | Not applicable |
| Voltage fluctuations/ flicker emissions IEC 61000-3-3 | Not applicable | Not applicable |

## Guidance and Manufacturer's Declaration for Electromagnetic Immunity

The Zio AT system is intended for use in the electromagnetic environment specified on pages 32 through 35. The customer or the user of the Zio AT system should assure that it is used in such an environment.

### Table 2: Guidance and Manufacturer's Declaration— Electromagnetic Immunity

| Phenomenon | Basic EMC standard or test method | Immunity level |
|---|---|---|
| Electrostatic Discharge | IEC 61000-4-2 | ±8 kV contact<br>±15 kV air |
| Radiated RF EM fields | IEC 61000-4-3 | 10 V/m<br>80 MHz – 2.7 GHz<br>80% AM at 1 kHz |
| Conducted disturbances induced by RF fields | IEC 61000-4-3 | 3 V/m<br>0.15 MHz – 80 MHz<br>6 V/m in ISM and amateur radio bands between 0.15 MHz and 80 MHz<br>80% AM at 1 kHz |
| Rated power frequency magnetic field | IEC 61000-4-8 | 30 A/m<br>50 Hz or 60 Hz |

## Table 3: Guidance and Manufacturer's Declaration— Electromagnetic Immunity

| Basic EMC Standard or Test Method: IEC 61000-4-3 | | | | | |
|---|---|---|---|---|---|
| Phenomenon | Frequency (MHz) | Band (MHz) | Service | Modulation | Immunity Level (V/m) |
| Proximity Fields from RF Wireless Communications Equipment | 385 | 380 to 390 | TETRA 400 | Pulse modulation 18 Hz | 27 |
| | 450 | 430 to 470 | GMRS 460, FRS 460 | FM ± 5 kHz deviation 1 kHz sine | 28 |
| | 710 | 704 to 787 | LTE Band 13, 17 | Pulse modulation 217 Hz | 9 |
| | 745 | | | | |
| | 780 | | | | |
| | 810 | 800 to 960 | GSM 800/900, TETRA 800, iDEN 820, CDMA 850, LTE Band 5 | Pulse modulation 18 Hz | 28 |
| | 870 | | | | |
| | 930 | | | | |
| | 1720 | 1700 to 1990 | GSM 1800; CDMA 1900; GSM 1900; DECT; LTE Band 1, 3, 4, 25; UMTS | Pulse modulation 217 Hz | 28 |
| | 1845 | | | | |
| | 1970 | | | | |
| | 2450 | 2400 to 2570 | Bluetooth, WLAN, 802.11 b/g/n, RFID 2450, LTE Band 7 | Pulse modulation 217 Hz | 28 |
| | 5240 | 5100 to 5800 | WLAN 802.11 a/n | Pulse modulation 217 Hz | 9 |
| | 5500 | | | | |
| | 5785 | | | | |

**Table 4: Guidance and Manufacturer's Declaration—Electromagnetic Immunity**

| Basic EMC Standard or Test Method: IEC 61000-4-3 | | | | |
|---|---|---|---|---|
| Phenomenon | Frequency (MHz) | Band (MHz) | Modulation | Immunity Level (V/m) |
| 5G Proximity Fields from RF Wireless Communications Equipment | 600 | 663-698 (n71) | Pulse modulation 217 Hz | 28 |
| | 1500 | 1432-1517 (n50) | | |
| | 1600 | 1626-1660 (n24) | | |
| | 2000 | 1995-2020 (n70) | | |
| | 2100 | 2110-2170 (n1, n65) | | |
| | 2300 | 2305-2360 (n30) | | |
| | 3500 | 3550-3700 (n48) | | |
| | 3700 | 3300-4200 (n77, n78) | | |
| | 4900 | 4400-5000 (n79) | | |
| | 5900 | 5855-5925 (n47) | | |

**Table 5: Guidance and Manufacturer's Declaration—Electromagnetic Immunity**

| Basic Standard or Test Method: IEC 61000-4-39 | | | |
|---|---|---|---|
| Phenomenon | Test Frequency | Modulation | Immunity Test Level (A/m) |
| Proximity Magnetic Immunity | 30 kHZ | CW | 8 |
| | 134.2 kHz | Pulse modulation 2.1 kHz | 65 |
| | 13.56 MHz | Pulse modulation 50 Hz | 7.5 |

- This system complies with part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This system may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.
- For body worn operation, this system has been tested and meets FCC RF exposure guidelines when used with an accessory that contains no metal, such as the belt clip provided, and that positions the Gateway a minimum 1 cm from the body. Use of other accessories may not ensurecompliance with FCC RF exposure guidelines.
- Changes or modifications not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.
- The gateway has been tested and meets FCC RF exposure guidelines when used and operated for its intended purpose and as instructed in the manual.

## Symbols Glossary

| SYMBOL | STANDARD REFERENCE | STANDARD TITLE | SYMBOL TITLE | DESCRIPTION / EXPLANATORY TEXT |
|---|---|---|---|---|
| | ISO 15223-1 Clause 5.1.1 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Manufacturer | Indicates the medical device manufacturer. |
| | ISO 7000-3082 | Graphical symbols for use on equipment | | |
| | ISO 15223-1 Clause 5.1.3 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Date of manufacture | Indicates the date when the medical device was manufactured |
| | ISO 7000-2497 | Graphical symbols for use on equipment | | |
| | ISO 15223-1 Clause 5.1.4 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Use-by date | Indicates the date after which the medical device is not to be used. |
| | ISO 7000-2607 | Graphical symbols for use on equipment | | |
| LOT | ISO 15223-1 Clause 5.1.5 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Batch code | Indicates the manufacturer's batch code so that the batch or lot can be identified. |
| | ISO 7000-2492 | Graphical symbols for use on equipment | | |
| REF | ISO 15223-1 Clause 5.1.6 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Catalogue number | Indicates the manufacturer's catalogue number so that the medical device can be identified. |
| | ISO 7000-2493 | Graphical symbols for use on equipment | | |

| SYMBOL | STANDARD REFERENCE | STANDARD TITLE | SYMBOL TITLE | DESCRIPTION / EXPLANATORY TEXT |
|---|---|---|---|---|
| **SN** | ISO 15223-1 Clause 5.1.7 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Serial number | Indicates the manufacturer's serial number so that a specific medical device can be identified. |
| | ISO 7000-2498 | Graphical symbols for use on equipment | | |
| | ISO 15223-1 Clause 5.3.4 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Keep dry | Indicates a medical device that needs to be protected from moisture. |
| | ISO 7000-0626 | Graphical symbols for use on equipment | | |
| | ISO 15223-1 Clause 5.3.7 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Temperature limit | Indicates the temperature limits to which the medical device can be safely exposed. |
| | ISO 7000-0632 | Graphical symbols for use on equipment | | |
| | ISO 15223-1 Clause 5.3.8 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Humidity limitation | Indicates the range of humidity to which the medical device can be safely exposed. |
| | ISO 7000-2620 | Graphical symbols for use on equipment | | |
| | ISO 15223-1 Clause 5.4.2 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Do not re-use | Indicates a medical device that is intended for one use, or for use on a single patient during a single procedure. |
| | ISO 7000-1051 | Graphical symbols for use on equipment | | |

| SYMBOL | STANDARD REFERENCE | STANDARD TITLE | SYMBOL TITLE | DESCRIPTION / EXPLANATORY TEXT |
|---|---|---|---|---|
| | ISO 15223-1 Clause 5.4.3 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Consult instructions for use | Indicates the need for the user to consult the instructions for use. |
| | ISO 7000-1641 | Graphical symbols for use on equipment | | |
| | IEC 60601-1 Table D.1, Symbol 11 | Medical electrical equipment — Part 1: General requirements for basic safety and essential performance | | |
| | ISO 15223-1 Clause 5.4.4 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Caution | Indicates the need for the user to consult the instructions for use for important cautionary information such as warnings and precautions that cannot, for a variety of reasons, be presented on the medical device itself. of reasons, be presented on the medical device itself. |
| | ISO 7000-0434 | Graphical symbols for use on equipment | | |
| | IEC 60601-1 Table D.1, Symbol 10 | Medical electrical equipment — Part 1: General requirements for basic safety and essential performance | | |
| | ISO 15223-1 Clause 5.7.1 | Medical devices — Symbols to be used with medical device labels, labelling and information to be supplied | Patient number | Indicates a unique number associated with an individual patient. |

| SYMBOL | STANDARD REFERENCE | STANDARD TITLE | SYMBOL TITLE | DESCRIPTION / EXPLANATORY TEXT |
|---|---|---|---|---|
| | BS EN 50419:2006 | Marking of electrical and electronic equipment in accordance with article 11(2) of Directive 2002/96/EC (WEEE) | Separate Collection | To indicate that the product shall be separated when disposed. |
| | IEC 60417-5140 | Graphical symbols for use on equipment | Non-ionizing electromagnetic radiation | To indicate generally elevated, potentially hazardous, levels of nonionizing radiation, or to indicate equipment or systems e.g. in the medical electrical area that include RF transmitters or that intentionally apply RF lectromagnetic energy for diagnosis or treatment. lectromagnetic energy for diagnosis or treatment. |
| | IEC 60601-1-2:2007, Clause 5.1.1 | Medical electrical equipment — Part 1-2: General requirements for basic safety and essential performance — Collateral standard: Electromagnetic compatibility — Requirements and tests | | |
| | IEC/TR 60878-5140 | Graphical symbols for electrical equipment in medical practice | | |
| | IEC 60417-5333 | Graphical symbols for use on equipment | Type BF Applied Part | To identify a type BF applied part complying with IEC 60601-1. |
| | IEC 60601-1, Table D.1, Symbol 20 | Medical electrical equipment — Part 1: General requirements for basic safety and essential performance | | |
| | ASTM F2503-13 | Standard Practice for Marking Medical Devices and Other Items for Safety in the Magnetic Resonance Environment | Magnetic Resonance (MR) unsafe | Keep away from magnetic resonance imaging (MRI) equipment. |

| SYMBOL | STANDARD REFERENCE | STANDARD TITLE | SYMBOL TITLE | DESCRIPTION / EXPLANATORY TEXT |
|---|---|---|---|---|
| **IPN₁N₂** | IEC 60601-1, Table D.3 Symbol 2 IEC 60529 | Medical electrical equipment — Part 1: General requirements for basic safety and essential performance  Degrees of Protection Provided by Enclosures (IP Code) | Degrees of protection provided by enclosure | Manufacturer-determined degree of particle and water ingress protection, where: N1 = Degrees of protection against access to hazardous parts N2 = Degrees of protection against water |
| **IP24** | | | | Protected against solid foreign objects of 12,5 mm diameter and greater, and protected against splashing water |
| **IP22** | | | | Protected against solid foreign objects of 12,5 mm diameter and greater, and protected against vertically falling water drops when enclosure tilted up to 15° |
| **Rx ONLY** | 21 CFR 801.15(c)(1)(i)F | Labeling-Medical devices; prominence of required label statements | Prescription only | Requires prescription in the United States |



**iRhythm Technologies, Inc.**
699 8th St., Suite 600
San Francisco, CA  94103   USA
1.888.693.2401
**irhythmtech.com**

©2017–2025 iRhythm Technologies, Inc. All rights reserved.
ALB0031.11  |  Date of first issue: 2018–11  |  Revised: 2025-03