# EXHIBIT 6

# TRUIST HH

# Truist Securities

Equity Research

November 1, 2022

**HEALTHCARE: Cardio**

**David Rescott**
212-319-3429
David.Rescott@truist.com

**Richard Newitter**
212-319-5883
Richard.Newitter@truist.com

**Samuel Brodovsky**
212-319-3916
Samuel.Brodovsky@truist.com

Lin Zhang, CFA
212-590-0973
Lin.Zhang@truist.com

| | |
|---|---|
| Current Price (Nov. 1, 2022) | **$126.77** |
| Stock Rating | **BUY** |
| | *Unchanged* |
| Price Target | **$167.00** |
| | *Unchanged* |

5 Page Document

## Reasons for this report

✓ Quick Reaction to Newsflow/Volatility

# iRhythm Technologies, Inc. (IRTC)

Mixed Qtr & Lwr Guide, but +ve CMS Rate Shld Help Offset Ptn'l Headwinds Spilling into '23

---

**IRTC's 3Q22 miss & lowered FY22 guide was disappointing — and putting pressure on shares in the aftermarket — but on a more positive note, it appears that the CMS PFS Final Rule is a favorable outcome.** The updated rate, in our view, should help somewhat offset a potential reduction in FY23 #'s — given mgmt's commentary around lingering headwinds into FY23 — and **should also help remove an overhang that we believe has kept some investors on the sidelines** (IRTC has traded at a ~1.5x discount to the high grwth comp group over the past few months despite a similar 2-yr grwth CAGR).

**CMS's final rule — issued AMC — based on our initial assessment suggests a higher reimbursed rate for IRTC's ZioXT service, but not all schedules and detail have yet been released**, so we don't know the precise reimbursement rate, nor do we know when the files necessary to compute the final rate will ultimately be published. **However, based on the information we do have (and making some assumptions), we believe the published rate will be close to ~$240 in the final rule, which would be above the previously published ~$229 rate in the proposed rule (issued in early-July).** Specifically, there is a newly published supply cost (which is used in the computation of the final rate) that looks to be ~6% higher than the initial cost published in the proposed rule. Both the equipment & labor cost were held constant in the final rule with the proposed rule. **This could suggest that the reimbursement rate will come in higher than the initial proposed rule. That would be a positive, since we believe the prospects of a lower-than-proposed rate had been a lingering investor concern.**

**Our model & PT are under review,** pending further clarity on the final rule and reimbursement rate (to validate our underling assumptions).

**Additional details on our assumptions to get to a $240 rate:**

- We estimate that the NCD established a rate for IRTC's 7-15-day wear ZioXT device at $240 (CPT code 93247; vs the proposed rate of $229) and 48-hr to 7-day wear at $228 (CPT code 93243; vs the proposed rate of $217). Recall that we assume that the vast majority of ZioXT monitors are worn in the 7-15 day timeframe. We arrive at this rate by adding together the supply, equipment & labor costs provided on CMS's website. We then take the same haircut (~27%) that was applied to the computed rate in the proposed rule to arrive at the published rate. We previously have discussed our belief that the "haircut" to the computed and published rate stems from budget neutrality, among other factors.

- Based on the prior ranges that mgmt provided to account for a few "moving pieces," we suspect that the company can likely achieve a payment per service in the range of $229 to $310 for CPT code 93247 (7-15-day wear) and $218 to $294 for CPT code 93243 (48-hr to 7-day wear). This compares to mgmt's prior comments (following the proposed rule) suggesting that the company could achieve a payment per service in the range of $218 to $295 and $207 to $280, respectively. This accounts for the positive impacts from the GPCI factor as well as the negative headwinds from the Medicare payment reduction (sequestration) and the sequestration under the statutory Pay-As-You-Go.

- In the Final Rule, CMS also confirmed the GPCI factor for the SF, Chicago & Houston localities issued in the proposed rule.

**Turning to the qtr., Q3 miss and lowered FY22 guide was disappointing, but we think these issues will ultimately get better in FY23 & mgmt reiterated their long-term +20% top-line grwth outlook.** The company reported 3Q22 revenue of $103.9M (+21.6% Y/Y) coming in below CNS estimates ($106.4M) and lowered FY22 guidance to the range of $407M to $411M (+26-27% Y/Y growth) vs prior guidance of $415M to $420M (+29% to +30% Y/Y growth). While the company noted that registrations grew 20% in the qtr, softness in returned devices impacted the company's ability to perform services and realize revenue. Mgmt noted that the rate of received devices was lower than historical averages — i.e. pts receiving ZioXT from physicians and not wearing/returning the device — but are working to address this issue. The company also issued a voluntary Customer Advisory Notice to ZioAT customers, updating language related to precauions in the Zio AT Clinical Reference Manual

**Truist Securities**

and Important Information pamphlet, relating to patient registration process and patient- and auto-triggered transmission limits — this resulted in slower growth within the qtr. and is expected to continue into Q4. While growth of AT was strong in existing accounts, this provided an incremental headwind to opening new accounts. Account staffing and capacity challenges also appeared to play a factor in the lowered FY22 guide.

**Down the P&L,** GM guidance of 68-69% was reiterated and adj EBITDA is expected to be in the range of negative $10M to $12M vs (prior guidance of negative $12.5M to negative $17.5M).

## Valuation and Risks

We apply a 9.5x multiple to our above-CNS 2023 sales estimate to derive our $167 PT, which is a ~2x turn higher than the company's current valuation. A ~9.5x EV/Sales would represent a slight premium to IRTC's high growth peer group 2023 EV/sales average of ~9x, which we think is warranted given IRTC's upside potential to FY23 rev expectations. Risks to our price target and valuation include: 1) CMS's proposed NCD rate is readjusted lower, 2) Commercial reimbursement re-rates lower, 3) Competitive dynamics from existing players in the extended-wear cardiac monitoring market, 4) Key product launches, including ZioAT, do not gain traction in the market or are underwhelming vs. our expectations, and 5) Expansion into the asymptomatic AF space does not materialize as soon as we currently model.

## Analyst Certification

I, David Rescott , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Truist Securities, Inc. makes a market in the following company: IRTC-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



## Truist Securities Ratings System for Equity Securities

**Dissemination of Research**

Truist Securities, Inc. ("Truist Securities") seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://truistresearch.bluematrix.com/client/library.jsp

Please email the Research Department at EquityResearchDepartment@truist.com or contact your Truist Securities sales representative.

**Truist Securities Rating System for Equity Securities**

Truist Securities, Inc. ("Truist Securities") rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – Truist Securities does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that Truist Securities' rating and/or target price have been temporarily suspended due to applicable regulations and/or Truist Securities Management discretion. The previously published rating and target price should not be relied upon.

Truist Securities analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Truist Securities Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

Truist Securities ratings distribution (as of 11/01/2022):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 521 | 68.37% | Buy | 78 | 14.97% |
| Hold | 237 | 31.10% | Hold | 38 | 16.03% |
| Sell | 4 | 0.52% | Sell | 1 | 25.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. Truist Securities, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over the-counter securities mentioned herein. Opinions expressed are subject to change without notice.

Truist Securities, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

Truist Securities, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. Truist Securities, Inc. is owned by Truist Financial Corporation and affiliated with Truist Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at Truist Securities, Inc. or Truist Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks. Link: https://truist.bluematrix.com/sellside/Disclosures.action

Please visit the Truist Securities equity research library for current reports and the analyst roster with contact information. Link: https://truistresearch.bluematrix.com/client/library.jsp

Truist Securities, Inc., member FINRA and SIPC. Truist, Truist Securities, and Truist Investment Services are service marks of Truist Financial Corporation.

**Truist Securities**

If you no longer wish to receive this type of communication, please request removal by sending an email to EquityResearchDepartment@truist.com

© Truist Securities, Inc. 2022. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, TruistSecurities.com, or by writing to: Truist Securities, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070