# EXHIBIT 7



*Medical Supplies & Devices - Market Overweight*

# IRHYTHM TECHNOLOGIES, INC. (IRTC)

## *Tricks and Treats Tonight – Revenue Miss & Lower but Final CMS Rule Rounds Input Up…Again*

**November 1, 2022**

**Rating:**
Underperform
**Price:**
$126.77
**Price Target:**
$120.00
*Prior: $107.00*
**% Upside:**
(5.3)%

View IRTC Model
View Comp Table

### The Wolfe Byte
More reimbursement relief but now volume concerns surfacing. The net impact to model from tonight's learnings is higher 2023 numbers vs prior but de minimis lift to long-term dream. This DCF still difficult to make work.

**Company Information**

| 52-Week Range | $77 - $168 |
|---|---|
| Market Cap. (M) | $3,806 |


IRTC
Source: FactSet

Priced as of 11/01/22

- **How about the treat first?** Physician Fee Schedule final 2023 rule **– input walked up yet again – this time +$15 to $260.** The +6% driven by receipt of more invoices. The Muller concern around double counting risk was stiff armed – CMS wrote "We reviewed each invoice and determined that the price was associated with an individual extended external ECG patch, not health insurance claims or entire technical services." What about the debate around why these invoices and why not the old ones? CMS basically says newer invoices are better than older ones. The newest batch is driving the rounding up cycle. Versus prior Street framework, round numbers, 20%-25% of revenue now seemingly should be envisioned ~5% higher, netting 1% revenue lift.

- **And now the trick…3Q22 revenue missed and 2022 guidance was reduced due to several volume-related issues.** 3Q revenue missed by 2%. 2022 revenue guide reduced 2% at midpoint. 4Q revenue implied $111M at midpoint, 6% below Street. What happened? Several things. (1) Office-level staffing constraints generally impacting scheduling and throughput at existing customers and onboarding of new customers. (2) Reduction in returned devices due to more patients being sent home with the kit from the office, limiting return rates versus historical averages. (3) Early 4Q a voluntary "Customer Advisory Notice" sent to Zio AT customers updating precautionary language focused on patient registration process and patient and auto-triggered transmission limits.

- **Big picture model comments:** Major adjustment to 2023 given our prior stance on timing of commercial price risk post national pricing. But…less meaningful changes in the out years, especially at the profit line. Thus, less impact to valuation. Post LRP, this DCF is still difficult to make work, yielding short-run EV/revenue inputs as anchor for target price. We roll forward to year-end 2023 which uses a multiple in upper half of peer range on 2024.



**Mike Polark, CFA**
mpolark@wolferesearch.com
(617) 313-7810
View Mike's Research

| REVENUES (MM) ($) | | | | | | DECEMBER FYE |
|---|---|---|---|---|---|---|
| | **1Q** | **2Q** | **3Q** | **4Q** | **FY** | |
| **2021A** | 74 A | 81 A | 85 A | 82 A | 323 A | |
| **2022E** | 92 A | 102 A | 104 A | 111 E | 409 E | |
| *Prior* | - | - | *106 E* | *118 E* | *418 E* | |
| **2023E** | 108 E | 118 E | 120 E | 124 E | 470 E | |
| *Prior* | *96 E* | *102 E* | *104 E* | *112 E* | *414 E* | |

Source: Company Documents, Wolfe Research, FactSet
Numbers may not add up due to rounding

---

This report is limited solely for Wolfe Research's clients.Please refer to the DISCLOSURE SECTION located at the end of this report for Analyst Certifications and Other Important Disclosures.

**Please help us protect your advantage...**
**DO NOT FORWARD**

# WOLFE
## R E S E A R C H

**November 1, 2022**

---

**Investment Conclusion**

**We rate IRTC shares underperform and have a $120 year-end 2023 target price.** Our target price simplistically considers a 6-7 multiple on 2024 revenue. This multiple in the upper half of the range for a broad group of roughly 30 SMID device names. This cohort on NTM revenue has median multiple of >4 and average ~5.5. This group over the NTM is expected to grow revenue in the mid-to-upper teens range year/year. Long term the IRTC algorithm calls for revenue growth in the 20% zip code. I.e., above average of this peer set. And hence supportive of our above average revenue multiple input for the group. Bulls might argue for a higher input, but there are a few items that limit our interest in maxing out the short-term revenue multiple input right now. First, in 2023, we see potential for total company revenue to grow below long-term vision. Why? These new volume challenges that surfaced 3Q22 may limit shorter-term performance (i.e., AT field action, XT non-return rates) with pricing now potentially a wash (slight Medicare uptick offsetting commercial pressure). Second, underneath all our SMID valuation frameworks is an attempt to "dream-the-dream" with a proper DCF. In the case of IRTC the long-term DCF build has historically been a struggle for us. At present, it still is difficult to "make work". Third, we still worry about "what's going on" with this Novitas LCD review due to "aberrant" trends in cardiac monitoring. On the flip side, the reimbursement picture appears to be clearing up here. While we think knock-on commercial risk in 2023 could be still be a bit underappreciated, no doubt our confidence continues to build in short- and longer-term "pricing" inputs. We figure that visibility around potential knock-on commercial price impacts should be good mid-to-late 1Q23. Thus, it's not a major wait to clear on this tactically, unlike the wait to firm up the national Medicare rate.

---

Please help us protect your advantage...
**DO NOT FORWARD**



**November 1, 2022**

## IRTC 3Q22 P&L Detail and Variance

### Income Statement Variance

| (In $M, Except Where Stated) | Actual | Y-Y Δ | Wolfe (E) | Δ | %Δ | Street (E) | Δ | %Δ |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | $104 | 21.6% | $106 | ($2) | (2.0%) | $106 | ($2) | (2.1%) |
| **Direct Costs** | $33 | 12.5% | $32 | $1 | 1.9% | $33 | $0 | 0.3% |
| Gross Margin % | 68.3% | 255 bps | 69.5% | (122) bps | | | | |
| **R&D** | $11 | 31.8% | $12 | ($1) | (4.6%) | $12 | ($1) | (5.1%) |
| % of Revenue | 11.0% | 85 bps | 11.3% | (30) bps | | | | |
| **SG&A** | $81 | 13.9% | $85 | ($4) | (5.2%) | $85 | ($5) | (5.7%) |
| % of Revenue | 77.6% | (525) bps | 80.2% | (263) bps | | | | |
| **Interest & Other Expense (Income), Net** | $0 | - | $0 | ($0) | - | | | |
| **Taxes** | $0 | 23.4% | $0 | $0 | - | | | |
| Effective Tax Rate % | (0.5%) | (15) bps | 0.0% | (54) bps | | | | |
| **Diluted S/O** | 30 | 2.2% | 30 | 0 | 0.5% | | | |
| **GAAP EPS** | ($0.71) | 11.6% | ($0.79) | $0.08 | 10.1% | ($0.83) | $0.12 | 14.0% |

### Operating and Non-Operating Items Variance

| (In $M, Except Where Stated) | Actual | Y-Y Δ | Wolfe (E) | Δ | %Δ | Street (E) | Δ | %Δ |
|---|---|---|---|---|---|---|---|---|
| **Operating Items** | ($21) | (9.4%) | ($23) | $2 | 9.6% | ($24) | $3 | 12.3% |
| Operating Margin % | (20.3%) | 695 bps | (22.0%) | 171 bps | | (22.6%) | 235 bps | |
| **Non-Operating Items** | ($0) | - | ($0) | $0 | - | | | |
| Net Margin % | (20.7%) | 713 bps | (22.4%) | 175 bps | | | | |

Source: FactSet, company reports and Wolfe estimates

Please help us protect your advantage...
**DO NOT FORWARD**



iRhythm Technologies, Inc. (IRTC)
Income Statement

| (In $M, Except Where Stated) | 2020(A) | 1Q21(A) | 2Q21(A) | 3Q21(A) | 4Q21(A) | 2021(A) | 1Q22(A) | 2Q22(A) | 3Q22(A) | 4Q22(E) | 2022(E) | 1Q23(E) | 2Q23(E) | 3Q23(E) | 4Q23(E) | 2023(E) | 2024(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $265 | $74 | $81 | $85 | $82 | $323 | $92 | $102 | $104 | $111 | $409 | $108 | $118 | $120 | $124 | $470 | $555 |
| Cost of Revenue | 70 | 23 | 26 | 29 | 31 | 109 | 31 | 32 | 33 | 33 | 129 | 33 | 37 | 37 | 38 | 146 | 167 |
| Research and Development | 41 | 9 | 10 | 9 | 12 | 39 | 11 | 12 | 11 | 12 | 46 | 12 | 12 | 12 | 12 | 48 | 57 |
| Selling, General, and Administrative | 197 | 70 | 63 | 71 | 72 | 275 | 100 | 82 | 81 | 84 | 346 | 86 | 88 | 90 | 94 | 358 | 401 |
| Operating Income | ($44) | ($27) | ($17) | ($23) | ($32) | ($100) | ($49) | ($23) | ($21) | ($18) | ($112) | ($24) | ($19) | ($19) | ($21) | ($82) | ($69) |
| Interest & Other Expense (Income) | (0) | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 1 | 1 |
| Pre-Tax Income | ($43) | ($28) | ($17) | ($24) | ($32) | ($101) | ($51) | ($24) | ($21) | ($19) | ($114) | ($24) | ($19) | ($19) | ($21) | ($83) | ($70) |
| Income Tax | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income: Consensus Basis (GAAP) | ($44) | ($28) | ($17) | ($24) | ($32) | ($101) | ($51) | ($24) | ($21) | ($19) | ($115) | ($24) | ($19) | ($19) | ($21) | ($83) | ($70) |
| EPS: Consensus Basis (GAAP) | ($1.57) | ($0.95) | ($0.59) | ($0.81) | ($1.10) | ($3.46) | ($1.71) | ($0.80) | ($0.71) | ($0.62) | ($3.83) | ($0.79) | ($0.62) | ($0.63) | ($0.68) | ($2.72) | ($2.29) |
| Diluted S/O | 28 | 29 | 29 | 29 | 29 | 29 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 31 |
| | | | | | | | | | | | | | | | | | |
| Revenue Growth | 23.6% | 17.0% | 59.8% | 18.7% | 3.8% | 21.7% | 24.3% | 25.6% | 21.6% | 35.5% | 26.7% | 16.9% | 15.6% | 15.8% | 11.8% | 14.9% | 18.1% |
| Gross Margin | 73.5% | 68.4% | 68.0% | 65.7% | 62.7% | 66.2% | 66.9% | 68.8% | 68.3% | 70.0% | 68.6% | 69.0% | 69.0% | 69.0% | 69.0% | 69.0% | 70.0% |
| R&D-to-Sales | 15.6% | 11.5% | 11.8% | 10.2% | 14.5% | 12.0% | 11.4% | 11.7% | 11.0% | 10.8% | 11.2% | 11.1% | 10.2% | 10.0% | 9.7% | 10.2% | 10.2% |
| SG&A-to-Sales | 74.4% | 93.9% | 77.1% | 82.8% | 87.5% | 85.1% | 108.0% | 80.1% | 77.6% | 75.8% | 84.6% | 79.7% | 74.6% | 74.8% | 75.9% | 76.1% | 72.3% |
| Adjusted EBITDA | $5 | ($5) | ($5) | ($9) | ($17) | ($36) | ($5) | ($5) | ($2) | ($0) | ($12) | ($5) | $0 | ($0) | ($2) | ($6) | $16 |
| Adjusted EBITDA Margin | 2.0% | (7.0%) | (5.6%) | (10.0%) | (21.0%) | (11.0%) | (5.3%) | (4.9%) | (2.1%) | (0.4%) | (3.0%) | (4.2%) | 0.4% | (0.0%) | (1.2%) | (1.2%) | 2.8% |
| Operating Margin | (16.5%) | (37.0%) | (20.9%) | (27.3%) | (39.4%) | (31.0%) | (52.6%) | (23.0%) | (20.3%) | (16.6%) | (27.3%) | (21.8%) | (15.7%) | (15.8%) | (16.6%) | (17.4%) | (12.5%) |
| Pretax Margin | (16.4%) | (37.3%) | (21.2%) | (27.7%) | (39.6%) | (31.3%) | (54.7%) | (23.4%) | (20.5%) | (16.9%) | (28.0%) | (22.0%) | (15.9%) | (16.0%) | (16.8%) | (17.6%) | (12.6%) |
| Effective Tax Rate | (0.5%) | (0.4%) | (0.7%) | (0.4%) | (0.2%) | (0.4%) | (0.1%) | (0.1%) | (0.5%) | 0.0% | (0.2%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Net Margin | (16.5%) | (37.4%) | (21.4%) | (27.8%) | (39.7%) | (31.4%) | (54.8%) | (23.4%) | (20.7%) | (16.9%) | (28.0%) | (22.0%) | (15.9%) | (16.0%) | (16.8%) | (17.6%) | (12.6%) |

Source: company reports & Wolfe Research estimates
Published: 11/01/2022

Mike Polark, CFA | Senior Research Analyst | (617) 313-7810 | mpolark@wolferesearch.com
www.wolferesearch.com

**Please help us protect your advantage...**
**DO NOT FORWARD**

Disclaimer Attached
Page 4 of 8

# EV/Revenue Below the 1-Year and 3-Year Averages





**Sources: Wolfe Research, FactSet**

1

![Wolfe Research logo]

**November 1, 2022**

## DISCLOSURE SECTION

**Analyst Certification:**

The various Wolfe Research, LLC analysts who are primarily responsible for this research report certify that (i) the recommendations and opinions expressed in this research report accurately reflect the research analysts' personal views about the subject securities or issuers and (ii) no part of the research analysts' compensation was, is or will be directly or indirectly related to the specific recommendations or views contained in this report.

**Important Disclosures:**

**Price Chart(s) with Ratings and Target Price History**



iRhythm Technologies, Inc. Rating History as of 10/28/2022

I:UP:$105 04/05/22 | UP:$110 05/05/22 | UP:$100 06/15/22 | UP:$107 07/11/22

Closing Price

Outperform (OP); Peer Perform (PP); Underperform (UP); Not Rated (NR); Initiation of Coverage (I); Discontinuation of Coverage (D)

**Wolfe Research, LLC Fundamental Valuation Methodology:**

| Company: | Fundamental Valuation Methodology: |
|---|---|
| iRhythm Technologies, Inc. | Our year-end 2023 target price is derived using a multiple on our 2024 revenue estimate. |

**Wolfe Research, LLC Fundamental Recommendation, Rating and Target Price Risks:**

| Company: | Risks That May Impede Achievement of the Recommendation, Rating or Target Price: |
|---|---|
| iRhythm Technologies, Inc. | Upside risks to the Underperform rating include core volume outperformance versus the long-range plan, absence of pressure on commercial reimbursement rates in 2023, materially narrowing the current operating loss due to efficiency programs, and takeout risk (IRTC's three major competitors now all owned by much larger companies). |

**Wolfe Research, LLC Research Disclosures:**

| Company: | Research Disclosures: |
|---|---|
| iRhythm Technologies, Inc. | None |

**Other Disclosures:**

Please help us protect your advantage...
**DO NOT FORWARD**

**W LFE**
**R E S E A R C H**

**November 1, 2022**

**Wolfe Research, LLC Fundamental Stock Ratings Key:**

| | |
|---|---|
| Outperform (OP): | The security is projected to outperform analyst's industry coverage universe over the next 12 months. |
| Peer Perform (PP): | The security is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months. |
| Underperform (UP): | The security is projected to underperform analyst's industry coverage universe over the next 12 months. |

Effective August 1, 2022, Wolfe Research, LLC will no longer publish target prices for Peer Perform rated companies.

Wolfe Research, LLC uses a relative rating system using terms such as Outperform, Peer Perform and Underperform (see definitions above). Please carefully read the definitions of all ratings used in Wolfe Research, LLC research. In addition, since Wolfe Research, LLC research contains more complete information concerning the analyst's views, please carefully read Wolfe Research, LLC research in its entirety and not infer the contents from the ratings alone. In all cases, ratings (or research) should not be used or relied upon as investment advice and any investment decisions should be based upon individual circumstances and other considerations.

**Wolfe Research, LLC Industry Weighting System:**

| | |
|---|---|
| Market Overweight (MO): | Expect the industry to outperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |
| Market Weight (MW): | Expect the industry to perform approximately in line with the primary market index for the region (S&P 500 in the U.S.) over the next 12 months. |
| Market Underweight (MU): | Expect the industry to underperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |

**Wolfe Research, LLC Distribution of Fundamental Stock Ratings (As of November 1, 2022):**

| | | |
|---|---|---|
| Outperform: | 51% | 8% Investment Banking Clients within the previous 12 months |
| Peer Perform: | 39% | 6% Investment Banking Clients within the previous 12 months |
| Underperform: | 10% | 2% Investment Banking Clients within the previous 12 months |

Wolfe Research, LLC does not assign ratings of Buy, Hold or Sell to the stocks it covers. Outperform, Peer Perform and Underperform are not the respective equivalents of Buy, Hold and Sell but represent relative weightings as defined above. To satisfy regulatory requirements, Outperform has been designated to correspond with Buy, Peer Perform has been designated to correspond with Hold and Underperform has been designated to correspond with Sell.

Wolfe Research Securities and Wolfe Research, LLC have adopted the use of Wolfe Research and The Wolfe Daily Howl as brand names. Wolfe Research Securities, a member of FINRA (www.finra.org) and the National Futures Association, is the broker-dealer affiliate of Wolfe Research, LLC. Wolfe Research Securities is responsible for the contents of this material. Any analysts publishing these reports are associated with each of Wolfe Research, LLC and Wolfe Research Securities.

The Wolfe Daily Howl is a subscription-based service for Institutional investor subscribers only and is a product of Wolfe Research, LLC. The products received may contain previously published research which has been repackaged for Wolfe Daily Howl subscribers. The types of services provided to you by Wolfe Research, LLC, vary as compared to that provided to other external clients of Wolfe Research. Wolfe Research, LLC, its affiliates, officers, directors, employees

Please help us protect your advantage...
**DO NOT FORWARD**

# W LFE

## R E S E A R C H

**November 1, 2022**

and agents will not be liable for any investment decisions made or actions taken by you or others based on any news, information, opinion, or any other material published through this service.

The content of this report is to be used solely for informational purposes and should not be regarded as an offer, or a solicitation of an offer, to buy or sell a security, financial instrument or service discussed herein. Opinions in this communication constitute the current judgment of the authors as of the date and time of this report and are subject to change without notice. Information herein is believed to be reliable but Wolfe Research and its affiliates, including but not limited to Wolfe Research Securities, makes no representation that it is complete or accurate. The information provided in this communication is not designed to replace a recipient's own decision-making processes for assessing a proposed transaction or investment involving a financial instrument discussed herein. Recipients are encouraged to seek financial advice from their financial advisor regarding the appropriateness of investing in a security or financial instrument referred to in this report and should understand that statements regarding the future performance of the financial instruments or the securities referenced herein may not be realized. Past performance is not indicative of future results. This report is not intended for distribution to, or use by, any person or entity in any location where such distribution or use would be contrary to applicable law, or which would subject Wolfe Research, LLC or any affiliate to any registration requirement within such location. For additional important disclosures, please see https://www.WolfeResearch.com/Disclosures.

The views expressed in Wolfe Research, LLC research reports with regards to sectors and/or specific companies may from time to time be inconsistent with the views implied by inclusion of those sectors and companies in other Wolfe Research, LLC analysts' research reports and modeling screens. Wolfe Research communicates with clients across a variety of mediums of the clients' choosing including emails, voice blasts and electronic publication to our proprietary website.

Copyright © Wolfe Research, LLC 2022. All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Wolfe Research, LLC. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of Wolfe Research, LLC.

This report is limited for the sole use of clients of Wolfe Research. Authorized users have received an encryption decoder which legislates and monitors the access to Wolfe Research, LLC content. Any distribution of the content produced by Wolfe Research, LLC will violate the understanding of the terms of our relationship.