**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC., and QUENTIN BLACKFORD,<br><br>Defendants. | Case No. 3:24-cv-706-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF THEIR MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: September 18, 2025<br>Time: 10:00 a.m.<br>Location: Courtroom 8, 19th Floor<br>Before: Hon. Jacqueline Scott Corley |

Before the Court is Defendants iRhythm Technologies, Inc. and Quentin Blackford's (collectively, "Defendants") Motion for Judicial Notice and Incorporation by Reference in Support of Their Motion for Judgment on the Pleadings.

Having considered Defendants' Motion, including all papers filed in support of and in opposition to the Motion, all arguments presented by counsel, and the Court's file in this matter, IT IS HEREBY ORDERED that Defendants' Motion for Judicial Notice and Incorporation by Reference in Support of Their Motion for Judgment on the Pleadings is **GRANTED**.

DATED: _____

_____
Honorable Jacqueline Scott Corley
United States District Judge