UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS UNION LOCAL #27 PENSION AND RETIREMENT FUND,<br><br>Plaintiff,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 24-cv-00706-JSC<br><br>**ORDER RE: MOTION TO MODIFY HEARING**<br><br>Re: Dkt. No. 97 |

Lead Plaintiff Oklahoma Firefighters Pension and Retirement System moved "to conduct the upcoming hearing on the Motion for Judgment on the Pleadings by videoconference." (Dkt. No. 97 at 2.)  The Court is in receipt of Plaintiff's motion, Defendants' response, and Plaintiff's reply.  (Dkt. Nos. 97-100.)  The Court resets the October 9, 2025 hearing to October 30, 2025 at 10:00 a.m.  The hearing will be held in person.

This Order disposes of Docket No. 97.

**IT IS SO ORDERED.**

Dated: September 8, 2025

JACQUELINE SCOTT CORLEY
United States District Judge