UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS UNION LOCAL #27 PENSION AND RETIREMENT FUND,<br><br>Plaintiff,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 24-cv-00706-JSC<br><br>**ORDER CONTINUING CMC AND SETTING DEADLINE FOR DISCOVERY DISPUTE JOINT LETTERS** |

The case management conference scheduled for September 17, 2025 is continued to October 30, 2025 to coincide with the hearing on the motion for judgment on the pleadings. In the interim, the parties must meet and confer on their disputes regarding Defendants' document production and must submit any discovery dispute joint letters by October 22, 2025. Before the letters are submitted, the parties must meet and confer in person. The discovery dispute joint letters, if any, must recite who attended the in-person conference, where it was held, and how long it lasted. Further, the discovery dispute joint letters, if any, must include each side's final and best offer of compromise on each specific dispute.

**IT IS SO ORDERED.**

Dated: September 15, 2025

JACQUELINE SCOTT CORLEY
United States District Judge