**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kristin Tahler (Bar No. 261908)
kristintahler@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

*Counsel for iRhythm Technologies, Inc. and Quentin Blackford*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC., and QUENTIN BLACKFORD,<br><br>Defendants. | Case No. 3:24-cv-706-JSC<br><br>CLASS ACTION<br><br>**THIRD JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: October 30, 2025<br>Time: 10:00 a.m.<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Hon. Jacqueline Scott Corley |

On September 15, 2025, the Court continued the further Case Management Conference originally set for September 17, 2025 to October 30, 2025. ECF No. 104. Accordingly, the Parties submit this Third Case Management Statement pursuant to the Standing Order for All Judges of the Northern District of California dated November 1, 2018; this Court's Civil Standing Order dated January 21, 2025; Civil Local Rule 16-10(d); and Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

**1.     Discovery**

Discovery remains ongoing. Among other things, the Parties are negotiating a search protocol for their respective document productions.

Plaintiff raised three discovery disputes in the September 10, 2025 Second Joint Case Management Statement. ECF No. 103. As required by the Court's September 15, 2025 order (ECF No. 104), counsel for the Parties met and conferred on these issues in-person at Plaintiff's counsel's office in New York City on October 7, 2025. The Parties also met and conferred via telephone on several other occasions. The Parties report that they worked cooperatively and have reached a resolution on the issues previously raised.

At this time, the Parties do not have outstanding discovery disputes to present to the Court.

**2.     Settlement and ADR**

The Parties have not engaged in settlement discussions. The Parties have agreed to meet and confer regarding the possibility of scheduling an initial mediation session by no later than forty-five days after the deadline for substantial completion for document production.

DATED: October 22, 2025                    Respectfully submitted,

*/s/ Katherine M. Sinderson*
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**

JOHN J. RIZIO-HAMILTON (*pro hac vice*)
(johnr@blbglaw.com)
KATHERINE M. SINDERSON (*pro hac vice*)
(katiem@blbglaw.com)
THOMAS Z. SPERBER (*pro hac vice*)
(thomas.sperber@blbglaw.com)
ABBY KRITTA (*pro hac vice*)
(abygail.kritta@blbglaw.com)

1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System*


By: */s/ Christopher Porter*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Christopher Porter (*pro hac vice*)
chrisporter@quinnemanuel.com
700 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone: (713) 221-7000

Kristin Tahler (Bar No. 261908)
kristintahler@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

Jesse Bernstein (*pro hac vice*)
Brenna Nelinson (*pro hac vice*)
Amy Shehan (*pro hac vice*)
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com
amyshehan@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000

*Attorneys for Defendants iRhythm Technologies, Inc. and Quentin Blackford*