**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Oklahoma
Firefighters Pension and Retirement System*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND, on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>       v.<br><br>IRHYTHM TECHNOLOGIES, INC., et al.,<br><br>                    Defendants. | Case No. 3:24-cv-706-JSC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEADLINE TO MOVE TO AMEND PLEADINGS**<br><br>Assigned to: Honorable Jacqueline Scott Corley |

JOINT STIPULATION AND PROPOSED
ORDER, Case No. 3:24-cv-00706-JSC

Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff") and Defendants iRhythm Technologies, Inc. and Quentin Blackford ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on June 3, 2025, the Court granted in part and denied in part Defendants' motion to dismiss and granted Defendants' request for judicial notice (ECF No. 77);

WHEREAS, on July 2, 2025, Lead Plaintiff and Defendants filed their joint case management statement (ECF No. 83) (the "July CMS");

WHEREAS, the Parties were unable to reach agreement on a proposed case schedule in advance of the filing of the July CMS, and accordingly each proposed different case schedules (ECF No. 83 at 16-17);

WHEREAS, Lead Plaintiff proposed in the July CMS that the deadline for substantial completion of the Parties' rolling document production be October 10, 2025, and the deadline to move to amend the pleadings be set two weeks later, on October 24, 2025 (ECF No. 83 at 16);

WHEREAS, Defendants proposed in the July CMS that the deadline for substantial completion of the Parties' rolling document production be December 12, 2025, and the deadline to move to amend the pleadings be set one week later, on December 19, 2025 (ECF No. 83 at 16);

WHEREAS, on July 9, 2025, the Parties appeared before the Court for a case management hearing (ECF No. 85);

WHEREAS, following the July 9, 2025 hearing, the Court adopted Lead Plaintiff's proposed deadline to move to amend (i.e., October 24, 2025), but set the deadline for substantial completion of the Parties' rolling document production as December 19, 2025 (ECF No. 86);

JOINT STIPULATION AND PROPOSED ORDER, Case No. 3:24-cv-00706-JSC                    1

**WHEREAS**, as a result, the deadline to move to amend the pleadings currently falls eight weeks before the deadline for substantial completion of document production;

**WHEREAS**, Lead Plaintiff desires to ensure that adequate discovery occurs before the deadline for moving to amend the pleadings;

**WHEREAS**, Defendants have begun producing documents and have agreed to make additional rolling document productions in advance of the December 19, 2025 deadline for substantial completion of document production;

**WHEREAS**, Lead Plaintiff expressly reserves the right to request leave to amend following the deadline to move to amend for good cause shown, including, but not limited to, on the basis of discovery produced after the deadline for substantial completion of fact discovery;

**WHEREAS,** Defendants expressly reserve the right to oppose any request by Plaintiff for leave to amend, if brought before this Court.

**NOW THEREFORE**, the Parties, through their undersigned counsel, stipulate and agree as follows, subject to this Court's approval:

1.    The deadline to move to amend the pleadings shall be December 19, 2025.

**IT IS SO STIPULATED.**

Dated:  October 24, 2025          Respectfully submitted,

_/s/ Katie M. Sinderson_____
**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
John J. Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Katherine M. Sinderson (*pro hac vice*)
(katiem@blbglaw.com)
Thomas Z. Sperber (*pro hac vice*)
(thomas.sperber@blbglaw.com)
Abby Kritta (*pro hac vice*)
(abby.kritta@blbglaw.com)
1251 Avenue of the Americas

New York, NY 10020
Tel: (212) 554-1400

Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Oklahoma
Firefighters Pension and Retirement System*

Dated:  October 24, 2025        */s/ Christopher Porter*
                                **QUINN EMANUEL URQUHART
                                & SULLIVAN, LLP**

                                Christopher Porter (*pro hac vice*)
                                700 Louisiana Street, Suite 3900
                                Houston, Texas 77002
                                Telephone: (713) 221-7000
                                Facsimile: (713) 221-7100
                                chrisporter@quinnemanuel.com

                                Kristin Tahler (Bar No. 261908)
                                865 South Figueroa Steet, 10th Floor
                                Los Angeles, California 90017
                                Telephone: (213) 443-3000
                                Facsimile: (213) 443-3100
                                kristintahler@quinnemanuel.com

                                Jesse Bernstein (*pro hac vice*)
                                Brenna Nelinson (*pro hac vice*)
                                Amy Shehan (*pro hac vice*)
                                295 5th Avenue
                                New York, New York 10016
                                Telephone: (212) 849-7000
                                Facsimile: (212) 849-7100
                                jessebernstein@quinnemanuel.com
                                brennanelinson@quinnemanuel.com
                                amyshehan@quinnemanuel.com

                                *Counsel for Defendants*

JOINT STIPULATION AND ~~PROPOSED~~        3
ORDER, Case No. 3:24-cv-00706-JSC

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

_____
Honorable Jacqueline Scott Corley
United States District Judge

Dated: October 27, 2025

JOINT STIPULATION AND ~~PROPOSED~~     4
ORDER, Case No. 3:24-cv-00706-JSC