QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Kristin Tahler (Bar No. 261908)
kristintahler@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

Christopher Porter (*pro hac vice*)
chrisporter@quinnemanuel.com
700 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone: (713) 221-7000

Jesse Bernstein (*pro hac vice*)
Brenna Nelinson (*pro hac vice*)
Amy Shehan (*pro hac vice*)
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com
amyshehan@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND, on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>IRHYTHM TECHNOLOGIES, INC., and QUENTIN BLACKFORD,<br><br>       Defendants. | Case No. 3:24-cv-706-JSC<br><br>**DECLARATION OF KRISTIN TAHLER IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date: February 26, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 8, 19th Floor<br>Before: Hon. Jacqueline Scott Corley |

Case No. 3:24-cv-706-JSC

TAHLER DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

**<u>DECLARATION OF KRISTIN TAHLER</u>**

I, Kristin Tahler, state that:

1.     I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, am admitted to practice before this Court, and am counsel of record for Defendants iRhythm Technologies, Inc. ("iRhythm") and Quentin Blackford (collectively, "Defendants") in this matter.  I make this declaration in opposition to Plaintiff's Motion for Class Certification, and I have personal, firsthand knowledge of the facts set forth herein.

2.     Attached as **Exhibit 1** is a true and correct copy of the Rebuttal Expert Report of Professor Douglas Skinner, Ph.D, dated January 5, 2026.

3.     Attached as **Exhibit 2** is a true and correct copy of Expert Report of Dr. George Thomas, M.D., dated January 5, 2026.

4.     Attached as **Exhibit 3** is a true and correct copy of excerpts of the deposition transcript of Heidi Lawrence (Lord, Abbett & Co. LLC's Federal Rule of Civil Procedure 30(b)(6) designee), dated December 16, 2025.

5.     Attached as **Exhibit 4** is a true and correct copy of the U.S. Food & Drug Administration's ("FDA") June 2, 2017 clearance letter on iRhythm's 510(k) premarket notification of intent to market the Zio AT.  At that time, the Zio AT was called the Zio QX.

6.     Attached as **Exhibit 5** is a true and correct copy of the FDA's webpage on "Premarket Notification 510(k)," available at https://www.fda.gov/medical-devices/premarket-submissions-selecting-and-preparing-correct-submission/premarket-notification-510k (last accessed January 2, 2026).

7.     Attached as **Exhibit 6** is a true and correct copy of version 8 of iRhythm's Zio AT Clinical Reference Manual, dated September 26, 2022.

8.     Attached as **Exhibit 7** is a true and correct copy of a webpage displayed on iRhythm's website on June 12, 2021, which was accessed via the Wayback Machine, obtained at https://web.archive.org/web/20210612230521/www.irhythmtech.com/providers/zio-service/zio-monitors (last accessed January 4, 2026).

9.     Attached as **Exhibit 8** is a true and correct copy of a webpage displayed on iRhythm's website on August 10, 2022, which was accessed via the Wayback Machine, obtained at

TAHLER DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

https://web.archive.org/web/20220810230433/https://www.irhythmtech.com/providers/zio-service/zio-monitors (last accessed January 4, 2026).

10.     Attached as **Exhibit 9** is a true and correct copy of iRhythm's September 1, 2022 response to the Form 483 issued by the FDA on August 12, 2022.

11.     Attached as **Exhibit 10** is a true and correct copy of the Zio AT Customer Advisory Notice, dated September 28, 2022.

12.     Attached as **Exhibit 11** is a true and correct copy of an email thread between iRhythm and the FDA, dated September 22-23, 2022, bearing Bates iRhythm00067866 through iRhythm00067868.

13.     Attached as **Exhibit 12** is a true and correct copy of the transcript of iRhythm's third quarter 2022 earnings conference held on November 1, 2022, bearing Bates iRhythm00030708 through iRhythm00030726.

14.     Attached as **Exhibit 13** is a true and correct copy of a November 2, 2022 William Blair analyst report titled "Short-Term Shortfall Manageable While CMS Final Rule Looks Better Than Expected and Clears the Way for Adoption," bearing Bates iRhythm00017627 through iRhythm00017632.

15.     Attached as **Exhibit 14** is a true and correct copy of excerpts of iRhythm's third quarter 2022 Form 10-Q, filed with the U.S. Securities and Exchange Commission ("SEC") on November 4, 2022, bearing Bates iRhythm00089759 through iRhythm00089844.

16.     Attached as **Exhibit 15** is a true and correct copy of excerpts of iRhythm's Form 10-K for fiscal year 2022, filed with the SEC on February 23, 2023, bearing Bates iRhythm00141800 through iRhythm00141929.

17.     Attached as **Exhibit 16** is a true and correct copy of excerpts of iRhythm's first quarter 2023 Form 10-Q, filed with the SEC on May 4, 2023.

18.     Attached as **Exhibit 17** is a true and correct copy of the FDA's webpage on "Class 2 Device Recall Zio AT Clinical Reference Manual," available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfRes/res.cfm?ID=196267 (last accessed January 5, 2026).

TAHLER DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

19.      Attached as **Exhibit 18** is a true and correct copy of excerpts of Boston Scientific's first quarter 2023 Form 10-Q, filed with the SEC on May 4, 2023.

20.      Attached as **Exhibit 19** is a true and correct copy of a May 5, 2023 J.P. Morgan analyst report titled "A 1Q Beat with Plenty Left in the Tank; DOJ Subpoena is Asymptomatic For Now, but Monitoring is Warranted."

21.      Attached as **Exhibit 20** is a true and correct copy of a May 4, 2023 BTIG analyst report titled "We Expected Great Results and Conservative Guide; Impact of DoJ Subpoena in AECG Harder to Predict But We Are Not Panicking; Trimming Multiple, PT from $170 to $165," bearing Bates iRhythm00151881 through iRhythm00151891.

22.      Attached as **Exhibit 21** is a true and correct copy of a May 5, 2023 William Blair analyst report titled "First-Quarter Beat With Strongest Registration Growth in Nearly Two Years," bearing Bates iRhythm00151974 through iRhythm00151979.

23.      Attached as **Exhibit 22** is a true and correct copy of iRhythm's Form 8-K filed with the SEC on May 30, 2023.

24.      Attached as **Exhibit 23** is a true and correct copy of the FDA's webpage on "510(k) Premarket Notification" for iRhythm's January 4, 2024 Zio AT 510(k) submission, available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm?ID=K240029 (last accessed January 2, 2026).

25.      Attached as **Exhibit 24** is a true and correct copy of the FDA's webpage on "510(k) Premarket Notification" for iRhythm's January 23, 2024 Zio AT 510(k) submission, available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm?ID=K240177 (last accessed January 2, 2026).

26.      Attached as **Exhibit 25** is a true and correct copy of a July 3, 2024 Wolfe Research analyst report titled "IRTC: The DOJ Wants Three More Reports & that Means Delete >10% from this Stock? What?"

27.      Attached as **Exhibit 26** is a true and correct copy of the FDA's webpage on "Types of FDA Inspections," available at https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/inspection-basics/types-fda-inspections (last accessed January 2, 2026).

TAHLER DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

28.     Attached as **Exhibit 27** is a true and correct copy of an August 9, 2024 Capitol Forum article titled "iRhythm: Recent FDA Inspection Reports Obtained by Capitol Forum Detail Significant Problems with Company's Technicians and Operations; Company Received Over 4,000 Complaints Regarding Technicians Misreading Data Yet Did Nothing," bearing Bates LP_IRHYTHM_0001937 through LP_IRHYTHM_0001939.

29.     Attached as **Exhibit 28** is a true and correct copy of an October 30, 2024 Wolfe Research analyst report titled "IRTC: Heart Skipped a Few Beats, but Stage Set now to Return to Sinus Rhythm? Deep Exhale?"

30.     Attached as **Exhibit 29** is a true and correct copy of iRhythm's webpage on "Zio AT Monitor," available at https://www.irhythmtech.com/us/en/solutions-services/irhythm-service/zio-at (last accessed January 2, 2026).

31.     Attached as **Exhibit 30** is a true and correct copy of excerpts of iRhythm's Form 10-K for fiscal year 2024, filed with the SEC on February 20, 2025.

32.     Attached as **Exhibit 31** is a true and correct copy of an October 31, 2025 Truist analyst report titled "IRTC – Another Squeeky Clean 3Q Beat & Raise (Over The 3Q Upside); MCT Launch Tracking to 2H26E; Est.'s / PT Inc."

33.     Attached as **Exhibit 32** is a true and correct copy of an October 31, 2025 Needham analyst report titled "IRTC: Another Beat & Raise In 3Q25; Encouraging Early 2026 Commentary."

34.     Attached as **Exhibit 33** is a true and correct copy of an April 18, 2022 Credit Suisse analyst report titled "Cardiac Monitor Expert Insights:  Expert Sees MDT Maintaining Leadership in Implantable Cardiac Monitors; Expects ABT's Amulet to Gain Share in Expanding LAAO Mkt."

35.     Attached as **Exhibit 34** is a true and correct copy of a November 1, 2022 J.P. Morgan analyst report titled "Better than Expected Final PFS and Healthy Underlying Trends Outweigh Near-Term Challenges; Reiterate OW."

36.     Attached as **Exhibit 35** is a true and correct copy of Lead Plaintiff's Responses and Objections to Defendants' Second Set of Requests for Admission, dated and served on January 2, 2026.

37.     Attached as **Exhibit 36** is a true and correct copy of excerpts of the deposition transcript of Dr. Matthew Cain, dated December 11, 2025.

TAHLER DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

38.    Attached as **Exhibit 37** is a true and correct copy of an August 1, 2024 Truist analyst report titled "CFO Change & New Form 483s Add Noise To an Otherwise Solid 2Q Beat; Key 510K/MCT Timelines On Track."

39.    Attached as **Exhibit 38** is a true and correct copy of an August 15, 2024 Wells Fargo analyst report titled "Takeaways from FDA Consultant's Review of the New 483 Observations."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  January 5, 2026              _/s/ Kristin Tahler_

                                                       Kristin Tahler

                                                       *Attorney for Defendants*

TAHLER DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION