# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> IRHYTHM TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No. 3:24-cv-706-JSC |

## EXPERT REPORT OF DR. GEORGE THOMAS, M.D.

**January 5, 2026**

# Table of Contents

I.     Qualifications ................................................................................................ 1

II.    Assignment ................................................................................................... 2

III.   Summary of Opinions .................................................................................. 2

IV.    Distinction between Outpatient AECG Monitoring and Inpatient Monitoring ................. 4

V.     Overview of Various AECG Monitoring Devices ........................................ 7

       A.     AECG Devices Vary Substantially in Method of Application and Intended Study Duration ................. 8

       B.     In My Experience, the Zio AT's Characteristics and Functions Are Consistent with MCTs and Are Prescribed as MCTs ............... 10

VI.    Characteristics of Mobile Cardiac Outpatient Telemetry (MCT) Device Patient Population ........... 12

       A.     MCT Is Primarily Used to Evaluate Patients with Suspected Arrhythmic Syncope ........... 13

       B.     MCT Is Not Indicated for Patients with Life-Threatening Arrhythmias Where Inpatient Admission Is Recommended ............... 15

## I.    Qualifications

1.      I am the Director of the NewYork-Presbyterian Hospital – Weill Cornell Medicine Cardiac Device Clinic and a full-time faculty member at Weill Cornell Medical College.  I am an academic Cardiac Electrophysiologist at NewYork-Presbyterian Hospital, a hospital affiliated with Weill Cornell Medicine and Columbia University Vagelos College of Physicians and Surgeons. NewYork-Presbyterian Hospital has been recognized by U.S. News & World Report as one of the nation's best hospitals in the nation for 22 consecutive years, and a #1 Hospital in the state of New York.[1]  It is the only hospital in the U.S. to rank within the top 15 in 14 different specialties, including #5 for cardiology, heart & vascular surgery.[2]

2.      Cardiac electrophysiology ("EP") is the branch of medicine dealing with diagnosing and treating issues with the heart's electrical system.  I have been board certified in cardiovascular disease since 2007 and clinical cardiac EP since 2009.

3.      I received my medical degree from Vanderbilt University and completed an internal medicine residency at Washington University in St. Louis before going on to receive cardiology and EP fellowship training from the Cleveland Clinic.

4.      I am a current member of the American Board of Internal Medicine Clinical Cardiac Electrophysiology Exam Writing Committee and a former member of the American College of Cardiology Electrophysiology Self-Assessment Program Standard Setting Committee.

5.      As part of my clinical practice over the last 16 years, I have prescribed ambulatory electrocardiogram ("AECG") devices, including mobile cardiac outpatient telemetry ("MCT" or sometimes referred to as "MCOT") devices, such as the Zio AT device, at least five hundred times. I have utilized MCT products in clinical practice since 2007, both during my fellowship at the Cleveland Clinic and as a practicing physician.  As Director of the NewYork Presbyterian Hospital – Weill Cornell Medicine Cardiac Device Clinic, I authored institutional guidelines on the

---

[1] "NewYork-Presbyterian Hospital Named One of the Nation's Best Hospitals by U.S. News & World Report For 22nd Year in a Row and a #1 Hospital in New York," *Health Matters*, NewYork-Presbyterian, July 29, 2025, https://healthmatters.nyp.org/newyork-presbyterian-hospital-named-one-of-the-nations-best-hospitals-by-u-s-news-world-report-for-22nd-year-in-a-row-and-a-1-hospital-in-new-york/.

[2] "NewYork-Presbyterian Hospital Named One of the Nation's Best Hospitals by U.S. News & World Report For 22nd Year in a Row and a #1 Hospital in New York," *Health Matters*, NewYork-Presbyterian, July 29, 2025, https://healthmatters.nyp.org/newyork-presbyterian-hospital-named-one-of-the-nations-best-hospitals-by-u-s-news-world-report-for-22nd-year-in-a-row-and-a-1-hospital-in-new-york/.

utilization of ambulatory cardiac monitoring.  I also have extensive experience consulting with investment firms regarding the MCT and broader AECG device landscape.

6.     My curriculum vitae, which includes a list of the publications I have authored, is included as **Appendix A**.  I have not provided deposition or trial testimony in the prior four years.

## II.     Assignment

7.     I have been retained by counsel for defendants iRhythm Technologies, Inc. ("iRhythm" or the "Company") and Quentin Blackford (together with iRhythm, "Defendants") to provide an overview of the market for outpatient cardiac telemetry, how MCT devices are positioned within that market, and the expectations of physicians as to the circumstances in which MCT devices would customarily be prescribed and used and for which patient population.

8.     In forming my opinions, I have relied on my experience in clinical practice and in academia, medical journals, research articles, and case documents.  A complete list of the materials I have considered in forming my opinions is attached as **Appendix B**.

9.     I have been retained on this matter through Gerson Lehrman Group ("GLG").  GLG is billing $900 per hour for my time preparing this report, and I am receiving $500 per hour to prepare this report.  I have been assisted in this matter by staff at Cornerstone Research who worked under my direction.  My compensation and the compensation of GLG and Cornerstone Research are not dependent on the outcome of this matter or the opinions I reach.  My work on this case is ongoing, and I reserve the right to modify and/or supplement my opinions in the event I become aware of additional information.

## III.     Summary of Opinions

10.     Inpatient cardiac telemetry monitoring—where a patient stays at least overnight at a healthcare facility to be monitored by clinical staff—is indicated for patients at significant risk of immediate, life-threatening arrhythmias that could require immediate intervention to prevent significant morbidity or mortality.  Inpatient monitoring may also be required or beneficial in other circumstances such as with patients in an intensive care unit or in the immediate aftermath of surgery.

11.    Patients deemed not high enough risk for hospital admission, but who require cardiac monitoring to assess whether certain medical conditions may be caused by heart problems are often prescribed outpatient, mobile AECG monitoring devices.  These devices enable monitoring of a patient's cardiac activity while the patient performs daily activities outside of healthcare facility settings.  In my experience, clinicians understand that outpatient AECG devices are not intended for critical care patients with a known history of life-threatening conditions or when symptoms indicating immediate danger require in-person monitoring at an appropriate facility.

12.    There exists a variety of AECG devices with different methods of application, transmission capabilities, and intended study durations.  The specific device type recommended depends on numerous circumstances and considerations including the patient's symptoms, lifestyle, and preferences.  A traditional, basic AECG device is a Holter monitor, which a patient typically wears for 24 to 48 hours before returning the device to the healthcare facility for data analysis.  The device is commonly perceived as a first line to assess electrical heart problems and is only capable of recording, but not transmitting, cardiac data.  Longer term monitoring devices include event monitors, external loop recorders, external patch recorders, extended Holter monitors, and MCTs—all of which are typically worn for up to multiple weeks at a time and may be capable of transmitting cardiac data either through manual patient activation or through automatic triggering. Other types of AECG devices include implantable devices (e.g., implantable loop recorder), which are generally the longest duration devices, designed to record heart rhythm information for several years.

13.    In my practice, I considered—and still consider—the Zio AT to be an MCT device and prescribed it as such.  Like other MCT devices, the Zio AT is primarily a diagnostic tool particularly useful in diagnosing arrhythmias in patients presenting with infrequent or transient symptoms.  It is well understood that MCT devices are *not* a substitute for inpatient or emergency room evaluation for critical cardiac complaints, nor do they provide medical care or treatment in "real time" in a literal sense.

14.    Because MCT devices record and transmit data through a wireless network to a central monitoring station attended 24 hours daily, they can offer relatively prompt management of patients with temporary but significant symptoms.  This monitoring capability distinguishes MCT from other ambulatory monitoring options like Holter monitors, making it particularly valuable

when timely feedback to healthcare providers is necessary for clinical decision-making. However, the transmission and processing of MCT data nevertheless takes time—in my experience, one hour at a minimum, while up to a few hours is typical and expected. It is well understood among healthcare providers that numerous steps must first be completed, including a technician screening the data, preparing a report, and attempting to contact the patient's physician or covering provider.

15. Moreover, in my experience, it is understood by clinicians that MCT devices are not a replacement for attended inpatient telemetry for patients with life-threatening arrhythmias where inpatient admission and monitoring by clinical staff are instead recommended. Indeed, there are significant limitations to MCT devices as compared to inpatient monitoring, including potential delays with the process to assess arrhythmia alerts, issues with connectivity and device function (e.g., the need to recharge batteries; not being in proximity to transmission signals), and patient compliance with verbal and written instructions (e.g., removing or not wearing the device). In the case of the Zio AT, a limitation was that the device would cease transmitting data after 100 patient-initiated arrhythmia events or 500 automatically detected arrhythmia events. However, there is a trade-off between such transmission limits and potential patient compliance: unlike many MCT devices, which require changing components and periodic detachment and re-attachment of the battery for charging, the Zio AT is intended to be worn continuously—without the need to recharge—for the duration of the wear period. Combined with generally being more comfortable to wear, the Zio AT potentially improves patient compliance and mitigates issues of intermittent stoppages in recording and transmission. The existence of the Zio AT's transmission limits does not impact my prescription of the Zio AT as an MCT device. The existence of the Zio AT's transmission limits does not impact the types of patients and conditions MCT devices are appropriate for.

## IV.   Distinction between Outpatient AECG Monitoring and Inpatient Monitoring

16. The initial medical evaluation of a patient begins with a patient at risk or presenting symptoms of problems of the heart. When a patient presents for outpatient evaluation or is seen in a hospital's emergency department, an initial assessment of the patient's presenting symptoms and prior medical history is conducted. After the initial assessment, which may also include basic laboratory work and an electrocardiogram ("ECG"), the evaluating clinician will determine which

type of monitoring is more appropriate given the patient's condition: inpatient telemetry monitoring (which can require the patient staying for a longer duration—up to multiple days—in a healthcare facility for further in-person monitoring by clinical staff) or outpatient rhythm monitoring via an AECG device (in which a patient may return home but is issued a device to monitor cardiac activity).

17.    Inpatient cardiac telemetry monitoring is indicated for patients at significant risk of immediate, life-threatening arrhythmias (problems with the heart rhythm) that could require immediate intervention to prevent significant morbidity (disease or symptom of a disease) or mortality (risk of death).[3]  This includes patients at risk of Acute Coronary Syndrome (for example, early phase of acute myocardial infarction (ST-segment or Non-ST-segment Elevation Myocardial Infarction or "STEMI/NSTEMI")),[4] patients at risk of unstable angina (chest pain caused by newly reduced and unstable blood flow to the heart), patients who have experienced cardiac arrest (a sudden loss of heart pumping activity), patients with acute decompensated heart failure (a sudden onset of the signs or symptoms of heart failure) with hemodynamic instability (unstable blood pressure caused by an inability of the heart to maintain adequate blood flow), and patients with various forms of life-threatening arrhythmias.[5]

---

[3] Sandau, Kristin E., et al., "Update to Practice Standards for Electrocardiographic Monitoring in Hospital Settings: A Scientific Statement from the American Heart Association," *Circulation* 136, no. 19, 2017, pp. e273–e344 ("Sandau et al., 2017"), at p. e286 ("All patients presenting for urgent assessment of chest pain or symptoms of acute ischemic cardiac disease should be rapidly assessed and treated within the construct of a predetermined chest pain protocol, including prompt initiation of electrocardiographic monitoring and acquisition of a static 12-lead ECG, with early triage of patients with evidence of STEMI to urgent reperfusion therapy.").

[4] A myocardial infarction is colloquially referred to as a heart attack: when blood flow to the heart is blocked.  A heart attack with a blocked coronary artery is referred to as a STEMI.  Akbar, Hina and Steven Mountfort, "Acute ST-Segment Elevation Myocardial Infarction (STEMI)," in *StatPearls* (Treasure Island, FL: StatPearls Publishing, 2024), at p. 1 ("Acute coronary syndrome (ACS) encompasses conditions characterized by a sudden decrease in myocardial perfusion, presenting as ST-segment elevation myocardial infarction (STEMI), non–ST-segment elevation myocardial infarction (NSTEMI), or unstable angina.").

[5] Such arrhythmias include: non-sustained ventricular tachycardia ("VT"), an episode of fast heart beating without a significant effect on blood pressure or loss of consciousness; ventricular fibrillation ("VF"), an erratic beating of the heart characterized by twitching; high-grade atrioventricular ("AV") block (2nd degree Type II or 3rd degree), when electrical signals from the atria (upper chambers) are significantly delayed or completely blocked from reaching the ventricles (lower chambers); symptomatic sinus bradycardia, a slower than expected heart rhythm; or those with a long QT Interval (when the heart muscle takes longer to contract and relax than usual) either congenital Long QT syndrome or acquired QT prolongation (e.g., drug-induced).  See, e.g., "Non-Sustained Ventricular Tachycardia (NSVT)," *Cleveland Clinic*, https://my.clevelandclinic.org/health/diseases/nsvt; "Ventricular Fibrillation," *Cleveland Clinic*, https://my.clevelandclinic.org/health/diseases/21878-ventricular-fibrillation; Ahmed, Intisar, Amandeep Goyal, and Lovely Chhabra, "Atrioventricular Block," in *StatPearls* (Treasure Island, FL: StatPearls Publishing, 2024); "Sinus Bradycardia," *Cleveland Clinic*, https://my.clevelandclinic.org/health/diseases/22473-sinus-bradycardia; "Long QT Syndrome," *Mayo Clinic*, https://www.mayoclinic.org/diseases-conditions/long-qt-syndrome/symptoms-causes/syc-20352518.

18.     Patients with select non-cardiac issues also require inpatient telemetry, including most patients in an intensive care unit, stroke or Transient Ischemic Attack patients,[6] situations involving drug overdoses (of drugs that can cause arrhythmias), and patients with severe electrolytes disturbances.[7]   Moreover, various post-medical procedure circumstances typically require inpatient telemetry including patients that are post-cardiac surgery, post-interventional cardiology procedure, and post-Cardiac Implantable Electrical Device implant or ablation (surgical removal of a body part or tissue).[8]   Additionally, patients that have been prescribed certain drugs that cause QT prolongation (when the heart muscle takes longer to electrically relax than usual, as indicated by a "QT" interval—a section on an electrocardiogram)[9] will typically need inpatient cardiac monitoring.[10]   Finally, patients with certain types of syncope (temporary fainting or loss of consciousness) with concerning features—particularly syncope that occurred during exertion, while supine (laying on the back), or preceded by palpitations (perceived sensations of the heart beating unusually)—should be monitored with inpatient telemetry.  These patients may have a serious medical condition potentially relevant to the cause of syncope identified during initial assessment including arrhythmias, blockages that impede blood flow, or structural heart disease with a history of heart failure.[11]

---

[6] TIA refers to a short period of symptoms similar to those of a stroke caused by a brief blockage of blood flow to the brain.    See "Transient ischemic attack (TIA)," *Mayo Clinic*, https://www.mayoclinic.org/diseases-conditions/transient-ischemic-attack/symptoms-causes/syc-20355679.

[7] See Sandau et al., 2017, Section 2, Table 7.

[8] See Sandau et al., 2017, Section 2, Table 7.

[9] "Long QT Syndrome," *Mayo Clinic*, https://www.mayoclinic.org/diseases-conditions/long-qt-syndrome/symptoms-causes/syc-20352518 ("After each heartbeat, the system recharges to prepare for the next heartbeat. But in long QT syndrome, the heart's electrical system takes longer than usual to recover between beats. This delay is called a prolonged QT interval.").

[10] See Sandau et al., 2017, at p. e301 ("Dofetilde [a medication used for arrhythmias] carries a risk of TdP [Torsades de Pointes, a type of serious arrythmia], and inpatient electrocardiographic monitoring is required by the US Food and Drug Administration for 3 days during initiation because of the risk of QT prolongation and ventricular arrhythmias. Sotalol also prolongs the QT interval. Some experts have suggested that outpatient initiation is safe if the patient is in sinus rhythm and the QT interval and electrolytes are normal, although others suggest inpatient monitoring.").

[11] These serious medical conditions include: life-threatening arrythmias described in Note 5 above such as non-sustained VT, prolonged QTc, and sinus bradycardia below 60 beats per minute; an abnormal ECG reading with new ischemia (inadequate blood supply to a part of the body); bifascicular block, a type of blockage that slows electrical signals in the heart; Ejection Fraction, a measure of the amount of blood leaving the left ventricle of the heart with each heartbeat; prior myocardial infarction (heart attack); or significant valve disease (such as Aortic Stenosis, a narrowing of the aortic valve opening of the heart).  See, e.g., "Ischemia," *Cleveland Clinic*, https://my.clevelandclinic.org/health/diseases/ischemia;  "Bifascicular  Block," *Cleveland  Clinic*, https://my.clevelandclinic.org/health/diseases/22922-bifascicular-block;  "Ejection  Fraction  Heart  Failure Measurement," *American Heart Association*, https://www.heart.org/en/health-topics/heart-failure/diagnosing-heart-failure/ejection-fraction-heart-failure-measurement; "Aortic Stenosis Overview," *American Heart Association*, https://www.heart.org/en/health-topics/heart-valve-problems-and-disease/heart-valve-problems-and-causes/problem-aortic-valve-stenosis.

19.     When physicians do not have a high suspicion that a patient presentation was consistent with an elevated chance of a dangerous arrhythmia, standard diagnostic tests such as ECG, echocardiogram (an ultrasound of the heart's structure and function),[12] short-term Holter monitoring, and blood work often exhibit low rates of identifying the underlying cause of the syncope—about 5% to 18% of the time, according to different studies.[13]  Moreover, these tests are typically most useful in older patients who already present with signs or symptoms of cardiac dysfunction.  This lack of efficacy in diagnosing the cause of syncope (i.e., low "diagnostic yield") has prompted the development of outpatient AECG modes of monitoring—namely in the forms of extended outpatient mobile telemetry monitoring, extended Holter monitoring, and newer form factors such as patch AECG devices that can improve patient compliance.  These outpatient AECG devices allow patients who do not need hospital admission to monitor cardiac activity through a wearable instrument while performing daily activities outside of healthcare facility settings. As detailed further in the sections that follow, while outpatient AECG devices provide greater flexibility and potentially a longer period to gather cardiac activity data relative to inpatient telemetry, in my experience, ordering healthcare providers understand that the devices are not intended for patients with a risk of life-threatening arrhythmias, which may require timely treatment to prevent serious injury or death, or when symptoms indicating immediate danger require in-person monitoring at an appropriate healthcare facility.

## V.     Overview of Various AECG Monitoring Devices

20.     When outpatient monitoring is appropriate, there are many options that may be chosen among a variety of AECG devices that differ with respect to form factors (i.e., methods of application such as an adhesive patch, multiple straps, or an implantable device), transmission capabilities, and intended study durations.  The specific device type recommended depends on numerous circumstances and considerations including the patient's symptoms, lifestyle, and preferences, as detailed further below.

---

[12] "Echocardiogram," *Cleveland Clinic*, https://my.clevelandclinic.org/health/diagnostics/16947-echocardiogram ("An echocardiogram (also called an echo or heart ultrasound) is a test that checks your heart's structure and function.").

[13] Sandau et al., 2017, at p. e303 ("In contrast to a 5% diagnostic yield of inpatient telemetry monitoring in unselected populations admitted for syncope of undetermined origin, predetermined algorithms based on predictive characteristics documented a 16% to 18% diagnostic yield with inpatient monitoring.").

### A.    AECG Devices Vary Substantially in Method of Application and Intended Study Duration

21.    A traditional, basic AECG device commonly prescribed by clinicians is a "Holter" or "Holter monitor."  When a Holter is prescribed, small conducting patches known as "electrodes" are attached to a patient's chest and connected to a recording device that the patient carries (usually in his or her pocket or bag).  After the patient wears the Holter for a set period—typically 24 to 48 hours—the device is returned to the provider's office, where the collected data are analyzed for potential abnormal cardiac electrical activity.[14]  While wearing a Holter, patients are asked to maintain a diary of activities and symptoms, with annotations of dates and times.[15]  A Holter is commonly perceived as a first line to assess electrical heart problems.  If the data from the Holter are inconclusive or if further monitoring is deemed necessary, the healthcare provider may prescribe other AECG devices designed for monitoring over a longer duration.

22.    Longer term monitoring devices include event monitors, external loop recorders, external patch recorders, extended Holter monitors, and MCTs.  These devices may be capable of transmitting cardiac data either through manual patient activation or through automatic triggering.

   a.    Event monitors are patient-activated recording devices capable of transmitting data via telephone lines to a central monitoring station.  Patients using event monitors typically must "activate" the device to record and transmit events.[16]

   b.    An external loop recorder may be patient-activated (e.g., when symptoms are presented) and / or auto-triggered (e.g., during asymptomatic arrhythmias) to record events shortly prior to, during, and shortly after the triggered event.[17]  Both event monitors and external loop recorders typically record data for up to multiple

---

[14] Kusumoto, Fred M., et al., "2018 ACC/AHA/HRS Guideline on the Evaluation and Management of Patients with Bradycardia and Cardiac Conduction Delay: A Report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines and the Heart Rhythm Society," *Journal of the American College of Cardiology* 74, no. 7, 2019, pp. e51–e156 ("Kusumoto et al., 2018"), at p. e67 ("For those with daily symptoms, a 24- or 48-hour continuous ambulatory ECG (Holter Monitor) is appropriate and, in active individuals, may help identify the presence or absence of chronotropic incompetence."), Table 6 ("Holter monitor[:] Continuous recording for 24–72 h; up to 2 wk with newer models[.]").

[15] Kusumoto et al., 2018, at Table 6 ("Symptom rhythm correlation can be achieved through a patient event diary and patient-activated annotations[.]").

[16] Kusumoto et al., 2018, at Table 6 ("Patient-activated, transtelephonic monitor (event monitor)[:] A recording device that transmits patient-activated data (live or stored) via an analog telephone line to a central remote monitoring station (e.g., physician office)[.]").

[17] Kusumoto et al., 2018, at Table 6 ("External loop recorder (patient or auto triggered) [...] Patient activated, or auto triggered (e.g., to record asymptomatic arrhythmias) to provide a recording of events antecedent to (3–14 min), during, and after (1–4 min) the triggered event[.]").

weeks.[18]  The data are then transmitted to a central monitoring station.  The external loop recorder has a limited memory capacity that is continuously overwritten, and only triggered episodes are recorded, transmitted, and analyzed.

c. External patch recorders represent a different form factor from traditional external loop recorders—they come in the form of a patch rather than with leads or wires connected to the chest—and may be more comfortable or less burdensome for the patient to wear, potentially improving compliance.[19]  External patch recorders can function as event monitors, loop recorders, extended Holters, or MCTs.

d. Extended Holters record data for longer than three days and usually up to 15 days. The data stored on the device are analyzed after the wear period has concluded and the device is returned to the healthcare provider's office.  The Zio XT (another device offered by iRhythm) is an example of an extended Holter monitor designed with a patch form factor.[20]  Relative to traditional Holters, the longer period of monitoring with extended Holters has been shown to increase diagnostic yield and reduce time to diagnosis, especially for the Zio XT.[21]

e. MCTs are devices that record heartbeat-to-heartbeat cardiac data like a traditional Holter, but do so for up to 30 days, and are able to transmit data both through patient

---

[18] Kusumoto et al., 2018, at Table 6 ("Patient-activated, transtelephonic monitor (event monitor)[: ...] Frequent, spontaneous symptoms likely to recur within 2–6 wk [...] External loop recorder (patient or auto triggered)[:] A device that continuously records and stores rhythm data over weeks to months[.]").

[19] Fung, Erik, et al., "Electrocardiographic Patch Devices and Contemporary Wireless Cardiac Monitoring," *Frontiers in Physiology* 6, no. 149, 2015, pp. 1–10 ("Fung et al., 2015"), at p. 3 ("The main advantages of this kind of AECG system are that they are easy to use, leadless, minimally intrusive to daily activities, water-resistant, hygienic (i.e., single use only), and incur no upfront cost to the clinic for the initial device investment as compared to the wearable, reusable devices. Because of easy application of the adhesive AECG patch to skin and its unobtrusive maintenance-free nature, they have a high study completion rate [...], implying a high acceptance rate (long wear time) that should translate into improved compliance compared to other short- to medium-term devices such as the Holter monitor[.]"); Kusumoto et al., 2018 at Table 6 ("Significant arrhythmias are detected; the monitor automatically transmits the patient's electrocardiographic data through a wireless network to the central monitoring station, which is attended by trained technicians 24 [hours per day.]").

[20] See "Zio XT: Accurate, Long-Term Cardiac Monitoring with High Patient Compliance," *iRhythm Technologies, Inc.*, https://www.irhythmtech.com/gb/en/healthcare-professionals/monitoring.

[21] Reynolds, Matthew R., et al., "Comparative Effectiveness and Healthcare Utilization for Ambulatory Cardiac Monitoring Strategies in Medicare Beneficiaries." *American Heart Journal* 269, 2024, pp. 25–34 (Reynolds et al., 2024), at p. 30 ("The presence of an encounter diagnosis of an arrhythmia within the first 90 days was highest for the LTCM [long-term continuous monitoring device (more than 48 hours and up to 14 days)] followed by the MCT, external AEM [non-continuous, event-based monitoring (up to 30 days)], and Holter cohorts (33.8%, 27.1%, 24.6%, and 22.7%, respectively).  A specific LTCM (Zio XT, iRhythm Technologies, San Francisco, CA) had the highest presence of an encounter diagnosis of an arrhythmia and higher freedom from retesting compared to all other devices.")

activation or automatically.    The data are transmitted from the device to a centralized monitoring station for analysis.[22]

23.    Another type of AECG device is an implantable loop recorder.  This is a long-term device that is surgically implanted in a patient to record heart rhythm information for several years.[23] Different models of this device allow for patient-initiated transmissions as well as automatic detection of significant arrhythmias with remote monitoring.[24]

24.    The type of AECG device prescribed by a physician depends on various factors including the intended study duration, presence or absence of symptoms, the need for continuous recording versus intermittent symptom-triggered monitoring, the ability of the patient to activate recording, and the patient's lifestyle (which may affect the preferred form of device, e.g., monitor with multiple leads (wires) versus patch).[25]  For example, Holters are generally appropriate for patients exhibiting symptoms frequent enough to be detected within a shorter period (e.g., 24 to 48 hours) of monitoring.  Extended Holters are intended to monitor symptoms for longer, typically between three and 15 days.  Event monitors and external loop recorders are generally appropriate for patients with "frequent, spontaneous symptoms likely to recur within 2–6 [weeks]."  MCT devices are generally appropriate for patients with "spontaneous symptoms […] that are too brief, too subtle, or too infrequent to be readily documented with patient-activated monitors."  Implantable monitors are generally appropriate for patients with "recurrent, infrequent, unexplained symptoms" who require longer-term (potentially spanning multiple years) monitoring.[26]

### B.    In My Experience, the Zio AT's Characteristics and Functions Are Consistent with MCTs and Are Prescribed as MCTs

25.    In my practice, I considered—and still consider—the Zio AT to be an MCT device and prescribed it as such.    MCT devices, including the Zio AT, share the following general characteristics.

---

[22] Kusumoto et al., 2018, at Table 6 ("Mobile cardiac outpatient telemetry[:] Device that records and transmits data (up to 30 d) from preprogrammed arrhythmias or patient activation to a communication hub at the patient's home[.]").
[23] Kusumoto et al., 2018, at Table 6 ("Implantable cardiac monitor[:] Subcutaneously implanted device, with a battery life of 2–3 y[.]").
[24] Kusumoto et al., 2018, at Table 6 ("Implantable cardiac monitor[:] Triggered by the patient (or often family member witness) to store the event. Models allow for transtelephonic transmission, as well as automatic detection of significant arrhythmias with remote monitoring[.]").
[25] See Fung et al., 2015, Figure 1.
[26] See Kusumoto et al., 2018, Table 6.

a.  Device functionality: MCTs are AECG devices designed to record and transmit cardiac data for extended periods (typically up to 30 days)—longer than those of traditional Holters.  These devices operate by transmitting data from the patient to a central monitoring station via a wireless communication hub (often a cellular device).  Transmission is triggered in two ways: automatically, upon detection of pre-programmed arrhythmias, or manually, by patient activation during symptoms.[27]

b.  Monitoring protocol: Upon transmission, the patient's electrocardiographic data are received by a central monitoring station staffed by trained technicians.  These technicians review the incoming data to confirm its accuracy.  If a significant arrhythmia is verified, the technician contacts the ordering healthcare provider according to established protocols to facilitate further management. [28]

c.  Clinical indications and limitations: The primary utility of MCTs is to provide timely diagnosis of cardiac arrhythmias, particularly in patients presenting with infrequent or transient symptoms.  MCTs are primarily diagnostic tools.  They are *not* a substitute for inpatient or emergency room evaluation for critical cardiac complaints, nor do they provide medical care or treatment in "real time" in a literal sense.[29]

26.    An advantage of MCT devices over traditional devices such as Holters is that MCT devices allow for transmission of ECG data during the wear period.  Unlike Holters—which only collect data to be processed and checked ex-post (after the patient wear period) at a healthcare facility—MCT devices are capable of transmitting data to technicians at central monitoring facilities for processing, potentially allowing for a more expedient response after an arrhythmia happens and a final report is prepared.

27.    This advantage is what primarily distinguishes the Zio AT from the Zio XT.  As with other MCT devices, the Zio AT offers the capability of transmitting ECG data—both through patient

---

[27] Kusumoto et al., 2018, at Table 6 ("Mobile cardiac outpatient telemetry[:] Device that records and transmits data (up to 30 d) from preprogrammed arrhythmias or patient activation to a communication hub at the patient's home[.]").
[28] Kusumoto et al., 2018, at Table 6 ("Significant arrhythmias are detected; the monitor automatically transmits the patient's electrocardiographic data through a wireless network to the central monitoring station, which is attended by trained technicians 24 h/d[.]").
[29] Sandau et al., 2017, Section 2: "Monitoring Recommendations by Patient Population."

activation and automatically—during the wear period. As such, clinicians typically prescribe the Zio AT over the Zio XT when they deem that potential access to arrhythmia reports during the wear period is necessary. An advantage of the Zio AT relative to traditional MCT devices is that the Zio AT maintains the patch form factor of the Zio XT—a design feature that, as discussed in the preceding subsection, may be more comfortable or less burdensome for the patient to wear, improving compliance with guidelines and instructions.[30]

28.     While MCT devices transmit data during the wear period, the transmission and processing of data nevertheless takes time—in my experience, one hour at a minimum, while up to a few hours is typical and expected. There is not an expectation that the data will be transmitted and analyzed, including by the patient's physician, within minutes. This is because, as is well-understood among healthcare providers, there are numerous steps that must be completed before the data are processed and analyzed. First, the patient's data must be transmitted to the cloud where a technician will initially screen the data. If the technician determines that a physician should evaluate the data, the technician will prepare a report and then attempt to contact the patient's physician or covering provider. Even then, it may take further time to evaluate the data because, for example, a physician may not be immediately available.

## VI.    Characteristics of Mobile Cardiac Outpatient Telemetry (MCT) Device Patient Population

29.     The choice of cardiac AECG monitor modality is based on the frequency, length, and nature of symptoms. MCT is generally indicated for patients whose symptoms are too infrequent to be captured by traditional modes (e.g., 24 to 48-hour monitoring via Holter), but too transient or severe to rely on patient-triggered event monitoring. Such patients may exhibit symptoms that are temporary but significant, which makes continuous monitoring and relatively prompt diagnosis important.

30.     Because MCT devices record and transmit data for up to 30 days—either from preprogrammed alert settings for arrhythmias or patient activation with automatic transmission of significant arrhythmias through a wireless network to a central monitoring station attended

---

[30] Reynolds et al., 2024, at p. 31 ("Different ACMs also vary in their hardware (patch vs. lead, with or without a portable unit requiring batteries) which may impact patient adherence and the duration of interpretable data.").

24 hours daily—they can offer relatively prompt management of patients with concerning symptoms. This monitoring capability distinguishes MCT from other ambulatory monitoring options, making it particularly valuable when timely feedback to healthcare providers is necessary for clinical decision-making. However, MCT is not indicated for patients at risk for life-threatening arrhythmias where in-person monitoring by clinical staff and inpatient admission (i.e., a stay at a healthcare facility) are instead recommended.

### A.    MCT Is Primarily Used to Evaluate Patients with Suspected Arrhythmic Syncope

31.    The primary indication for MCT is to evaluate patients with suspected arrhythmic syncope or presyncope who often exhibit transient but significant symptoms. This includes patients with infrequent, but severe palpitations, dizziness, or lightheadedness that would be difficult to capture during brief inpatient stays or on shorter-term monitors like Holters. As detailed above, inpatient syncope evaluation frequently has a low diagnostic yield (i.e., probability of identifying the underlying cause of the syncope), especially after 24 hours of inpatient telemetry monitoring. To better utilize resources and because inpatient cardiac telemetry beds are in short supply, prompt outpatient evaluation is indicated for patients with transient and significant symptoms, but who do not meet criteria for inpatient admission. Many of these suspected arrhythmic syncope patients meet such conditions and are thus ideal for MCT monitoring. [31]

32.    MCT monitoring is also indicated in other situations after an inpatient stay where a patient is discharged from a healthcare facility, but further need for detecting and characterizing symptomatic transient arrhythmias is deemed necessary. For example, MCT devices are commonly indicated for patients who have suffered a stroke or Transient Ischemic Attack (temporary blockage of blood flow to the brain) of an unknown cause once those patients have been discharged from the hospital.[32] When a short period (e.g., 24 hours) of inpatient telemetry monitoring does not provide a diagnosis and a physician determines that traditional short-term monitors like Holters are unlikely to capture cardiac events, a 30-day MCT is frequently indicated

---

[31] See Shen, Win-Kuang., et al., "2017 ACC/AHA/HRS Guideline for the Evaluation and Management of Patients With Syncope: A Report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines and the Heart Rhythm Society," *Circulation* 134, no. 5, pp. e60–e122, Table 8.

[32] "Transient ischemic attack (TIA)," *Mayo Clinic*, https://www.mayoclinic.org/diseases-conditions/transient-ischemic-attack/symptoms-causes/syc-20355679 ("A transient ischemic attack (TIA) is a short period of symptoms similar to those of a stroke. It's caused by a brief blockage of blood flow to the brain.").

to detect a potential arrhythmic cause (e.g., atrial fibrillation). Additionally, in patients who have undergone catheter ablation (a surgical procedure used to destroy heart tissue) for various arrhythmias, an MCT can be used after discharge from inpatient telemetry monitoring to assess the success of the procedure and determine if further treatment is needed.[33] MCTs are also utilized to monitor for efficacy and safety when initiating or adjusting anti-arrhythmic medications in an outpatient setting, when an inpatient admission is not required. In patients with documented or suspected bradycardia (slower than expected heart rhythm) or conduction disorders (problems with the electrical system of the heart), MCTs can detect symptoms potentially related to these rhythm disturbances.

33. The primary benefit of MCT devices is their superior diagnostic yield compared to other AECG devices. Studies have shown that MCT devices diagnosed arrhythmias in significantly more patients than either traditional external loop recorders or 24 to 48-hour Holter monitoring, especially in patients presenting with syncope or presyncope.[34] This is because MCT's extended duration of monitoring and automatic arrhythmia detection allow for computerized data analysis of infrequent events while maintaining continuous surveillance. This enables physicians to evaluate patients with intermediate symptom frequency who would be unlikely to be diagnosed with shorter-term Holter monitoring. MCT also offers a more complete assessment of cardiac activity relative to external loop recorders and event monitors, while simultaneously allowing the patient to avoid more invasive procedures such as installing an implantable cardiac monitor.

---

[33] "Ablation for Arrhythmias," *American Heart Association*, https://www.heart.org/en/health-topics/arrhythmia/prevention--treatment-of-arrhythmia/ablation-for-arrhythmias ("Catheter ablation is a procedure that uses radiofrequency energy (similar to microwave heat) to destroy a small area of heart tissue that is causing rapid and irregular heartbeats.").

[34] Steinberg, Jonathan S., et al., "2017 ISHNE-HRS Expert Consensus Statement on Ambulatory ECG and External Cardiac Monitoring/Telemetry." *Heart Rhythm* 14, no. 7, 2017, pp. e55–e96. ("Steinberg et al., 2017), at p. e59 ("This large amount of real-time data affords a higher diagnostic yield than standard devices but places a potential burden on the clinician who must be available to review large amounts of information (e.g., daily) at any time of the day or night."). See also Rothman, Steven A., et al., "The diagnosis of cardiac arrhythmias: a prospective multi-center randomized study comparing mobile cardiac outpatient telemetry versus standard loop event monitoring." *Journal of cardiovascular electrophysiology* 18, no. 3, 2007, pp. 241–247. ("In a subgroup of patients presenting with syncope or presyncope, a diagnosis was made in 89% of MCOT subjects versus 69% of LOOP subjects (P = 0.008). MCOT was superior in confirming the diagnosis of clinical significant arrhythmias, detecting such events in 55 of 134 patients (41%) compared with 19 of 132 patients (15%) in the LOOP group (P < 0.001).").

**B.      MCT Is Not Indicated for Patients with Life-Threatening Arrhythmias Where Inpatient Admission Is Recommended**

34.      In my experience, it is understood by healthcare providers ordering MCT devices that such devices are not a replacement for attended inpatient telemetry for patients who need critical care or have life-threatening arrhythmias (e.g., non-sustained VT, VF, high-grade AV block, bradycardia, and QT prolongation).[35]  Patients with such arrhythmias, or an increased risk of them, present cases where variations in cardiac performance can result in immediate danger of serious injury or death.  As such, these patients require not only continuous monitoring, but also timely treatment by a physician or qualified clinical staff.  I understand the FDA noted that Zio AT is not appropriate for critical care patients and instead is appropriate for "long-term monitoring of arrhythmia events for non-critical care patients where real-time monitoring is not needed as reporting timeliness is not consistent with life-threatening arrhythmias."[36]  In my experience, it is understood by healthcare providers that mobile outpatient AECG devices, including the Zio AT, are not appropriate for critical care patients that would require reporting timeliness consistent with life-threatening arrhythmias.

35.      While they offer potentially continuous ECG monitoring of outpatients at risk for significant arrhythmias, there are significant limitations to MCT as compared to inpatient monitoring.  The process to assess arrhythmia alerts with MCTs involves: 1) initial detection by patient activation or automatic alert detection, 2) transmission to central arrhythmia monitoring site staffed by certified technicians, 3) evaluation and confirmation of accuracy and severity of arrhythmia episode, 4) potentially contacting patients to assess symptoms of the episode, and 5) contacting the responsible/ordering clinician immediately or during regular business hours to alert them of the episode.  As explained above, the completion of all these steps can take up to multiple hours.  The reporting timeliness of MCT devices is thus not consistent with being able to offer treatment for life-threatening arrhythmias.

36.      There are many common issues along this multiple-step process that can cause further delays beyond the typical expected timeframe.  First, the MCT device must be worn at all times for it to continuously capture cardiac data.  Many MCT monitors have batteries, modules, or

---

[35] See Note 5 above for examples of life-threatening arrhythmias.
[36] "Warning Letter: iRhythm Technologies, Inc.," *FDA*, June 6, 2023, https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/irhythm-technologies-inc-643474-05252023, p. 3.

adhesive patches that need to be changed at least daily—during which time, no recording of cardiac activity occurs.[37]  This can lead to long periods of lack of monitoring during the monitoring period. In addition, MCT devices are wirelessly connected to a device (usually a locked cellphone) that transmits data from the patch to the central monitoring site.  This transmission device needs to be regularly charged to function and requires a good signal to transmit.  Lack of power and poor signal can result in further delays or lost data.[38]  Because of these limitations, I am not aware of any industry standard on timeliness of MCT critical alerts.  Indeed, the 2017 Heart Rhythm Society guidelines state only that MCT critical alerts should be reviewed "daily."[39]

37.    It is standard practice for clinicians to provide verbal instructions and other written guidelines and instructions to the patient when prescribing an MCT device.  However, I recognize that there is always the potential for misuse by patients and / or lack of compliance with recommendations (e.g., forgetting to wear the device or removing it for periods of time), which may further limit the efficacy of MCT.  The need to change components and recharge the monitoring device are common factors that impede patient compliance.

38.    In addition to instructions and guidelines, when I prescribe MCT or similar devices to patients, which transmit data over cellular connection, I explain that to ensure transmission, the monitor must be in a location with a stable connection and not in proximity with devices that can cause interference.  Even after a transmission is triggered and a patient requires medical attention, clinicians understand—and explain to their patients—that the device only provides data and alerts.  The patient must wait for emergency medical technicians to arrive after a cardiac event is reported to receive treatment.

39.    In the case of the Zio AT, one of the limitations is the total number of transmissions: that the Zio AT would cease transmitting data after 100 patient-initiated arrhythmia events or 500 automatically detected arrhythmia events.[40]  As an initial matter, it is my experience that an

---

[37]  Steinberg et al., 2017, at Table 3 ("Electrode-wire MCTs require daily electrode changes, and thus, patient acceptance is reduced for long-term monitoring applications[.]").  In my experience, some MCT devices (particularly in 2020 and before) required changing batteries or other components up to three times per day.

[38] For example, a common loss of signal I have observed in practice is when patients take trips to remote locations and their MCT devices are unable to transmit data.

[39] Steinberg et al., 2017 at p. e59 ("This large amount of real-time data affords a higher diagnostic yield than standard devices but places a potential burden on the clinician who must be available to review large amounts of information (e.g., daily) at any time of the day or night.").

[40] "Clinical Reference Manual: Zio AT," *iRhythm Technologies, Inc.*, September 26, 2022, at p. 5 ("Zio AT is a Mobile Cardiac Telemetry (MCT) monitoring solution designed to optimize battery power in order to offer patients 14-day

actionable event very rarely occurs after 100 patient-initiated or 500 automatically detected arrhythmia events.  By the time the Zio AT would reach such numbers of recorded events, I would expect the information relevant for diagnostic purposes to have been captured already. Furthermore, healthcare providers recognize that a trade-off exists between such transmission limits and potential patient compliance (e.g., having to take the device off to recharge it).  Unlike many MCT devices, the Zio AT is intended to be worn continuously—without the need to recharge—for the duration of the wear period (i.e., until the device is returned to the provider). The benefit is that the patient need not periodically detach and re-attach the Zio AT for recharging or changing components; while the trade-off is that the total number of transmissions able to be relayed cannot exceed 100 patient-initiated arrhythmia events or 500 automatically detected arrhythmia events.  Relatedly, another benefit of the Zio AT potentially enhancing patient compliance is that the device, relative to other MCTs, generally has fewer components and is more compact, making it more comfortable to wear.[41]  It must also be recognized that MCT devices other than the Zio AT do not necessarily have unlimited data memory capabilities: in my experience, whenever there are interruptions when data are not being continuously transmitted to a virtual "cloud" server (for example, if a patient is away from his or her MCT device or if the device loses signal), the memory on the device may be overwritten and the data about arrhythmia events are lost.

40.    Given that all MCT devices have some limitations that may constrain cardiac monitoring or data transmission continuously at all times every day, the existence of transmission limits for the Zio AT does not impact my prescription of Zio AT as an MCT and for the types of patients and conditions MCT devices are appropriate for, as detailed in the preceding subsections.  In my experience, the Zio AT's advantageous form factor and ease of use enhance patient compliance,[42] thereby allowing it to function appropriately for the large majority of patients indicated for an MCT device.

---

continuous monitoring without any patient manipulations required. As a result, the device has a maximum threshold of transmitting 100 Patient Triggers and 500 Auto Triggers during wear.").

[41] In my clinical practice, patients wearing MCT devices other than the Zio AT commonly complain about the bulky size of the devices and inability to wear them in the shower, among other problems.

[42] Reynolds et al., 2024, at p. 31 ("Various ACMs differ in a number of technical factors including maximum wear time, actual wear time, and whether rhythm analysis is continuous ('full disclosure') or episodic. Different ACMs also vary in their hardware (patch vs. lead, with or without a portable unit requiring batteries) which may impact patient adherence and the duration of interpretable data.").

Executed this 5th day of January, 2026

X _____

George Thomas, MD

Appendix A

# Curriculum Vitae

George Thomas, MD

Office address:  520 East 70th St. Starr 4.  New York, NY 10021

Office telephone: 212 746 2158

Office fax: 212 746 6951

Home address: 20 Bon Mar Rd. Pelham, NY 10804

Cell phone: 216 272 1423

Email address - Work: get2007@med.cornell.edu

## A.     EDUCATION

| Degree | Institution | Dates attended | Year Awarded |
|---|---|---|---|
| Bachelor of Arts Natural Sciences | Johns Hopkins University Baltimore, MD | 9/1993 - 12/1996 | 1997 |
| Doctor of Medicine | Vanderbilt University Nashville, TN | 8/1997 - 5/2001 | 2001 |

## B.     POSTDOCTORAL TRAINING

| | | |
|---|---|---|
| Internal Medicine Residency | Barnes-Jewish Hospital | 6/2001 - 6/2004 |
| Cardiology Fellowship | Cleveland Clinic Foundation | 7/2004 - 6/2007 |
| Electrophysiology Fellowship | Cleveland Clinic Foundation | 7/2007 - 6/2009 |

## C.     PROFESSIONAL POSITIONS & EMPLOYMENT

| | | |
|---|---|---|
| Assistant Professor of Medicine | Weill Cornell Medicine New York, NY | 9/2009 to present |
| Assistant Attending Physician | New York Presbyterian Hospital | 9/2009 to present |

## D.     LICENSURE, BOARD CERTIFICATION

| State | Number | Date of issue | Date of last registration |
|---|---|---|---|

1

| | | | |
|---|---|---|---|
| New York | 254320 | 8/3/2009 | 03/01/2021 to 2/28/2023 |
| Ohio | 35085130 | 6/01/2008 | 5/31/2010 |

**Board Certification**

| Full Name of Board | Certificate # | Dates of Certification |
|---|---|---|
| ABIM | Internal Medicine | 8/2004-8/2014 |
| ABIM | Cardiovascular Disease | 10/2007 – present |
| ABIM | Clinical Cardiac Electrophysiology | 10/2009 – present |

## E.    INSTITUTIONAL/HOSPITAL AFFILIATION

| | | |
|---|---|---|
| Assistant Attending Physician | New York Presbyterian Hospital | 9/2009 to present |

## F.    EMPLOYMENT STATUS

**Name of Current Employer**  Weill Cornell Medicine
**Current Employment Status:**  Full-time salaried by Weill Cornell

## G.    HONORS, AWARDS

| Name of award | Organization | Date awarded (yyyy) |
|---|---|---|
| Phi Beta Kappa | Johns Hopkins University | 1997 |

## H.    PROFESSIONAL ORGANIZATIONS AND SOCIETY MEMBERSHIPS
*(Please include medical and scientific societies.)*

| Organization | Date (yyyy-yyyy) |
|---|---|
| ACC | 2004 to present |
| HRS | 2007 to present |
| AHA | 2011 to present |

## I.    PERCENT EFFORT AND INSTITUTIONAL RESPONSIBILITIES

| Weill Cornell Activity | Percent Effort (%) | Does the activity involve Weill Cornell students/research trainees? Yes |
|---|---|---|
| Teaching | 5 % | |
| Clinical | 70 % | |
| Administrative | 5 % | |
| Research | 20 % | |
| **Total** | **100%** | |

**J.     EDUCATIONAL CONTRIBUTIONS**

**Didactic teaching**:

- "Pathophysiology of arrhythmias" Medical Student Lecture during cardiology block, 2009-12
- "Conduction diseases lecture" Medical Interns and Residents, yearly since 2010
- 4N Lecture series "Antiarrhythmic drugs" 6 times per yr   2014-2021
- ECG Lecture, Metabolic Derangements Cardiology Fellows, yearly since 2021
- Wide Complex Tachycardia, Cardiology Fellows lecture, yearly since 2010
- Syncope, Cardiology Fellows lecture, yearly since 2009
- EP Fellow Core Curriculum, 6 times per year.

**Clinical teaching**

- EP consult service Fellow
- EP fellow education during procedures and in outpatient clinic
- Attending in cardiology fellows clinic
- CCU attending teaching cardiology fellows and residents.

**Community education or patient outreach**

- Appearance on NY Med

**K.     CLINICAL PRACTICE, INNOVATION, and LEADERSHIP**

**Clinical Practice**
- Clinical Cardiac Electrophysiology Lab, 4 days per week
- Outpatient Electrophysiology Clinic on Starr 4
- Attending in CCU one weekend per yr.

**Clinical Innovations**
- Modernization of Lead Extraction Practice
- Improvement of Cardiac Implantable Device Clinic protocols and remote monitoring effectiveness

**Clinical Leadership**
- Director of Lead Management and Extraction
- Director of Cardiac Implantable Device Clinic
- Member Adult Cardiology CLG committee for EPIC since 2020
- Interventional Cardiology EPIC trainer 2020
- Member of NYP EP lab regionalization committee for WCMC 2016-2023
- Member of Enterprise Formulary and Therapeutics Cardiology Subcommittee

**L.     RESEARCH**

**Research Support:**

| Source | Acutus |
|---|---|
| Amount | |
| Duration | 3 yrs |
| Principal Investigator | George Thomas |
| Your Role in Project | Local Site Investigator Discover Registry |
| % Effort | 1% |

| Source | Biotronik USA |
|---|---|
| Amount | |
| Duration | 5 yrs |
| Principal Investigator | George Thomas |
| Your Role in Project | Local Site Investigator BioLibra Study |
| % Effort | 1% |

**Past (Completed) Funding**

| |
|---|
| 1.  NIH, RAID Trial, Site  Local PI |
| 2.  St Jude Medical, MPP IDE trial, Local PI |
| 3.  Medtronic, WRAP-IT Trial, Local PI |
| 4.  Biotronik, SENSE trial National PI investigator initiated trial |
| 5.  Biotronik, QP Excel Trial, Local PI |

**M.    MENTORING**

**Past Mentees:**

| **Mentorship:** | |
|---|---|
| Anil Punjabi, MD (7/2012-3/2014)<br><br>Dustin Lee, MD (7/2015 to 6/2018) | ACC Abstract<br><br>AHA Abstract |

**N.    INSTITUTIONAL ADMINISTRATIVE ACTIVITIES**

4

Expediated IRB committee member              2014-2020

## O.     EXTRAMURAL PROFESSIONAL RESPONSIBILITIES

**Service on Boards and/or Committees**

*2022-current ACC/ABIM Collaborative
Maintenance Pathway EP SAP Standard Setting*

*2023-current ABIM Clinical Cardiac
Electrophysiology Item Writer Task Force*

**Editorial Activities**

*Reviewer for JACC-EP, and Journal of
Cardiovascular Electrophysiology, and Heart
Rhythm*

## P.     INVITED PRESENTATIONS

*(Please list extramural invited activities such as presentations, grand rounds, research seminars, and lectures at meetings of professional organizations.)*

**Regional**

| | | |
|---|---|---|
| Diagnosis and Management of Cardiac Implantable Electronic Device Infection | *Coler-Goldwater Hospital* | 7/2010 |
| Novel Therapies for Atrial Fibrillation | *New York Downtown Hospital* | 3/2011 |
| New options for Stroke Prevention in Atrial Fibrillation | *Brookdale Hospital* | 4/2011 |
| Update your medicine: Anticoagulation | *Weill Cornell Medicine* | 6/2012 |
| Internal Medicine Grand Rounds: Management of VT | *Metropolitan Hospital* | 9/2020 9/2021 |

**National**

| | | |
|---|---|---|
| *Starting a Lead Management Program* | *Heart Rhythm Society Meeting* | *5/2011* |
| *Our Role in Infection Prevention* | *Heart Rhythm Society Meeting* | 5/2015 |
| | *Heart Rhythm Society Meeting* | 5/2018 |

5

| | | |
|---|---|---|
| *Risk reduction strategies in ICD patient management: Is less more?* | *Heart Rhythm Society Meeting* | 5/2022 |
| *Trigger Mapping for Ablation of Atrial Fibrillation* | *Heart Rhythm Society Meeting* | 5/2022 |
| *Proven Strategies to Reduce Infections* | | |

**International**

| | | |
|---|---|---|
| *CIED Infection Prevention Strategies* | *Place Conference, Rome, Italy* | *11/2015* |
| *Open Medical Institute* | *Salzburg, Austria* | *10/2014-15, 2021* |
| *Open Medical Institute Mexico* | *Mexico City, Mexico* | *03/2024* |

## Q.    BIBLIOGRAPHY

1. Love CJ, Hanna I, Thomas G, et al. Preclinical evaluation of a third-generation absorbable antibacterial envelope.   Heart Rhythm. . 2023 doi:10.1016/j.hrthm.2023.01.018, 10.1016/j.hrthm.2023.01.018

2. Kandola MS, Kulm S, Kim LK, et al. Population-Level Prevalence of Rare Variants Associated With Atrial Fibrillation and its Impact on Patient Outcomes.   JACC Clin Electrophysiol. . 2023 doi:10.1016/j.jacep.2022.11.022, 10.1016/j.jacep.2022.11.022

3. Sciria CT, Kogan EV, Mandler AG, et al. Low Utilization of Lead Extraction Among Patients With Infective Endocarditis and Implanted Cardiac Electronic Devices.   J Am Coll Cardiol. . 2023;81(17):1714-1725. doi:10.1016/j.jacc.2023.02.042, 10.1016/j.jacc.2023.02.042

4. Gabriels JK, Ying X, Purkayastha S, et al. Safety and Efficacy of a Novel Approach to Pulmonary Vein Isolation Using Prolonged Apneic Oxygenation.   JACC Clin Electrophysiol. . 2023;9(4):497-507. doi:10.1016/j.jacep.2022.10.030, 10.1016/j.jacep.2022.10.030

Appendix A

5. Kogan EV, Sciria CT, Liu CF, et al. Early Stroke and Mortality After Percutaneous Left Atrial Appendage Occlusion in Patients With Atrial Fibrillation.   Stroke. . 2023;54(4):947-954. doi:10.1161/STROKEAHA.122.041057, 10.1161/STROKEAHA.122.041057

6. Braunstein ED, Kagan RD, Olshan DS, et al. Initial experience with stylet-driven versus lumenless lead delivery systems for left bundle branch area pacing.   J Cardiovasc Electrophysiol. . 2023;34(3):710-717. doi:10.1111/jce.15789, 10.1111/jce.15789

7. Krishnamurthy A, Goyal P, Markowitz SM, et al. Outcomes of patients with heart failure with preserved ejection fraction undergoing catheter ablation of atrial fibrillation.   Heart Rhythm O2. . 2022;3(5):501-508. doi:10.1016/j.hroo.2022.06.012, 10.1016/j.hroo.2022.06.012

8. Barbar T, Patel R, Thomas G, Cheung JW. Strategies to Prevent Cardiac Implantable Electronic Device Infection.   J Innov Card Rhythm Manag. . 2020;11(1):3949-3956. doi:10.19102/icrm.2020.110102, 10.19102/icrm.2020.110102

9. Sciria CT, Kogan EV, Ip JE, et al. Trends and Outcomes of Catheter Ablation of Ventricular Tachycardia in Patients With Ischemic and Nonischemic Cardiomyopathy.   Circ. Arrhythm. electrophysiol.. . 2022;15(4):e010742. doi:10.1161/CIRCEP.121.010742, 10.1161/CIRCEP.121.010742

10. Gabriels JK, Braunstein ED, Lerman BB, Thomas G, Cheung JW. Recurrent Atrial Tachycardias Associated With Implantable Central Venous Access Catheters in Patients With Cancer.   JACC Clin Electrophysiol. . 2021;7(11):1482-1483. doi:10.1016/j.jacep.2021.06.021, 10.1016/j.jacep.2021.06.021

11. Gabriels JK, Abdelrahman M, Nambiar L, et al. Reappraisal of electrocardiographic criteria for localization of idiopathic outflow region ventricular arrhythmias.   Heart Rhythm. . 2021;18(11):1959-1965. doi:10.1016/j.hrthm.2021.08.003, 10.1016/j.hrthm.2021.08.003

12. Liu CF, Daian F, Goyal R, et al. The Left Atrial Appendage Ostium: Hotspots for Localized Re-Entry.   JACC Clin Electrophysiol. . 2021;7(3):333-342. doi:10.1016/j.jacep.2020.09.002, 10.1016/j.jacep.2020.09.002

13. Peltzer B, Manocha KK, Ying X, et al. Outcomes and mortality associated with atrial arrhythmias among patients hospitalized with COVID-19.   J Cardiovasc Electrophysiol. . 2020;31(12):3077-3085. doi:10.1111/jce.14770, 10.1111/jce.14770

7

Appendix A

14. Peltzer B, Manocha KK, Ying X, et al. Arrhythmic Complications of Patients Hospitalized With COVID-19: Incidence, Risk Factors, and Outcomes.   Circ. Arrhythm. electrophysiol.. . 2020;13(10):e009121. doi:10.1161/CIRCEP.120.009121, 10.1161/CIRCEP.120.009121

15. Cheung JW, Yeo I, Cheng EP, et al. Inpatient hospital procedural volume and outcomes following catheter ablation of atrial fibrillation.   J Cardiovasc Electrophysiol. . 2020;31(8):1908-1919. doi:10.1111/jce.14584, 10.1111/jce.14584

16. Shaik NA, Drucker M, Pierce C, et al. Novel two-lead cardiac resynchronization therapy system provides equivalent CRT responses with less complications than a conventional three-lead system: Results from the QP ExCELs lead registry.   J Cardiovasc Electrophysiol. . 2020;31(7):1784-1792. doi:10.1111/jce.14552, 10.1111/jce.14552

17. Rubin GA, Wan EY, Saluja D, et al. Restructuring Electrophysiology During the COVID-19 Pandemic: A Practical Guide From a New York City Hospital Network.   Crit. pathw. cardiol.. . 2020;19(3):105-111. doi:10.1097/HPC.0000000000000225, 10.1097/HPC.0000000000000225

18. Bassil G, Markowitz SM, Liu CF, et al. Robotics for catheter ablation of cardiac arrhythmias: Current technologies and practical approaches.   J Cardiovasc Electrophysiol. . 2020;31(3):739-752. doi:10.1111/jce.14380, 10.1111/jce.14380

19. Cheng EP, Liu CF, Yeo I, et al. Risk of Mortality Following Catheter Ablation of Atrial Fibrillation. J Am Coll Cardiol. . 2019;74(18):2254-2264. doi:10.1016/j.jacc.2019.08.1036, 10.1016/j.jacc.2019.08.1036

20. Kirzner JM, Raelson CA, Liu CF, et al. Effects of focal impulse and rotor modulation-guided ablation on atrial arrhythmia termination and inducibility: Impact on outcomes after treatment of persistent atrial fibrillation.   J Cardiovasc Electrophysiol. . 2019;30(12):2773-2781. doi:10.1111/jce.14240, 10.1111/jce.14240

21. Markowitz SM, Thomas G, Liu CF, Cheung JW, Ip JE, Lerman BB. Approach to catheter ablation of left atrial flutters.   J Cardiovasc Electrophysiol. . 2019;30(12):3057-3067. doi:10.1111/jce.14209, 10.1111/jce.14209

22. Thomas G, Choi DY, Doppalapudi H, et al. Subclinical atrial fibrillation detection with a floating atrial sensing dipole in single lead implantable cardioverter-defibrillator systems: Results of the

SENSE trial.   J Cardiovasc Electrophysiol. . 2019;30(10):1994-2001. doi:10.1111/jce.14081, 10.1111/jce.14081

23. Markowitz SM, Choi DY, Daian F, et al. Regional isolation in the right atrium with disruption of intra-atrial conduction after catheter ablation of atrial tachycardia.   J Cardiovasc Electrophysiol. . 2019;30(10):1773-1785. doi:10.1111/jce.14037, 10.1111/jce.14037

24. Maglione T, Macatangay C, Thomas G. Elevated Pacing Threshold Due to Subtotal Separation of Permanent Pacemaker Header From Generator Casing.   JACC Clin Electrophysiol. . 2019;5(6):746-749. doi:10.1016/j.jacep.2019.01.018, 10.1016/j.jacep.2019.01.018

25. Cheung JW, Cheng EP, Wu X, et al. Sex-based differences in outcomes, 30-day readmissions, and costs following catheter ablation of atrial fibrillation: the United States Nationwide Readmissions Database 2010-14.   Eur Heart J. . 2019;40(36):3035-3043. doi:10.1093/eurheartj/ehz151, 10.1093/eurheartj/ehz151

26. Lerman BB, Markowitz SM, Cheung JW, Liu CF, Thomas G, Ip JE. Supraventricular Tachycardia: Mechanistic Insights Deduced From Adenosine.   Circ. Arrhythm. electrophysiol.. . 2018;11(12):e006953. doi:10.1161/CIRCEP.118.006953, 10.1161/CIRCEP.118.006953

27. Cheung JW, Yeo I, Ip JE, et al. Outcomes, Costs, and 30-Day Readmissions After Catheter Ablation of Myocardial Infarct-Associated Ventricular Tachycardia in the Real World: Nationwide Readmissions Database 2010 to 2015.   Circ. Arrhythm. electrophysiol.. . 2018;11(11):e006754. doi:10.1161/CIRCEP.118.006754, 10.1161/CIRCEP.118.006754

28. Wu MS, Gabriels J, Khan M, et al. Left atrial thrombus despite continuous direct oral anticoagulant or warfarin therapy in patients with atrial fibrillation: insights into rates and timing of thrombus resolution.   J Interv Card Electrophysiol. . 2018;53(2):159-167. doi:10.1007/s10840-018-0432-1, 10.1007/s10840-018-0432-1

29. Bassil G, Liu CF, Markowitz SM, et al. Comparison of robotic magnetic navigation-guided and manual catheter ablation of ventricular arrhythmias arising from the papillary muscles.   Europace. . 2018;20(suppl_2):ii5-ii10. doi:10.1093/europace/eux374, 10.1093/europace/eux374

30. Lerman BB, Cheung JW, Ip JE, Liu CF, Thomas G, Markowitz SM. Mechanistic subtypes of focal right ventricular tachycardia.   J Cardiovasc Electrophysiol. . 2018;29(8):1181-1188. doi:10.1111/jce.13505, 10.1111/jce.13505

31. Wu M, Gabriels J, Khan M, et al. Left atrial thrombus and dense spontaneous echocardiographic contrast in patients on continuous direct oral anticoagulant therapy undergoing catheter ablation of atrial fibrillation: Comparison of dabigatran, rivaroxaban, and apixaban.   Heart Rhythm. . 2018;15(4):496-502. doi:10.1016/j.hrthm.2017.12.005, 10.1016/j.hrthm.2017.12.005

32. Liu CF, Ip JE, Cheung JW, Thomas G, Markowitz SM, Lerman BB. Utility of Pre-Induction Ventriculoatrial Response to Adenosine in the Diagnosis of Orthodromic Reciprocating Tachycardia. JACC Clin Electrophysiol. . 2017;3(3):266-275. doi:10.1016/j.jacep.2016.09.013, 10.1016/j.jacep.2016.09.013

33. Saleh L, Markowitz SM, Cheung JW, et al. Coincident proximal and distal retrograde left atrial activation: One or two accessory pathways?.   Pacing Clin Electrophysiol. . 2017;40(12):1483-1485. doi:10.1111/pace.13233, 10.1111/pace.13233

34. Markowitz SM, Minutello RM, Kim LK, Ip JE, Thomas G, Lerman BB. Treatment of intramural ventricular tachycardia in cardiac sarcoidosis with transcoronary ethanol ablation.   Europace. . 2017;19(12):1921. doi:10.1093/europace/eux277, 10.1093/europace/eux277

35. Raelson CA, Gabriels J, Ruan J, et al. Recovery of atrioventricular conduction in patients with heart block after transcatheter aortic valve replacement.   J Cardiovasc Electrophysiol. . 2017;28(10):1196-1202. doi:10.1111/jce.13291, 10.1111/jce.13291

36. Ip JE, Thomas G, Cheung JW, Liu CF, Markowitz SM, Lerman BB. Recognition of short RP atrial tachycardia due to intra-atrial conduction delay: utility of a septal AH/HA Ratio <1.   Europace. . 2017;19(11):1780. doi:10.1093/europace/eux105, 10.1093/europace/eux105

37. Lerman BB, Markowitz SM, Liu CF, Thomas G, Ip JE, Cheung JW. Fluoroless catheter ablation of atrial fibrillation.   Heart Rhythm. . 2017;14(6):928-934. doi:10.1016/j.hrthm.2017.02.016, 10.1016/j.hrthm.2017.02.016

38. Cheung JW, Ip JE, Markowitz SM, et al. Trends and outcomes of cardiac resynchronization therapy upgrade procedures: A comparative analysis using a United States National Database 2003-2013.   Heart Rhythm. . 2017;14(7):1043-1050. doi:10.1016/j.hrthm.2017.02.017, 10.1016/j.hrthm.2017.02.017

Appendix A

39. Ip JE, Wu MS, Kennel PJ, et al. Eligibility of Pacemaker Patients for Subcutaneous Implantable Cardioverter Defibrillators.   J Cardiovasc Electrophysiol. . 2017;28(5):544-548. doi:10.1111/jce.13182, 10.1111/jce.13182

40. Thomas G, Kim J, Lerman BB. Improving Cardiac Resynchronisation Therapy.   Arrhythm. electrophysiol. rev.. . 2019;8(3):220-227. doi:10.15420/aer.2018.62.3, 10.15420/aer.2018.62.3

41. Markowitz SM, Thomas G, Liu CF, Cheung JW, Ip JE, Lerman BB. Atrial Tachycardias and Atypical Atrial Flutters: Mechanisms and Approaches to Ablation.   Arrhythm. electrophysiol. rev.. . 2019;8(2):131-137. doi:10.15420/aer.2019.17.2, 10.15420/aer.2019.17.2

42. Wu MS, Ip JE, Thomas G, et al. Mahaim pathway tachycardia versus bystander ventricular tachycardia: A distinction without a difference.   HeartRhythm Case Rep. . 2018;4(3):92-97. doi:10.1016/j.hrcr.2017.09.004, 10.1016/j.hrcr.2017.09.004

43. Looser PM, Saleh L, Thomas G, Cheung JW. Systemic infection due to subcutaneous implantable cardioverter-defibrillator implantation: Importance of early recognition and treatment of device pocket-related complications.   HeartRhythm Case Rep. . 2017;3(1):40-42. doi:10.1016/j.hrcr.2016.08.014, 10.1016/j.hrcr.2016.08.014

44. Liu CF, Cheung JW, Ip JE, et al. Unifying Algorithm for Mechanistic Diagnosis of Atrial Tachycardia.   Circ. Arrhythm. electrophysiol.. . 2016;9(8). doi:10.1161/CIRCEP.116.004028, 10.1161/CIRCEP.116.004028

45. Ip JE, Cheung JW, Liu CF, Thomas G, Markowitz SM, Lerman BB. Ablating the Imperceptible: A Novel Application of Para-Hisian Pacing.   Pacing Clin Electrophysiol. . 2016;39(11):1285-1288. doi:10.1111/pace.12898, 10.1111/pace.12898

46. Ip JE, Cheung JW, Liu CF, Thomas G, Markowitz SM, Lerman BB. Biatrial Tachycardia: Distinguishing Between Active and Passive Activation.   Circ. Arrhythm. electrophysiol.. . 2016;9(5):e003175. doi:10.1161/CIRCEP.115.003175, 10.1161/CIRCEP.115.003175

47. Al'Aref SJ, Ip JE, Markowitz SM, et al. Differentiation of papillary muscle from fascicular and mitral annular ventricular arrhythmias in patients with and without structural heart disease.   Circ. Arrhythm. electrophysiol.. . 2015;8(3):616-24. doi:10.1161/CIRCEP.114.002619, 10.1161/CIRCEP.114.002619

11

Appendix A

48. Lin FS, Ip JE, Markowitz SM, et al. Limitations of dormant conduction as a predictor of atrial fibrillation recurrence and pulmonary vein reconnection after catheter ablation.   Pacing Clin Electrophysiol. . 2015;38(5):598-607. doi:10.1111/pace.12596, 10.1111/pace.12596

49. Spotnitz MD, Markowitz SM, Liu CF, et al. Mechanisms and clinical significance of adenosine-induced dormant accessory pathway conduction after catheter ablation.   Circ. Arrhythm. electrophysiol.. . 2014;7(6):1136-43. doi:10.1161/CIRCEP.114.002140, 10.1161/CIRCEP.114.002140

50. Lerman BB, Ip JE, Shah BK, et al. Mechanism-specific effects of adenosine on ventricular tachycardia.   J Cardiovasc Electrophysiol. . 2014;25(12):1350-8. doi:10.1111/jce.12510, 10.1111/jce.12510

51. Gonzalez M, Keating RJ, Markowitz SM, et al. Newly detected atrial high rate episodes predict long-term mortality outcomes in patients with permanent pacemakers.   Heart Rhythm. . 2014;11(12):2214-21. doi:10.1016/j.hrthm.2014.08.019, 10.1016/j.hrthm.2014.08.019

52. Markowitz SM, Weinsaft JW, Waldman L, et al. Reappraisal of cardiac magnetic resonance imaging in idiopathic outflow tract arrhythmias.   J Cardiovasc Electrophysiol. . 2014;25(12):1328-35. doi:10.1111/jce.12503, 10.1111/jce.12503

53. Cheung JW, Ip JE, Yarlagadda RK, et al. Adenosine-insensitive right ventricular tachycardia: novel variant of idiopathic outflow tract tachycardia.   Heart Rhythm. . 2014;11(10):1770-8. doi:10.1016/j.hrthm.2014.06.014, 10.1016/j.hrthm.2014.06.014

54. Liu CF, Cheung JW, Thomas G, Ip JE, Markowitz SM, Lerman BB. Ubiquitous myocardial extensions into the pulmonary artery demonstrated by integrated intracardiac echocardiography and electroanatomic mapping: changing the paradigm of idiopathic right ventricular outflow tract arrhythmias.   Circ. Arrhythm. electrophysiol.. . 2014;7(4):691-700. doi:10.1161/CIRCEP.113.001347, 10.1161/CIRCEP.113.001347

55. Ip JE, Liu CF, Thomas G, Cheung JW, Markowitz SM, Lerman BB. Unifying mechanism of sustained idiopathic atrial and ventricular annular tachycardia.   Circ. Arrhythm. electrophysiol.. . 2014;7(3):436-44. doi:10.1161/CIRCEP.113.001368, 10.1161/CIRCEP.113.001368

Appendix A

56. Cheung JW, Lin FS, Ip JE, et al. Adenosine-induced pulmonary vein ectopy as a predictor of recurrent atrial fibrillation after pulmonary vein isolation.   Circ. Arrhythm. electrophysiol.. . 2013;6(6):1066-73. doi:10.1161/CIRCEP.113.000796, 10.1161/CIRCEP.113.000796

57. Rene AG, Sastry A, Horowitz JM, et al. Recovery of atrioventricular conduction after pacemaker placement following cardiac valvular surgery.   J Cardiovasc Electrophysiol. . 2013;24(12):1383-7. doi:10.1111/jce.12260, 10.1111/jce.12260

58. Ip JE, Seidman CE, Liu CF, et al. Conundrum of sudden cardiac death: making sense of missense.   Circ. Arrhythm. electrophysiol.. . 2013;6(4):e58-63. doi:10.1161/CIRCEP.113.000553, 10.1161/CIRCEP.113.000553

59. Cheung JW, Al-Kazaz M, Thomas G, et al. Mechanisms, predictors, and trends of electrical failure of Riata leads.   Heart Rhythm. . 2013;10(10):1453-9. doi:10.1016/j.hrthm.2013.06.015, 10.1016/j.hrthm.2013.06.015

60. Ip JE, Cheung JW, Chung JH, et al. Adenosine-induced atrial fibrillation: insights into mechanism.   Circ. Arrhythm. electrophysiol.. . 2013;6(3):e34-7. doi:10.1161/CIRCEP.113.000480, 10.1161/CIRCEP.113.000480

61. Ip JE, Markowitz SM, Cheung JW, et al. Method for differentiating left superior pulmonary vein exit conduction from pseudo-exit conduction.   Pacing Clin Electrophysiol. . 2013;36(3):299-308. doi:10.1111/pace.12062, 10.1111/pace.12062

62. Harb SC, Thomas G, Saliba WI, et al. Characteristics, treatment, and outcomes of periprocedural cerebrovascular accidents during electrophysiologic procedures.   J Interv Card Electrophysiol. . 2013;37(1):41-6. doi:10.1007/s10840-012-9766-2, 10.1007/s10840-012-9766-2

63. Kanagasundram AN, Baduashvili A, Liu CF, et al. A novel criterion for conduction block after catheter ablation of right atrial tachycardia after mitral valve surgery.   Circ. Arrhythm. electrophysiol.. . 2013;6(1):39-47. doi:10.1161/CIRCEP.112.976340, 10.1161/CIRCEP.112.976340

64. Frenkel D, D'Amato SA, Al-Kazaz M, et al. Prevalence of Left Atrial Thrombus Detection by Transesophageal Echocardiography: A Comparison of Continuous Non-Vitamin K Antagonist Oral Anticoagulant Versus Warfarin Therapy in Patients Undergoing Catheter Ablation for Atrial

Fibrillation.   JACC Clin Electrophysiol. . 2016;2(3):295-303. doi:10.1016/j.jacep.2016.01.004, 10.1016/j.jacep.2016.01.004

65. Thomas G, Lerman BB. New Stroke Prophylaxis Options in Atrial Fibrillation Patients.   J Atr Fibrillation. . 2013;5(5):462. doi:10.4022/jafib.462, 10.4022/jafib.462

66. Cheung JW, Ip JE, Chung JH, et al. Differential effects of adenosine on pulmonary vein ectopy after pulmonary vein isolation: implications for arrhythmogenesis.   Circ. Arrhythm. electrophysiol.. . 2012;5(4):659-66. doi:10.1161/CIRCEP.112.971945, 10.1161/CIRCEP.112.971945

67. Cheung JW, Chung JH, Ip JE, et al. Time course of adenosine-induced pulmonary vein reconnection after isolation: implications for mechanism of dormant conduction.   Pacing Clin Electrophysiol. . 2012;35(5):556-63. doi:10.1111/j.1540-8159.2012.03356.x, 10.1111/j.1540-8159.2012.03356.x

68. Thomas G, Lerman BB. Expanding the role of statins in postoperative atrial fibrillation.   Heart Rhythm. . 2012;9(2):170-1. doi:10.1016/j.hrthm.2011.09.069, 10.1016/j.hrthm.2011.09.069

69. Thomas G, Lerman BB. Prediction of stroke risk in atrial fibrillation, prevention of stroke in atrial fibrillation, and the impact of long-term monitoring for detecting atrial fibrillation.   Curr Atheroscler Rep. . 2011;13(4):290-7. doi:10.1007/s11883-011-0188-x, 10.1007/s11883-011-0188-x

70. Ip JE, Markowitz SM, Liu CF, Cheung JW, Thomas G, Lerman BB. Differentiating pacemaker-mediated tachycardia from tachycardia due to atrial tracking: utility of V-A-A-V versus V-A-V response after postventricular atrial refractory period extension.   Heart Rhythm. . 2011;8(8):1185-91. doi:10.1016/j.hrthm.2011.02.036, 10.1016/j.hrthm.2011.02.036

71. Baranowski B, Wazni O, Lindsay B, et al. Focal ablation versus single vein isolation for atrial tachycardia originating from a pulmonary vein.   Pacing Clin Electrophysiol. . 2010;33(7):776-83. doi:10.1111/j.1540-8159.2010.02766.x, 10.1111/j.1540-8159.2010.02766.x

72. Thomas G, Kim J, Lerman BB. Improving Cardiac Resynchronisation Therapy. Arrhythm Electrophysiol Rev. 2019 Jul;8(3):220-227. doi: 10.15420/aer.2018.62.3. PMID: 31463060; PMCID: PMC6702464.

73. Markowitz SM, Thomas G, Liu CF, Cheung JW, Ip JE, Lerman BB. Atrial Tachycardias and Atypical Atrial Flutters: Mechanisms and Approaches to Ablation. Arrhythm Electrophysiol Rev. 2019 May;8(2):131-137. doi:

14

Appendix A

10.15420/aer.2019.17.2. PMID: 31114688; PMCID: PMC6528065.


74. Wu MS, Ip JE, Thomas G, Markowitz SM, Cheung JW, Liu CF, Lerman BB. Mahaim pathway tachycardia versus bystander ventricular tachycardia: A distinction without a difference. HeartRhythm Case Rep. 2018 Jan 31;4(3):92-97. doi: 10.1016/j.hrcr.2017.09.004. PMID: 29707482; PMCID: PMC5918180.

15

Appendix B

# Documents Considered by Dr. George Thomas, M.D.

**Academic Articles**

- Fung, Erik, et al., "Electrocardiographic Patch Devices and Contemporary Wireless Cardiac Monitoring," *Frontiers in Physiology* 6, no. 149, 2015, pp. 1–10

- Kusumoto, Fred M., et al., "2018 ACC/AHA/HRS Guideline on the Evaluation and Management of Patients with Bradycardia and Cardiac Conduction Delay: A Report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines and the Heart Rhythm Society," *Journal of the American College of Cardiology* 74, no. 7, 2019, pp. e51–e156

- Reynolds, Matthew R., et al., "Comparative Effectiveness and Healthcare Utilization for Ambulatory Cardiac Monitoring Strategies in Medicare Beneficiaries." *American Heart Journal* 269, 2024, pp. 25–34

- Rothman, Steven A., et al. "The diagnosis of cardiac arrhythmias: a prospective multi-center randomized study comparing mobile cardiac outpatient telemetry versus standard loop event monitoring." *Journal of cardiovascular electrophysiology* 18, no. 3 2007, pp. 241–247

- Sandau, Kristin E., et al. "Update to Practice Standards for Electrocardiographic Monitoring in Hospital Settings: A Scientific Statement from the American Heart Association," *Circulation* 136, no. 19, 2017, pp. e273–e344

- Shen, Win-Kuang., et al. "2017 ACC/AHA/HRS Guideline for the Evaluation and Management of Patients With Syncope: A Report of the American College of Cardiology/American Heart Association Task Force on Clinical Practice Guidelines and the Heart Rhythm Society," *Circulation* 134, no. 5, pp. e60–e122

- Steinberg, Jonathan S., et al. "2017 ISHNE-HRS Expert Consensus Statement on Ambulatory ECG and External Cardiac Monitoring/Telemetry," *Heart Rhythm* 14, no. 7, 2017, pp. e55–e96

**Books and Book Chapters**

- Ahmed, Intisar, Amandeep Goyal, and Lovely Chhabra, "Atrioventricular Block," in *StatPearls* (Treasure Island, FL: StatPearls Publishing, 2024)

- Akbar, Hina and Steven Mountfort, "Acute ST-Segment Elevation Myocardial Infarction (STEMI)," in *StatPearls* (Treasure Island, FL: StatPearls Publishing, 2024)

**Clinical Reference Manuals and Customer Advisory Notices**

- "Clinical Reference Manual: Zio AT," *iRhythm Technologies, Inc.*, September 26, 2022

- "Urgent Field Advisory Notice:  Zio AT Labeling Correction," *iRhythm Technologies, Inc.*, September 28, 2022

Appendix B

**FDA Documents**

- iRhythm Technologies, Inc., Cypress, Form 483, August 12, 2022

- "Warning Letter: iRhythm Technologies, Inc.," *FDA*, June 6, 2023, https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/irhythm-technologies-inc-643474-05252023

**Legal Documents**

- Second Amended Class Action Complaint for Violations of Federal Securities Laws, Glazing Employers and Glaziers' Union Local #27 Pension and Retirement Fund v. iRhythm Technologies, Inc., et al., October 11, 2024

- Order Re: Defendants' Motion to Dismiss, Glazing Employers and Glaziers' Union Local #27 Pension and Retirement Fund v. iRhythm Technologies, Inc., et al., June 3, 2025

**Websites**

- "Ablation for Arrhythmias," *American Heart Association*, https://www.heart.org/en/health-topics/arrhythmia/prevention--treatment-of-arrhythmia/ablation-for-arrhythmias

- "Aortic Stenosis Overview," *American Heart Association*, https://www.heart.org/en/health-topics/heart-valve-problems-and-disease/heart-valve-problems-and-causes/problem-aortic-valve-stenosis

- "Bifascicular Block," *Cleveland Clinic*, https://my.clevelandclinic.org/health/diseases/22922-bifascicular-block

- "Echocardiogram," *Cleveland Clinic*, https://my.clevelandclinic.org/health/diagnostics/16947-echocardiogram

- "Ejection Fraction Heart Failure Measurement," *American Heart Association*, https://www.heart.org/en/health-topics/heart-failure/diagnosing-heart-failure/ejection-fraction-heart-failure-measurement

- "Ischemia," *Cleveland Clinic*, https://my.clevelandclinic.org/health/diseases/ischemia

- "Long QT Syndrome," *Mayo Clinic*, https://www.mayoclinic.org/diseases-conditions/long-qt-syndrome/symptoms-causes/syc-20352518

- "NewYork-Presbyterian Hospital Named One of the Nation's Best Hospitals by U.S. News & World Report For 22nd Year in a Row and a #1 Hospital in New York," *Health Matters NewYork-Presbyterian*, July 29, 2025, https://healthmatters.nyp.org/newyork-presbyterian-hospital-named-one-of-the-nations-best-hospitals-by-u-s-news-world-report-for-22nd-year-in-a-row-and-a-1-hospital-in-new-york/

Appendix B

- "Non-Sustained Ventricular Tachycardia (NSVT)," *Cleveland Clinic*, https://my.clevelandclinic.org/health/diseases/nsvt

- "Sinus Bradycardia," *Cleveland Clinic*, https://my.clevelandclinic.org/health/diseases/22473-sinus-bradycardia

- "Transient ischemic attack (TIA)," *Mayo Clinic*, https://www.mayoclinic.org/diseases-conditions/transient-ischemic-attack/symptoms-causes/syc-20355679

- "Ventricular Fibrillation," *Cleveland Clinic*, https://my.clevelandclinic.org/health/diseases/21878-ventricular-fibrillation

- "Zio XT: Accurate, Long-Term Cardiac Monitoring with High Patient Compliance," *iRhythm Technologies, Inc.*, https://www.irhythmtech.com/gb/en/healthcare-professionals/monitoring

**Note: In addition to the documents on this list, I relied on all documents cited in my report to form my opinions**