# EXHIBIT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
-------------------------------------------X
GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL
#27 PENSION AND RETIREMENT FUND, on behalf
of itself and all others similarly
situated,

                              Plaintiffs,

          -against-          Case No.:
                             3:24-cv-706-JSC

IRHYTHM TECHNOLOGIES, INC., and QUENTIN
BLACKFORD,

                              Defendants.
-------------------------------------------X
                DATE: December 16, 2025
                TIME: 9:00 a.m.


          DEPOSITION of HEIDI LAWRENCE,

taken by the Defendants, pursuant to a

subpoena and notice and to the Federal

Rules of Civil Procedure, held remotely via

Zoom Videoconference, before Suzanne

Pastor, a Notary Public of the State of New

York.

Heidi Lawrence
December 16, 2025

A P P E A R A N C E S:
(All appearances via Zoom)


BERNSTEIN LITOWITZ BERGER & GROSSMANN
Attorneys for the Plaintiffs
        1251 Avenue of the Americas
        New York, New York 10020
BY:    THOMAS SPERBER, ESQ.
        212.554.1939
        thomas.sperber@blbglaw.com


QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for the Defendants
        295 Fifth Avenue, 9th Floor
        New York, New York 10016
BY:    BRENNA NELINSON, ESQ.
        212.849.7468
        brennanelinson@quinnemanuel.com
AND:   AMY ELIZABETH SHEHAN, ESQ.
        212.849.7356
        amyshehan@quinnemanuel.com
AND:   NATHAN MORGAN, ESQ.
        713.221.7029
        nathanmorgan@quinnemanuel.com


STADLEY RONAN STEVENS & YOUNG, LLP
Attorneys for the Witness
        2005 Market Street, Suite 2600
        Philadelphia, Pennsylvania 19103
BY:    JOSEPH T. KELLEHER, ESQ.
        215.564.8034
        jkelleher@stradley.com




ALSO PRESENT:

    PARKER MILENDER, ESQ., Lord Abbett & Co.

    JOSE RIVERA, Videographer, US Legal


                *        *        *

Heidi Lawrence
December 16, 2025



Heidi Lawrence
December 16, 2025



Heidi Lawrence
December 16, 2025



Heidi Lawrence
December 16, 2025





Heidi Lawrence
December 16, 2025



Heidi Lawrence
December 16, 2025



Heidi Lawrence
December 16, 2025



Heidi Lawrence
December 16, 2025



Heidi Lawrence
December 16, 2025

Heidi Lawrence
December 16, 2025



Q.    And then just to make sure the record is clear, again, when I'm referring to the class period, I'm referring to August 5, 2022 through August 9, 2024.

MR. SPERBER:  Objection to form.  Misstates the class period.

A.    Yes.

Q.    Okay, thank you.

Let's look at another document.

MS. NELINSON:  Nathan, can you please drop tab 8 into the chat and screen share.

For the record, we are showing what we marked as Exhibit 9, which was produced at Bates Lord Abbett 0000374.

(Whereupon, Oklahoma Firefighters Pension and Retirement

Heidi Lawrence
December 16, 2025

System Small Cap Growth, Lord Abbett 374-387 was marked as Lawrence Exhibit 9 for identification as of this date by the Reporter.)

Q.    Can you see that, Heidi?

A.    I can.

Q.    So this is a document titled "Oklahoma Firefighters' Pension and Retirement System, small cap growth" was produced by Lord Abbett in this action. You can see the little Lord Abbett symbol at the bottom and it says 2/4/2022.

Do you recognize this document, Heidi?

A.    I don't.

Q.    Do you know whether this is a typical report that Lord Abbett provides to Oklahoma Fire?

MR. SPERBER:  Objection to form.

A.    Unclear.

Q.    If you wanted to -- go ahead.

A.    I'm sorry, I'm unclear if this is a typical document.

Q.    If you wanted to find out the

Heidi Lawrence
December 16, 2025

forecast for the quarter to grow closer to approximately 20 percent, which is a step down from the upper 40 percent growth we had seen for the first nine months of the year."

Do you see where I just read, Heidi?

A.    Yes.



Heidi Lawrence
December 16, 2025



Heidi Lawrence
December 16, 2025



Heidi Lawrence
December 16, 2025



our customer advisory notice and 806

report."  Do you see that?

A.    Yes.

Q.    And further it reads, "These

communications and discussions are

continuing at this time following our 483

responses submitted in September of 2022.

Although we do not expect this Zio AT

labeling correction or the activities

associated with the topics raised in the

FDA inspection to present a material risk

to our business at this time, FDA

observation responses, field actions or

corrections and the 806 process can be

unpredictable and can present regulatory

and commercial risks and uncertainties

relating to matters including product

labeling, the scope and/or customer and

patient perception of our technologies and

services."  Do you see that?

A.    Yes.

Heidi Lawrence
December 16, 2025



Heidi Lawrence
December 16, 2025



Heidi Lawrence
December 16, 2025

███████████████████████

Let's go back to a document we marked earlier but we didn't spend too much time looking at it.  It's the Teams chat, tab 28.

So we are pulling back up Exhibit 10.  Heidi, do you recall we looked at this Exhibit 10 earlier, which is a collection of the Teams messages you posted?

A.    Yes.

Q.    I'm just going to go over a couple of them with you now if that's okay.

A.    Mm-hmm.

Q.    Let's see, let's look at the very first message on the top of the page.  I know it's hard to see, so Nathan, zoom in as much as Heidi needs.  In very small font it says January 9, 2023 at 1:49 p.m.  This is just under the header that reads "chat room, healthcare earnings and insights."

A.    I do.

Q.    You have dollar sign IRTC.  Is that a reference to the iRhythm ticker symbol?

Heidi Lawrence
December 16, 2025

A.    I do.

Q.    Do you recall this document?

A.    I don't think I reviewed this one specifically.

Q.    Do you recall seeing it back in May 2023 when the company filed it?

MR. SPERBER:  Objection to form.

A.    Yes, I would have seen it on my Bloomberg or FactSet.

Q.    Do you remember when you first learned about the warning letter?

A.    I mean the night --

MR. SPERBER:  Objection to form.

A.    The night that the news hit. Or the day after.  Very soon after.

Q.    And do you see it says here, "As part of the company's response to the FDA Form 483 that it received on August 12, 2022, the company has already taken measures intended to address certain items identified by the FDA.  The company intends to continue to undertake certain corrections and corrective actions and

Heidi Lawrence
December 16, 2025

provide regular updates to the FDA in response to the 483 observations.  With the company's receipt of the warning letter, it intends to take appropriate action to further address the 483 observations and other items identified in the warning letter with respect to the Zio AT system."  Do you see that?

A.    I do.

Q.    Exhibit 21 states further that "the warning letter does not directly restrict the manufacture, production or shipment of any of the company's products in the United States or require the withdrawal of any product from the U.S. marketplace."  Do you see that?

Heidi Lawrence
December 16, 2025

A.    Yes.



Q.    And Exhibit 21 states further, "Although the company intends to diligently respond to the concerns raised in the FDA's warning letter, the company cannot give any assurances that the FDA will be satisfied

Heidi Lawrence
December 16, 2025

with its response, the actions taken to resolve the concerns raised in the warning letter, or the expected date for the resolution of such matters.  Until the issues identified in the warning letter are resolved to the FDA's satisfaction, additional legal or regulatory action may be taken with or without further notice."
Do you see that?

A.    Yes.



Heidi Lawrence
December 16, 2025



Q.    And did the warning letter change -- withdrawn.

Let's look at -- can you please put tab 13 into the chat.

(Whereupon, 6/6/23 E-mail, iRhythm 188930-188932 was marked as Lawrence Exhibit 22 for identification as of this date by the Reporter.)

Heidi Lawrence
December 16, 2025



Heidi Lawrence
December 16, 2025



Heidi Lawrence
December 16, 2025



Q.    Thank you.  We can take this down.

We're getting close, Heidi.  I have one question for you.

MS. NELINSON:  Nathan, can you pull back up Exhibit 10, which is tab

Heidi Lawrence
December 16, 2025

28, the Teams chats.



Heidi Lawrence
December 16, 2025



Heidi Lawrence
December 16, 2025



Heidi Lawrence
December 16, 2025



Heidi Lawrence
December 16, 2025

C E R T I F I C A T E

STATE OF NEW YORK        )
                     :       SS.:
COUNTY OF DELAWARE       )

I, SUZANNE PASTOR, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this day, December 17, 2025.

*Suzanne Pastor*

SUZANNE PASTOR