# EXHIBIT 7

INTERNET ARCHIVE WayBack Machine https://www.irhythmtech.com/providers/zio-service/zio-monitors Case 3:24-cv-00706-JSC Document 120-8 Filed 01/05/26 Page 2 of 2
64 captures 24 Jan 2021 - 15 Aug 2025 MAY JUN JUL 2020 12 2021 2022 About this capture



# Two Zio monitors. All the data you need.

With Zio XT and Zio AT, you'll have access to two powerful monitors that cover the risk spectrum — and deliver high-quality, accurate data.

Zio XT
Long-Term Continuous Monitor

Zio AT
Mobile Cardiac Telemetry Monitor





## The monitor patients prefer.[1]

Zio XT and Zio AT were designed with the patient in mind, so they can go about their lives with minimal disruption. No battery charges or replacements, or electrode repositioning are required. As a result, real-world data shows an impressive 98% patient compliance.[2]

READ THE STUDY ON PATIENT PREFERENCE

0 patient manipulations[2]

98% patient compliance[2]

88% of patients found Zio easy to use[2]

83% of patients would wear Zio again[2]

Patients can:

Exercise† Shower† Sleep




## Cover the risk spectrum with two monitors.



Zio XT
for low-risk patients

MONITOR TYPE
Long-term continuous monitor (up to 14 days)

ALERTS DURING WEAR PERIOD
None

DAILY REPORTS
None

FINAL REPORT
Comprehensive final XT patient report at end of prescribed wear period



Zio AT
for high-risk patients‡

MONITOR TYPE
Mobile cardiac telemetry monitor (up to 14 days)

ALERTS DURING WEAR PERIOD
Included

DAILY REPORTS
Yes

FINAL REPORT
Comprehensive final AT patient report at end of prescribed wear period

Zio XT Zio AT

Long-term continuous monitor

3x

3-times the diagnostic yield.[2,3]




Zio XT is as accurate as the gold standard at detecting AF burden.[4]

READ THE STUDY

Zio XT vs. implanted pacemaker




## One application process. Zio for all of your patients.

Zio XT and Zio AT are single-use monitors, and have been designed for simple application — either in clinic, or by patients in their own homes. When telehealth is desired, Zio will send a monitor directly to your patient's home and provide patient-friendly instructions to ensure application is as easy as possible.

Monitors applied in clinic

Monitors applied at home

LEARN MORE



"People aren't taking these devices off. They're leaving them on, and we're getting the data we need."

Dr. Dan Bensimhon
Cone Health
Heart Failure Cardiologist
Medical Director, Advanced Heart Failure & Mechanical Circulatory Support Program



## Let's talk.

We'd love to know how we can help you and your patients.

What Best Describes Your Role?
What Can We Help You With?
Are you currently a customer?
Email*
First Name* Last name*
Postal Code* Phone number
Company name*

I acknowledge and agree that iRhythm Technologies, Inc., iRhythm Technologies, Ltd. or an authorized representative (collectively, "iRhythm") may store and process my personal information in accordance with the terms of iRhythm's Privacy Policy. By submitting this form, you consent to iRhythm contacting you for purposes of marketing its products, services, and events. You may unsubscribe at any time. For more information about iRhythm's processing of your personal information, you may review our Privacy Policy.*

Let's talk

† Avoid excessive sweating. Do not shower for the initial 24 hours.

‡ Not indicated for critical care patients

1 Barret, P. et al., Comparison of 24 hour Holter monitoring versus 14 day novel adhesive patch electrocardiographic monitoring. American Journal of Medicine, 2014.

2 Data on file. iRhythm Technologies, 2020.

3 Tsang, J.P. et al. Benefits of monitoring patients with mobile cardiac telemetry (MCT) compared with the Event or Holter monitors. *Medical Devices: Evidence and Research, 2014.*

4 Eysenck, W., et al. A randomized trial evaluating the accuracy of AF detection by four external ambulatory ECG monitors compared to permanent pacemaker AF detection. Journal of Interventional Cardiac Electrophysiology, 2019.

5 Traditional Wired MCT: CardioNet MCOTos Patient Education Guide, MCT 3 Lead Patient Guide; Competitor A Patch: MCOT Patch Patient Education Guide; Competitor B Patch: BodyGuardian Heart



© 2020 Zio by iRhythm Technologies, Inc. All rights reserved. Terms of Use Patents & Trademarks Privacy Sitemap