# EXHIBIT 8

INTERNET ARCHIVE WaybackMachine https://www.irhythmtech.com/providers/zio-service/zio-monitors Go JUL AUG OCT 10 2021 2022 2023
64 captures 24 Jan 2021 - 15 Aug 2025 About this capture




# Two Zio monitors. All the data you need.

With Zio XT and Zio AT, you'll have access to two powerful monitors that cover the risk spectrum — and deliver high-quality, accurate data.[1]

Zio XT
Long-Term Continuous Monitor

Zio AT
Mobile Cardiac Telemetry Monitor






**Zio XT**
for low-risk patients

**MONITOR TYPE**
Long-term continuous monitor (up to 14 days)

**ALERTS**
None

**DAILY REPORTS**
None

**FINAL REPORT**
Comprehensive final XT patient report at end of prescribed wear period




**Zio AT**
for high-risk patients‡

**MONITOR TYPE**
Mobile cardiac telemetry monitor (up to 14 days)

**ALERTS***
Included

**DAILY REPORTS**
Yes

**FINAL REPORT**
Comprehensive final AT patient report at end of prescribed wear period

There's a better way.



"People aren't taking these devices off. They're leaving them on, and we're getting the data we need."

Daniel Bensimhon, MD
Cardiologist, specializing in heart failure
Greensboro, NC

LEARN HOW DR. BENSIMHON FOUND A BETTER WAY WITH ZIO

## Over 50% of arrhythmias are missed by Holter monitors.[2]



Over 99% Detected by Zio XT in 14 days[2]

vs

47% Detected by Holter in 2 days[2]

READ THE STUDY FROM AMERICAN JOURNAL OF CARDIOLOGY




## The monitor patients prefer.[3]

Zio XT and Zio AT were designed with the patient in mind, so they can go about their lives with minimal disruption. No battery charges or replacements, or electrode repositioning are required. As a result, real-world data shows an impressive 98% patient compliance.[4]

SEE THE STUDY FROM THE *AMERICAN JOURNAL OF MEDICINE*

0 patient manipulations[5]

98% patient compliance[4]

88% of patients found Zio easy to use[6]

83% of patients would wear Zio again[6]

Patients can:

Exercise† | Shower† | Sleep

Zio XT | Zio AT

Long-term continuous monitor

3x

3-times the diagnostic yield.[4,7]




Zio XT is as accurate as the gold standard at detecting AF burden.[8]

READ THE STUDY

Zio monitor AF burden vs. permanent pacemaker AF burden




## One application process. Zio for all of your patients.

Zio XT and Zio AT are single-use monitors, and have been designed for simple application — either in clinic, or by patients in their own homes. When telehealth is desired, Zio will send a monitor directly to your patient's home and provide patient-friendly instructions to ensure application is as easy as possible.

Monitors applied in clinic | Monitors applied at home

LEARN MORE



## Let's talk.

We'd love to know how we can help you and your patients.

What best describes your role?
What can we help you with?
Provide additional information
Email*
Company name*
First name* | Last name*
Postal code*

I acknowledge and agree that iRhythm Technologies, Inc., iRhythm Technologies, Ltd. or an authorized representative (collectively, "iRhythm") may store and process my personal information in accordance with the terms of iRhythm's Privacy Policy. By submitting this form, you consent to iRhythm contacting you for purposes of marketing its products, services, and events. You may unsubscribe at any time. For more information about iRhythm's processing of your personal information, you may review our Privacy Policy.*

Let's talk

† Avoid excessive sweating. Do not shower for the initial 24 hours.

‡ Zio XT and Zio AT are contraindicated for critical care patients.

* Zio AT offers near real time cardiac event monitoring. Patient-observed and automatically detected arrhythmia events are transmitted to a monitoring center for reporting.

1 Data on file. iRhythm Technologies, 2021.

2 Turakhia, M. et al. Diagnostic Utility of a Novel Leadless Arrhythmia Monitorng Device, *American Journal of Cardiology*, 2013. https://doi.org/10.1016/j.amjcard.2013.04.017

3 Barret, P. et al. Comparison of 24 hour Holter monitoring versus 14 day novel adhesive patch electrocardiographic monitoring. *American Journal of Medicine*, 2014.

4 Data on file. iRhythm Technologies, 2019.

5 Zio AT Clinical Reference Manual.

6 Data on file. iRhythm Technologies, 2020.

7 Tsang, J.P. et al. Benefits of monitoring patients with mobile cardiac telemetry (MCT) compared with the Event or Holter monitors. *Medical Devices: Evidence and Research, 2014.*

8 Eysenck, W. et al. A randomized trial evaluating the accuracy of AF detection by four external ambulatory ECG monitors compared to permanent pacemaker AF detection. *Journal of Interventional Cardiac Electrophysiology*, 2019.

9 Traditional Wired MCT: CardioNet MCOTos Patient Education Guide, MCT 3 Lead Patient Guide; Competitor A Patch: MCOT Patch Patient Education Guide; Competitor B Patch: BodyGuardian Heart



© 2020 Zio by iRhythm Technologies, Inc. All rights reserved.