# EXHIBIT 10

**iRHYTHM** ®

6550 Katella Ave.
Cypress, CA 90630          iRhythmTech.com

# Urgent Field Advisory Notice:  Zio AT® Labeling Correction

September 28, 2022

Dear Valued Zio® AT System Customer,

We are writing to notify you of important updates to the Zio AT System Clinical Reference Manual (ALB0031.07) and Important Information Pamphlet for Zio AT System (ALB0034.03). These changes involve additions and modifications to Zio AT System labeling precautions.

The scope of this letter and the changes to the Clinical Reference Manual apply only to the Zio AT System. This letter and the changes described do not apply to any other iRhythm services or devices, including Zio XT.

**Background on the Zio AT System and MCT Monitoring Services**

The Zio AT connected continuous ambulatory monitoring system (the "Zio AT System") is a prescription-only ambulatory ECG monitoring system used by physicians and Independent Diagnostic Testing Facilities ("IDTFs") to perform Mobile Cardiac Telemetry ("MCT") monitoring services. The Zio AT System consists of three primary components: (1) the Zio AT patch ECG monitor that records the electrical signal from the heart continuously through the entire patient wear period (the "Zio AT patch" or "monitor"), (2) the Zio AT wireless gateway that provides connectivity between the Zio AT patch and the Zio ECG Utilization Software ("ZEUS") System, and (3) the ZEUS System, which supports the capture and analysis of ECG data, including specific arrhythmia events detected by the ZEUS algorithm.

**The following precautions have been added to the Zio AT System Clinical Reference Manual:**

1.  Providers must complete the patient registration to initiate MCT monitoring services.  If a provider activates a Zio AT patch before completing the patient registration, notifications of clinically actionable arrhythmias will be delayed until patient registration is complete. Delayed registration may impact both providers and patients.

2.  Symptomatic (i.e., patient initiated) and asymptomatic (i.e., auto-triggered or device-detected) wireless transmissions from the Zio AT patch have limits to preserve battery life. While iRhythm will ship replacement monitors, we explain the importance of responding to iRhythm's outreach efforts when maximum limits are approaching.

1.  **Completing the Patient Registration Process**

The Clinical Reference Manual and associated Important Information Pamphlet for Zio AT System are being updated to clarify the importance of completing patient registrations.

iRhythm operates an Independent Diagnostic Test Facility ("IDTF"), through which we perform the technical monitoring services associated with diagnostic medical procedures, including MCT services. Federal law[1] requires that all tests performed by an IDTF be specifically ordered in writing by the provider who is treating the patient. The patient registration is the provider's prescription order for MCT monitoring services performed by iRhythm's IDTF.  Without completed patient registration for MCT monitoring services, iRhythm cannot perform the technical monitoring services, inhibiting our ability to inform providers of clinically actionable arrhythmias documented during device wear.  It is important that providers or their support staff complete the patient registration to initiate MCT monitoring services.

---

[1] 42 C.F.R. Sections 410.32 and 410.33

1

If someone at your facility activates a Zio AT patch before completing the corresponding patient registration, we notify your office. Following notification, please promptly complete the patient registration process.

Below are the ways in which notifications can occur:

- iRhythm customer care will reach out through phone or email to provide serial numbers of unregistered Zio AT monitors.

- The "Unregistered Monitors" module on your Zio Suite portal dashboard shows serial numbers of Zio AT monitors that require registration.

- The Zio Action Report, a twice weekly email sent to the designated administrator(s) at your facility, will contain any unregistered monitors pending service start.

*Changes to the Clinical Reference Manual:*

In addition to existing language in your Zio AT System Clinical Reference Manual, iRhythm will add this precaution statement:

> *"Activation of the Zio AT monitor does not initiate monitoring services. A completed patient registration is the prescription order for monitoring services. If you activate a Zio AT monitor before completing the patient registration, notifications of clinically actionable arrhythmias will be delayed until patient registration is complete."*

## 2. Zio AT Maximum Wireless Transmission Limits

The Clinical Reference Manual and associated Important Information Pamphlet for Zio AT System are being updated to inform you of the maximum wireless transmission limits for the Zio AT monitor. Each Zio AT patch is limited to 100 symptomatic (i.e., patient initiated) and 500 asymptomatic (i.e., auto-triggered or device-detected) wireless transmissions.

The Zio AT patch was intentionally designed with consideration of patient comfort and to encourage patient compliance and adherence in wearing a patch, while collecting continuous, uninterrupted ECG data during the patient wear period. The transmission limits were established to provide up to 14 days of an uninterrupted monitoring experience for patients without the need for removing the patch and charging the device.

Once the maximum transmission limit is reached for either transmission type – symptomatic or asymptomatic – any further transmissions for that specific type will cease. Continuous ambulatory ECG diagnostic data is still captured without interruption, even after the wireless transmission maximums are reached, which is manually downloaded from the device when it is returned at the conclusion of the wear period and included in the final report.

If iRhythm detects that a patient is approaching the maximum limit for either symptomatic or asymptomatic transmissions, we notify you in the following ways:

- iRhythm customer care will contact you to confirm if another Zio AT patch should be sent to your patient for the remainder of the monitoring period. It is important you respond to this outreach.

- Effective November 2022, iRhythm will enhance this process. If we are unable to reach you after our first notification attempt, we will auto-ship another Zio AT patch to the patient.

- Additionally, the Daily Zio AT reports posted to the Zio Suite portal indicate when the maximum transmission limit has been reached for either category.

 

*Changes to the Clinical Reference Manual:*

In addition to existing language in the Zio AT System Clinical Reference Manual, iRhythm will add this precaution statement:

> *"The Zio AT patch has a maximum threshold of transmitting 100 Patient-Triggers and 500 Auto-Triggers during wear, after which point the device no longer transmits for whichever trigger limit has been reached. If this occurs, unless a patch is promptly replaced when the patient is approaching a maximum transmission limit, there will be time during the wear period in which transmissions of that type are captured but not transmitted, and information will not become available until the final report."*

**Risks Related to the Above Topics**

As explained, if the scenarios described in this letter occur, they present a risk of a delay between the time a patient experiences an arrythmia and the time when that information is available to the patient's provider. This could include information that a provider would consider clinically relevant and would elect, in his or her clinical judgment, to use to influence treatment and care decisions. The potential impact to a patient would be a delay in treatment.

Although our data and analysis to date indicate that the likelihood of harm if the situations described have occurred is "infrequent" among Zio AT System users, users should take special care as informed by these precautions and remain mindful of populations for whom the Zio AT System is contraindicated.

If you have experienced any adverse events or device quality issues, please report this to iRhythm as a complaint through customer care. These situations may be reported to the FDA's MedWatch Adverse Event Reporting program online at www.fda.gov/medwatch/report.htm.

**Customer Actions Required**

1.  Please review this letter and disseminate it to the appropriate Zio AT System providers and any personnel at your facility.  Please share this notification with all device users within your facility to ensure they are aware of this notice.

2.  We have a regulatory obligation to track your acknowledgment and understanding of this field advisory notice. Please complete the below "Customer Reply Form" with the instructions provided as soon as possible.

We thank you for being a valued Zio AT customer and for your attention on this matter.  At iRhythm, maintaining a high level of product and service quality is our highest priority.  If you have any further questions, please contact iRhythm customer care at (888) 693-2401 or support@irhythmtech.com or your local sales representative.

Sincerely,

*Mazi Kiani*

Mazi Kiani

Senior Vice President, Quality and Regulatory
iRhythm Technologies, Inc.

# Field Advisory Notice — Customer Reply Form

**This response form allows iRhythm to monitor the progress and closure of this advisory notice.**

**We have a regulatory obligation to track your acknowledgment and understanding of this field advisory notice. Please complete this form as soon as possible but no later than two weeks from receipt.**

### Instructions Using DocuSign:

- You may complete this Reply Form within DocuSign, sign electronically, and send.
- If you need to reassign the response form to another member of your organization, you may do so by clicking *"Other Actions"* at the top right and selecting *"Assign to Someone Else."*

### Instructions For Returning the Form W/O DocuSign:

If you are NOT using DocuSign to complete the response form, please return the form by scanning or taking a photo of the completed form and email to: **FieldAdvisoryNoticeResponse@irhythmtech.com**

| Reference number | CAN2022-001 |
|---|---|
| Advisory Letter Release Date | Sep. 28 2022 |
| Product/Device name | Zio AT ECG Monitor |

**1. Customer Details** – Please type or print information

| | |
|---|---|
| Healthcare Organization Name | |
| Healthcare Organization Address | |
| Contact Name and Title | |
| Contact Telephone # | |
| Contact Email | |

**2. Customer Actions Taken**

| ☐ | **We confirm receipt and understanding of this Advisory Notice.** | Customer to complete by checking the box. |
|---|---|---|
| ☐ | **The information has been brought to the attention of all relevant users.** | Customer to complete by checking the box. |

If you are aware of adverse events, which were not previously reported to iRhythm as a complaint, please enter details below:

| Print Name | Customer type or print name |
|---|---|
| Signature | Customer sign here – May be electronic signature |
| Date | MM/DD/YYYY |

4