# EXHIBIT 11

Message

| | |
|---|---|
| **From:** | Shaw, Jason [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B1384942EB5C4724AABB7DDAAB9DADA6-JASON SHAW] |
| **Sent:** | 9/23/2022 1:03:05 PM |
| **To:** | ORA DEVICES3 RECALLS [oradevices3recalls@fda.hhs.gov] |
| **CC:** | Kiani, Mazi [mazi.kiani@irhythmtech.com] |
| **Subject:** | RE: Feedback requested: Planned Customer Advisory Notice |

Good afternoon Ms. Kirkham,

Thank you for your prompt and detailed response. We will incorporate the relevant feedback on the customer letter into our final version and will address your remaining comments as a part of our 806 report. Does your office have a specific template of information you would like the 806 report to be sent with? We are familiar with the requirements of 21 CFR 806.10 but I know that some offices prefer other information as well.

Thank you again for your help.

Regards,

Jason Shaw
Senior Manager, Regulatory Compliance



jason.shaw@irhythmtech.com
irhythmtech.com

---

**From:** ORA DEVICES3 RECALLS <oradevices3recalls@fda.hhs.gov>
**Sent:** Friday, September 23, 2022 1:30 PM
**To:** Shaw, Jason <jason.shaw@irhythmtech.com>
**Cc:** Kiani, Mazi <mazi.kiani@irhythmtech.com>; ORA DEVICES3 RECALLS <oradevices3recalls@fda.hhs.gov>
**Subject:** Feedback requested: Planned Customer Advisory Notice

Good morning Mr. Shaw,

Please see our model Medical Device Model Recall Notification Letter and Response Form (3rd link from the bottom):
https://www.fda.gov/safety/recalls-market-withdrawals-safety-alerts/industry-guidance-recalls

**My comments for your consideration:**

1)      Please better identify the items being corrected.  If labeling is being corrected, then the affected version numbers should be stated in the correction notice. Please provide the version numbers for the Clinical Reference Manual and the Important Information Pamphlet (Specific name?).  Please see the model, the affected items, or device and associated labeling, should be prominently displayed in the title of the notice.  It seems the affected items are the devices (perhaps all serial numbers distributed with labeling versions x,y,z) and the labeling because in the future your firm will notify consignees which distributed devices are unregistered and are either at, or reaching their use limits.

2)      The first sentence in the letter leaves out the changes to the Important Information Pamphlet.

iRhythm00067866

3)      Use the title: "Urgent" and "Medical Device" "Recall" or "Correction", per 21 CFR 7.49.  This is important so consignees recognize the importance of the communication and respond appropriately – Important for recall (correction) effectiveness.

4)      Please look at the risk to health "a risk of a delay between the time a patient experiences an arrythmia and the time when that information is available to the patient's provider."  It is missing "how the device failure or problem will affect patients" (from the model and from 21 CFR 7.49).

5)      Please see the model.  There should be *Actions to be taken by the Customer/User* and a *Type of Action by the Company* sections.  I am unclear what your firm is doing to mitigate/correct this issue now.  Please explain further.

•       It seems as though your firm is aware of the unregistered devices.  Will your firm follow up with all consignees as follows: a) "*iRhythm customer care will reach out through phone or email to provide serial numbers of unregistered Zio AT monitors.*"  Will this follow-up include, for patients that have reached their maximum limit, or are approaching the maximum limit: b) "*iRhythm customer care will contact you to confirm if another Zio AT patch should be sent to your patient for the remainder of the monitoring period. It is important you respond to this outreach.*"  Please explain the delay, why you are starting this in November, and why this is not part of your follow-up now c) "*Effective November 2022, iRhythm will enhance this process. If we are unable to reach you after our first notification attempt, we will auto-ship another Zio AT patch to the patient.*"
•       Consider adding a table tailored to each consignee listing 1) Device serial numbers that are unregistered and 2) devices that are at or approaching limits.

6)      I am unfamiliar with how the device is distributed, monitored, or replaced/exchanged but it seems like there is missing recommendations in the Correction Notice.  If you are addressing healthcare workers, are there any recommendations for  physicians who may have cared for patients that are a) unaware of the importance of registration or b) unaware that there are transmission event limits to the device?  What do you want healthcare workers to do with this information?  Do you want them to notify patients, if so, how, with the notice, or informing them of the recall issues during their next scheduled visit, or earlier?  How does your firm plan to mitigate these issues?  What is your firm's plan to inform patients, if needed.  (Please send your 806 report as soon as possible as well)?  Can patients check their limits themselves…?  Is any labeling previously provided to patients changing?

7)      There are no instructions for consignees to forward the recall notice/response form in the event that the affected devices were further distributed or transferred.  Please explain if you think this is not necessary.  Some firms may state: Share this notification with all device users within your facility and network to ensure they are aware of this recall. This recall notice should also be shared with any organization where the potentially affected devices have been transferred.

8)      Consider adding a link to the Clinical Reference Manual and the Important Information Pamphlet on the Correction Notice.

9)      Consider adding the following: Adverse reactions or quality problems experienced with the use of this product may be reported to the FDA's MedWatch Adverse Event Reporting program either online (www.fda.gov/medwatch/report.htm), or by regular mail or by fax.  1-800-332-1088 to request a Form.

10)     The response form should solicit adverse event information "*Any adverse events associated with recalled product? Yes _ No _*" (see model).

11)     The response form should include the title of the person filling out the response form to the form.

When you send in the 806 report, please include the versions of the Clinical Reference Manual and Important Information Pamphlet before AND after the change.  With the 806 report please include the HHE or other health hazard assessment.  We can accept pdf, Word, Excel, and other file types but we cannot log into information sharing platforms.  Consider zipping files or sending them in multiple emails to oradevices3recalls@fda.hhs.gov

iRhythm00067867

Please let me know if you have any questions.

Thank you,

Theresa

**Theresa Kirkham**
Recall Coordinator
**Office of Medical Devices and Radiological Health Operations III**
**U.S. Food and Drug Administration**
19701 Fairchild
Irvine, CA 92612
Tel:  (949) 608-4437
Blackberry: (619) 597-3763
Fax: (949) 608-4498
Email: Theresa.Kirkham@fda.hhs.gov
oradevices3recalls@fda.hhs.gov, Serving AK, AR, AZ, CA, CO, HI, ID, MT, NM, NV, OK, OR, TX, UT, WA, WY

---

**From:** Shaw, Jason <jason.shaw@irhythmtech.com>
**Sent:** Thursday, September 22, 2022 2:35 PM
**To:** ORA DEVICES3 RECALLS <oradevices3recalls@fda.hhs.gov>
**Cc:** Kiani, Mazi <mazi.kiani@irhythmtech.com>
**Subject:** [EXTERNAL] Feedback requested: Planned Customer Advisory Notice

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear FDA Recall Team,

iRhythm Technologies (Establishment Registration # 3008363157) is planning to soon release a Customer Advisory Notice (CAN) field action related to our Zio® AT System. Consistent with *Initiation of Voluntary Recalls Under 21 CFR Part 7, Subpart C Guidance for Industry and FDA Staff*, we would like your input on the draft CAN letter attached. We plan to begin communicating the CAN to our customers on Wednesday, September 28th. Therefore, we kindly request that if you have any concerns with the CAN, you communicate those concerns to us by **Monday, September 26th**.

Our current thinking is that this recall will likely be classified as Class II and, therefore, we plan to file a report under 21 CFR Part 806.10(b) within 10 working days of the recall initiation. We would also welcome input on the likely recall classification based upon our CAN and the related updates to labeling we will make.

Thank you for FDA's willingness to partner with us during this process. We appreciate your support.

Jason Shaw
Senior Manager, Regulatory Compliance



jason.shaw@irhythmtech.com
irhythmtech.com

iRhythm00067868