# EXHIBIT 13

Equity Research
Healthcare | Medical Technology



November 2, 2022

# iRhythm Technologies, Inc.

### Short-Term Shortfall Manageable While CMS Final Rule Looks Better Than Expected and Clears the Way for Adoption

Margaret Kaczor, CFA  +1 312 364 8608
mkaczor@williamblair.com

Maggie Boeye  +1 312 364 8915
mboeye@williamblair.com

Mike Arens  +1 312 364 8834
marens@williamblair.com

## What Happened?

IRhythm reported third-quarter sales up nearly 22% year-over-year but modestly below our expectations by about $1.5 million. The company lowered guidance by more than the miss for the full year, implying roughly $6 million in lowered fourth-quarter revenues relative to our expectations. Management suggested that it has identified ways to address some of the headwinds that led to the decline in guidance, though it likely will have to prove this out over the next several quarters. In our view these are manageable headwinds and we see no change to our or management's long-term view with a relatively quick rebound in 2023. Though our model is still under review, we will likely lower our revenue estimates to the low end of management's updated guidance for now.

We also note that the Center for Medicare & Medicaid Services (CMS) released its 2023 Final Physician Fee Schedule (PFS) ruling. Though the specific RVUs are not available as of the publishing of this note, the agency finalized a supply cost for extended ECGs of about $260 (compared to the proposed $245 rate). While this does not mean that the final rates will be up a similar amount, we believe that it is a directionally positive update that may suggest an improved rate than what was initially provided in its proposed rule this summer. We describe this dynamic in more detail below.

## Key Points:

* **Guidance:** Management's updated guidance of $407 million to $411 million is down from $415 million to $420 million previously. Outside the roughly $1.5 million decline related to our estimates this quarter, management suggested that the delta in the decline in guidance was: 1) a $1.0 million decline related to softness of returned devices, 2) $2.0 million decline related to challenges in ramping new accounts related to staffing issues, and 3) $3.5 million to $4.0 million in lower AT utilization due to a voluntary customer advisory notice related to the device. The decrease is disappointing and naturally leads to questions around why management did not provide these updates at its mid-September analyst day. However, we view these as largely short-term dynamics that the company should be able to adjust for within a quarter or two and do not change our long-term thesis.

**Stock Rating:** Outperform

| | | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| Symbol: | | | IRTC (NASDAQ) | |
| Price: | | $126.77 (52-Wk.: $72-$170) | | |
| Market Value (M): | | | | $3,806 |
| Dividend/Yield: | | | $0.00/0.00% | |
| Fiscal Year End: | | | | December |

**Estimates**

| | | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| EPS | Q1 | $(0.95) | $(0.80) | $(0.62) |
| | Q2 | $(0.59) | $(0.80) | $(0.78) |
| | Q3 | $(0.81) | $(0.81) | $(0.70) |
| | Q4 | $(1.10) | $(0.67) | $(0.74) |
| | FY | $(3.45) | $(3.08) | $(2.84) |
| Sales (M) | Q1 | $74.3 | $92.4 | $119.6 |
| | Q2 | $81.3 | $102.1 | $123.4 |
| | Q3 | $85.4 | $105.3 | $125.8 |
| | Q4 | $81.8 | $120.3 | $130.1 |
| | FY | $322.8 | $420.0 | $498.9 |

**Valuation**

| | 2021A | 2022E | 2023E |
|---|---|---|---|
| FY P/E | NM | NM | NM |
| EV/Sales | 12.2x | 9.3x | 7.9x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 30.0 |
| Float (M): | 29.4 |
| Avg. Daily Volume (90-day): | 388,631 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $8.16 |
| Return on Equity (TTM): | (47.4)% |
| Enterprise Value (M): | $3,925 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

A digital health company, iRhythm provides solutions designed for diagnosing cardiac arrhythmias.

**Please refer to important disclosures on pages 4 – 6. Analyst certification is on page 4.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

- ○ Regarding the softness in returned devices, management suggested that staffing issues at its accounts led to patients being given a Zio XT device to be put on at their homes. This essentially resulted in a patient profile more similar to a home enrollment device, which led to a delay in returned devices relative to expectations. In some ways, this is a positive as clearly Zio XT is seen as a staffing headwind solution (takes less time and resources in the account if patients put on the device themselves at home). However, the company was not expecting this and therefore was unable to manage the devices at the home. Going forward, management will look to reach out to patients prescribed and receiving a device from a physician's office directly to help educate them on how to set up and return the device, similar to the way they would with a traditional home enrollment patient. This should help address the issues over time but will likely remain a headwind in the fourth quarter as it results in lower returned devices (the company identified the issue more directly in October).

- ○ Challenges around ramping up new accounts were related to ongoing staffing challenges, which impacted the number of patients that accounts are seeing and their ability to use new devices in the account. The company provided an example that several meaningful new accounts in the month of October deferred their whole system implementation efforts to later in the quarter. Overall, new account onboarding declined slightly in the third quarter compared to the second quarter, though we note that the number of new accounts opened was still the second highest in the company's history. In all, staffing issues are a more macro issue but one in which the company can be a solution for the system with its home enrollment program.

- ○ Lower AT utilization was the largest driver of the decrease in guidance as the company voluntarily issued a Customer Advisory Notice to Zio AT users, which led to a slowdown in new account adds and caused management to adjust Zio AT volumes forecasts to roughly 20% growth for the fourth quarter, compared to the over-40% growth seen through the prior nine months this year. Management specifically called out two focus points in the advisory notice: 1) the company clarified the registration process for the physician, so all fields are completed during the registration (if this was not completed, it may have delayed the ability to gain access to real-time patient data); and 2) iRhythm made information clearer around the triggers of the Zio device that could prevent recordings (i.e., if the patient completes more than 100 push recordings, the device would need to be replaced; we note that this occurs in less than 1% of devices).

- ○ Both these dynamics are small changes related to labeling and the company is working on updating its clinical reference manual to directly address these dynamics. However, in the meantime, new accounts unfamiliar with the technology are shown this letter, which is slowing the onboarding process given the already strained staffing dynamic. This process is expected to be completed by late November or early December. Once complete, it should simplify the process for new accounts and lead to reacceleration in volumes. However, due to the timing of registrations versus recognizing revenues, the impact would be more likely seen in the first quarter. Management is taking a conservative tone here in the short term and will provide updates as it learns more over the next 60 to 90 days (implying after January). We note that both in our and management's history at other companies, these are relatively small tactical issues that do not tend to have a long-term impact on adoption. As a result, we expect a relatively quick rebound in early 2023.

- **Fundamental Metrics Still Encouraging.** While the decline in guidance was disappointing, the company cited several positive updates that suggest to us that the underlying demand remains strong. Registration growth of 22% was spot on our estimate for volume growth in the quarter and is typically a leading indicator of sales. New accounts made up 50% of sales growth, which is a positive following the strongest-ever quarter of new account adds in the second quarter. Total new account adds this quarter were down sequentially but similar to historical levels on a seasonally adjusted basis and the second-highest number in the history of the company. As a result, we believe that most of the issues leading to the decline in guidance should be addressed operationally in the coming quarters. As it relates to long-term growth, we continue to believe in the 20%-plus growth profile through 2027, which management reiterated on this call as well. That said, we will likely modestly decrease our volume outlook for 2023, largely to account for lower AT volumes in the first half of the year. This may be offset with potential pricing improvements depending on the final reimbursement rate from CMS.

- **Margin Guidance Also Improved.** Operating margin guidance for the year improved, primarily driven by efficiencies in gross margin and improved operating leverage. The company maintained gross margin guidance between 68% and 69% while reducing the anticipated adjusted operating expenses to roughly $360 million to $365 million, compared to full year 2022 estimate of about $402 million. This demonstrated to us the commitment and efficiency of the new management team to reach long-term operating margin profile outlined at the investor day. In our opinion, the sooner-than-anticipated operating cut is seen as a plus, as management reiterated its continued investments in adjacent markets (silent AF, sleep apnea, hypertension, etc.) and the Know Your Rhythm program.

- **CMS Reimbursement.** In tandem with the quarter, CMS's final rule was released during the call, limiting management's ability to comment specifically on its impact to Zio XT and Zio AT. From a high-level perspective, the final reimbursement rule cited a supply cost of roughly $260, compared to the proposed rate of $245. Although the specifics detailing the conversion factor and RVUs have yet to be released, the finalized rate seems to be beneficial to iRhythm. We should get a better idea of the specifics once the details are published in the next day or so. If the rate were to increase, it should be viewed as a positive for both revenues and margin

iRhythm00017628

William Blair

outlook. Regardless, any rate in the relative vicinity of the proposed rule is a positive for us and largely puts to rest the likelihood of large volatility in reimbursement rates.

- **Long-Term Update.** Lowered full-year guidance from the third-quarter results does not change the long-term growth outlook, in our opinion, especially with management's comments around next-generation products and upcoming clinical trials. The upcoming commercial launch of the Zio monitor, still in the middle of a market evaluation, is expected for midyear 2023 while updates to Zio AT are expected to be introduced to the market early 2024. From management's market evaluation, it also noted that the Zio monitor is meaningfully better that what it has seen with Zio XT for both in-clinic and home enrollment, potentially addressing some of the more near-term challenges that the company is facing. Regarding clinical progress, data presented by multiple clinicians at the European Society of Cardiology (ESC) conference in late August continued to demonstrate the efficacy and accuracy of Zio XT compared to traditional Holter monitoring. In addition, the company will have a presence at the upcoming American Heart Association (AHA) conference this weekend (November 5-7).

**Conclusion and Stock Thoughts:** While the decrease in guidance was disappointing, we do not believe that this is unique to iRhythm, with multiple companies in our coverage referencing longer-than-expected impacts from staffing headwinds. We view this as manageable and something that the company can address in the coming quarters. On reimbursement, we continue to wait for the final rule to calculate the expected rate but CMS's commentary on supply costs seems to be a positive indicator for not only clarity on a final and durable reimbursement rate but also with potential upside to our prior estimates.

With a domestic opportunity less than 30% penetrated, coupled with iRhythm's market-leading technology (and a next-generation XT patch just launched to solidify this leadership), we believe that the company can continue to deliver on near-term growth expectations, which can ultimately drive shares higher through the year. Looking further out, we expect iRhythm's TAM expansion into the asymptomatic market, international expansion, and potential entrance into entirely new opportunities (i.e., sleep apnea or heart failure) to drive durable long-term growth, which we do not believe is meaningfully valued in the stock. The stock is trading at 7.2 times our unchanged 2023 sales estimate of $499 million (our model remains under review). We rate the stock Outperform.

**Quarter Results:**

| iRhythm (IRTC) Q3'22 vs WB Estimates | | | |
|---|---|---|---|
| **Third Quarter 2022** | | | |
| | *Actual* | *WB Estimate* | *Beat/(Miss)* |
| **Total revenues** | **103.9** | 105.3 | **(1.4)** |
| *Y/Y growth (%)* | *21.6%* | *23.2%* | *-7%* |
| COGS | 33.0 | 33.2 | -20.6% |
| *Gross Margin (%)* | *68.3%* | *68.5%* | *-0.2%* |
| R&D | 11.4 | 12.5 | ($0.1) |
| SG&A | 80.6 | 83.0 | ($2.4) |
| Operating Income | (21.1) | (23.4) | $2.3 |
| Net Income | (21.5) | (24.2) | $2.8 |
| **Adj. EPS** | **($0.71)** | ($0.81) | **$0.10** |

**Risks:** Reimbursement could: 1) negatively affect utilization of Zio, 2) create administrative barriers to Zio utilization, and 3) negatively affect earnings. Competition, in the form of patch-based devices or wearables from big tech players, could limit iRhythm's near- or long-term market opportunities.

**ESG Considerations:** iRhythm is a digital healthcare company focused on providing innovative and effective solutions for the treatment of heart arrhythmias. As a healthcare company, there are several ESG considerations when investing in IRTC. First, healthcare companies have to ensure the safety and efficacy of their products through clinical trials and often have to invest in efforts to expand market access on behalf of patients. Both of these initiatives often require investments of both capital and resources. Medical device companies are also subject to strict government regulation and must establish proper protocols to ensure all the company's operations, including the actions of all sales reps, are in compliance of federal laws. Externally, sustainability efforts should be focused on minimizing the company's impact on the environment, especially as companies grow to meaningful scale and treat more patients on a global scale. This is especially important for iRhythm given the single-use nature of its Zio patches and the greater-than-0.5-million devices sold annually.

iRhythm00017629

William Blair

**IMPORTANT DISCLOSURES**

One or more of the research analysts responsible for covering iRhythm Technologies, Inc. mentioned in this report owns shares of the security.
William Blair or an affiliate beneficially own or control (either directly or through its managed accounts) 1% or more of the equity securities of iRhythm Technologies, Inc. as of the end of the month ending not more than 40 days from the date herein.

William Blair or an affiliate is a market maker in the security of iRhythm Technologies, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from iRhythm Technologies, Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of iRhythm Technologies, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Margaret Kaczor attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 32732.90
S&P 500: 3871.98
NASDAQ: 10988.20



Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of November 2, 2022):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 73 | Outperform (Buy) | 10 |
| Market Perform (Hold) | 27 | Market Perform (Hold) | 4 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

4 | Margaret Kaczor +1 312 364 8608

iRhythm00017630

William Blair

## OTHER IMPORTANT DISCLOSURES

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2022, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

5 | Margaret Kaczor +1 312 364 8608

iRhythm00017631

*William Blair*

# Equity Research Directory

**John Kreger, Partner    Director of Research    +1 312 364 8612**
**Kyle Harris, CFA, Partner    Operations Manager    +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner    +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner    +1 312 364 8697**
*Consumer Products*

**Phillip Blee    +1 312 801 7874**
*Hardlines, Discount/Value*

**Dylan Carden    +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Ryan Sundby, CFA    +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner    +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner    +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA    +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt    +1 312 364 8106**
*Wealth Management, Financial Services Distributors*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner    +1 415 248 2870**
Group Head–Biotechnology

**Sami Corwin, Ph.D.    +1 312 801 7783**

**Andy T. Hsieh, Ph.D., Partner    +1 312 364 5051**

**Myles R. Minter, Ph.D.    +1 617 235 7534**

**Matt Phipps, Ph.D., Partner    +1 312 364 8602**

**Raju Prasad, Ph.D., Partner    +1 312 364 8469**

### Healthcare Technology and Services

**Ryan S. Daniels, CFA, Partner    +1 312 364 8418**
Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**Margaret Kaczor, CFA, Partner    +1 312 364 8608**
*Medical Technology*

**Brandon Vazquez    +1 212 237 2776**
*Dental, Animal Health*

### Life Sciences

**Matt Larew, Partner    +1 312 364 8242**
*Life Science Tools, Bioprocessing, Healthcare Delivery*

**Andrew F. Brackmann, CFA    +1 312 364 8776**
*Diagnostics*

**Max Smock, CFA    +1 312 364 8336**
*Pharmaceutical Outsourcing and Services*

## GLOBAL SERVICES

**Tim Mulrooney    +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA    +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## ECONOMICS

**Richard de Chazal, CFA    +44 20 7868 4489**

## ENERGY AND SUSTAINABILITY

**Jed Dorsheimer    +1 617 235 7555**
Group Head–Energy and Sustainability
*Generation, Efficiency, Storage*

**Tim Mulrooney    +1 312 364 8123**
*Sustainability Services*

**Trevor Romeo, CFA    +1 312 801 7854**
*Generation*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann    +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA    +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA    +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner    +1 312 364 8280**
*Advanced Manufacturing, Industrial Technology*

**Ryan Merkel, CFA , Partner    +1 312 364 8603**
*Building Products, Specialty Distribution*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner    +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Arjun Bhatia, CPA    +1 312 364 5696**
Co-Group Head–Technology, Media, and Communications
*Software as a Service*

**Dylan Becker, CFA    +1 312 364 8938**
*Software, Software as a Service*

**Jim Breen, CFA    +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner    +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA    +1 212 237 2714**
*Software*

**Maggie Nolan, CPA, Partner    +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA    +1 312 364 8694**
*Software as a Service*

**Jake Roberge    +1 312 364 8568**
*Software, Software as a Service*

**Ralph Schackart III, CFA, Partner    +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA, Partner    +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler    +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi    +1 212 237 2764**
*Semiconductors/Wireless*

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA    +1 312 364 8540**
**Audrey Majors, Editor and SA    +1 312 364 8992**
**Beth Pekol Porto, Editor and SA    +1 312 364 8924**
**Lisa Zurcher, Editor and SA    +44 20 7868 4549**
**Mubasil Chaudhry, Editor    +44 20 7868 4453**

iRhythm00017632