# EXHIBIT 17



[FDA Home](#)[3] [Medical Devices](#)[4] [Databases](#)[5]

## Class 2 Device Recall Zio AT Clinical Reference Manual

[6]

[510(k)](#)[7]|[DeNovo](#)[8]|[Registration & Listing](#)[9]|[Adverse Events](#)[10]|[Recalls](#)[11]|[PMA](#)[12]|[HDE](#)[13]|[Classification](#)[14]|[Standards](#)[15]
[CFR Title 21](#)[16]|[Radiation-Emitting Products](#)[17]|[X-Ray Assembler](#)[18]|[Medsun Reports](#)[19]|[CLIA](#)[20]|[TPLC](#)[21]

New Search                                                                                    Back to Search Results

**Class 2 Device Recall Zio AT Clinical Reference Manual**

[22]

| | |
|---|---|
| **Date Initiated by Firm** | September 28, 2022 |
| **Date Posted** | November 04, 2022 |
| **Recall Status**[1] | Open[3], Classified |
| **Recall Number** | Z-0183-2023 |
| **Recall Event ID** | [90954](#)[23] |
| **510(K)Number** | [K163512](#)[24] |
| **Product Classification** | [Detector and alarm, arrhythmia](#)[25] - **Product Code** [DSI](#)[26] |
| **Product** | Zio AT Clinical Reference Manual, Part: ALB0031, and Zio AT Important Information Pamphlet, Part: ALB0034. For Zio Ambulatory ECG monitoring system |
| **Code Information** | UDI-DI: 00869770000210;<br>Model/Revision: ALB0031/07, ALB0034/03 |
| **Recalling Firm/ Manufacturer** | iRhythm Technologies, Inc.<br>6550 Katella Ave<br>Cypress CA 90630-5102 |
| **For Additional Information Contact** | 657-337-2468 |
| **Manufacturer Reason for Recall** | Ambulatory ECG monitoring system labeling update: 1) Clinically actionable arrhythmia notifications delayed until patient registration is complete; 2) Patches limited to 100 symptomatic and 500 asymptomatic wireless transmissions; once the maximum transmission limit is reached for either type, any further transmissions for that type will cease. Risk of delayed reporting to health providers. |
| **FDA Determined Cause** [2] | Device Design |
| **Action** | On 9/28/2022, Field Safety Notice Labeling Corrections were sent to customers who were informed of labeling changes and that the firm intends to enhance the process of notifying patients that they are approaching the maximum limit for either symptomatic or asymptomatic transmissions by auto shipping another Zio AT patch to the patient.<br><br>Customers are asked to do the following:<br>1) Please review this letter and disseminate it to the appropriate system providers and any personnel at your facility. Please share this notification with all device users within your facility to ensure they are aware of this notice.<br>2) Complete and return the customer reply form.<br><br>Further questions can be directed to customer care at (888) 693-2401 or support@irhythmtech.com or your local sales representative. |
| **Quantity in Commerce** | 1,443 |

**Distribution**    US: MD, NY, FL, TN, WA, AL, MA, AZ, CA, KS, HI, PA, NJ, TX, MN, VA, AR, OR, NC, CO, KY, MS, LA, MI, WI, WV, IN, ID, SC, CT, SD, IA, NV, OK, OH, IL, VT, NH, NE, NM, MO, ME, DC, RI, MT, DE, GA, ND

**Total Product Life Cycle**    TPLC Device Report[27]

[1] A record in this database is created when a firm initiates a correction or removal action. The record is updated if the FDA identifies a violation and classifies the action as a recall, and it is updated for a final time when the recall is terminated. Learn more about medical device recalls[28].

[2] Per FDA policy, recall cause determinations are subject to modification up to the point of termination of the recall.

[3] The manufacturer has initiated the recall and not all products have been corrected or removed. This record will be updated as the status changes.

**510(K) Database**    510(K)s with Product Code = DSI[29]

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. https://www.fda.gov/
4. http://www.fda.gov/MedicalDevices/default.htm
5. http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Databases/default.htm
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm
14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm
15. /scripts/cdrh/cfdocs/cfStandards/search.cfm
16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm
17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm
18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm
19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm
20. /scripts/cdrh/cfdocs/cfClia/Search.cfm
21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm
22. https://www.fda.gov/safety/recalls-market-withdrawals-safety-alerts/enforcement-reports
23. /scripts/cdrh/cfdocs/cfRES/res.cfm?start_search=1&event_id=90954
24. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm?ID=K163512
25. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?ID=DSI
26. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?ID=DSI
27. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm?id=DSI
28. https://www.fda.gov/medical-devices/medical-device-recalls/what-medical-device-recall
29. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm?start_search=1&productcode=DSI&knumber=&applicant=IRHYTHM%20TECHNOLOGIES%2C%20INC%2E

Page Last Updated: 06/23/2025

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski |

Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy

FDA

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

    

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive Vulnerability Disclosure Policy

 U.S. Department of **Health & Human Services**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. http://www.fda.gov/MedicalDevices/default.htm

5. http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Databases/default.htm

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. https://www.fda.gov/safety/recalls-market-withdrawals-safety-alerts/enforcement-reports

23. /scripts/cdrh/cfdocs/cfRES/res.cfm?start_search=1&event_id=90954

24. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm?ID=K163512

25. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?ID=DSI

26. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?ID=DSI

27. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm?id=DSI

28. https://www.fda.gov/medical-devices/medical-device-recalls/what-medical-device-recall

29. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm?start_search=1&productcode=DSI&knumber=&applicant=IRHYTHM%20TECHNOLOGIES%2C%20INC%2E