# EXHIBIT 20

**BTIG**

*MEDICAL TECHNOLOGY AND DIGITAL HEALTH EQUITY RESEARCH*

# iRhythm Technologies, Inc. (IRTC, Buy, $165 PT)

May 4, 2023

We Expected Great Results and Conservative Guide; Impact of DoJ Subpoena in AECG Harder to Predict But We Are Not Panicking; Trimming Multiple, PT from $170 to $165

**Marie Thibault**
(212) 527-3557 mthibault@btig.com
**Sam Eiber**
(212) 588-6516 seiber@btig.com

**WHAT YOU SHOULD KNOW:** iRhythm reported Q1 revenue of $111.4M (+20.6% y/y), a $4.4M beat on consensus estimates. Registration volumes grew in the mid-to-high-20s y/y, device return rates and Zio AT volumes improved, and this was another record quarter of Zio XT new account openings. 2023 revenue guidance was raised by $5M, reflecting the Q1 beat, to $480M-$490M (+17% to +19% y/y) and adj. EBITDA guidance of -0.5% to +0.5% was maintained as the adj. opex forecast was increased by $2M. We felt with shares particularly strong over the past few weeks that expectations into the Q1 print might be too high, particularly as we thought any meaningful guidance raise this early in the year might be muted. With upbeat commentary and plenty of possibilities for upside — sustained strength in registration volume growth, higher volumes with Zio Monitor, continued success in deepening adoption within existing accounts — we think the guide will again quickly prove to be conservative. The big surprise on the call with the disclosure of receipt of a subpoena from the Consumer Protection Branch (CPB) of the Civil Division of the Dept. of Justice. A similar subpoena was also disclosed by Boston Scientific (BSX, Buy, $55 PT) related to its ambulatory ECG (AECG) monitoring business. We view it as a positive that this seems to be related to the industry and is not IRTC-specific. The DoJ's CPB also recently announced new policies that reward voluntary self-disclosure; we think it may be possible that IRTC's efforts to strengthen its risk and compliance functions could be a positive factor. Still, it is difficult to predict what next steps for this inquiry could be, any potential impact on the company's commercial operations, or timelines. We do not see any reason for panic at this point, but acknowledge that this is unsettling and that it may be a small overhang on the stock. Beyond this, IRTC's fundamentals, the opportunity within the primary care physician (PCP) channel, forthcoming products like the Zio Monitor and Zio MCT, and operating efficiency, all remain attractive. We revise our model to forecast +18% y/y sales growth in 2023. We remain bullish on IRTC's leading portfolio and growth catalysts but trim our valuation multiple to reflect uncertainty around the DoJ inquiry. Our $165 PT is based on 8x our projected 12-24 month revenue estimate. Reiterate Buy.

- **Growth sources in Q1:** As expected, ~25% of Zio XT volumes were processed through the San Francisco facility. Volume growth was slightly offset by the expected LSD pricing decline. New stores accounted for nearly 35% of y/y growth. Use within the PCP channel is also showing up within the existing accounts, as IRTC reps are able to start working with the PCP practices within these healthcare systems. With registration volume growth above historical levels and yet another quarter of record new account openings, we think the 2023 revenue growth outlook is well within reach.

- **Pipeline:** The Zio Monitor continues to get positive feedback and is still slated for full launch later this year. The in-development Zio MCT is targeted for FDA submission around mid-year with potential approval in 2024 and launch later in 2024. Initial Zio MCT wear time is still being determined and could be 21 days or out to 30 days.

- **Valuation:** Our iRhythm Technologies rating is Buy. Our $165 PT is based on 8x our projected 12-24 month revenue estimate. Risks are discussed below.

### Company Data

| | |
|---|---|
| Closing Price | $134.04 |
| Price Target | $165.00 |
| Market Cap (M) | $4,061.01 |
| Enterprise Value (M) | $3,927.80 |
| Shares Out (M) | 30.30 |
| Avg Daily Vol-3 Months (M) | 0.34 |

### Revisions

| | Previous | Current |
|---|---|---|
| Rating | Buy | Buy |
| Price Target | $170.00 | $165.00 |
| FY23E EPS | (2.93) | (3.38) |
| FY24E EPS | (2.13) | (2.13) |
| FY23E REV | 480.70 | 485.79 |
| FY24E REV | 580.73 | 583.71 |

### EPS (GAAP)

| FY Dec | 2022A | 2023E | 2024E |
|---|---|---|---|
| Q1 | (1.71) | (1.29)A | (0.67) |
| Q2 | (0.79) | (0.78) | (0.52) |
| Q3 | (0.71) | (0.69) | (0.54) |
| Q4 | (0.67) | (0.64) | (0.40) |
| **FY EPS** | **(3.88)** | **(3.38)** | **(2.13)** |
| FY P/E | - | - | - |

### Revenue (M)

| FY Dec | 2022A | 2023E | 2024E |
|---|---|---|---|
| Q1 | 92.38 | 111.44A | 137.86 |
| Q2 | 102.05 | 119.62 | 143.41 |
| Q3 | 103.88 | 121.98 | 145.69 |
| Q4 | 112.62 | 132.75 | 156.75 |
| **FY REV** | **410.92** | **485.79** | **583.71** |
| FY EV/S | 9.6x | 8.1x | 6.7x |
| FY P/S | 9.9x | 8.4x | 7.0x |

Source: FactSet, BTIG Estimates and Company Documents reported as $ currency.
**FY** = Fiscal Year **CY** = Calendar Year

PLEASE READ: IMPORTANT DISCLOSURES AND ANALYST'S CERTIFICATION APPEAR IN APPENDIX      WWW.BTIG.COM

**BTIG**

MEDICAL TECHNOLOGY AND DIGITAL HEALTH EQUITY RESEARCH

## Investment Thesis

Our iRhythm Technologies rating is Buy. Our $165 PT is based on 8x our projected 12-24 month revenue estimate. With national reimbursement resolved, we expect a more stable environment for IRTC shares. The company's fundamentals appear healthy and volume has consistently remained strong despite the pricing shifts. We see several future drivers for long-term growth, including the PCP channel, Zio AT, the asymptomatic afib patient population, and international expansion. Risks to our rating and price target include potential negative consequences from the DoJ inquiry, customer staffing shortages, operational hiccups, negative reimbursement surprises, competition, unsuccessful commercial execution, delay in reaching profitability, and the potential for healthcare multiple contraction.

## Upcoming Catalysts

- Launch of next-gen biosensor
- Expansion in the PCP channel
- Updates on the 510(k) for the Zio Watch, silent afib opportunity, and international expansion

## Base Case Assumptions: **$165 Price Target**

- Gradual progress on device return rates
- Gradual expansion in the PCP channel
- Continued stable volume growth in core market

## Price Performance



Source: FactSet

## Upside Scenario

- Faster shift to San Francisco IDTF facility
- Fast expansion in the PCP channel
- Accelerated volume growth in core market
- Expansion into newer monitoring populations, e.g., asymptomatic, stroke

## Company Description

iRhythm Corporation manufactures the ZIO patch, which is a 14-day ECG patch sensor. The company also offers a patch monitoring device called ZIO AT, which adds real-time functionality.

## Downside Scenario

- Hiccup or slower shift to San Francisco IDTF facility
- Little growth in the PCP channel
- Slowdown in volume growth
- Higher spending with slower revenue growth

iRhythm00151882

**⊞BTIG**

MEDICAL TECHNOLOGY AND DIGITAL HEALTH EQUITY RESEARCH

## Variance Analysis

**Exhibit 1. Variance Analysis**

| | Variance Analysis 1Q23 | | | | | |
|---|---|---|---|---|---|---|
| | Actuals | BTIG estimates | % Variance | Actuals | Cons. estimates | % Variance |
| Total Revenue | $111.4 | $106.1 | 5.0% | $111.4 | $107.0 | 4.1% |
| Cost of Sales | $35.8 | $33.3 | 7.3% | $35.8 | $33.4 | 7.1% |
| Gross Profit | $75.7 | $72.8 | 4.0% | $75.7 | $73.5 | 3.0% |
| R&D | $14.8 | $13.4 | 10.8% | $14.8 | $13.0 | 14.1% |
| SG&A | $100.3 | $92.5 | 8.5% | $100.3 | $88.2 | 13.7% |
| EBIT | ($39.5) | ($33.1) | -19.3% | ($39.5) | ($28.5) | -38.5% |
| GAAP Net Income (Loss) | ($39.1) | ($33.1) | -18.1% | ($39.1) | ($28.7) | -36.2% |
| GAAP EPS (LPS) | ($1.29) | ($1.09) | -18.3% | ($1.29) | ($0.90) | -43.7% |
| | | | | | | |
| Gross Margin | 67.9% | 68.6% | -70 bps | 67.9% | 68.7% | -70 bps |
| R&D Spend % | 13.3% | 12.6% | 70 bps | 13.3% | 12.2% | 120 bps |
| SG&A Spend % | 90.0% | 87.2% | 290 bps | 90.0% | 82.4% | 760 bps |
| EBIT Margin | -35.4% | -31.2% | -420 bps | -35.4% | -26.6% | -880 bps |
| Net Profit Margin | -35.1% | -31.2% | -390 bps | -35.1% | -26.8% | -830 bps |

*Source: BTIG Research, FactSet Estimates, and company filings*

## Model Changes

We adjust our 2023 revenue forecast to model just above the midpoint of guidance. We shift a small amount of revenue out of 2H to Q2 to reflect commentary on seasonality. We continue to forecast 2023 gross margin, operating expenses and adj. EBITDA margin in line with guidance; our GAAP opex increases to reflect the addition of planned business transformation expenses. For 2023, we now model revenue of $485.8M and GAAP LPS of ($3.38). For 2024, we continue to use a ~20% y/y sales growth rate.

**Exhibit 2. Model Changes**

| | New | | | Old | | | % Change | | |
|---|---|---|---|---|---|---|---|---|---|
| | FY23 | FY24 | FY25 | FY23 | FY24 | FY25 | FY23 | FY24 | FY25 |
| Total Revenue ($M) | $485.8 | $583.7 | $686.0 | $480.7 | $580.7 | $683.4 | 1.1% | 0.5% | 0.4% |
| y/y growth (%) | 18.2% | 20.2% | 17.5% | 17.0% | 20.8% | 17.7% | 120bps | -70bps | -20bps |
| EBIT | -$103.8 | -$66.8 | -$39.5 | -$89.7 | -$66.9 | -$39.8 | -15.8% | 0.2% | 0.9% |
| GAAP Net Income | -$103.4 | -$66.8 | -$39.5 | -$89.7 | -$66.9 | -$39.8 | -15.4% | 0.2% | 0.9% |
| GAAP EPS | ($3.38) | ($2.13) | ($1.23) | ($2.93) | ($2.13) | ($1.23) | -15.6% | 0.0% | 0.7% |
| Gross Margin | 69.3% | 70.5% | 71.1% | 69.5% | 70.5% | 71.1% | -20 bps | 0 bps | 0 bps |
| EBIT Margin | -21.4% | -11.5% | -5.8% | -18.7% | -11.5% | -5.8% | -270 bps | 10 bps | 10 bps |
| Net Income Margin | -21.3% | -11.5% | -5.8% | -18.7% | -11.5% | -5.8% | -260 bps | 10 bps | 10 bps |

*Source: BTIG Research and company filings*

iRhythm00151883

**BTIG**

**MEDICAL TECHNOLOGY AND DIGITAL HEALTH EQUITY RESEARCH**

## Valuation

Our iRhythm Technologies rating is Buy. Our $165 PT is based on 8x our projected 12-24 month revenue estimate. With national reimbursement resolved, we expect a more stable environment for IRTC shares. The company's fundamentals appear healthy and volume has consistently remained strong despite the pricing shifts. We see several future drivers for long-term growth, including the PCP channel, Zio AT, the asymptomatic afib patient population, and international expansion. Risks to our rating and price target include potential negative consequences from the DoJ inquiry, customer staffing shortages, operational hiccups, negative reimbursement surprises, competition, unsuccessful commercial execution, delay in reaching profitability, and the potential for healthcare multiple contraction.

### Exhibit 3. Comp Table of Fast-Growing MedTech Companies

| Company | Ticker | Rating, PT | Price | Market Cap $B | P/E ex-amort | | | | EV/Sales | | | | CAGR | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | NTM E | 2023E | 2024E | 2025E | NTM E | 2023E | 2024E | 2025E | EPS | Revs |
| Align | ALGN | Not Rated | $304.11 | $23.3 | 35.0x | 36.7x | 30.5x | 25.6x | 5.6x | 5.7x | 5.1x | 4.6x | 20% | 12% |
| AtriCure | ATRC | BUY, $55 PT | $47.13 | $2.2 | NM | NM | NM | NM | 5.3x | 5.4x | 4.8x | 4.2x | NM | 13% |
| Dexcom | DXCM | BUY, $134 PT | $117.42 | $45.5 | 100.1x | 108.0x | 78.5x | 61.8x | 13.3x | 13.9x | 11.6x | 9.7x | 32% | 20% |
| Glaukos | GKOS | BUY, $58 PT, Zimmerman | $50.57 | $2.4 | NM | NM | NM | NM | 8.2x | 8.3x | 7.4x | 6.6x | NM | 13% |
| Inari Medical | NARI | BUY, $100 PT | $62.70 | $3.4 | NM | NM | 207.3x | 121.6x | 6.2x | 6.5x | 5.5x | 4.8x | NM | 17% |
| Inspire Medical Systems | INSP | Not Rated | $267.15 | $7.8 | NM | NM | NM | 305.1x | 11.8x | 12.5x | 9.8x | 7.9x | NM | 25% |
| Insulet | PODD | BUY, $350 PT | $322.23 | $22.4 | 213.5x | 249.1x | 155.9x | 109.0x | 14.6x | 15.2x | 12.8x | 10.8x | 51% | 19% |
| Outset Medical | OM | Not Rated | $20.95 | $1.0 | NM | NM | NM | NM | 5.6x | 6.0x | 4.5x | 3.0x | NM | 41% |
| Penumbra | PEN | BUY, $312 PT, Zimmerman | $301.88 | $11.5 | 174.5x | 196.6x | 120.6x | 89.6x | 10.8x | 11.3x | 9.8x | 8.6x | 48% | 15% |
| Pulmonx | LUNG | Not Rated | $12.22 | $0.5 | NM | NM | NM | NM | 5.1x | 5.4x | 4.5x | 3.8x | NM | 20% |
| Shockwave Medical | SWAV | Not Rated | $277.90 | $10.2 | 74.9x | 74.8x | 63.2x | 50.9x | 15.3x | 15.3x | 12.4x | 10.2x | 21% | 23% |
| Silk Road Medical | SILK | Not Rated | $41.78 | $1.6 | NM | NM | NM | NM | 7.6x | 7.6x | 6.1x | 5.1x | NM | 22% |
| Tandem Diabetes | TNDM | Not Rated | $37.51 | $2.4 | NM | NM | NM | 995.5x | 2.5x | 2.6x | 2.3x | 2.0x | NM | 13% |
| **Average** | | | | | **119.6x** | **133.1x** | **109.3x** | **219.9x** | **8.6x** | **8.9x** | **7.4x** | **6.2x** | **35%** | **19%** |
| | | | | | NTM E | 2023E | 2024E | 2025E | NTM E | 2023E | 2024E | 2025E | EPS | Revs |
| **iRhythm Technologies** | IRTC | BUY, $165 PT | $134.04 | $4.1 | NM | NM | NM | NM | 7.7x | 8.1x | 6.7x | 5.7x | NM | 19% |

*Source: BTIG Research and FactSet Estimates*
*Pricing as of: 5/04/23*

iRhythm00151884



**MEDICAL TECHNOLOGY AND DIGITAL HEALTH EQUITY RESEARCH**

| IRHYTHM Income Statement | Dec-18 | Dec-19 | Dec-20 | Dec-21 | Mar-22 | Jun-22 | Sep-22 | Dec-22 | Dec-22 | Mar-23 | Jun-23 | Sep-23 | Dec-23 | Dec-23 | Mar-24 | Jun-24 | Sep-24 | Dec-24 | Dec-24 | Dec-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ millions (USD), except per-share amounts | FY18 A | FY19A | FY20A | FY21A | 1Q22A | 2Q22A | 3Q22A | 4Q22A | FY22A | 1Q23A | 2Q23E | 3Q23E | 4Q23E | FY23E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | FY24E | FY25E |
| Revenue | 147.3 | 214.6 | 265.2 | 322.8 | 92.4 | 102.1 | 103.9 | 112.6 | 410.9 | 111.4 | 119.6 | 122.0 | 132.8 | 485.8 | 137.9 | 143.4 | 145.7 | 156.7 | 583.7 | 686.0 |
| *y/y growth* | *56.0%* | *45.7%* | *23.6%* | *21.7%* | *24.3%* | *25.6%* | *21.6%* | *37.7%* | *27.3%* | *20.6%* | *17.2%* | *17.4%* | *17.9%* | *18.2%* | *23.7%* | *19.9%* | *19.4%* | *18.1%* | *20.2%* | *17.5%* |
| Cost of Revenue | 38.8 | 52.5 | 70.3 | 109.3 | 30.6 | 31.8 | 33.0 | 33.9 | 129.3 | 35.8 | 36.5 | 37.8 | 38.9 | 148.9 | 41.6 | 42.6 | 42.8 | 45.0 | 172.0 | 198.0 |
| **Gross Profit** | 108.5 | 162.1 | 194.9 | 213.6 | 61.8 | 70.2 | 70.9 | 78.7 | 281.6 | 75.7 | 83.1 | 84.2 | 93.9 | 336.8 | 96.2 | 100.8 | 102.9 | 111.8 | 411.7 | 488.0 |
| Research & Development | 20.9 | 37.3 | 41.3 | 38.7 | 10.5 | 11.9 | 11.4 | 12.7 | 46.6 | 14.8 | 13.8 | 13.2 | 14.0 | 55.8 | 15.5 | 16.5 | 17.0 | 18.5 | 67.5 | 75.5 |
| SG&A | 133.3 | 179.5 | 197.2 | 274.8 | 99.8 | 81.6 | 80.6 | 86.7 | 348.6 | 100.3 | 93.0 | 92.0 | 99.5 | 384.8 | 101.5 | 100.5 | 103.0 | 106.0 | 411.0 | 452.0 |
| EBIT | -45.7 | -54.8 | -43.7 | -99.9 | -48.5 | -23.3 | -21.1 | -20.7 | -113.6 | -39.5 | -23.7 | -21.0 | -19.6 | -103.8 | -20.8 | -16.2 | -17.1 | -12.7 | -66.8 | -39.5 |
| Other Income/(Loss), Net | -4.7 | 0.3 | 0.1 | -1.1 | -2.0 | -0.4 | -0.2 | 0.6 | -2.1 | 0.5 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Pre-tax Income | -50.3 | -54.5 | -43.6 | -101.0 | -50.6 | -23.7 | -21.3 | -20.1 | -115.7 | -39.0 | -23.7 | -21.0 | -19.6 | -103.4 | -20.8 | -16.2 | -17.1 | -12.7 | -66.8 | -39.5 |
| Income Taxes | 0.0 | 0.1 | 0.2 | 0.4 | 0.0 | 0.0 | 0.1 | 0.1 | 0.3 | 0.1 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net Income/(Loss) | -50.39 | -54.6 | -43.8 | -101.4 | -50.6 | -23.7 | -21.5 | -20.2 | -116.0 | -39.1 | -23.7 | -21.0 | -19.6 | -103.4 | -20.8 | -16.2 | -17.1 | -12.7 | -66.8 | -39.5 |
| Diluted EPS/(Loss) | ($2.11) | ($2.16) | ($1.58) | ($3.46) | ($1.71) | ($0.79) | ($0.71) | ($0.67) | ($3.88) | ($1.29) | ($0.78) | ($0.69) | ($0.64) | ($3.38) | ($0.67) | ($0.52) | ($0.54) | ($0.40) | ($2.13) | ($1.23) |
| Diluted Shares Outstanding | 23.9 | 25.3 | 27.8 | 29.3 | 29.6 | 29.8 | 30.1 | 30.2 | 29.9 | 30.3 | 30.5 | 30.7 | 30.9 | 30.6 | 31.1 | 31.3 | 31.5 | 31.7 | 31.4 | 32.2 |
| **EBITDA** | | | | | | | | | | | | | | | | | | | | |
| Net Income/(Loss) | | | -43.8 | -101.4 | -50.6 | -23.9 | -21.5 | -20.2 | -116.0 | -39.1 | -23.7 | -21.0 | -19.6 | -103.4 | -20.8 | -16.2 | -17.1 | -12.7 | -66.8 | -39.5 |
| Depreciation & Amortization | | | 6.9 | 9.8 | 3.1 | 3.4 | 3.4 | 3.5 | 13.4 | 3.6 | 3.5 | 3.7 | 3.8 | 14.6 | 4.0 | 4.1 | 4.3 | 4.6 | 17.0 | 19.1 |
| Interest & Other Expense | | | 42.7 | 55.4 | 42.7 | 15.6 | 15.3 | 17.7 | 91.2 | 23.5 | 21.0 | 20.0 | 24.0 | 88.5 | 17.0 | 18.0 | 19.0 | 21.0 | 75.0 | 75.0 |
| Tax Expense | | | 0.2 | 0.4 | 0.0 | 0.0 | 0.1 | 0.1 | 0.3 | 0.1 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| EBITDA | | | 6.0 | -35.8 | -4.8 | -5.0 | -2.6 | 1.1 | -11.1 | -12.0 | 0.8 | 2.7 | 8.2 | -0.3 | 0.2 | 5.9 | 6.2 | 12.9 | 25.2 | 54.6 |
| **Margin Analysis (as a % of Revenues)** | | | | | | | | | | | | | | | | | | | | |
| Cost of Goods Sold | 26.3% | 24.5% | 26.5% | 33.8% | 33.1% | 31.2% | 31.7% | 30.1% | 31.5% | 32.1% | 30.5% | 31.0% | 29.3% | 30.7% | 30.2% | 29.7% | 29.4% | 28.7% | 29.5% | 28.9% |
| Gross Profit | 73.7% | 75.5% | 73.5% | 66.2% | 66.9% | 68.8% | 68.3% | 69.9% | 68.5% | 67.9% | 69.5% | 69.0% | 70.7% | 69.3% | 69.8% | 70.3% | 70.6% | 71.3% | 70.5% | 71.1% |
| Research & Development | 14.2% | 17.4% | 15.6% | 12.0% | 11.4% | 11.7% | 11.0% | 11.3% | 11.3% | 13.3% | 11.5% | 10.8% | 10.5% | 11.5% | 11.2% | 11.5% | 11.7% | 11.8% | 11.6% | 11.0% |
| SG&A | 90.5% | 83.7% | 74.4% | 85.1% | 108.0% | 79.9% | 77.6% | 77.0% | 84.8% | 90.0% | 77.7% | 75.4% | 75.0% | 79.2% | 73.6% | 70.1% | 70.7% | 67.6% | 70.4% | 65.9% |
| EBIT | -31.0% | -25.5% | -16.5% | -31.0% | -52.6% | -22.8% | -20.3% | -18.4% | -27.6% | -35.4% | -19.8% | -17.2% | -14.8% | -21.4% | -15.1% | -11.3% | -11.8% | -8.1% | -11.5% | -5.8% |
| EBITDA | NA | NA | 2.3% | -11.1% | -5.1% | -4.9% | -2.5% | 0.9% | -2.7% | -10.8% | 0.7% | 2.2% | 6.1% | -0.1% | 0.2% | 4.1% | 4.2% | 8.2% | 4.3% | 8.0% |
| Pre-tax Income | -34.2% | -25.4% | -16.4% | -31.3% | -54.7% | -23.2% | -20.5% | -17.9% | -28.2% | -35.0% | -19.8% | -17.2% | -14.8% | -21.3% | -15.1% | -11.3% | -11.8% | -8.1% | -11.5% | -5.8% |
| Adjusted Net Income | -34.2% | -25.4% | -16.5% | -31.4% | -54.8% | -23.2% | -20.7% | -17.9% | -28.2% | -35.1% | -19.8% | -17.2% | -14.8% | -21.3% | -15.1% | -11.3% | -11.8% | -8.1% | -11.5% | -5.8% |
| Effective Income Tax Rate | -0.1% | -0.1% | -0.5% | -0.4% | -0.1% | -0.1% | -0.5% | -0.4% | -0.2% | -0.2% | 0.0% | 0.0% | 0.0% | -0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Y/Y Growth** | | | | | | | | | | | | | | | | | | | | |
| Revenue | 56.0% | 45.7% | 23.6% | 21.7% | 24.3% | 25.6% | 21.6% | 37.7% | 27.3% | 20.6% | 17.2% | 17.4% | 17.9% | 18.2% | 23.7% | 19.9% | 19.4% | 18.1% | 20.2% | 17.5% |
| Gross Profit | 62.6% | 49.4% | 20.3% | 9.6% | 21.4% | 27.1% | 26.3% | 53.5% | 31.9% | 22.5% | 18.3% | 18.7% | 19.2% | 19.6% | 27.2% | 21.3% | 22.2% | 19.1% | 22.2% | 18.6% |
| Gross Margin (in bps) | 300bps | 187bps | -204bps | -734bps | -158bps | 82bps | 255bps | 720bps | 238bps | 106bps | 67bps | 72bps | 81bps | 80bps | 189bps | 80bps | 160bps | 60bps | 119bps | 62bps |
| Research & Development | 56.4% | 78.8% | 10.8% | -6.4% | 23.9% | 24.3% | 31.8% | 6.8% | 20.5% | 40.8% | 15.5% | 15.3% | 10.5% | 19.8% | 4.4% | 19.6% | 28.8% | 32.1% | 20.9% | 11.9% |
| SG&A | 62.8% | 34.7% | 9.9% | 39.3% | 42.9% | 30.2% | 13.9% | 21.1% | 26.8% | 0.6% | 14.0% | 14.2% | 14.7% | 10.4% | 1.2% | 8.1% | 12.0% | 6.5% | 6.8% | 10.0% |
| EBIT | -60.5% | -19.9% | 20.2% | -128.8% | -76.7% | -37.0% | 9.4% | 35.7% | -13.7% | 18.6% | -1.7% | 0.3% | 5.1% | 8.6% | 47.4% | 31.6% | 18.5% | 35.1% | 35.6% | 41.0% |
| Pre-tax Income (Loss) | -64.5% | -8.3% | 20.0% | -131.6% | -82.7% | -37.4% | 9.7% | 37.9% | -14.6% | 22.8% | 0.1% | 1.4% | 2.4% | 10.7% | 46.8% | 31.6% | 18.5% | 35.1% | 35.3% | 41.0% |
| Adjusted Net Income (Loss) | -64.6% | -8.3% | 19.7% | -131.3% | -82.2% | -36.6% | 9.6% | 37.8% | -14.4% | 22.7% | 0.2% | 2.0% | 2.7% | 10.8% | 46.9% | 31.6% | 18.5% | 35.1% | 35.4% | 41.0% |

*Source: BTIG Research and company filings*

iRhythm00151885



| IRHYTHM Revenue Model | Dec-18 | Dec-19 | Dec-20 | Dec-21 | Mar-22 | Jun-22 | Sep-22 | Dec-22 | Dec-22 | Mar-23 | Jun-23 | Sep-23 | Dec-23 | Dec-23 | Mar-24 | Jun-24 | Sep-24 | Dec-24 | Dec-24 | Dec-25 |
| $ millions (USD) | FY18 A | FY19A | FY20A | FY21A | 1Q22A | 2Q22A | 3Q22A | 4Q22A | FY22A | 1Q23A | 2Q23E | 3Q23E | 4Q23E | FY23E | 1Q24E | 2Q24E | 3Q24E | 4Q24E | FY24E | FY25E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total ZIO XT Revenue** | 146.2 | 207.8 | 249.4 | 293.0 | 83.0 | 91.3 | 92.6 | 102.7 | 369.6 | 100.1 | 108.0 | 110.2 | 120.8 | 439.1 | 125.2 | 129.9 | 131.4 | 141.7 | 528.2 | 619.0 |
| *y/y growth (%)* | 55% | 42% | 20% | 17% | 20% | 25% | 20% | 40% | 26% | 21% | 18% | 19% | 18% | 19% | 25% | 20% | 19% | 17% | 20% | 17% |
| **y/y growth (%) restated for 606 impact** | **55%** | **42%** | **20%** | **17%** | | | | | **26%** | | | | | **19%** | | | | | **20%** | **17%** |
| *two-year y/y growth (%)* | 51% | 48% | 31% | 19% | 17% | 40% | 17% | 19% | 22% | 20% | 22% | 20% | 29% | 22% | 23% | 19% | 19% | 17% | 20% | 19% |
| *% of annual revenue* | | | | | 22% | 25% | 25% | 28% | | 23% | 25% | 25% | 28% | | 24% | 25% | 25% | 27% | | |
| Average Rep FTE (Net) | 108 | 134 | 150 | 162 | 168 | 172 | 177 | 182 | 175 | 187 | 193 | 198 | 203 | 195 | 208 | 214 | 219 | 224 | 216 | 239 |
| Average Revenue-per-FTE (in $ millions) | $1.357 | $1.557 | $1.663 | $1.811 | $1.976 | $2.123 | $2.092 | $2.257 | $2.115 | $2.140 | $2.238 | $2.226 | $2.381 | $2.249 | $2.407 | $2.428 | $2.401 | $2.531 | $2.443 | $2.590 |
| *sequential change (in $ millions)* | | | | | $0.195 | $0.148 | -$0.031 | $0.165 | | -$0.117 | $0.098 | -$0.012 | $0.154 | | $0.026 | $0.022 | -$0.028 | $0.130 | | |
| *sequential change (%)* | | | | | 11% | 7% | -1% | 8% | | -5% | 5% | -1% | 7% | | 1% | 1% | -1% | 5% | | |
| *y/y change (%)* | 7% | 15% | 7% | 9% | 13% | 17% | 10% | 27% | 17% | 8% | 5% | 6% | 5% | 6% | 12% | 9% | 8% | 6% | 9% | 6% |
| **Total ZIO AT Revenue** | 1.1 | 6.7 | 15.7 | 29.9 | 9.4 | 10.8 | 11.3 | 9.9 | 41.4 | 11.4 | 11.6 | 11.8 | 11.9 | 46.7 | 12.7 | 13.5 | 14.3 | 15.0 | 55.5 | 67.0 |
| Addressable MCT Procedures (in 000s) | | 800 | 800 | 800 | 200 | 200 | 200 | 200 | 800 | 200 | 200 | 200 | 200 | 800 | 200 | 200 | 200 | 200 | 800 | 800 |
| Reimbursement Rate | | | | | $775 | $775 | $775 | $775 | | $775 | $775 | $775 | $775 | | $775 | $775 | $775 | $775 | | |
| Market Penetration (in %) | | | | | 6.06% | 6.94% | 7.29% | 6.39% | | 7.34% | 7.50% | 7.60% | 7.70% | | 8.20% | 8.70% | 9.20% | 9.70% | | |
| **Consolidated Revenue** | 147.3 | 214.6 | 265.2 | 322.8 | 92.4 | 102.1 | 103.9 | 112.6 | 410.9 | 111.4 | 119.6 | 122.0 | 132.8 | 485.8 | 137.9 | 143.4 | 145.7 | 156.7 | 583.7 | 686.0 |
| | 56.0% | 45.7% | 23.6% | 21.7% | 24.3% | 25.6% | 21.6% | 37.7% | 27.3% | 20.6% | 17.2% | 17.4% | 17.9% | 18.2% | 23.7% | 19.9% | 19.4% | 18.1% | 20.2% | 17.5% |

*Source: BTIG Research and company filings*

**MEDICAL TECHNOLOGY AND DIGITAL HEALTH EQUITY RESEARCH**

iRhythm00151886

**BTIG**

MEDICAL TECHNOLOGY AND DIGITAL HEALTH EQUITY RESEARCH

## BTIG Covered Companies Mentioned in this Report

iRhythm Technologies, Inc. (IRTC, Buy, $165 PT; Closing Price: $134.04; Analyst: Marie Thibault)
AtriCure, Inc. (ATRC, Buy, $55 PT; Closing Price: $47.13; Analyst: Marie Thibault)
Boston Scientific Corporation (BSX, Buy, $56 PT; Closing Price: $51.94; Analyst: Marie Thibault)
Dexcom, Inc. (DXCM, Buy, $134 PT; Closing Price: $117.42; Analyst: Marie Thibault)
Glaukos Corporation (GKOS, Buy, $58 PT; Closing Price: $50.57; Analyst: Ryan Zimmerman)
Inari Medical (NARI, Buy, $100 PT; Closing Price: $62.70; Analyst: Marie Thibault)
Insulet Corporation (PODD, Buy, $350 PT; Closing Price: $322.23; Analyst: Marie Thibault)
Penumbra, Inc. (PEN, Buy, $312 PT; Closing Price: $301.88; Analyst: Ryan Zimmerman)

iRhythm00151887

**BTIG**

*MEDICAL TECHNOLOGY AND DIGITAL HEALTH EQUITY RESEARCH*

## Appendix: Analyst Certification and Other Important Disclosures

### Analyst Certification

I, Marie Thibault, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

I, Sam Eiber, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

### Regulatory Disclosures

#### Ratings Definitions

BTIG LLC's ("BTIG") ratings, effective June 12, 2017, are defined as follows:

**BUY** – A security which is expected to produce a positive total return of 15% or greater over the 12 months following the recommendation. The BUY rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**SELL** – A security which is expected to produce a negative total return of 15% or greater over the next 12 months following the recommendation. The SELL rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**NEUTRAL** – A security which is not expected to appreciate or depreciate meaningfully over the next 12 months.

**NOT RATED** – A security which is not rated or covered by BTIG.

**UNDER REVIEW** – Effective immediately, coverage of the following securities is Under Review. Ratings, price targets, disclosures, and estimates for the companies listed below are suspended and should no longer be relied upon.

### Distribution of Ratings and Investment Banking Clients

BTIG must disclose in each research report the percentage of all securities rated by the member to which the member would assign a "buy", "neutral" or "sell" rating. The said ratings are updated on a quarterly basis. BTIG must also disclose the percentage of subject companies within each of these three categories for whom the member has provided investment banking services within the previous twelve months.

**Current Rating Distribution (as of May 4, 2023):**

| Coverage Universe | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Buy | 242 | 60.5% | Buy | 67 | 27.7% |
| Neutral | 154 | 38.5% | Neutral | 24 | 15.6% |
| Sell | 4 | 1.0% | Sell | 1 | 25.0% |

For purposes of FINRA ratings distribution rules, BTIG's stock ratings of Buy, Neutral and Sell fall into Buy, Hold and Sell categories, respectively.

### Company Valuation and Risk Disclosures

#### iRhythm Technologies, Inc. (IRTC, Buy, $165 PT)

**Valuation:** Our iRhythm Technologies rating is Buy. Our $165 PT is based on 8x our projected 12-24 month revenue estimate. With national reimbursement resolved, we expect a more stable environment for IRTC shares. The company's fundamentals appear healthy and volume has consistently remained strong despite the pricing shifts. We see several future drivers for long-term growth, including the PCP channel, Zio AT, the asymptomatic afib patient population, and international expansion.

iRhythm00151888

**MEDICAL TECHNOLOGY AND DIGITAL HEALTH EQUITY RESEARCH**

**Risks:** Risks to our rating and price target include potential negative consequences from the DoJ inquiry, customer staffing shortages, operational hiccups, negative reimbursement surprises, competition, unsuccessful commercial execution, delay in reaching profitability, and the potential for healthcare multiple contraction.



### Boston Scientific Corporation (BSX, Buy, $56 PT)

**Valuation:** Our Boston Scientific rating is Buy. Our $56 PT is based on 25x our 12-24 month EPS estimate. This target multiple is above the NTM P/E multiple for the slower-growing large-cap comp group. We continue to like BSX's diverse product portfolio, gradual operating margin improvement, and potential for upside from new products and recent M&A.

**Risks:** Risks to our rating and price target include stiffer macroeconomic headwinds, softness in the emerging markets, competition, slippage in product timelines, changes to procedures, further risk to TAVR, reimbursement, future devices and data, the FDA, use of cash/ M&A, litigation, acquisition integration risk and multiple contraction.



### Company–Specific Regulatory Disclosures

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: iRhythm Technologies, Inc. (IRTC)

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: Boston Scientific Corporation (BSX)

iRhythm00151889

**BTIG**

*MEDICAL TECHNOLOGY AND DIGITAL HEALTH EQUITY RESEARCH*

## Other Disclosures
Additional Information Available Upon Request

## General Disclosures
Research reports produced by BTIG LLC ("BTIG") are published for and intended to be distributed solely to BTIG institutional and corporate clients. Recipients of BTIG reports will not be considered clients of BTIG solely because they may have received such BTIG report.

To the extent recipient accesses BTIG research, whether on a BTIG research website or through a third-party platform, BTIG is able to search, filter, download and review information on the readership of BTIG's research, including the specific research consumed and the name, company name, email address and, in certain circumstances, the location of the individual who accessed the research (the "Readership Information"). Recipient consents to BTIG's receipt of the Readership Information, including receipt of that information from a third party.

The research analyst(s) responsible for the preparation of this report receives compensation based upon a variety of factors, including the quality and accuracy of research, internal/client feedback, and overall Firm revenues.

BTIG reports are based on public information and BTIG considers the same to be reliable, comprehensive information, but makes no representation or warranty that the reports are accurate or complete. BTIG opinions and information provided in this report are as of the date of the report and may change without notice. An issuer may be classified as "Under Review" or "Research Restricted". In these cases, investors should consider any previous investment recommendation and/or rating to a subject company/issuer to no longer be current and should not be relied upon nor considered a solicitation.

This research report is not an offer to buy or sell or solicitation of an offer to buy or sell any security in any jurisdiction where such an offer or solicitation would be illegal. This research report was not drafted specifically for any particular individual or entity and is not a personal recommendation to participate in any particular trading strategy or transaction. Any recipient of this research report should obtain independent advice specific to their personal circumstances before undertaking any investment activity and must make their own independent evaluation of any securities or financial instruments.

Facts, views or opinions presented in this report have not been reviewed by, and may not reflect information known to, employees or other professionals in the "BTIG Group" (BTIG Group includes, but is not limited to, BTIG and its parents, subsidiaries and/or affiliates). BTIG Group employees, including Sales Representatives and Traders, may provide oral or written commentary or advice that may be inconsistent with the opinions and/or views expressed in this research report. BTIG Group employees and/or its affiliates not involved in the preparation of this research report may have investments in securities or derivatives of securities of companies mentioned in this report that are inconsistent with the views discussed in this report.

Investors in securities products bear certain risks in conjunction with those investments. The value of, and income from, any investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors within or beyond the companies' control. Recipient of the research reports should be aware that investments in securities may pose significant risks due to the inherent uncertainty associated with relying on forecasts of various factors that can affect the earnings, cash flow and overall valuation of a company. Any investment in securities should be undertaken only upon consideration of issues relating to the recipient's overall investment portfolio and objectives (such as diversification by asset class, industry or company) as well as time horizon and liquidity needs. Further, past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. There may be time limitations on the exercise of options or other rights in any securities transactions.

Investing in foreign markets and securities, including ADRs, is subject to additional risks such as currency fluctuation, limited information, political instability, economic risk, and the potential for illiquid markets. Investing in emerging markets may accentuate these risks. Non-U.S. reporting issuers of foreign securities, however, may not make regular or complete public disclosure relating to their financial condition or the securities that they issue.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability of any damages of any kind relating to such data. The report or any portion hereof may not be reprinted, sold or redistributed without the written consent of BTIG. This report is intended only for use by the recipient. The recipient acknowledges that all research and analysis in this report are the property of BTIG and agrees to limit the use of all publications

iRhythm00151890

**MEDICAL TECHNOLOGY AND DIGITAL HEALTH EQUITY RESEARCH**

received from BTIG within his, or her or its, own company or organization. No rights are given for passing on, transmitting, re transmitting or reselling the information provided.

## Jurisdiction and Dissemination

BTIG is a U.S. broker-dealer and member of FINRA and SIPC.

BTIG Australia Limited ACN 128 554 601, member of ASIC and ASX; BTIG Hong Kong Limited, an Exchange Participant of SEHK and licensed and regulated by the SFC; BTIG Ltd, member of the LSE, authorized and regulated by the FSA; and BTIG Singapore Pte Ltd, registered and licensed with MAS; are all separate but affiliated entities of BTIG. Unless governing law permits otherwise, you must contact a BTIG entity in your home jurisdiction for further information, or if you want to use our services in effecting a transaction.

Issued and approved for distribution in the UK and EEA by BTIG Ltd. to eligible counterparties and professional clients only. Issued and distributed in Australia to "wholesale clients" only by BTIG Australia Limited. In Singapore and Hong Kong, further information may be obtained from BTIG Singapore Pte Ltd and BTIG Hong Kong Limited, respectively.

iRhythm00151891