# EXHIBIT 21

Equity Research
Healthcare | Medical Technology



*William Blair*

May 5, 2023

# iRhythm Technologies, Inc.

## First-Quarter Beat With Strongest Registration Growth in Nearly Two Years

Margaret Kaczor, CFA  +1 312 364 8608
mkaczor@williamblair.com

Macauley Kilbane  +1 312 364 8936
MacauleyKilbane@williamblair.com

Mike Arens, CFA  +1 312 364 8834
marens@williamblair.com

### What Happened?

After markets closed on May 4, iRhythm announced first-quarter sales of $111.4 million (21% year-over-year growth), beating our estimate by approximately $3.5 million. First-quarter growth was driven by continued recovery of its Zio AT business (21% revenue growth), a record number of new accounts, and further penetration into existing accounts driven by the company's momentum in the PCP channel. Encouragingly, the business is seeing deeper penetration within existing accounts as the device becomes more readily available, as well as new accounts that accounted for 35% of growth in the quarter (and should continue to ramp up). Registration growth in the mid- to high-20% range was also among the strongest rates seen in nearly two years. As a result of continued strength, full year 2023 guidance was increased by $5 million (a little more than the beat) with management now expecting $480 million to $490 million (18% year-over-year growth at the midpoint), though we view this as a conservative, achievable, and beatable estimate.

We believe the results this quarter were supportive that many of the operational headwinds the company saw in the second half of 2022 are now behind it. Though the company faced an atypical period of extended seasonality in March and early April (attributed to higher-than-normal spring break vacations), management has seen the same strength from January/February return in the back half of April, leaving it cautiously optimistic for the remainder of the year. We believe first-quarter results ended up being the clearing event the company needs to prove further credibility as it moves toward its commercial and product catalysts over the back half of the year and beyond.

Offsetting some of the commercial performance and outlook, management disclosed that it received a request from the Department of Justice (DOJ) on April 4 seeking information on the company's products/services. The request was broad based, in its view. Incidentally, one of iRhythm's competitors, Boston Scientific (BSX $51.94), released its 10-Q following first-quarter results mentioning it had also received a subpoena from the DOJ in April relating to its ambulatory electrocardiography monitoring business, suggesting that the DOJ may be conducting more of an industrywide look. While it is unclear what the ultimate outcome will be here, we note that iRhythm has elevated its focus on regulatory and compliance within the last 12 to 18 months since CEO Quentin Blackford joined the company including hiring a chief risk officer one year ago (May 2022). That said, this news adds a new wrinkle to the story/market and is likely to remain an overhang until we gain more information on the matter.

Stock Rating:                                    Outperform

| | | 2022A | 2023E | 2024E |
|---|---|---|---|---|
| Symbol: | | | IRTC (NASDAQ) | |
| Price: | | $134.04 (52-Wk.: $86-$165) | | |
| Market Value (M): | | | | $4,050 |
| Dividend/Yield: | | | $0.00/0.00% | |
| Fiscal Year End: | | | | December |

| | | 2022A | 2023E | 2024E |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $(0.80) | $(0.83) | $(0.64) |
| | Q2 | $(0.80) | $(0.62) | $(0.46) |
| | Q3 | $(0.71) | $(0.67) | $(0.49) |
| | Q4 | $(0.67) | $(0.59) | $(0.46) |
| | FY | $(2.99) | $(2.70) | $(2.05) |
| Sales (M) | Q1 | $92.4 | $108.0 | $133.6 |
| | Q2 | $102.1 | $117.0 | $140.2 |
| | Q3 | $103.9 | $123.6 | $145.7 |
| | Q4 | $112.6 | $133.7 | $154.2 |
| | FY | $410.9 | $482.2 | $573.7 |
| **Valuation** | | | | |
| FY P/E | | NM | NM | NM |
| EV/Sales | | 10.2x | 8.7x | 7.3x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 30.2 |
| Float (M): | 29.5 |
| Avg. Daily Volume (90-day): | 322,175 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $7.94 |
| Return on Equity (TTM): | (44.7)% |
| Enterprise Value (M): | $4,173 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

A digital health company, iRhythm provides solutions designed for diagnosing cardiac arrhythmias.

**Please refer to important disclosures on pages 4 – 6. Analyst certification is on page 4.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

iRhythm00151974

William Blair

**Key Points:**

- **First-Quarter Results:** The first-quarter beat was driven by accelerated growth between both Zio XT and Zio AT devices. Zio XT registration growth of mid- to high-20% is some of the strongest growth the company has seen in nearly two years, and ultimately, the strongest growth this new management team has delivered collectively. Strength in the Zio XT business once again deliver another record quarter of new account openings, fueled by better-than-anticipated volumes in the beginning of the year. As expected, the company processed 25% of XT CMS volumes through its San Francisco IDTF, which (as a reminder) bills at a 37% ASP premium. Though Zio AT saw an approximately 11% pricing headwind in the quarter, management reiterated its ASP guide for the full year, which we estimate at a blended rate of $281 domestically.

- **PCP Momentum:** Early success within the PCP channel has ultimately been one of the key drivers to growth for the company the past two quarters. Management called out that 93% of patients from a commercial perspective now have access to the Zio suite, which we have similarly heard from our PCP surveys. Partnerships with One Medical among others have made it easy to get the device to patients and importantly, allowed the product to be applied further upstream as cardiologists are making the push for utilization of the device, driving growth in existing/tenured accounts. Though still a small part of overall volumes, we believe the PCP channel should continue to become a more meaningful driver of growth through the year and beyond as PCP utilization trends higher. See our PCP survey for more information on this market opportunity (link).

- **Zio AT Reacceleration:** Zio AT registration growth of 30% for the quarter was in line with management's guidance as it continues to try to reaccelerate toward the 50% growth levels it was seeing the first nine months of 2022. Inclusive of 11% pricing pressure, Zio AT grew 21% in revenue dollars, suggesting that the reacceleration may be slightly ahead of full-year expectations despite management wanting to see it play out another quarter. The company will also introduce its AF burden calculation onto its current Zio AT in the next 30 to 45 days, which we believe could drive interest in advance of its next-generation AT device (Zio MCT). The company remains on track to file with the FDA for Zio MCT within the next few months, with expectations to have it approved and launched by the second half of 2024. Notably, the new device will extend beyond the 14-day wear period it currently has and move toward 30 days (we estimate closer to 28 days) to narrow the gap between competitor MCOT devices, on top of its industry-leading algorithms and software features.

- **2023 Guidance:** Management raised full-year guidance by more than the $3 million beat and now expects full-year sales of $480 million to $490 million, representing 17% to 19% year-over-year growth (we modeled 17.4% prior to results). Despite experiencing longer than normal seasonality into the early parts of April, the company has seen momentum more recently that gives it confidence as it anticipates the full Zio monitor launch in the back half of the year. Management expects the second quarter to show further momentum, projecting approximately 25% of full-year sales ($121 million at the midpoint of updated guidance, which compares to our estimate going into this quarter of $117 million, an increase of 3.4%). Ultimately, we believe management's new guidance remains achievable/beatable given the 21% growth in the first quarter and 20% long-term projections, though understand the conservatism as it builds back its credibility following last year's miss. We also note that management is not assuming any benefit from its upcoming Zio Monitor launch, despite its clinical, physical, and compliance improvements.

- **Margins:** Despite gross margin coming in 60 basis points lower than our estimate for the quarter, management reiterated its 69% to 70% gross margin guidance for the full year. The 200-basis-point sequential decrease was a result of duplicative costs in the first quarter (expected to decrease sequentially in the year) to scale the business as demand for its products increases. In addition, the company still expect headwinds in the middle of the year (majority in the third quarter) as it enters the full launch of the Zio monitor in the United States. On operating margin, management increased its adjusted operating expense range by $2 million for the full year (now $417 million to $427 million), though continues to believe adjusted EBITDA margin will be in the range of -0.5% to 0.5%. While there may be some fluctuation over the next several quarters, we believe management is making the decisions now to drive accelerated efficiency and automation in the mid- to long term.

**Stock Thoughts and Conclusions**

While the DOJ investigation adds a new risk to the story, we believe in the clinical benefits and utility of extended-wear monitors and until we gain more information will focus on catalysts like the launch of its next-gen Zio monitor (full U.S. market launch in second half 2023, limited launch today), next-gen Zio AT, Zio watch, clinical data around asymptomatic patients, and indication expansion, all of which should drive TAM expansion over time. We continue to view the domestic opportunity as less than 35% penetrated, and we believe that the company can deliver and exceed on growth expectations, which should ultimately drive shares higher through the year. The stock is trading at 8.2 times our unchanged 2023 sales estimate of $482.2 million (our model remains under review). We rate the stock Outperform.

**Risks:** Competition, in the form of patch-based devices or wearables from big tech players, could limit iRhythm's near- or long-term market opportunities. Ongoing staffing challenges could further impact Zio registration volumes and affect received device rates. Reimbursement changes are possible in the future.

iRhythm00151975

William Blair

**Quarter Results:**

| iRhythm (IRTC) Q1 2023 vs WB Estimates | | | |
|---|---|---|---|
| **First Quarter 2023** | | | |
| | Actual | WB Estimate | Beat/(Miss) |
| **Total Revenues** | **$111.4** | **$108.0** | **$3.5** |
| Y/Y growth (%) | 20.6% | 16.9% | 3.7% |
| COGS | 35.8 | 34.0 | $1.7 |
| Gross Margin (%) | 67.9% | 68.5% | -0.6% |
| R&D | 14.8 | 11.5 | $2.3 |
| SG&A | 100.3 | 100.0 | $0.3 |
| Operating Income | (39.5) | (37.5) | ($2.0) |
| Net Income | (39.1) | (37.0) | ($2.1) |
| **Adjusted EPS** | **($1.10)** | **($0.83)** | **($0.28)** |

3 | Margaret Kaczor +1 312 364 8608

iRhythm00151976

William Blair

**IMPORTANT DISCLOSURES**

One or more of the research analysts responsible for covering iRhythm Technologies, Inc. mentioned in this report owns shares of the security.
William Blair or an affiliate beneficially own or control (either directly or through its managed accounts) 1% or more of the equity securities of iRhythm Technologies, Inc. as of the end of the month ending not more than 40 days from the date herein.

William Blair or an affiliate is a market maker in the security of iRhythm Technologies, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from iRhythm Technologies, Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of iRhythm Technologies, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Margaret Kaczor attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 33127.70
S&P 500: 4061.22
NASDAQ: 11966.40



iRhythm Technologies, Inc. Rating History as of 05/04/2023
powered by: BlueMatrix

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of May 5, 2023):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 74 | Outperform (Buy) | 7 |
| Market Perform (Hold) | 26 | Market Perform (Hold) | 3 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

iRhythm00151977

William Blair

## OTHER IMPORTANT DISCLOSURES

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2023, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

iRhythm00151978

# *William Blair*

# Equity Research Directory

**John Kreger, Partner    Director of Research    +1 312 364 8612**
**Kyle Harris, CFA, Partner    Operations Manager    +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner    +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner    +1 312 364 8697**
*Consumer Products*

**Phillip Blee, CPA    +1 312 801 7874**
*Hardlines, Discount/Value*

**Dylan Carden    +1 312 801 7857**
*Consumer Technology, Specialty Retail*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner    +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner    +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA    +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt    +1 312 364 8106**
*Wealthtech, Wealth Management, Financial Services Distributors*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner    +1 415 248 2870**
Group Head–Biotechnology

**Sami Corwin, Ph.D.    +1 312 801 7783**

**Andy T. Hsieh, Ph.D., Partner    +1 312 364 5051**

**Myles R. Minter, Ph.D.    +1 617 235 7534**

**Matt Phipps, Ph.D., Partner    +1 312 364 8602**

### Healthcare Technology and Services

**Ryan S. Daniels, CFA, Partner    +1 312 364 8418**
Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**Margaret Kaczor, CFA, Partner    +1 312 364 8608**
*Medical Technology*

**Brandon Vazquez, CFA    +1 212 237 2776**
*Dental, Animal Health*

### Life Sciences

**Matt Larew, Partner    +1 312 364 8242**
*Life Science Tools, Bioprocessing, Healthcare Delivery*

**Andrew F. Brackmann, CFA    +1 312 364 8776**
*Diagnostics*

**Max Smock, CFA    +1 312 364 8336**
*Pharmaceutical Outsourcing and Services*

## GLOBAL SERVICES

**Tim Mulrooney    +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA    +1 312 364 8689**
*Consulting, HR Technology, Information Services*

**Trevor Romeo, CFA    +1 312 801 7854**
*Staffing*

**Scott Hansen    Associate Director of Research    +1 332 262 2602**

## ECONOMICS

**Richard de Chazal, CFA    +44 20 7868 4489**

## ENERGY AND SUSTAINABILITY

**Jed Dorsheimer    +1 617 235 7555**
Group Head–Energy and Sustainability
*Generation, Efficiency, Storage*

**Tim Mulrooney    +1 312 364 8123**
*Sustainability Services*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Larry De Maria, CFA    +1 212 237 2753**
Group Head–Global Industrial Infrastructure
*Capital Goods, Multi-Industry*

**Louie DiPalma, CFA    +1 312 364 5437**
*Aerospace and Defense, Smart Cities*

**Brian Drab, CFA, Partner    +1 312 364 8280**
*Advanced Manufacturing, Industrial Technology*

**Ryan Merkel, CFA , Partner    +1 312 364 8603**
*Building Products, Specialty Distribution*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner    +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Arjun Bhatia    +1 312 364 5696**
Co-Group Head–Technology, Media, and Communications
*Software as a Service*

**Dylan Becker, CFA    +1 312 364 8938**
*Software, Software as a Service*

**Jonathan Ho, Partner    +1 312 364 8276**
*Cybersecurity, Security Technology*

**Maggie Nolan, CPA, Partner    +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA    +1 312 364 8694**
*Software as a Service*

**Jake Roberge    +1 312 364 8568**
*Software, Software as a Service*

**Ralph Schackart III, CFA, Partner    +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA, Partner    +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler    +1 212 237 2755**
*Software, Software as a Service*

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA    +1 312 364 8540**
**Audrey Majors, Editor and SA    +1 312 364 8992**
**Beth Pekol Porto, Editor and SA    +1 312 364 8924**
**Lisa Zurcher, Editor and SA    +44 20 7868 4549**
**Mubasil Chaudhry, Editor    +44 20 7868 4453**

iRhythm00151979