# EXHIBIT 24



## 510(k) Premarket Notification

CDRH SuperSearch

510(k)[7]|DeNovo[8]|Registration & Listing[9]    |Adverse Events[10]    |Recalls[11]|PMA[12]|HDE[13]|Classification[14]|Standards[15]

CFR Title 21[16]|Radiation-Emitting Products[17]|X-Ray Assembler[18]|Medsun Reports[19]|CLIA[20]|TPLC[21]

New Search                                                        Back To Search Results

| | |
|---|---|
| **Device Classification Name** | Detector And Alarm, Arrhythmia[22] |
| **510(k) Number** | K240177 |
| **Device Name** | Zio AT® device (A100A1001) |
| **Applicant** | Irhythm Technologies, Inc.<br>699 8th St.<br>Suite 600<br>San Francisco, CA 94103 |
| **Applicant Contact** | Soyini Hamit |
| **Correspondent** | Irhythm Technologies, Inc.<br>699 8th St.<br>Suite 600<br>San Francisco, CA 94103 |
| **Correspondent Contact** | Soyini Hamit |
| **Regulation Number** | 870.1025[23] |
| **Classification Product Code** | DSI[24] |
| **Subsequent Product Codes** | DSH[25] DXH[26] QYX[27] |
| **Date Received** | 01/23/2024 |
| **Decision Date** | 10/30/2024 |
| **Decision** | Substantially Equivalent (SESE) |
| **Regulation Medical Specialty** | Cardiovascular |
| **510k Review Panel** | Cardiovascular |
| **Summary** | Summary[28] |
| **Type** | Traditional |
| **Reviewed by Third Party** | No |
| **Combination Product** | No |
| **Predetermined Change Control Plan Authorized** | No |

Links on this page:

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. /scripts/cdrh/cfdocs/cfpcd/classification.cfm?start_search=1&productcode=DSI

23. https://www.ecfr.gov/current/title-21/section-870.1025

24. /scripts/cdrh/cfdocs/cfpcd/classification.cfm?start_search=1&productcode=DSI

25. /scripts/cdrh/cfdocs/cfpcd/classification.cfm?start_search=1&productcode=DSH

26. /scripts/cdrh/cfdocs/cfpcd/classification.cfm?start_search=1&productcode=DXH

27. /scripts/cdrh/cfdocs/cfpcd/classification.cfm?start_search=1&productcode=QYX

28. https://www.accessdata.fda.gov/cdrh_docs/pdf24/K240177.pdf

Page Last Updated: 12/29/2025

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisye | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive Vulnerability Disclosure Policy

U.S. Department of **Health & Human Services**