# EXHIBIT 25



## *FLASH:* IRHYTHM TECHNOLOGIES, INC. (IRTC)

### *IRTC: The DOJ Wants Three More Reports & that Means Delete >10% from this Stock? What?*

**This >10% move in share price last two days seems dumb. Represents >$350M of deleted value. All because the Department of Justice (DOJ) wants three reports?** DOJ inquiry has been/remains a known risk, has been for years. New info emerged earlier this week – DOJ asked a court to make IRTC disclose three consultant reports that have not yet been shared as part of responding to the subpoena. IRTC claims work product / attorney-client privilege as reasons the request should be denied. Obviously not a 'good look' – what might these reports 'say' and why isn't the company disclosing them? But like…does this really change potential financial consequences of this matter vs what we already should have been braced for? Probably not? The reports in question were produced in 2017, seemingly in response to a now former employee's complaint about regulatory compliance.

**We framed this risk in our [recent upgrade]. We quote ourselves:**

- **"This department of justice (DOJ) inquiry remains an unresolved item.** Have hated this headline & 'overhang', but think numeric impact probably leans modest. With BioTelemetry settlements in [2022] ($45M) and [2023] ($15M) as likely good guides for 'worst case', risk here exists but we talking like maximum $50M and likely less if not near zero? The recent slug of cash from the $600M + convertible seems to have such potential outcomes clearly covered."

**More math:** $45M is $1.50 per IRTC share. $15M is $0.50 per IRTC share. The move the last two days is >$10 per IRTC share.

**Company comment:** "The U.S. Department of Justice filed a Petition for Order to Show Cause and Application for Enforcement of Administrative Subpoena seeking the production of certain documents that the Company has withheld on the basis of legal privilege. The Petition was filed in connection with the Department's April 4, 2023, Subpoena Duces Tecum (disclosed in iRhythm's May 4, 2023, 10-Q). The Company disagrees with the Department's position and attempts to invade the attorney client privilege and the protection afforded to attorney work product. Our last discussion with the Department on this matter was last December before they reached out again late last week asking us to waive our privilege. We responded consistently with our prior communications and informed the Department that we would not be waiving our privilege. They responded (as expected) by filing the Petition. We intend to file our opposition to their petition, and the current deadline to respond is July 15, 2024. It is our strong belief that the attorney-client privilege and attorney work product doctrine are bedrock principles in the law. These privileges allow attorneys and their clients to speak freely with complete candor in their communications to ensure that clients are getting sound legal advice. We believe that it is in the best interest of the company to maintain these privileges and to not set an unnecessary precedent."

**July 3, 2024**

**Rating:**
Outperform
**Price:**
$98.61
**Price Target:**
$115
**% Upside:**
16.6%

Source: FactSet, Wolfe Research
Priced as of 07/02/24



**Mike Polark, CFA**
mpolark@wolferesearch.com
(617) 313-7810
View Mike's Research
View IRTC Model
View Comp Table

**Ryan Schiller, CFA**
rschiller@wolferesearch.com
(617) 313-7807

**Paige Chamberlain**
pchamberlain@wolferesearch.com
(617) 313-7804

---

This report is limited solely for Wolfe Research's clients. Please see analyst certifications and important disclosures beginning on page 2.

**Please help us protect your advantage...**
**DO NOT FORWARD**

![WOLFE RESEARCH]

**July 3, 2024**

# DISCLOSURE SECTION

**Analyst Certification:**

The various Wolfe Research, LLC analysts who are primarily responsible for this research report certify that (i) the recommendations and opinions expressed in this research report accurately reflect the research analysts' personal views about the subject securities or issuers and (ii) no part of the research analysts' compensation was, is or will be directly or indirectly related to the specific recommendations or views contained in this report.

**Important Disclosures:**

**Price Chart(s) with Ratings and Target Price History**



Outperform (OP); Peer Perform (PP); Underperform (UP); Not Rated (NR); Initiation of Coverage (I); Discontinuation of Coverage (D)

**Wolfe Research, LLC Fundamental Valuation Methodology:**

| Company: | Fundamental Valuation Methodology: |
|---|---|
| iRhythm Technologies, Inc. | Our year-end 2024 target price is derived using multiples on 2025 revenue and a long-term DCF model. |

**Wolfe Research, LLC Fundamental Recommendation, Rating and Target Price Risks:**

| Company: | Risks That May Impede Achievement of the Recommendation, Rating or Target Price: |
|---|---|
| iRhythm Technologies, Inc. | Downside risks to Outperform rating include increased category competition/choice, volume bottlenecks from continued provider staffing challenges, underperformance of operational efficiency efforts, failure to achieve revenue and margin expansion targets embedded in long-term vision, and potential for a material negative impact from FDA's Zio AT warning letter or DOJ investigation. |

**Wolfe Research, LLC Research Disclosures:**

| Company: | Research Disclosures: |
|---|---|
| iRhythm Technologies, Inc. | None |

**Other Disclosures:**

Please help us protect your advantage...
**DO NOT FORWARD**

**WOLFE RESEARCH**

**Wolfe Research, LLC Fundamental Stock Ratings Key:**

| | |
|---|---|
| Outperform (OP): | The security is projected to outperform analyst's industry coverage universe over the next 12 months. |
| Peer Perform (PP): | The security is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months. |
| Underperform (UP): | The security is projected to underperform analyst's industry coverage universe over the next 12 months. |

Wolfe Research, LLC does not assign target prices for Peer Perform rated companies.

Wolfe Research, LLC uses a relative rating system using the terms Outperform, Peer Perform, and Underperform as per the definitions above. Please carefully read these definitions used in Wolfe Research, LLC research. In addition, since Wolfe Research, LLC research contains more complete information concerning the analyst's views, please carefully read Wolfe Research, LLC research in its entirety and do not infer the contents from the ratings alone. In all cases, ratings (or research) should not be used or relied upon as investment advice and any investment decisions should be based upon individual circumstances and other considerations.

**Wolfe Research, LLC Industry Weighting System:**

| | |
|---|---|
| Market Overweight (MO): | Expect the industry to outperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |
| Market Weight (MW): | Expect the industry to perform approximately in line with the primary market index for the region (S&P 500 in the U.S.) over the next 12 months. |
| Market Underweight (MU): | Expect the industry to underperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |

**Wolfe Research, LLC Distribution of Fundamental Stock Ratings (As of July 3, 2024):**

| | | |
|---|---|---|
| Outperform: | 47% | 4% Investment Banking Clients within the previous 12 months |
| Peer Perform: | 46% | 3% Investment Banking Clients within the previous 12 months |
| Underperform: | 8% | 0% Investment Banking Clients within the previous 12 months |

**Other Disclosures:**

Wolfe Research, LLC does not assign ratings of Buy, Hold, or Sell to the stocks it covers. Outperform, Peer Perform, and Underperform are not the respective equivalents of Buy, Hold, and Sell but represent relative weightings as defined above. To satisfy regulatory requirements, Outperform has been designated to correspond with Buy, Peer Perform has been designated to correspond with Hold, and Underperform has been designated to correspond with Sell.

Wolfe Research Securities and Wolfe Research, LLC have adopted the use of Wolfe Research and The Wolfe Daily Howl as brand names. Wolfe Research Securities, a member of FINRA (www.finra.org) and the National Futures Association, is the broker-dealer affiliate of Wolfe Research, LLC. Wolfe Research Advisors, LLC is an SEC registered Investment Adviser affiliate of Wolfe Research, LLC. The Research Department of Wolfe Research, LLC produces and distributes research to clients of Wolfe Research, LLC, Wolfe Research Advisors, LLC, and Wolfe Research Securities. Any analysts publishing these reports are associated with Wolfe Research, LLC, Wolfe Research Advisors, LLC, and Wolfe Research Securities.

The Wolfe Daily Howl, Monthly Controversies Report, and The Highlight Note are subscription-based products for Institutional investor subscribers only and are products of Wolfe Research, LLC. The Wolfe Daily Howl may contain

**Please help us protect your advantage...**
**DO NOT FORWARD**

# WOLFE
## RESEARCH

previously published research which have been repackaged for Wolfe Daily Howl subscribers. Wolfe Research, LLC, its affiliates, officers, directors, employees, and agents will not be liable for any investment decisions made or actions taken by you or others based on any news, information, opinion, or any other material published through this service.

The content of this report is to be used solely for informational purposes and should not be regarded as an offer, or a solicitation of an offer, to buy or sell a security, financial instrument or service discussed herein or to participate in any particular trading strategy in any jurisdiction. Opinions and information in this communication constitutes the current judgment of the authors as of the date and time of this report and are subject to change without notice. Information herein is believed to be reliable based upon publicly available data but Wolfe Research, LLC, and its affiliates, including but not limited to Wolfe Research Securities and Wolfe Research Advisors, LLC, make no representation that it is complete or accurate. The information provided in this communication is not designed to replace a recipient's own decision-making processes for assessing a proposed transaction or investment involving a financial instrument discussed herein. Recipients are encouraged to seek financial advice from their financial advisor regarding the appropriateness of investing in a security or financial instrument referred to in this report and should understand that statements regarding the future performance of the financial instruments or the securities referenced herein may not be realized. Past performance is not indicative of future results. This report is not intended for distribution to, or use by, any person or entity in any location where such distribution or use would be contrary to applicable law, or which would subject Wolfe Research, LLC, or any of its affiliates to any registration requirement within such location. For additional important disclosures, please see https://www.WolfeResearch.com/Disclosures.

The views expressed in Wolfe Research, LLC research reports with regard to sectors and/or specific companies may from time to time be inconsistent with the views implied by inclusion of those sectors and companies in other Wolfe Research, LLC analysts' research reports and modeling screens. Wolfe Research, LLC communicates with clients across a variety of mediums of the clients' choosing including emails, voice blasts, and electronic publication to our proprietary website. Facts and views in Wolfe Research, LLC research reports and notes have not been reviewed by, and may not reflect, information known to, professionals in other Wolfe Research, LLC affiliates or business areas, including investment banking personnel.

Copyright © Wolfe Research, LLC 2024. All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Wolfe Research, LLC. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of Wolfe Research, LLC.

This report is limited for the sole use of clients of Wolfe Research, LLC, Wolfe Research Securities and Wolfe Research Advisors, LLC which have been given permission prior to such use. Any distribution of the content produced by Wolfe Research, LLC will violate the understanding of the terms of our relationship.

*Please help us protect your advantage...*
**DO NOT FORWARD**