# EXHIBIT 27

# THE CAPITOL FORUM

Vol. 12 No. 462    August 9, 2024

## iRhythm: Recent FDA Inspection Reports Obtained by Capitol Forum Detail Significant Problems with Company's Technicians and Operations; Company Received Over 4,000 Complaints Regarding Technicians Misreading Data Yet Did Nothing

The inspection report from a recent inspection of iRhythm's (IRTC) Alameda facility indicates that the FDA has found significant problems with how the company is reporting problems with its heart monitoring devices both to doctors and the FDA. *The Capitol Forum* obtained the inspection reports of the Alameda and Cypress California facilities through a Freedom of Information Act request.

In particular, the FDA's inspection of the Alameda facility has found significant problems with how the company's certified cardiac technicians (CCT) are analyzing and classifying the data that they are then sending to cardiologists, an issue *The Capitol Forum* reported on earlier today.

"Your firm received approximately 4,014 complaints related to your Certified Cardiographic Technician (CCT) personnel operations from 05/02/2022 to 07/19/2024, including issues/events related to CCT personnel misreading arrhythmia data and providing such misclassified data to end users for diagnosis purposes. However, your firm is not adequately analyzing these complaints, issues, or events to identify the rate of occurrence or detect recurring quality problems. You also have not initiated any corrective and preventive actions to investigate the cause or identify the action(s) needed to correct and prevent recurrence of this quality problem," FDA inspectors wrote.

While iRhythm did not conduct any investigation of why its CCTs were misclassifying arrhythmia data in reports to doctors, it also was not reporting these mistakes to the FDA as required.

"You routinely do not report complaints and events alleging that your Certified Cardiographic Technician (CCT) personnel have misread or misinterpreted cardio-graphic arrythmia event data after patient wear of your devices and provided such misinformation to clinical end users for diagnosis purposes," the FDA inspectors wrote before listing several instances of violations.

In the FDA's view, these misinterpretations by the CCTs should also be reported to the FDA "as malfunctions of your medical devices' intended uses."

The FDA inspectors also found that the sensitivity of the algorithms iRhythm is using to classify arrhythmias was not meeting the company's own standards, yet "no corrective and preventive action or health hazard evaluation has been initiated, nor has a related risk analysis been performed."

Moreover, regarding the sensitivity specifications of iRhythm's devices, FDA inspectors at the Cypress facility found that "your firm has not established procedures to explain how to calculate

1

© 2024 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.

the algorithm sensitivity levels… this algorithm sensitivity is a measurement of the functionality of the algorithm, indicating how often it can accurately identify the different types of arrhythmias." Training documents revied by the inspectors "do not include instructions for calculating the algorithm sensitivity levels to ensure consistent and accurate calculations."

Former CCTs who worked at iRhythm previously told *The Capitol Forum* that analyzing data from the company's heart monitors required a fair amount of subjectivity and that they had been told to analyze the data "the iRhythm way" to find arrhythmias rather than how the data would be analyzed at another company or hospital. Those CCTs also told *The Capitol Forum* that arrhythmias they had identified were subsequently struck from final reports in order to make it appear that iRhythm devices had not missed them during the patient's initial wear period.

On a recent earnings call, iRhythm management appeared to downplay some of the FDA's findings before the inspection reports became public.

Regarding the FDA's findings, Quentin Blackford, iRhythm's CEO, stated that "there is no conversations in here with the FDA in the course of these inspections around the overall safety or efficacy of our product. That's not being discussed."

However, FDA inspectors highlighted the risks of iRhythm not reporting these errors to doctors and the FDA.

According to the FDA inspectors, "you routinely do not report required information after becoming aware of events that allege your Zio AT, Zio XT, Zio Monitor, and Zeus System Software medical devices have malfunctioned and would be likely to cause or contribute to a death or serious injury, if the malfunction were to recur."

Blackford attempted to separate the performance of the company's devices from the performance of its technicians reviewing the data obtained from the devices, saying "I think the fundamental issue sort of comes down to whether the IDTF, the CCTs, if you will, the clinical technicians, are they part of the product or are they not? And I think from the beginning of time, we view those as separate items. And I think the FDA has a bit of a different perspective right now that we're working through."

Blackford also told investors that the FDA had told iRhythm that it was "overreporting" some malfunctions of its devices, a curious statement given the large amount of underreporting identified by the agency.

2

© 2024 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.

LP_IRHYTHM_0001938

*The Capitol Forum* has <u>reported</u> extensively on problems with iRhythm's heart monitors and their ability to both accurately identify cardiac problems and promptly notify cardiologists of those problems.

iRhythm did not immediately respond to a request for comment for this article.

© 2024 The Capitol Forum. Direct or indirect reproduction or distribution of this article without prior written permission from The Capitol Forum is a violation of Federal Copyright Law.

LP_IRHYTHM_0001939