# EXHIBIT 28

# WOLFE RESEARCH

# IRHYTHM TECHNOLOGIES, INC. (IRTC)

## *IRTC: Heart Skipped a Few Beats, but Stage Set now to Return to Sinus Rhythm? Deep Exhale?*

**October 30, 2024**

**Rating:**
Outperform
**Price:**
$75.77
**Price Target:**
$105
*Prior: $115*
**% Upside:**
38.6%

View IRTC Model
View Comp Table

**The Wolfe Byte**
2025 model dinged on MCT filing pushout. Otherwise...progress toward lifting FDA overhang continues (=good). And core XT humming, AT perking up (who needs next gen MCT?), and ex 1xers yes we see leverage popping through. Disappointed to lower but modest. See room here.

**3Q24:** Revenue increased 18% and beat by a rounded 1%. Recall in September management set stage for 'no beat' due to difficult to predict summer quarter (seasonally low on volumes & return rates / wear times typically downtick on sweaty SZN). So...a rounded 1% upside fine by us. On operating loss...if exclude the known but unmodeled by Street $32M in process R&D 1x impairment charge due to the BioIntellisense deal...the number hit. Excluding this item we see operating loss ratio of 12%, 300 bps better QQ and 1,000 bps better YY. This is in our view represents real progress on the leverage initiatives. Often there are one timers with IRTC, yes, but we choose to look through here given size of the BioIntellisense charge.

**2024 guide:** Revenue midpoint holds, range narrowed $2.5M on top and bottom end.

**Breaking news! Second FDA 510k clears for ZIO AT:** Was not in prepared remark – press release hit mid-Q&A. Following the 510k clearance for previous design changes filed under letter to file week before last, the other 510k submitted in response to FDA warning letter has cleared. This one for design/label changes to address FDA concerns primarily around patient awareness of trigger limit. FDA overhang completely lifted? No – but this a major step forward. From here an upgrade of quality management system on tap for now into 2025. Management to go beyond what FDA observations suggest as minimum requirements.

**However...next gen MCT filing delayed a year:** Prior expectation was this would go in before end of year. Now, IRTC going to hold next gen MCT until remediation efforts further along. Target for submission now 3Q25. IRTC soft circled a $10M revenue impact from this slip, likely with 2H weight. We lower model for this – primary driver of estimate and target price reduction. In theory temporal – the share capture opportunity from MCT now to kick in more like mid-2026 vs prior 2H 2025? Model adjustment out of conservativism...why? IRTC separately noted uptick in AT momentum in 3Q.

## Company Information

| | |
|---|---|
| 52-Week Range | $57 - $124 |
| Market Cap. (M) | $2,367 |
| Enterprise Value (MM) | $2,535 |
| Shares Out. (MM) | 31.2 |
| Avg. Value Traded (MM) | $20.95 |
| SI% of Float | 8.2% |



— IRTC
Source: FactSet

Priced as of 10/30/24



**Mike Polark, CFA**
mpolark@wolferesearch.com
(617) 313-7810
View Mike's Research

**Ryan Schiller, CFA**
rschiller@wolferesearch.com
(617) 313-7807

**Paige Chamberlain**
pchamberlain@wolferesearch.com
(617) 313-7804

**Nolan Jenevein**
njenevein@wolferesearch.com

| REVENUES (MM) ($) | | | | | DECEMBER FYE |
|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | FY |
| **2024E** | 132 A | 148 A | 148 A | 157 E | 584 E |
| *Prior* | - | - | *146 E* | *160 E* | *585 E* |
| **2025E** | 154 E | 173 E | 172 E | 180 E | 679 E |
| *Prior* | *156 E* | *176 E* | *171 E* | *187 E* | *690 E* |

Source: Company Documents, Wolfe Research, FactSet
Numbers may not add up due to rounding

This report is limited solely for Wolfe Research's clients. Please see analyst certifications and important disclosures beginning on page 8.

**Please help us protect your advantage...**
**DO NOT FORWARD**

# WOLFE RESEARCH

**October 30, 2024**

---

**Investment Conclusion**

**We rate IRTC shares Outperform and have a $105 target price which is supported by DCF and simplistically represents ~5x 2025 revenue.**

**Our outperform rating considers not too hot, not too cold, but sensible valuation versus history & comps.** Over the last 12 months IRTC EV/revenue has averaged ~5x. Since IPO, IRTC EV/revenue has averaged 8.5x. Versus 30 SMID med tech comps that today average about 3.5x, premium of 5x warranted. Why? That group of 30 expected to grow revenue next year low teens %, on average. Whereas for IRTC we expect high teens. Premium growth warrants premium multiple. Underneath our SMID valuation frameworks is an attempt to "dream-the-dream" with a proper DCF. In the appendix of this note we attach a detailed long-term build for IRTC. Historically this one had been a great struggle for us, although has gotten slightly "easier" with time. Still not easy in grand scheme, but less demanding an exercise than it used to be. Things that could further improve ease of modeling would be more material EBIT margin leverage popping through in 2025 and executing on Zio MCT submission roadmap (now delayed to 3Q25, this pushout primary driver of model/target price revision). Moving beyond the FDA issues gets the company closer to its next gen MCT device which promises to enable years of share capture in a large pond where IRTC has been and remains a small fish. Net...the DCF shows an NPV near our $105 target using 9% discount rate and 5% terminal growth.

**Last...would be remiss to not remind/mention that, like many of our SMID cap names, risk of IRTC takeout is nonzero.** While takeout comps perhaps don't argue for big upside, they do support current trading levels and thus leave us with a dose of "downside" protection and comfort with our outperform rating. Four specific items to call out: (1) In 2021 Philips acquired BioTelemetry for approximately 5.5x forward revenue. We previously covered BioTelemetry which traded under the ticker BEAT. (2) Boston Scientific acquired privately held Preventice in a transaction that screened as 6x times trailing revenue on the upfront payment and up to 8x on a fully earned-out basis. (3) Hillrom (formerly HRC, now part of Baxter ticker BAX) acquired privately held Bardy Diagnostics for 12.5x revenue on an upfront basis – Bardy was smallest of the three by a substantive margin. (4) Our broader list of med tech takeout comps back 12 years suggests an average clearing price of 5.5x trailing revenue. Net/net...this just another tidbit in our mosaic that leaves us comfortable extending a ~5x revenue multiple for our target price.

| A Broader Set of SMID Med Tech Trading Comps | | | | | |
|---|---|---|---|---|---|
| *October 30, 2024* | | | | | |
| | **Market** | **EV / Revenue** | | **Revenue Growth** | |
| | **Cap ($M)** | **2024(E)** | **2025(E)** | **2024(E)** | **2025(E)** |
| **High** | 8,234 | 17.0x | 13.7x | 59% | 41% |
| **Median** | 1,926 | 2.5x | 2.4x | 13% | 12% |
| **Average** | 2,525 | 4.2x | 3.6x | 12% | 14% |
| **Low** | 28 | 0.3x | 0.3x | (16%) | 3% |

Source: FactSet. Note: Comp set includes following tickers: ATEC, ATRC, AVNS, AXGN, CNMD, ESTA, GKOS, HAE, IART, ICUI, INMD, INSP, IRTC, LIVN, LMAT, LUNG, MMSI, NARI, NVCR, NVRO, OM, PEN, TCMD, and TNDM.

---

Please help us protect your advantage...
**DO NOT FORWARD**

# WOLFE RESEARCH

**October 30, 2024**

**iRhythm Technologies, Inc. (IRTC)**
**Income Statement**

| (In $M, Except Where Stated) | 2022(A) | 1Q23(A) | 2Q23(A) | 3Q23(A) | 4Q23(A) | 2023(A) | 1Q24(A) | 2Q24(A) | 3Q24(A) | 4Q24(E) | 2024(E) | 1Q25(E) | 2Q25(E) | 3Q25(E) | 4Q25(E) | 2025(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $411 | $111 | $124 | $125 | $133 | $493 | $132 | $148 | $148 | $157 | $584 | $154 | $173 | $172 | $180 | $679 |
| Cost of Revenue | 129 | 36 | 38 | 42 | 45 | 161 | 44 | 45 | 46 | 47 | 182 | 45 | 50 | 50 | 52 | 197 |
| Research and Development | 47 | 15 | 14 | 16 | 15 | 60 | 17 | 20 | 48 | 16 | 100 | 18 | 18 | 18 | 18 | 72 |
| Selling, General, and Administrative | 349 | 100 | 91 | 94 | 111 | 397 | 109 | 107 | 104 | 110 | 429 | 115 | 115 | 115 | 115 | 460 |
| Operating Income | ($114) | ($40) | ($19) | ($28) | ($39) | ($125) | ($38) | ($23) | ($50) | ($16) | ($128) | ($24) | ($10) | ($11) | ($5) | ($50) |
| Interest & Other Expense (Income) | 2 | (0) | (1) | (1) | (1) | (3) | 7 | (3) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (17) |
| Pre-Tax Income | ($116) | ($39) | ($18) | ($27) | ($38) | ($123) | ($46) | ($20) | ($46) | ($12) | ($123) | ($20) | ($6) | ($7) | ($1) | ($33) |
| Income Tax | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income: Consensus Basis (GAAP) | ($116) | ($39) | ($18) | ($27) | ($39) | ($123) | ($46) | ($20) | ($46) | ($12) | ($124) | ($20) | ($6) | ($7) | ($1) | ($33) |
| EPS: Consensus Basis (GAAP) | ($3.88) | ($1.29) | ($0.61) | ($0.89) | ($1.26) | ($4.04) | ($1.47) | ($0.65) | ($1.48) | ($0.38) | ($3.97) | ($0.62) | ($0.18) | ($0.21) | ($0.03) | ($1.04) |
| Diluted S/O | 30 | 30 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 31 | 32 | 32 | 32 |
| | | | | | | | | | | | | | | | | |
| Revenue Growth | 27.3% | 20.6% | 21.6% | 20.0% | 17.7% | 19.9% | 18.4% | 19.3% | 18.4% | 18.3% | 18.6% | 16.5% | 17.1% | 16.5% | 14.7% | 16.2% |
| Gross Margin | 68.5% | 67.9% | 69.5% | 66.2% | 66.0% | 67.3% | 66.3% | 69.9% | 68.8% | 70.0% | 68.8% | 71.0% | 71.0% | 71.0% | 71.0% | 71.0% |
| R&D-to-Sales | 11.3% | 13.3% | 11.0% | 13.1% | 11.6% | 12.2% | 12.9% | 13.3% | 32.4% | 10.2% | 17.2% | 11.7% | 10.4% | 10.5% | 10.0% | 10.6% |
| SG&A-to-Sales | 84.9% | 90.0% | 73.6% | 75.3% | 83.9% | 80.5% | 82.4% | 72.1% | 70.5% | 70.2% | 73.5% | 74.8% | 66.3% | 66.9% | 63.9% | 67.8% |
| Adjusted EBITDA | ($16) | ($12) | $4 | $1 | $2 | ($4) | ($12) | $4 | ($28) | $8 | ($28) | $4 | $18 | $17 | $23 | $61 |
| Adjusted EBITDA Margin | (3.9%) | (10.8%) | 3.6% | 1.2% | 1.8% | (0.7%) | (9.1%) | 2.7% | (19.0%) | 5.3% | (4.7%) | 2.6% | 10.3% | 9.8% | 12.5% | 9.0% |
| Operating Margin | (27.7%) | (35.4%) | (15.2%) | (22.2%) | (29.6%) | (25.4%) | (28.9%) | (15.5%) | (34.1%) | (10.4%) | (21.8%) | (15.5%) | (5.7%) | (6.4%) | (2.9%) | (7.4%) |
| Pretax Margin | (28.2%) | (35.0%) | (14.7%) | (21.6%) | (29.0%) | (24.9%) | (34.6%) | (13.5%) | (31.2%) | (7.6%) | (21.1%) | (12.7%) | (3.2%) | (3.8%) | (0.5%) | (4.8%) |
| Effective Tax Rate | (0.2%) | (0.2%) | (1.2%) | (0.7%) | (0.7%) | (0.6%) | (0.1%) | (1.0%) | (0.4%) | 0.0% | (0.3%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Net Margin | (28.3%) | (35.1%) | (14.9%) | (21.8%) | (29.2%) | (25.0%) | (34.6%) | (13.6%) | (31.3%) | (7.6%) | (21.2%) | (12.7%) | (3.2%) | (3.8%) | (0.5%) | (4.8%) |

Source: company reports & Wolfe Research estimates
Published: 10/30/2024

Please help us protect your advantage...
**DO NOT FORWARD**

# WOLFE RESEARCH

October 30, 2024

## IRTC 3Q24 P&L Detail and Variance

### Income Statement Variance

| (In $M, Except Where Stated) | Actual | Y-Y Δ | Wolfe (E) | Δ | %Δ | Street (E) | Δ | %Δ |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | $148 | 18.4% | $146 | $2 | 1.3% | $147 | $1 | 0.6% |
| **Direct Costs** | $46 | 9.3% | $44 | $2 | 3.7% | $46 | $1 | 1.1% |
| *Gross Margin %* | 68.8% | 259 bps | 69.5% | (72) bps | | 68.9% | (17) bps | |
| **R&D** | $48 | 192.9% | $16 | $32 | 198.5% | $18 | $30 | 168.5% |
| *% of Revenue* | 32.4% | 1928 bps | 11.0% | 2138 bps | | 12.1% | 2025 bps | |
| **SG&A** | $104 | 10.9% | $105 | ($1) | (0.9%) | $102 | $2 | 2.0% |
| *% of Revenue* | 70.5% | (475) bps | 72.1% | (161) bps | | 69.5% | 98 bps | |
| **Interest & Other Expense (Income), Net** | ($4) | - | ($3) | ($1) | - | | | |
| **Taxes** | $0 | (3.6%) | $0 | $0 | - | | | |
| *Effective Tax Rate %* | (0.4%) | 32 bps | 0.0% | (41) bps | | | | |
| **Diluted S/O** | 31 | 2.1% | 31 | 0 | 0.1% | | | |
| **GAAP EPS** | ($1.48) | 66.7% | ($0.54) | ($0.94) | 175.5% | ($0.58) | ($0.90) | 155.1% |

### Operating and Non-Operating Items Variance

| (In $M, Except Where Stated) | Actual | Y-Y Δ | Wolfe (E) | Δ | %Δ | Street (E) | Δ | %Δ |
|---|---|---|---|---|---|---|---|---|
| **Operating Items** | ($50) | 82.2% | ($20) | ($30) | 154.0% | ($18) | ($32) | 178.0% |
| *Operating Margin %* | (34.1%) | (1194) bps | (13.6%) | (2049) bps | | (12.3%) | (2176) bps | |
| **Non-Operating Items** | $4 | - | $3 | $1 | - | | | |
| *Net Margin %* | (31.3%) | (954) bps | (11.5%) | (1980) bps | | | | |

Source: FactSet, company reports and Wolfe estimates

Please help us protect your advantage…
**DO NOT FORWARD**

**WOLFE RESEARCH**

**October 30, 2024**

## Ambulatory Cardiac Monitoring (ACM): Wolfe Market Model (2023E)

| Device | Cases/Year | Price/Case (All Payers) | Dollars | Share of Total ACM Units | Share of ACM Dollars |
|---|---|---|---|---|---|
| Short-Term Holter (1-2 day wear) | 1,500,000 | $50 | $75M | 25% | 4% |
| Event Monitoring | 1,000,000 | $200 | $200M | 17% | 12% |
| Long-Term Holter (3-15 day wear) | 2,500,000 | $250 | $625M | 42% | 37% |
| Mobile Cardiac Telemetry | 900,000 | $900 | $810M | 15% | 47% |
| **Total ACM Tests** | **5,900,000** | **$290** | **$1.710B** | | |

## Share Estimate -> Total Dollars Non-Implantable ACM (2023E)

| Company | Total Revenue | Dollar Share |
|---|---|---|
| **iRhythm (IRTC)** | **$493M** | **29%** |
| *Mobile Cardiac Telemetry* | *$60M* | *4%* |
| *Short-Term & Long-Term Holter* | *$433M* | *25%* |
| *Event Monitoring* | *$0M* | *0%* |
| **BioTelemetry (PHIA)** | **$450M** | **26%** |
| *Mobile Cardiac Telemetry* | *$315M* | *18%* |
| *Short-Term & Long-Term Holter* | *$85M* | *5%* |
| *Event Monitoring* | *$50M* | *3%* |
| **Preventice (BSX)** | **$265M** | **15%** |
| *Mobile Cardiac Telemetry* | *$165M* | *10%* |
| *Short-Term & Long-Term Holter* | *$65M* | *4%* |
| *Event Monitoring* | *$35M* | *2%* |
| **Bardy Diagnostics (BAX)** | **$65M** | **4%** |
| *Mobile Cardiac Telemetry* | *$0M* | *0%* |
| *Short-Term & Long-Term Holter* | *$65M* | *4%* |
| *Event Monitoring* | *$0M* | *0%* |
| **Vital Connect (Private)** | **$50M** | **3%** |
| *Mobile Cardiac Telemetry* | *$20M* | *1%* |
| *Short-Term & Long-Term Holter* | *$20M* | *1%* |
| *Event Monitoring* | *$10M* | *1%* |
| **All Others (Implied)** | **$387M** | **23%** |
| *Mobile Cardiac Telemetry* | *$250M* | *15%* |
| *Short-Term & Long-Term Holter* | *$32M* | *2%* |
| *Event Monitoring* | *$105M* | *6%* |
| **Total** | **$1.710B** | |

## Mobile Cardiac Telemetry (MCT) - Sub Analysis (2023E)

| Company | Total Revenue | Dollar Share |
|---|---|---|
| **BioTelemetry (PHIA)** | $315M | 39% |
| **Preventice (BSX)** | $165M | 20% |
| **iRhythm (IRTC)** | $60M | 7% |
| **Vital Connect (Private)** | $20M | 2% |
| **All Others (Implied)** | $250M | 31% |
| **Total** | **$810M** | |

## Short & Long-Term Holter (i.e., 1-2 day & 3-15 day - Sub Analysis (2023E)

| Company | Total Revenue | Dollar Share |
|---|---|---|
| **iRhythm (IRTC)** | $433M | 62% |
| **BioTelemetry (PHIA)** | $85M | 12% |
| **Preventice (BSX)** | $65M | 9% |
| **Bardy Diagnostics (BAX)** | $65M | 9% |
| **Vital Connect (Private)** | $20M | 3% |
| **All Others (Implied)** | $32M | 5% |
| **Total** | **$700M** | |

## Event Monitoring - Sub Analysis (2023E)

| Company | Total Revenue | Dollar Share |
|---|---|---|
| **BioTelemetry (PHIA)** | $50M | 25% |
| **Preventice (BSX)** | $35M | 18% |
| **Vital Connect (Private)** | $10M | 5% |
| **All Others (Implied)** | $105M | 53% |
| **Total** | **$200M** | |

Source: company reports and Wolfe Research estimates. Note: converting a 1-2 day Holter script to a 3-15 day script quintiples the revenue collected per case (i.e., $50 to $250).

*Please help us protect your advantage...*
**DO NOT FORWARD**

# WOLFE
### RESEARCH

## iRhythm Technologies (IRTC) -> Illustrative Product DCF (Zio XT and Zio AT/MCT)

*2030 beyond extent of published model*

| In 000s | 2024(E) | 2025(E) | 2026(E) | 2027(E) | 2028(E) | 2029(E) | 2030(E) | 2031(E) | 2032(E) | 2033(E) | 2034(E) | 2035(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **US: Zio XT** | | | | | | | | | | | | |
| Ambulatory Cardiac Monitoring Rx US | 6,720 | 7,056 | 7,374 | 7,705 | 8,052 | 8,374 | 8,709 | 9,057 | 9,420 | 9,749 | 10,091 | 10,444 |
| Extended Holter Share | 42% | 45% | 47% | 50% | 52% | 55% | 58% | 61% | 64% | 67% | 70% | 73% |
| US Extended Holter Cases | 2,822 | 3,140 | 3,466 | 3,814 | 4,187 | 4,600 | 5,039 | 5,506 | 6,002 | 6,497 | 7,020 | 7,572 |
| Zio XT Market Share | 70% | 70% | 71% | 71% | 72% | 72% | 73% | 73% | 74% | 74% | 75% | 75% |
| Zio XT Volume US Market | 1,976 | 2,212 | 2,457 | 2,722 | 3,007 | 3,324 | 3,665 | 4,029 | 4,419 | 4,814 | 5,233 | 5,679 |
| Average Selling Price | 0.25 | 0.25 | 0.25 | 0.25 | 0.24 | 0.24 | 0.24 | 0.24 | 0.23 | 0.23 | 0.23 | 0.23 |
| **US Zio XT Revenue** | 502 | 556 | 612 | 671 | 734 | 803 | 876 | 954 | 1,036 | 1,117 | 1,202 | 1,291 |
| *Year/Year growth* | 16% | 11% | 10% | 10% | 9% | 9% | 9% | 9% | 9% | 8% | 8% | 7% |
| *US Zio XT Revenue % of Total Revenue* | 87% | 81% | 75% | 70% | 66% | 63% | 60% | 60% | 60% | 59% | 59% | 59% |
| | | | | | | | | | | | | |
| **US: Zio AT/MCT** | | | | | | | | | | | | |
| Ambulatory Cardiac Monitoring Rx US | 6,720 | 7,056 | 7,374 | 7,705 | 8,052 | 8,374 | 8,709 | 9,057 | 9,420 | 9,749 | 10,091 | 10,444 |
| MCT Rx Penetration | 15% | 15% | 16% | 16% | 17% | 17% | 18% | 18% | 19% | 19% | 20% | 20% |
| US Mobile Cardiac Telemetry Cases | 1,008 | 1,090 | 1,173 | 1,261 | 1,354 | 1,446 | 1,544 | 1,647 | 1,756 | 1,861 | 1,972 | 2,089 |
| Zio AT/MCT Market Share | 7% | 11% | 16% | 20% | 24% | 28% | 33% | 33% | 33% | 33% | 33% | 33% |
| Total serviceable Zio AT/MCT Cases | 71 | 123 | 182 | 249 | 325 | 409 | 502 | 535 | 571 | 605 | 641 | 679 |
| Average Selling Price | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 |
| **US Zio AT/MCT Revenue** | 55 | 95 | 141 | 193 | 251 | 316 | 388 | 414 | 441 | 468 | 496 | 525 |
| *Year/Year growth* | 12% | 74% | 48% | 37% | 31% | 26% | 23% | 7% | 7% | 6% | 6% | 6% |
| *US Zio AT/MCT Revenue % of Total Revenue* | 9% | 14% | 17% | 20% | 23% | 25% | 27% | 26% | 25% | 25% | 24% | 24% |
| | | | | | | | | | | | | |
| **International: Zio XT** | | | | | | | | | | | | |
| **Total OUS Zio XT Revenue** | 23 | 34 | 66 | 98 | 131 | 164 | 197 | 230 | 264 | 298 | 332 | 367 |
| *Year/Year growth* | 149% | 52% | 93% | 49% | 33% | 25% | 20% | 17% | 15% | 13% | 12% | 10% |
| *OUS Zio XT % of Total Revenue* | 4% | 5% | 8% | 10% | 12% | 13% | 13% | 14% | 15% | 16% | 16% | 17% |
| | | | | | | | | | | | | |
| **Summary KPIs** | | | | | | | | | | | | |
| US Zio XT Unit Volume | 1,976 | 2,212 | 2,457 | 2,722 | 3,007 | 3,324 | 3,665 | 4,029 | 4,419 | 4,814 | 5,233 | 5,679 |
| *Year/Year growth* | 16% | 12% | 11% | 11% | 10% | 11% | 10% | 10% | 10% | 9% | 9% | 9% |
| OUS Zio XT Unit Volume | 89 | 136 | 266 | 399 | 536 | 677 | 823 | 972 | 1,126 | 1,284 | 1,447 | 1,614 |
| *Year/Year growth* | 149% | 54% | 95% | 50% | 34% | 26% | 21% | 18% | 16% | 14% | 13% | 12% |
| **Global Zio XT Unit Volume** | 2,064 | 2,349 | 2,723 | 3,121 | 3,543 | 4,002 | 4,487 | 5,001 | 5,545 | 6,098 | 6,680 | 7,293 |
| *Year/Year growth* | 19% | 14% | 16% | 15% | 14% | 13% | 12% | 11% | 11% | 10% | 10% | 9% |
| **US Zio AT/MCT Unit Volume** | 71 | 123 | 182 | 249 | 325 | 409 | 502 | 535 | 571 | 605 | 641 | 679 |
| *Year/Year growth* | 12% | 74% | 48% | 37% | 31% | 26% | 23% | 7% | 7% | 6% | 6% | 6% |
| **Company Level ASP** | 0.271 | 0.277 | 0.282 | 0.285 | 0.288 | 0.291 | 0.293 | 0.289 | 0.285 | 0.281 | 0.277 | 0.274 |
| *Year/Year growth* | (0%) | 2% | 2% | 1% | 1% | 1% | 1% | (1%) | (1%) | (1%) | (1%) | (1%) |
| | | | | | | | | | | | | |
| **Global IRTC Revenue** | 579 | 685 | 818 | 962 | 1,116 | 1,282 | 1,461 | 1,598 | 1,741 | 1,882 | 2,030 | 2,183 |
| *Revenue Growth* | 18% | 18% | 19% | 17% | 16% | 15% | 14% | 9% | 9% | 8% | 8% | 8% |
| EBIT | (126) | (50) | (33) | 19 | 79 | 145 | 219 | 258 | 302 | 348 | 399 | 480 |
| *EBIT Margin* | (22%) | (7%) | (4%) | 2% | 7% | 11% | 15% | 16% | 17% | 19% | 20% | 22% |
| Less: Tax (25%) | 32 | 13 | 8 | (5) | (20) | (36) | (55) | (65) | (75) | (87) | (100) | (120) |
| **NOPAT** | (95) | (38) | (25) | 14 | 59 | 109 | 164 | 194 | 226 | 261 | 299 | 360 |
| Add: D&A | 20 | 23 | 27 | 32 | 37 | 42 | 48 | 53 | 57 | 62 | 67 | 72 |
| Less: Capex | (48) | (56) | (66) | (78) | (90) | (101) | (104) | (107) | (109) | (112) | (115) | (118) |
| Less: Working Capital Investment | (107) | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **Free Cash Flow** | (230) | (69) | (61) | (29) | 9 | 52 | 111 | 142 | 176 | 213 | 254 | 317 |
| Terminal Value (Perpetual Growth) | | | | | | | | | | | | 8,311 |
| **Undiscounted Cash Flows** | (230) | (69) | (61) | (29) | 9 | 52 | 111 | 142 | 176 | 213 | 254 | 8,628 |
| **Discounted Cash Flows** | (226) | (62) | (51) | (22) | 6 | 33 | 65 | 76 | 87 | 97 | 106 | 3,296 |
| | | | | | | | | | | | | |
| Discount Rate | 9% | | | | | | | | | | | |
| Terminal Growth Rate | 5% | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Net Present Value (Firm)** | $3,405 | | | | | | | | | | | |
| Less Net Debt (Plus Net Cash) | $124 | | | | | | | | | | | |
| **Imputed Equity Value** | $3,281 | | | | | | | | | | | |
| Share Count | 31.3 | | | | | | | | | | | |
| **Per Share Valuation** | $105 | | | | | | | | | | | |

Source: company reports & Wolfe Research estimates.

Please help us protect your advantage...
**DO NOT FORWARD**

![Wolfe Research logo]

October 30, 2024

## IRTC NTM EV/Revenue ~3.8X, Down ~12% from 2Q24 Earnings Call



Source: Wolfe Research, FactSet.

Please help us protect your advantage...
**DO NOT FORWARD**

**October 30, 2024**

# DISCLOSURE SECTION

**Analyst Certification:**

The various Wolfe Research, LLC analysts who are primarily responsible for this research report certify that (i) the recommendations and opinions expressed in this research report accurately reflect the research analysts' personal views about the subject securities or issuers and (ii) no part of the research analysts' compensation was, is or will be directly or indirectly related to the specific recommendations or views contained in this report.

**Important Disclosures:**

**Price Chart(s) with Ratings and Target Price History**



iRhythm Technologies, Inc. Rating History as of 10/29/2024

Outperform (OP); Peer Perform (PP); Underperform (UP); Not Rated (NR); Initiation of Coverage (I); Discontinuation of Coverage (D)

**Wolfe Research, LLC Fundamental Valuation Methodology:**

| Company: | Fundamental Valuation Methodology: |
|---|---|
| iRhythm Technologies, Inc. | Our year-end 2024 target price is derived using multiples on 2025 revenue and a long-term DCF model. |

**Wolfe Research, LLC Fundamental Recommendation, Rating and Target Price Risks:**

| Company: | Risks That May Impede Achievement of the Recommendation, Rating or Target Price: |
|---|---|
| iRhythm Technologies, Inc. | Downside risks to Outperform rating include increased category competition/choice, volume bottlenecks from continued provider staffing challenges, underperformance of operational efficiency efforts, failure to achieve revenue and margin expansion targets embedded in long-term vision, and potential for a material negative impact from FDA's Zio AT warning letter or DOJ investigation. |

**Wolfe Research, LLC Research Disclosures:**

| Company: | Research Disclosures: |
|---|---|
| iRhythm Technologies, Inc. | None |

**Other Disclosures:**

Please help us protect your advantage…
**DO NOT FORWARD**

**October 30, 2024**

**Wolfe Research, LLC Fundamental Stock Ratings Key:**

| | |
|---|---|
| Outperform (OP): | The security is projected to outperform analyst's industry coverage universe over the next 12 months. |
| Peer Perform (PP): | The security is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months. |
| Underperform (UP): | The security is projected to underperform analyst's industry coverage universe over the next 12 months. |

Wolfe Research, LLC does not assign target prices for Peer Perform rated companies.

Wolfe Research, LLC uses a relative rating system using the terms Outperform, Peer Perform, and Underperform as per the definitions above. Please carefully read these definitions used in Wolfe Research, LLC research. In addition, since Wolfe Research, LLC research contains more complete information concerning the analyst's views, please carefully read Wolfe Research, LLC research in its entirety and do not infer the contents from the ratings alone. In all cases, ratings (or research) should not be used or relied upon as investment advice and any investment decisions should be based upon individual circumstances and other considerations.

**Wolfe Research, LLC Industry Weighting System:**

| | |
|---|---|
| Market Overweight (MO): | Expect the industry to outperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |
| Market Weight (MW): | Expect the industry to perform approximately in line with the primary market index for the region (S&P 500 in the U.S.) over the next 12 months. |
| Market Underweight (MU): | Expect the industry to underperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |

**Wolfe Research, LLC Distribution of Fundamental Stock Ratings (As of October 30, 2024):**

| | | |
|---|---|---|
| Outperform: | 46% | 4% Investment Banking Clients within the previous 12 months |
| Peer Perform: | 47% | 3% Investment Banking Clients within the previous 12 months |
| Underperform: | 7% | 2% Investment Banking Clients within the previous 12 months |

**Other Disclosures:**

Wolfe Research, LLC does not assign ratings of Buy, Hold, or Sell to the stocks it covers. Outperform, Peer Perform, and Underperform are not the respective equivalents of Buy, Hold, and Sell but represent relative weightings as defined above. To satisfy regulatory requirements, Outperform has been designated to correspond with Buy, Peer Perform has been designated to correspond with Hold, and Underperform has been designated to correspond with Sell.

Wolfe Research Securities and Wolfe Research, LLC have adopted the use of Wolfe Research and The Wolfe Daily Howl as brand names. Wolfe Research Securities, a member of FINRA (www.finra.org) and the National Futures Association, is the broker-dealer affiliate of Wolfe Research, LLC. Wolfe Research Advisors, LLC is an SEC registered Investment Adviser affiliate of Wolfe Research, LLC. The Research Department of Wolfe Research, LLC produces and distributes research to clients of Wolfe Research, LLC, Wolfe Research Advisors, LLC, and Wolfe Research Securities. Any analysts publishing these reports are associated with Wolfe Research, LLC, Wolfe Research Advisors, LLC, and Wolfe Research Securities.

The Wolfe Daily Howl, Monthly Controversies Report, and The Highlight Note are subscription-based products for Institutional investor subscribers only and are products of Wolfe Research, LLC. The Wolfe Daily Howl may contain

Please help us protect your advantage...
**DO NOT FORWARD**

**WOLFE**

**R E S E A R C H**

**October 30, 2024**

previously published research which have been repackaged for Wolfe Daily Howl subscribers. Wolfe Research, LLC, its affiliates, officers, directors, employees, and agents will not be liable for any investment decisions made or actions taken by you or others based on any news, information, opinion, or any other material published through this service.

The content of this report is to be used solely for informational purposes and should not be regarded as an offer, or a solicitation of an offer, to buy or sell a security, financial instrument or service discussed herein or to participate in any particular trading strategy in any jurisdiction. Opinions and information in this communication constitutes the current judgment of the authors as of the date and time of this report and are subject to change without notice. Information herein is believed to be reliable based upon publicly available data but Wolfe Research, LLC, and its affiliates, including but not limited to Wolfe Research Securities and Wolfe Research Advisors, LLC, make no representation that it is complete or accurate. The information provided in this communication is not designed to replace a recipient's own decision-making processes for assessing a proposed transaction or investment involving a financial instrument discussed herein. Recipients are encouraged to seek financial advice from their financial advisor regarding the appropriateness of investing in a security or financial instrument referred to in this report and should understand that statements regarding the future performance of the financial instruments or the securities referenced herein may not be realized. Past performance is not indicative of future results. This report is not intended for distribution to, or use by, any person or entity in any location where such distribution or use would be contrary to applicable law, or which would subject Wolfe Research, LLC, or any of its affiliates to any registration requirement within such location. For additional important disclosures, please see https://www.WolfeResearch.com/Disclosures.

The views expressed in Wolfe Research, LLC research reports with regard to sectors and/or specific companies may from time to time be inconsistent with the views implied by inclusion of those sectors and companies in other Wolfe Research, LLC analysts' research reports and modeling screens. Wolfe Research, LLC communicates with clients across a variety of mediums of the clients' choosing including emails, voice blasts, and electronic publication to our proprietary website. Facts and views in Wolfe Research, LLC research reports and notes have not been reviewed by, and may not reflect, information known to, professionals in other Wolfe Research, LLC affiliates or business areas, including investment banking personnel.

Copyright © Wolfe Research, LLC 2024. All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Wolfe Research, LLC. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of Wolfe Research, LLC.

This report is limited for the sole use of clients of Wolfe Research, LLC, Wolfe Research Securities and Wolfe Research Advisors, LLC which have been given permission prior to such use. Any distribution of the content produced by Wolfe Research, LLC will violate the understanding of the terms of our relationship.