# EXHIBIT 29



## Zio AT® Device

The Zio AT® device enables iRhythm mobile cardiac telemetry (MCT) monitoring service that provides continuous, uninterrupted recording, wear-time transmissions, and a comprehensive end-of-wear report.[1,4]

Learn more

 

## Aim to simplify cardiac monitoring.

A single-use monitor thoughtfully designed for patient convenience, requiring no maintenance or battery changes.[12]

### Convenient
It can be worn during routine activities such as exercising, traveling, showering, and sleeping, allowing patients to go about their daily lives.[1,7]

### Proprietary
The proprietary hydrogel electrodes ensure an ECG signal with minimal artifact.[5]

### Intentional
The monitor has a patented flexible, lightweight, water-resistant design.[1,8,10]



## Not all monitoring services are created equal.

The Zio AT® device enables iRhythm mobile cardiac telemetry (MCT) monitoring service that provides continuous, uninterrupted recording that other monitoring services requiring battery, lead, or adhesive changes may miss.[1,4]

- Patient-centered design translates into longer wear times and an astounding 98% patient compliance.[5]
- High patient compliance enables 99% analyzable time.[5,6]
- End-of-wear report with 99% physician agreement.[5]
- The value of the iRhythm service has been demonstrated in over 100 original scientific research manuscripts.[11]

## Get started with an end-to-end service

The iRhythm monitoring service incorporates leading technology and tools at each step of the cardiac monitoring experience.

### Advanced AI
We combine a deep-learned, FDA-cleared algorithm with Qualified Cardiac Technicians[5] to generate end-of-wear reports with 99% physician agreement.[5]

Learn more →

### ZioSuite® portal and app
Interpret reports, manage patients, and more — from the computer or on the go with the provider mobile app.

Learn more →

### MyZio® app
Supports patients on their monitoring journey with digital symptom logging, educational content, and reminders.

Learn more →

## Using the Zio AT Device

Learn how to use the Zio AT device.

⬇ Download instructions for use

## Keep reading

**CLINICAL ARTICLE**
Hannun et al., Nature Medicine, 2019

### Deep Neural Network to Detect and Classify Arrhythmias

To assess if a deep learning approach can classify a broad range of arrhythmias with diagnostic performance of cardiologists

Read more →

**CLINICAL ARTICLE**
Go et al., JAMA Cardiology, 2018

### Association of AF Burden with Stroke Risk (KP-RHYTHM Study)

A retrospective study to evaluate the association between AF burden and ischemic stroke risk in patients with PAF not on OAC

Read more →

### Billing & Reimbursement

Our specialized billing team works directly with our customers to manage their individual insurance claims and address billing inquiries; mitigating the need for you to navigate these complex tasks and financial intricacies independently.

Read more →

## Continue the conversation

US Residents Only

What best describes your role? *

Business Email *

Organization Name *

First Name *

Last Name *

Phone Number *

Postal Code *

How can we help you today? Please do not enter any personal health information here. *

☐ I acknowledge and agree that iRhythm Technologies, Inc., iRhythm Technologies, Ltd. or an authorized representative (collectively, "iRhythm") may store and process my personal information in accordance with the terms of iRhythm's Privacy Policy. By submitting this form, you consent to iRhythm contacting you for purposes of marketing its products, services and events. In order to personalize the information you receive, the information you provide here may be combined with information received from other sources, as described in our Privacy Policy. You may unsubscribe at any time. For more information about iRhythm's processing of your personal information, you may review our Privacy Policy. *


protected by reCAPTCHA
Privacy - Terms

Submit

1. Zio AT Clinical Reference Manual. iRhythm Technologies, 2022.
2. Continuous, uninterrupted refers to the recording of ECG data. Zio AT Gateway transmissions may be impacted by a variety of factors. See Product Labeling for more information.
3. Zio AT is contraindicated for critical care patients.
4. Do not use Zio AT for patients with symptomatic episodes where variations in cardiac performance could result in immediate danger to the patient or other real-time or in-patient monitoring should be prescribed. Refer to the Zio AT labeling and Clinical Reference Manual for full contraindications.
5. Zio AT does not require battery changes or charging. Zio AT has wear time transmission limits and is contraindicated for critical care patients. Refer to the Zio AT Clinical Reference Manual for additional information.
6. The device should not be submerged in water. During a bath, keep the device above water. Please refer to the device Instruction for Use or Clinical Reference Manual.
7. Zio AT does not transmit ECG data while in airplane mode. Please refer to the device Clinical Reference Manual.
8. Data on file. iRhythm Technologies, 2018.
9. Data on file. iRhythm Technologies, 2019.
10. Information related to Zio AT device, not Gateway. For additional information, refer to the Clinical Reference Manual.
11. Data on file. iRhythm Technologies, 2011-2023.
12. Analyzable time is based off median values for a 14-day prescription.
13. Based on a review of all online Zio AT, Zio monitor, Zio AT and off-wear reports. Data on file. iRhythm Technologies, 2023.
14. Data on file. iRhythm Technologies, 2020.
15. Data on file. iRhythm Technologies, 2022.
16. Hannun et al. Cardiologist-level arrhythmia detection and classification in ambulatory electrocardiograms using a deep neural network. Nat Med. 2019;25(1):65-69. https://doi.org/10.1038/s41591-018-0268-3
17. Deep learned algorithm is only available in the United States, European Union, Switzerland, United Kingdom, and Japan.
18. FDA 510(k) clearance, CE mark, UKCA mark, and PMDA approval.
M000138 (1)

Solutions and Services
Solutions & Services Overview
iRhythm Service
FDA-Cleared
Telehealth
Instructions for Use

Who We Are
Who We Are Overview
Our Leadership
Careers
Investor Relations
News and Events
Trust Center
Contact Us

Healthcare Professionals
Healthcare Professionals Overview
Clinical Resource Center
Value-Based Care
Billing and Reimbursement
Medical Affairs

Patients
Patients Overview
Patient Support and FAQs
Zio® monitor Patient Education
Zio AT® Patient Education
Zio Stories

Subscribe to our email list to get iRhythm updates in your inbox.

For US Residents Only

What best describes your role? *

Business Email *

☐ I acknowledge and agree that iRhythm Technologies, Inc., iRhythm Technologies, Ltd. or an authorized representative (collectively, "iRhythm") may store and process my personal information in accordance with the terms of iRhythm's Privacy Policy. By submitting this form, you consent to iRhythm contacting you for purposes of marketing its products, services and events. In order to personalize the information you receive, the information you provide here may be combined with information received from other sources, as described in our Privacy Policy. You may unsubscribe at any time. For more information about iRhythm's processing of your personal information, you may review our Privacy Policy. *

Submit

Terms of Use    Privacy    Security    Patents and Trademarks    Sitemap    Regulatory Information    Cookies Settings    Do not share or sell my personal data

Unless otherwise specified, the names, marks, trade dress and logos appearing in this Internet site are owned by, licensed to, or used with authorization by iRhythm, Inc., its subsidiaries or affiliates or are the property of their respective owners, and used for identification purposes only. Use of third-party names appear, marks in this site does not necessarily imply endorsement. No use of any iRhythm name, mark, trade dress or logo in this site may be made without the prior written authorization of iRhythm, except to identify the product or services of iRhythm.

©2025 iRhythm, Inc. All rights reserved. M000138 (1)