# EXHIBIT 31

# TRUIST HH

# Truist Securities

Equity Research Report

October 31, 2025

**HEALTHCARE: Cardio**

**Richard Newitter**
212-319-5883
Richard.Newitter@truist.com

**Ravi Misra**
212-590-0973
Ravi.Misra@truist.com

Felipe Lamar
212-326-6137
Felipe.Lamar@truist.com

| | |
|---|---|
| Stock Rating | **BUY** |
| | *Unchanged* |
| Price Target | **$230.00** |
| | ↑ |
| | *from* |
| | *$205.00* |

| | |
|---|---|
| TR to Target | 24.9% |
| Price (Oct. 30, 2025) | $184.12 |
| 52-Wk Range | $187.07-$72.44 |
| Market Cap ($M) | $5,714 |
| ADTV | 302,694 |
| Shares Out (M) | 31 |
| Short Interest Ratio/% Of Float | 8.4% |
| Enterprise Value ($M) | $5,780 |
| Cash & Equivalents ($M) | $577 |
| Total Debt ($M) | $644 |

7 Page Document

## Reasons for this report

✓ Earnings Recap
✓ Updating Estimates and PT

# iRhythm Technologies, Inc. (IRTC)

IRTC - Another Squeeky Clean 3Q Beat & Raise (Over The 3Q Upside); MCT Launch Tracking to 2H26E; Est.'s / PT Inc.

**IRTC delivered the clean 3Q beat & raise we hoped it would w/ an $8M rev beat fueled by core business strength, Zio AT adoption, and progress with innovative channel partners.** We believe the increase in FY25 rev guidance (raised by ~$13M at the mdpt or ~$5M higher than the beat), signals mgmt's confidence in broad portfolio momentum going forward. With regulatory remediation efforts on-track, an MCT 3Q25 FDA submission completed (on track for a 2H26E launch), progress in the value-based care channel, and strong potl. for a profitability inflection on the horizon, there is a lot to look forward to. **Our est.'s increase & PT increases to $230 PT (vs. $205); Reit Buy**.

**Our PT goes to ~$230 (vs. $205)** based on a ~7.5x '27E EV/Sales. This would be above the company's high-growth comp group (20%+ SMID growers) now trading at ~6.3 '26E sales. Our PT increase reflects a premium multiple to IRTC's peers that have experienced some multiple expansion since our last valuation update. We believe at least a 1x premium (or higher) multiple is sustainable given upward bias to CNS rev growth forecasts into the out-yrs + accelerating rev growth prospects that we expect could materialize in 2H26 assuming on-time MCT approval (left as upside to our model currently) and given the accelerating growth trend we have seen playing out throughout 2025 (suggesting a longer duration of > 20% growth into 2026+ alongside an expanding margin trajectory).

**Revenue grew ~31% in the quarter to $193M, outpacing $185M (+24.7%) CNS, while 3Q25 adj. EBITDA of $22M exceeded $17.6M CNS.** The beat marks the fifth consecutive quarter of 20% plus y/y revenue growth (and first +30% y/y growth) fueled by robust volume growth from both Zio Monitor and Zio AT. Mgmt. called out strong contributions from innovative channel partners, while increasing the # of partners to 18 (vs 12 in 2Q25). New store growth (accounts that have been open for fewer than 12 months) made up ~60% of the company's y/y volume growth (down slightly from ~68% last quarter), and home enrollment constituted ~23% of 3Q volumes (flat q/q). Down the P&L, GM of 71.1% was ~140bps ahead of street expectations (71.1% vs. 69.7% CNS), with improvement driven by economies of scale from accelerated volume growth. Operating expenses were $141M (vs. $138.0M CNS), driven by volume related costs and investments to drive future growth. Adj. EBITDA margin stepped up to 11.2% (vs. 9.2% CNS), driven by top-line growth outperformance and the GM beat, offsetting the slightly higher than anticipated Opex.

**Mgmt. raised 2025 rev. gdce ~$5M beyond the $8M 3Q beat to $735-740M ($720-$730M prior).** Down the P&L, mgmt. reiterated GM to slightly exceed that of 2024, with guidance assuming clinical operations and manufacturing efficiencies offsetting a negative headwind from tariffs (reit. 50bps headwind to GM). **EBITDA guidance was raised to 8.25-8.75% (vs. 8.0-8.5% prior),** which effectively passed on the 3Q25 beat.

**The company filed a 510(k) for the next-gen Zio MCT in September with plans of a 2H26E launch.** Mgmt. is waiting for more clarity from the FDA on approval timeline before including MCT contributions in its revenue guidance and noted that it has not communicated with the FDA since the 510k submission. That said the company is on track for a 2H26E approval and while **we leave MCT as upside to our model** given unpredictability of the

| Revenue ($M) | 2024A | 2025E | | | 2026E | | |
|---|---|---|---|---|---|---|---|
| FYE Dec | | New | Old | Cons | New | Old | Cons |
| Q1 | $132 | $159 | -- | -- | -- | -- | -- |
| Q2 | $148 | $187 | -- | -- | -- | -- | -- |
| Q3 | $148 | $193 | *$184* | -- | -- | -- | -- |
| Q4 | $164 | $199 | *$198* | -- | -- | -- | -- |
| Year | $592 | $737 | *$727* | $689 | $854 | *$846* | -- |
| EV/Sales | 9.8x | 7.8x | | | 6.8x | | |

SEE PAGE 5 FOR REQUIRED DISCLOSURE INFORMATION

**Truist Securities**

FDA, we see a long runway for adoption. Today, IRTC accounts for 13% (up from 12% in 2Q25) of the MCT market and mgmt. has commented in the past that it expects it can reach up to 25-35%. Recall, mgmt. estimates every 10% points of incremental market share gains in the MCT market translates to ~$100 million in annual revenue for IRTC.

**Remediation efforts (per the FDA's suggestion) were put on hold and mgmt. expects to re-engage with the FDA after the gov. shutdown ends, which it views as a good sign**. During the gov. shutdown, mgmt. believes the FDA is spending time on more critical matters. That said, the company continued to make progress on its own internal remediation efforts, still planning to go above and beyond what the FDA has asked as part of the original warning letter. Mgmt. expects these remediation efforts will be complete by the end of the year and the company has launched an external review audit of its quality systems by an independent third party, which it has communicated to the FDA. While it is difficult to know what kind of action the FDA will take moving forward given prior unpredictability, we believe the company is taking all the right steps to address the warning letter and observations.

**IRTC continues to make progress with value-based innovative channel partners with contributions "stepping up" in 3Q.** The company now has 18 active partner accounts (up from 12 in 2Q25) that are driving population health programs that generally target large, undiagnosed arrhythmia populations, particularly individuals living with conditions like type two diabetes, COPD, chronic kidney disease, sleep disorders, and heart failure. The sales cycle and degree of scaling for these innovative channel partners varies, with some moving very quickly when the value proposition is clear, while others take over a year to get to scale. For that reason, mgmt. is taking a "wait and see" approach on providing specific guidance for this channel, as the timing and scaling is difficult to predict with certainty. We expect the company will continue scaling the number of innovative channel partnerships as works to further tap into the 27M patients in the US with undiagnosed arrhythmias.

**Estimates Increasing:** We update our model to reflect the 3Q result. Our 2025 revenue est. goes to $737M from $727M, and our 2026 revenue estimate to $854M from $846M.

# Truist Securities

IRT

**TRUIST ⊞**  **Truist Securities**

Richard Newitter
Phone: 212.319.5883
Email: Richard.Newitter@Truist.com
Last Updated: 10/30/25

**iRhythm Technologies**
**Income Statement Model**

"Required Disclosures" are on the last tab of the workbook

| $M, except per share data | 2019 | 2020 | 2021 | 2022 | 2023 | 2024E | 1Q25 | 2Q25 | 3Q25 | 4Q25E | 2025E | 1Q26E | 2Q26E | 3Q26E | 4Q26E | 2026E | 2027E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consolidated Revenue*** | 214.552 | 265.166 | 322.825 | 410.921 | 492.681 | 591.839 | 158.677 | 186.687 | 192.884 | 198.968 | 737.216 | 183.558 | 217.205 | 219.595 | 233.964 | 854.322 | 982.545 |
| Cost of Sales | 52.485 | 70.277 | 109.257 | 129.289 | 160.875 | 184.308 | 49.461 | 53.830 | 55.762 | 59.690 | 218.743 | 56.482 | 61.761 | 62.606 | 69.020 | 249.868 | 284.938 |
| **Gross Profit** | 162.067 | 194.889 | 213.568 | 281.632 | 331.806 | 407.531 | 109.216 | 132.857 | 137.122 | 139.278 | 518.473 | 127.076 | 155.444 | 156.989 | 164.945 | 604.454 | 697.607 |
| Research & Development | 37.299 | 41.329 | 38.671 | 46.610 | 60.244 | 71.459 | 21.519 | 21.012 | 21.033 | 23.677 | 87.241 | 24.710 | 24.230 | 23.726 | 27.608 | 100.273 | 112.010 |
| SG&A | 179.523 | 197.233 | 274.839 | 317.373 | 369.779 | 440.923 | 118.918 | 124.193 | 120.393 | 121.370 | 484.874 | 116.559 | 135.753 | 136.808 | 139.209 | 528.329 | 573.227 |
| **Total Operating Expenses** | 216.822 | 238.562 | 313.510 | 363.983 | 430.023 | 512.382 | 140.437 | 145.205 | 141.426 | 145.048 | 572.116 | 141.269 | 159.982 | 160.534 | 166.817 | 628.602 | 685.237 |
| **Operating Income (Loss)** | (54.755) | (43.673) | (99.942) | (82.351) | (98.217) | (104.851) | (31.221) | (12.348) | (4.304) | (5.770) | (53.643) | (14.193) | (4.539) | (3.544) | (1.872) | (24.148) | 12.370 |
| Interest Income (Expense), net | (1.643) | (0.757) | (1.169) | (4.138) | (3.650) | 6.024 | 4.919 | 2.043 | 2.663 | 2.663 | 12.288 | 2.663 | 2.663 | 2.663 | 2.663 | 10.652 | 10.652 |
| Net Interest & Other, total | 0.252 | 0.834 | (1.051) | (2.102) | 2.505 | 9.527 | 1.678 | 2.155 | 2.347 | 2.347 | 8.527 | 2.347 | 2.347 | 2.347 | 2.347 | 9.388 | 5.596 |
| **Pretax Income** | (54.503) | (42.839) | (100.993) | (84.453) | (95.712) | (95.324) | (29.543) | (10.193) | (1.957) | (3.423) | (45.116) | (11.846) | (2.192) | (1.197) | 0.475 | (14.760) | 17.966 |
| Income Tax Expense | 0.064 | 0.229 | 0.367 | 0.269 | 0.750 | 0.565 | 0.756 | 0.031 | 0.019 | 0.151 | 0.957 | 0.756 | 0.031 | 0.019 | (0.010) | 0.796 | (0.969) |
| Tax Rate | -0.1% | -0.5% | -0.4% | -0.3% | -0.8% | -0.6% | -2.6% | -0.3% | -1.0% | -1.0% | -2.1% | -2.1% | -2.1% | -2.1% | -2.1% | -5.4% | -5.4% |
| **Net Income (GAAP)** | (54.567) | (43.068) | (101.360) | (84.722) | (96.462) | (95.889) | (30.299) | (10.224) | (1.976) | (3.574) | (46.073) | (12.602) | (2.223) | (1.216) | 0.485 | (15.556) | 18.935 |
| **EPS (non-GAAP)** | ($2.16) | ($1.55) | ($3.45) | ($2.83) | ($3.16) | ($3.06) | ($0.959) | ($0.32) | ($0.06) | ($0.11) | ($1.44) | ($0.39) | ($0.07) | ($0.04) | $0.01 | ($0.48) | $0.58 |
| Diluted Shares | 25.260 | 27.750 | 29.339 | 29.911 | 30.527 | 31.288 | 31.590 | 31.990 | 32.170 | 32.331 | 32.020 | 32.180 | 32.341 | 32.503 | 32.665 | 32.422 | 32.830 |
| EPS - GAAP | ($2.16) | ($1.55) | ($3.45) | ($2.83) | ($3.16) | ($3.06) | ($0.97) | ($0.44) | ($0.16) | ($0.11) | ($1.44) | ($0.39) | ($0.07) | ($0.04) | $0.01 | ($0.48) | $0.58 |
| **Adjusted EBITDA (Incl. SBC)** | (51.31) | (36.24) | (90.10) | (69.00) | (82.07) | (83.73) | (25.98) | (7.13) | 0.55 | 2.23 | (30.33) | (6.22) | 3.29 | 4.28 | 5.96 | 7.31 | 43.68 |
| **Adjusted EBITDA (Excl. SBC)** | (25.07) | 5.27 | (35.57) | (11.261) | (4.863) | (7.748) | (2.635) | 15.696 | 21.559 | 27.230 | 61.850 | 23.397 | 25.589 | 24.804 | 30.379 | 104.169 | 138.306 |
| | | | | | | 24.25 | 4.1% | | | | 8.4% | | | | | 12.2% | 14.1% |

| Expense and Margin Analysis (% of sales) | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COGS | 24.5% | 26.5% | 33.8% | 31.5% | 32.7% | 31.1% | 31.2% | 28.8% | 28.9% | 30.0% | 29.7% | 30.8% | 28.4% | 28.5% | 29.5% | 29.2% | 29.0% |
| **Gross Margin** | 75.5% | 73.5% | 66.2% | 68.5% | 67.3% | 68.9% | 68.8% | 71.2% | 71.1% | 70.0% | 70.3% | 69.2% | 71.6% | 71.5% | 70.5% | 70.8% | 71.0% |
| Research & Development | 17.4% | 15.6% | 12.0% | 11.3% | 12.2% | 12.1% | 13.6% | 11.3% | 10.9% | 11.9% | 11.8% | 13.5% | 11.2% | 10.8% | 11.8% | 11.7% | 11.4% |
| SG&A | 83.7% | 74.4% | 85.4% | 77.3% | 75.1% | 74.5% | 74.9% | 66.5% | 62.4% | 61.0% | 65.8% | 63.5% | 62.5% | 62.3% | 59.5% | 61.8% | 58.3% |
| Total Operating Expenses | 101.1% | 90.0% | 97.1% | 88.6% | 87.3% | 86.6% | 88.5% | 77.8% | 73.3% | 72.9% | 77.6% | 77.0% | 73.7% | 73.1% | 71.3% | 73.6% | 69.7% |
| **Operating Margin** | -25.5% | -16.5% | -31.0% | -20.0% | -19.9% | -17.7% | -19.7% | -6.6% | -2.2% | -2.9% | -7.3% | -7.7% | -2.1% | -1.6% | -0.8% | -2.8% | 1.3% |
| **Adj. EBITDA Margin (Incl. SBC)** | -23.9% | -13.7% | -27.9% | -16.8% | -16.7% | -14.1% | -16.4% | -3.8% | 0.3% | 1.1% | -4.1% | -3.4% | 1.5% | 2.0% | 2.5% | 0.9% | 4.4% |
| **Adj. EBITDA Margin (Excl. SBC)** | -11.7% | 2.0% | -11.0% | -2.7% | -1.0% | -1.3% | -1.7% | 8.4% | 11.2% | 13.7% | 8.4% | 12.7% | 11.8% | 11.3% | 13.0% | 12.2% | 14.1% |
| Net Margin | -25.4% | -16.2% | -31.4% | -20.6% | -19.6% | -16.2% | -19.1% | -5.5% | -1.0% | -1.8% | -6.2% | -6.9% | -1.0% | -0.6% | 0.2% | -1.8% | 1.9% |

| Sales, Profit, Expense Growth Analysis (% yr/yr) | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue - Reported** | 45.7% | 23.6% | 21.7% | 27.3% | 19.9% | 20.1% | 20.3% | 26.1% | 30.7% | 21.1% | 24.6% | 15.7% | 16.3% | 13.8% | 17.6% | 15.9% | 15.0% |
| **Cost of Revenue** | 35.3% | 33.9% | 55.5% | 18.3% | 24.4% | 14.6% | 11.4% | 20.8% | 21.1% | 21.2% | 18.7% | 14.2% | 14.7% | 12.3% | 15.6% | 14.2% | 14.0% |
| **Gross Profit** | 49.4% | 20.3% | 9.6% | 31.9% | 17.8% | 22.8% | 24.8% | 28.4% | 35.1% | 21.0% | 27.2% | 16.4% | 17.0% | 14.5% | 18.4% | 16.6% | 15.4% |
| Total Operating Expenses | 40.6% | 10.0% | 31.4% | 16.1% | 18.1% | 19.2% | 11.8% | 16.0% | -2.4% | 24.3% | 11.7% | 0.6% | 10.2% | 13.5% | 15.0% | 9.9% | 9.0% |
| Operating Income (Loss) | 19.8% | -20.2% | 128.8% | -17.6% | 19.3% | 6.8% | -18.1% | -43.1% | -90.1% | 246.1% | -48.8% | -54.5% | -63.2% | -17.6% | -67.6% | -55.0% | -151.2% |
| **Adjusted EBITDA** | 18.2% | -29.4% | 148.6% | -23.4% | 18.9% | 2.0% | -21.5% | -57.6% | -101.5% | -31.6% | -63.8% | -76.1% | -146.1% | 674.4% | 167.1% | -124.1% | 497.8% |
| **Adjusted EPS** | 2.4% | -28.2% | 122.6% | -18.0% | 11.6% | -3.0% | -21.8% | -47.1% | -95.1% | -1560.6% | -53.1% | -59.2% | -78.5% | -39.1% | -113.4% | -66.7% | -220.2% |

*Source: Company Documents, Truist Securities Estimates*

IRT〇 **TRUIST ⊞ Truist Securities**

**iRhythm Technologies**
**Revenue Model**

| $M | 2019 | 2020 | 2021 | 2022 | 2023 | 2024E | 1Q25 | 2Q25 | 3Q25 | 4Q25E | 2025E | 1Q26E | 2Q26E | 3Q26E | 4Q26E | 2026E | 2027E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **US Revenue:** | | | | | | | | | | | | | | | | | |
| ZioXT Revenue | $207.39 | $247.19 | $287.51 | $364.60 | $435.03 | $511.78 | $133.68 | $155.21 | $160.91 | $165.57 | $615.37 | $151.07 | $174.87 | $176.56 | $187.54 | $690.04 | $777.20 |
| *ZioXT Revenue Y/Y Growth* | *43.0%* | *19.2%* | *16.3%* | *26.8%* | *19.3%* | *17.6%* | *16.1%* | *21.9%* | *26.9%* | *16.2%* | *20.2%* | *13.0%* | *12.7%* | *9.7%* | *13.3%* | *12.1%* | *12.6%* |
| | | *5%* | *9%* | *10%* | *11%* | *12%* | *86%* | *90%* | *89%* | *96%* | *15%* | *88%* | *95%* | *96%* | *101%* | *17%* | *19%* |
| ZioAT Revenue | $3.66 | $14.17 | $30.54 | $41.35 | $52.50 | $68.45 | $22.03 | $28.19 | $29.26 | $30.12 | $109.60 | $28.64 | $38.06 | $39.49 | $42.17 | $148.37 | $185.46 |
| *ZioAT Revenue Y/Y Growth* | *192%* | *287%* | *116%* | *35%* | *27%* | *30%* | *58%* | *60%* | *61%* | *61%* | *60%* | *30%* | *35%* | *35%* | *40%* | *35%* | *25%* |
| | | | | | | | | *28%* | | | | | | | | | |
| Silent AF/Verily | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Y/Y Growth* | | | | | | | | | | | | | | | | | |
| **Total US Revenue** | $211.05 | $261.35 | $318.05 | $405.95 | $487.53 | $580.23 | $155.71 | $183.40 | $190.16 | $195.70 | $724.98 | $179.71 | $212.94 | $216.06 | $229.71 | $838.41 | $962.66 |
| *Y/Y Growth* | *44.3%* | *23.8%* | *21.7%* | *27.6%* | *20.1%* | *19.0%* | *20.6%* | *26.5%* | *31.2%* | *21.4%* | *24.9%* | *15.4%* | *16.1%* | *13.6%* | *17.4%* | *15.6%* | *14.8%* |
| **OUS Revenue:** | | | | | | | | | | | | | | | | | |
| OUS Revenue | $3.50 | $3.81 | $4.77 | $4.97 | $5.15 | $11.61 | $2.96 | $3.28 | $2.72 | $3.27 | $12.24 | $3.85 | $4.27 | $3.54 | $4.25 | $15.91 | $19.89 |
| *Y/Y Growth* | *250.0%* | *8.9%* | *25.2%* | *4.1%* | *3.6%* | *125.6%* | *5.2%* | *5.9%* | *5.5%* | *5.0%* | *5.4%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *25.0%* |
| **Total WW Revenue** | $214.55 | $265.17 | $322.83 | $410.92 | $492.68 | $591.84 | $158.68 | $186.69 | $192.88 | $198.97 | $737.22 | $183.56 | $217.20 | $219.59 | $233.96 | $854.32 | $982.55 |
| *Y/Y Growth* | *45.7%* | *23.6%* | *21.7%* | *27.3%* | *19.9%* | *20.1%* | *20.3%* | *26.1%* | *30.7%* | *21.1%* | *24.6%* | *15.7%* | *16.3%* | *13.8%* | *17.6%* | *15.9%* | *15.0%* |
| | | | | | | | *22%* | *25.3%* | *26.2%* | *27.0%* | *691.33* | *83.6%* | *92.8%* | *25.7%* | *27.4%* | *863.60* | *1,002.37* |
| **ZioXT Build** | | | | | | | | | | | | | | | | | |
| **Volume Contribution by Channel** | | | | | | | | | | | | | | | | | |
| Hospital Contracted Bill (%) | 134,428 | 125,666 | 200,286 | 263,858 | 326,211 | 404,147 | 103,896 | 122,692 | 134,043 | 133,637 | 494,268 | 120,831 | 142,691 | 155,892 | 155,420 | 574,834 | 655,310 |
| Direct Insurer Bill (%) | 469,718 | 602,521 | 862,868 | 1,009,447 | 1,212,258 | 1,437,271 | 386,759 | 446,363 | 440,442 | 478,023 | 1,751,587 | 445,424 | 514,069 | 507,253 | 550,569 | 2,017,316 | 2,299,740 |
| Medicare | 180,630 | 215,291 | 281,574 | 326,761 | 406,655 | 482,476 | 125,617 | 156,347 | 146,025 | 160,849 | 588,839 | 144,460 | 179,799 | 167,929 | 184,977 | 677,165 | 771,968 |
| Contracted | 234,670 | 315,162 | 457,990 | 526,585 | 606,026 | 707,987 | 196,054 | 214,811 | 219,875 | 232,921 | 863,661 | 225,462 | 247,033 | 252,856 | 267,859 | 993,210 | 1,132,259 |
| Non-Contracted and Self Pay | 54,419 | 72,068 | 123,305 | 156,101 | 199,577 | 246,808 | 65,088 | 75,204 | 74,542 | 84,253 | 299,087 | 75,502 | 87,237 | 86,469 | 97,734 | 346,941 | 395,513 |
| **Total ZioXT Volume** | **604,147** | **728,187** | **1,063,154** | **1,273,305** | **1,538,468** | **1,841,418** | **490,655** | **569,055** | **574,485** | **611,660** | **2,245,855** | **566,255** | **656,760** | **663,146** | **705,989** | **2,592,149** | **2,955,050** |
| **Volume Contribution yoy Change** | | | 0.46000113 | | 0.21 | 0.20 | 0.18 | 0.24 | 0.26 | 0.20 | 0.22 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 | 0.14 |
| Hospital Contracted Bill (%) | 12% | -7% | 59% | 32% | 24% | 24% | 19% | 24% | 26% | 20% | 22% | 16% | 16% | 16% | 16% | 16% | 14% |
| Direct Insurer Bill (%) | 44% | 28% | 43% | 17% | 20% | 19% | 18% | 24% | 26% | 20% | 22% | 15% | 15% | 15% | 15% | 15% | 14% |
| Medicare | 43% | 19% | 31% | 16% | 24% | 19% | 18% | 24% | 26% | 20% | 22% | 15% | 15% | 15% | 15% | 15% | 14% |
| Contracted | 70% | 34% | 45% | 15% | 15% | 17% | 18% | 24% | 26% | 20% | 22% | 15% | 15% | 15% | 15% | 15% | 14% |
| Non-Contracted and Self Pay | -13% | 32% | 71% | 27% | 28% | 24% | 17% | 23% | 25% | 20% | 21% | 16% | 16% | 16% | 16% | 16% | 14% |
| **Total ZioXT Volume** | 35% | 21% | 46% | 20% | 21% | 20% | 18% | 24% | 26% | 20% | 22% | 15% | 15% | 15% | 15% | 15% | 14% |
| **ASP by Channel** | | | | | -3% | | | | | | | | | | | | |
| Hospital Contracted Bill (%) | $309 | $315 | $303 | $283 | $274 | $266 | $265 | $265 | $266 | $265 | $265 | $255 | $255 | $255 | $255 | $255 | $250 |
| Direct Insurer Bill (%) | | | | | | | | | | | | | | | | | |
| Medicare | $310 | $310 | $113 | $256 | $279 | $288 | $281 | $284 | $300 | $280 | $286 | $278 | $278 | $278 | $278 | $278 | $270 |
| Contracted | $424 | $435 | $373 | $334 | $323 | $313 | $305 | $305 | $310 | $304 | $306 | $300 | $300 | $300 | $300 | $300 | $300 |
| Non-Contracted and Self Pay | $191 | $206 | $201 | $190 | $182 | $177 | $170 | $170 | $177 | $171 | $172 | $165 | $165 | $165 | $165 | $165 | $165 |
| **Revenue by Channel** | | | | | $289.59 | $284.65 | | | | | $280.70 | | | | | $273.24 | $270.08 |
| Hospital Contracted Bill (%) | $41.5 | $39.5 | $60.7 | $74.6 | $89.5 | $107.6 | $27.5 | $32.5 | $35.7 | $35.4 | $131.1 | $30.8 | $36.4 | $39.8 | $39.6 | $146.6 | $163.8 |
| Direct Insurer Bill (%) | | | | | | | | | | | | | | | | | |
| Medicare | $56.0 | $66.7 | $31.8 | $84.2 | $113.5 | $138.9 | $35.3 | $44.4 | $43.8 | $45.0 | $168.5 | $40.2 | $50.0 | $46.7 | $51.4 | $188.3 | $208.4 |
| Contracted | $99.5 | $126.1 | $170.2 | $176.1 | $195.6 | $221.6 | $59.8 | $65.5 | $68.2 | $70.7 | $264.3 | $67.6 | $74.1 | $75.9 | $80.4 | $298.0 | $339.7 |
| Non-Contracted and Self Pay | $10.4 | $14.8 | $24.8 | $29.7 | $36.4 | $43.7 | $11.1 | $12.8 | $13.2 | $14.4 | $51.4 | $12.5 | $14.4 | $14.3 | $16.1 | $57.2 | $65.3 |
| **Total ZioXT revenue** | **$207.4** | **$247.2** | **$287.5** | **$364.6** | **$435.0** | **$511.8** | **$133.68** | **$155.21** | **$160.91** | **$165.57** | **$615.4** | **$151.07** | **$174.87** | **$176.56** | **$187.54** | **$690.0** | **$777.2** |
| **Revenue from Each Channel as a % of Total** | | | | | | | | | | | | | | | | | |
| Hospital Contracted Bill (%) | 20% | 16% | 21% | 20% | 21% | 21% | 21% | 21% | 22% | 21% | 21% | 20% | 21% | 23% | 21% | 21% | 21% |
| Direct Insurer Bill (%) | 80% | 84% | | | | | | | | | | | | | | | |
| Medicare | 27% | 27% | 11% | 23% | 26% | 27% | 26% | 29% | 27% | 27% | 27% | 27% | 29% | 26% | 27% | 27% | 27% |
| Contracted | 48% | 51% | 59% | 48% | 45% | 43% | 45% | 42% | 42% | 43% | 43% | 45% | 42% | 43% | 43% | 43% | 44% |
| Non-Contracted and Self Pay | 5% | 6% | 9% | 8% | 8% | 9% | 8% | 8% | 8% | 9% | 8% | 8% | 8% | 8% | 9% | 8% | 8% |
| **Total ZioXT revenue** | | | | | | | | | | | | | | | | | |

*Source: Company Documents, Truist Securities Estimates*

## Company Description

iRhythm Technologies, Inc. (IRTC) is a medical device & digital healthcare company focused on the detection and monitoring of abnormal heart rhythms with its Zio Service. The company has redefined the way cardiac arrhythmias are clinically diagnosed, by combining a patient-friendly, patch-based wearable bio-sensor with cloud-based data analytics and machine-learning capabilities.

## Investment Thesis

We think iRhythm's proprietary offering can grow over time to be the standard of care as a first-line treatment in outpatient cardiac monitoring, bringing about streamlined physician workflow, improved patient outcomes, and ultimately better economics to the healthcare system - supported by its integrated Zio Service platform that includes a proprietary database, artificial intelligence, information system layer, and wearable form factor (four-layer "stack"). We rate the shares Buy.

## Valuation and Risks

Our PT goes to ~$230 (vs. $205) based on a ~7.5x '27E EV/Sales. This would be above the company's high-growth comp group (20%+ SMID growers) now trading at ~6.3 '26E sales. Our PT increase reflects a premium multiple to IRTC's peers that have experienced some multiple expansion since our last valuation update. We believe at least a 1x premium (or higher) multiple is sustainable given upward bias to CNS rev growth forecasts into the out-yrs + accelerating rev growth prospects that we expect could materialize in 2H26 assuming on-time MCT approval (left as upside to our model currently) and given the accelerating growth trend we have seen playing out throughout 2025 (suggesting a longer duration of > 20% growth into 2026+ alongside an expanding margin trajectory).

Risks to our price target and valuation include: 1) Commercial reimbursement re-rates lower, 2) Competitive dynamics from existing players in the extended-wear cardiac monitoring market, 3) Key product launches, including ZioAT, do not gain traction in the market or are underwhelming vs. our expectations, 4) potential impacts from a FDA Warning Letter, and 5) Expansion into the asymptomatic AF space does not materialize as soon as we currently model.

## Companies Mentioned in This Note
**Humana Inc.** (HUM, $285.61, Hold, David MacDonald)
**iRhythm Technologies, Inc.** (IRTC, $184.12, Buy, Richard Newitter)
Signify Health (SGFY, NR)
Lucem Health (Private)

## Analyst Certification

I, Richard Newitter , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Truist Securities, Inc. makes a market in the following company: IRTC-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.

**Truist Securities**



## Important Disclosures on Equity Research Dissemination, Ratings, Designations, and Coverage Universe

**Dissemination of Research**

Truist Securities, Inc. ("Truist Securities") seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://truistresearch.bluematrix.com/client/library.jsp

Please email the Research Department at EquityResearchDepartment@truist.com or contact your Truist Securities sales representative.

**Truist Securities Rating System for Equity Securities**

Truist Securities, Inc. ("Truist Securities") rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – Truist Securities does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that Truist Securities' rating and/or target price have been temporarily suspended due to applicable regulations and/or Truist Securities Management discretion. The previously published rating and target price should not be relied upon.

Truist Securities analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Truist Securities Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

Truist Securities ratings distribution (as of 10/31/2025):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 453 | 65.84% | Buy | 69 | 15.23% |
| Hold | 230 | 33.43% | Hold | 32 | 13.91% |
| Sell | 5 | 0.73% | Sell | 0 | 0.00% |

## Other Disclosures

Certain information contained herein has been derived from third-party sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. Truist Securities, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over the-counter securities mentioned herein. Opinions expressed are subject to change without notice.

Truist Securities, Inc.'s research is primarily provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million. In addition, certain affiliates of Truist Securities, Inc., including Truist Investment Services, Inc. (an SEC registered broker-dealer and a member of FINRA, SIPC) and Truist Advisory Services, Inc. (an investment adviser registered with the SEC), may make Truist Securities, Inc. research available, upon request, to certain of their clients from time to time.

Truist Securities, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. Truist Securities, Inc. is owned by Truist Financial Corporation and affiliated with Truist Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at Truist Securities, Inc. or Truist Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein. Certain clients may compensate Truist Securities, Inc. for research via hard dollar payments, and Truist Securities, Inc. may be deemed to be an investment adviser to such clients as a result of such payments.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks. Link: https://truist.bluematrix.com/sellside/Disclosures.action

Please visit the Truist Securities Equity Research Portal for coverage universe, current reports, and analyst roster with contact information. Link: https://truist-portal.bluematrix.com

Truist Securities, Inc., member FINRA and SIPC. Truist, Truist Bank, Truist Securities, Truist Investment Services, and Truist Advisory Services are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to EquityResearchDepartment@truist.com

© Truist Securities, Inc. 2025. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden. Without Truist Securities' prior written consent, the contents of this report may not be used, in whole or in part, in connection with the training, development, fine-tuning or operation of a machine learning or artificial intelligence system, tool or application.

ADDITIONAL INFORMATION IS AVAILABLE at our website, TruistSecurities.com, or by writing to: Truist Securities, Research Department, 740 Battery Avenue SE, 3rd Floor, Atlanta, GA 30339-3107