# EXHIBIT 32



October 31, 2025
**PRICE TARGET & ESTIMATE CHANGE**

**Med Tech & Diagnostics**

# iRhythm Technologies (IRTC)

| RATING | PRICE TARGET | PRICE | 52-WEEK RANGE |
|---|---|---|---|
| BUY | $244.00 *from $193.00* | $184.12 | $67.92 - $190.86 |

## IRTC: Another Beat & Raise In 3Q25; Encouraging Early 2026 Commentary

IRTC's 3Q25 revenue beat consensus and management raised its 2025 revenue guidance by more than the beat. The key drivers continue to be Zio Monitor, further Zio AT penetration, and traction in the innovative channel, where IRTC picked up a handful of new accounts. Management is comfortable with where consensus revenue is for 2026 and suggested sources of upside could be from the innovative channel and Zio MCT. IRTC now expects to be FCF profitable in 2025 (vs. 2026 prior). Given IRTC's strong momentum with multiple sources of upside to outer-year estimates, we reiterate our Buy rating and raise our price target to $244 (from $193) on higher estimates.

- **IRTC's revenue beat consensus.** Revenue was $193M (up 30.7%) vs. consensus of $185M and adjusted EPS was ($0.06) vs. consensus of ($0.32). IRTC raised its 2025 revenue guidance to $735-740M from $720-730M which assumes low-single digit pricing tailwind (vs. flat prior). This implies 4Q25 revenue of ~$199M at the mid-point (vs. consensus of $197M). We raise our 2025 and 2026 revenue to $738M from $727M and to $862M from $839M, respectively. And we raise our 2025 and 2026 EPS to ($1.25) from ($1.81) and to ($0.23) from ($0.60), respectively.

- **Early 2026 commentary.** Management noted they'll likely guide to 2026 revenue growth in the "16% to 18% range", vs. consensus at 17%. Importantly, management noted that they won't include contribution from new innovative channel accounts or Zio MCT (until it's approved), which suggests there's potential upside to estimates. Management also sounded confident in achieving their 2027 gross margin target of 72-73% (vs. 2025 likely landing around 70%) and seeing ~400 bps of annual EBITDA margin improvement (vs. consensus closer to +300 bps in 2026).

- **Growth accelerated from the prior quarter.** Revenue of $193M was up 30.7% in 3Q25 vs. 26.1% in 2Q25. New store sales contributed 60% of 3Q25 volume growth (vs. 68% in the prior quarter) and home enrollment was 23% of 3Q25 registrations (vs. 23% in the prior quarter). The quarter's traction was driven by acceleration in the core LT monitoring business, continued Zio AT penetration, and the innovative channel partners where IRTC added new accounts. The innovative channel consists of 18 partners (+6 vs. 3Q25) and addresses 2M+ candidates for proactive monitoring (a $500M+ opportunity). Zio MCT is expected to launch in 2H26 (some risk to timing given limited FDA activity during the government shutdown). IRTC believes it can capture share in the MCT category with Zio AT, but this could accelerate with Zio MCT. For reference, IRTC estimates they have 13% MCT share currently (vs. 70% in LT Holter), which could go to 25-35% overtime. Internationally, IRTC added accounts in Japan (13 vs. 8 in 2Q25) and has ongoing efforts to get premium reimbursement, but likely isn't until 2027 at the earliest.

- **Continued below.**

**DAVID SAXON, CFA**
(617) 457-0922
dsaxon@needhamco.com

**MIKE MATSON, CFA**
(617) 457-0949
mmatson@needhamco.com

**JOSEPH CONWAY**
(617) 457-0945
jconway@needhamco.com

### KEY DATA

| | |
|---|---|
| Market Cap (MM) | $5,915.4 |
| Price (10/30/2025) | $184.12 |
| 52-Week Range | $67.92 - $190.86 |
| Shares Outstanding | 32.13 |
| Avg. Daily Volume | 351,194.6 |

### ESTIMATES

| FY (Dec) | 2024A | 2025E | 2026E |
|---|---|---|---|
| **EPS** | | | |
| Q1 | (1.23)A | (0.95)A | (0.40)E |
| *Previous* | — | — | *(0.47)E* |
| Q2 | (0.61)A | (0.32)A | (0.06)E |
| *Previous* | — | — | *(0.11)E* |
| Q3 | (1.26)A | (0.06)A | 0.03E |
| *Previous* | — | *(0.47)E* | *(0.10)E* |
| Q4 | 0.01A | 0.07E | 0.19E |
| *Previous* | — | *(0.09)E* | *0.07E* |
| Year | (3.07)A | (1.25)E | (0.23)E |
| *Previous* | — | *(1.81)E* | *(0.60)E* |
| | | | |
| **Rev. (MM)($)** | | | |
| Year | 591.8A | 737.9E | 862.4E |
| *Previous* | — | *727.3E* | *838.8E* |
| Growth Rev | 20.1% | 24.7% | 16.9% |
| | | | |
| **Op. Margin** | | | |
| Year | (17.5)%A | (6.1)%E | (0.6)%E |
| *Previous* | — | *(6.6)%E* | *0.8%E* |

**RELEVANT DISCLOSURES BEGIN ON PAGE 7 OF THIS REPORT.**

**Needham**

October 31, 2025

## *At a Glance*

### OUR INVESTMENT THESIS

We believe iRhythm can generate double-digit revenue growth over the next few years driven by Zio Monitor and Zio AT volumes. We expect this to drive gross margin expansion and narrow the company's operating losses.

### BULL CASE ASSUMPTIONS

Our bull case scenario includes growth accelerating and profitability inflecting. This scenario corresponds to $311 per share, which is based on an EV/sales multiple of 11.5x our 2026E estimate.

### BASE CASE ASSUMPTIONS

Our case calls for ~20%+ revenue growth with steady progress ramping profitability. Our 12-month price target is $244, which is based on an EV/sales multiple of 9.0x our 2026E estimate.

### BEAR CASE ASSUMPTIONS

Our bear case scenario growth slowing to the low-teens with slower improvements in profitability. This scenario corresponds to $150 per share, which is based on an EV/sales multiple of 5.5x our 2026E estimate.

### COMPANY DESCRIPTION

iRhythm Technologies, Inc. engages in the development of monitoring and diagnostic solutions for detection of cardiac arrhythmias. It offers Zio XT, is a wearable patch-based biosensor, continuously records and stores ECG data from every patient heartbeat for up to 14 consecutive days; and Zio AT, also provides ECG data but also provides physicians with actionable notifications during the wear period. The company was founded by Uday N. Kumar in September 2006 and is headquartered in San Francisco, CA. Source: FactSet

### PRICE PERFORMANCE



### KEY DATA

| | |
|---|---|
| **Market Cap (MM)** | **$5,915.4** |
| Price (10/30/2025) | $184.12 |
| 52-Week Range | $67.92 - $190.86 |
| Shares Outstanding | 32.13 |
| Avg. Daily Volume | 351,194.6 |

*iRhythm Technologies / 2*



October 31, 2025

- **Gross margin beat consensus.** IRTC's gross margin of 71.1% was up 230 bps Y/Y and was above consensus of 69.7%. IRTC's adjusted operating expenses of $141M were down $2M Y/Y, but 3Q24 included $32M of IPR&D. Excluding this, operating expenses would have been up $29M Y/Y. IRTC's adjusted EBITDA of $22M beat consensus of $17M. For 2025, management expects gross margin to be slightly up Y/Y (vs. slightly up prior) which includes 50 bps of tariff impact (vs. 20-40 bps prior). IRTC raised its adjusted EBITDA margin to 8.25-8.75% from 8.0-8.5% and management expects to be free cash flow positive for the full year in 2025 (vs. expectations of small burn prior with 2026 the first full year of profitability).

## VARIANCE TABLE

### Figure 1 - Variance Table

| iRhythm Technologies, Inc. Variance Table ($ In Millions Except Per Share Data) | Actual 3Q25A | Estimate 3Q25E | Variance 3Q25A | Consensus 3Q25E | Consensus Vs. 3Q25A |
|---|---|---|---|---|---|
| **Total Revenue** | **192.9** | **184.7** | **8.2** | **184.8** | **8.1** |
| Gross Profit | 137.1 | 129.3 | 7.8 | 128.8 | 8.4 |
| R&D | 21.0 | 21.2 | (0.2) | | |
| SG&A | 120.1 | 116.4 | 3.7 | | |
| Total Operating Expenses | 141.4 | 137.6 | 3.8 | | |
| **Operating Income** | **(4.3)** | **(8.3)** | **4.0** | **(14.0)** | **9.7** |
| Pretax Income | (2.0) | (15.1) | 13.2 | | |
| Taxes | 0.0 | - | 0.0 | | |
| *Tax Rate* | (1.0%) | 0.0% | (1.0%) | | |
| Net Income | (2.0) | (15.1) | 13.1 | (12.0) | 10.0 |
| Diluted S/O | 32.2 | 32.5 | (0.3) | | |
| **Adjusted EPS** | **($0.06)** | **($0.47)** | **$0.41** | **($0.32)** | **$0.26** |
| **Adjusted EBITDA** | **21.6** | **17.1** | **4.5** | **17.6** | **4.0** |
| **Margin Analysis** | | | | | |
| Gross Margin | 71.1% | 70.0% | 1.1% | 69.7% | 1.4% |
| R&D | 10.9% | 11.5% | (0.6%) | | |
| SG&A | 62.3% | 63.0% | (0.7%) | | |
| **Operating Margin** | **(2.2%)** | **(4.5%)** | **2.3%** | **(7.6%)** | **5.3%** |
| **Adjusted EBITDA Margin** | **11.2%** | **9.2%** | **1.9%** | **9.5%** | **1.7%** |
| Net Income | (1.0%) | (8.2%) | 7.2% | (6.5%) | 5.5% |
| **Y/Y Change** | | | | | |
| Revenue (Reported) | 30.7% | 25.2% | 5.5% | | |
| Gross Profit | 35.1% | 27.4% | 7.7% | | |
| R&D | 34.0% | 35.4% | (1.3%) | | |
| SG&A | 25.1% | 21.2% | 3.9% | | |
| Operating Profit | (89.8%) | (80.4%) | (9.5%) | | |
| Pretax Income | (95.0%) | (61.3%) | (33.7%) | | |
| Net Income | (95.0%) | (61.5%) | (33.5%) | | |
| Adjusted EBITDA | (208.4%) | (185.8%) | (22.6%) | | |
| EPS | (95.2%) | (63.0%) | (32.3%) | | |

*Source: Company reports and Needham & Company*

**Needham**

October 31, 2025

### Figure 2 - Small/Mid-Cap Growth Comp Table

| Company | Ticker | 10/30/25 Price | Shares (MM) | Market Cap ($MM) | EV/Sales 2024E | 2025E | 2026E | Revenue Growth 2024E | 2025E | 2026E | EV/S/G 2025E | EV/EBITDA 2024E | 2025E | 2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adaptive Biotechnologies Corp. | ADPT | $16.91 | 152 | 2,575 | 14.5x | 10.8x | 9.7x | 5% | 34% | 11% | 0.67x | – | – | – |
| Alphatec Holdings, Inc. | ATEC | $16.33 | 148 | 2,417 | 4.7x | 3.8x | 3.3x | 27% | 21% | 18% | 0.18x | – | – | – |
| AtriCure, Inc. | ATRC | $34.09 | 50 | 1,694 | 3.6x | 3.1x | 2.8x | 17% | 15% | 12% | 0.22x | – | – | – |
| Axogen, Inc. | AXGN | $22.68 | 46 | 1,044 | 5.7x | 4.8x | 4.2x | 18% | 19% | 15% | 0.28x | – | – | – |
| Beta Bionics, Inc. | BBNX | $26.78 | 44 | 1,179 | – | 9.9x | 7.2x | – | – | 37% | – | – | – | – |
| CareDx, Inc. | CDNA | $14.47 | 53 | 770 | 1.8x | 1.7x | 1.5x | 19% | 10% | 13% | 0.12x | – | – | – |
| Caris Life Sciences, Inc. | CAI | $31.17 | 281 | 8,766 | – | 12.4x | 8.7x | – | – | 43% | – | – | – | – |
| Carlsmed, Inc. | CARL | $12.71 | 27 | 338 | – | 6.9x | 4.8x | – | – | 45% | – | – | – | – |
| Ceribell, Inc. | CBLL | $11.32 | 37 | 415 | – | 3.0x | 2.3x | – | – | – | – | – | – | – |
| Cerus Corporation | CERS | $1.40 | 192 | 268 | 1.4x | 1.3x | 1.2x | 8% | 14% | 8% | 0.13x | – | – | – |
| CryoPort, Inc. | CYRX | $9.00 | 50 | 451 | 1.1x | 1.5x | 1.4x | (2%) | (25%) | 9% | – | – | – | – |
| CVRx, Inc. | CVRX | $10.64 | 26 | 278 | 4.6x | 4.2x | 3.5x | 31% | 9% | 20% | 0.21x | – | – | – |
| Establishment Labs Holdings, Inc. | ESTA | $50.90 | 29 | 1,475 | 9.9x | 7.9x | 6.3x | 1% | 25% | 27% | 0.47x | – | – | – |
| Guardant Health, Inc. | GH | $92.41 | 125 | 11,524 | 16.5x | 12.7x | 10.2x | 31% | 30% | 24% | 0.45x | – | – | – |
| Glaukos Corp | GKOS | $87.80 | 57 | 5,035 | 12.7x | 9.8x | 7.9x | 22% | 29% | 24% | 0.40x | – | – | – |
| HeartFlow, Inc. | HTFL | $36.57 | 83 | 3,050 | – | 19.1x | 15.3x | – | – | 25% | – | – | – | – |
| Insight Molecular Diagnostics Inc. | IMDX | $5.93 | 29 | 170 | 79.0x | 46.3x | 29.2x | 25% | 71% | 59% | 0.92x | – | – | – |
| Inspire Medical Systems, Inc. | INSP | $73.07 | 30 | 2,161 | 2.4x | 2.1x | 1.8x | 28% | 13% | 13% | 0.12x | – | – | – |
| iRhythm Technologies, Inc. | IRTC | $184.12 | 32 | 5,915 | 10.3x | 8.3x | 7.1x | 20% | 25% | 17% | 0.40x | – | – | – |
| Kestra Medical Technologies Ltd. | KMTS | $27.97 | 51 | 1,439 | – | 16.1x | 10.9x | – | – | 47% | – | – | – | – |
| Lucid Diagnostics Inc. | LUCD | $1.20 | 137 | 165 | 37.1x | 33.5x | 11.1x | 79% | 11% | 201% | 0.41x | – | – | – |
| NeuroPace, Inc. | NPCE | $9.86 | 33 | 326 | 4.2x | 3.5x | 3.3x | 22% | 20% | 7% | 0.22x | – | – | – |
| OrthoPediatrics Corp. | KIDS | $16.47 | 25 | 413 | 2.2x | 1.9x | 1.7x | 38% | 14% | 12% | 0.09x | – | – | – |
| Penumbra, Inc. | PEN | $231.54 | 39 | 9,030 | 7.4x | 6.5x | 5.7x | 13% | 14% | 13% | 0.48x | – | – | – |
| Personalis, Inc. | PSNL | $9.51 | 89 | 843 | 8.4x | 9.6x | 7.2x | 15% | (12%) | 33% | 0.94x | – | – | – |
| RxSight, Inc. | RXST | $8.59 | 41 | 351 | 1.0x | 1.1x | 1.0x | 57% | (10%) | 6% | 0.07x | – | – | – |
| Shoulder Innovations, Inc. | SI | $11.90 | 20 | 242 | – | 5.0x | 3.8x | – | – | 34% | – | – | – | – |
| SI-BONE, Inc. | SIBN | $15.15 | 43 | 654 | 3.3x | 2.8x | 2.4x | 20% | 18% | 15% | 0.16x | – | – | – |
| Sight Sciences, Inc. | SGHT | $5.08 | 52 | 266 | 2.6x | 2.7x | 2.5x | (1%) | (6%) | 8% | – | – | – | – |
| STAAR Surgical Company | STAA | $26.53 | 49 | 1,309 | 3.7x | 4.5x | 3.4x | (3%) | (19%) | 35% | 2.00x | – | – | – |
| Stereotaxis, Inc. | STXS | $2.92 | 91 | 266 | 9.8x | 7.7x | 4.7x | 1% | 28% | – | – | – | – | – |
| TransMedics Group, Inc. | TMDX | $135.79 | 34 | 4,629 | 10.8x | 7.9x | 6.3x | 83% | 36% | 25% | 0.17x | – | – | – |
| Treace Medical Concepts, Inc. | TMCI | $6.35 | 63 | 401 | 1.9x | 1.8x | 1.6x | 12% | 9% | 10% | 0.18x | – | – | – |
| Tandem Diabetes Care, Inc. | TNDM | $14.59 | 68 | 986 | 1.2x | 1.1x | 1.0x | 19% | 10% | 10% | 0.09x | – | – | – |
| 10x Genomics Inc Class A | TXG | $12.44 | 114 | 1,423 | 1.7x | 1.7x | 1.8x | – | – | – | – | – | – | – |
| Veracyte, Inc. | VCYT | $35.33 | 79 | 2,779 | 5.6x | 5.0x | 4.6x | 23% | 12% | 9% | 0.34x | – | – | – |
| Vericel Corporation | VCEL | $34.53 | 50 | 1,742 | 7.3x | 6.3x | 5.2x | 20% | 16% | 21% | 0.33x | – | – | – |
| **Average** | | | | | **9.2x** | **7.8x** | **5.6x** | **22%** | **15%** | **27%** | **0.39x** | **–** | **–** | **–** |
| **Median** | | | | | **4.6x** | **5.0x** | **4.2x** | **20%** | **14%** | **17%** | **0.25x** | **–** | **–** | **–** |

*Source: FactSet and Needham & Company estimates*

### Figure 3 - Small/Mid-Cap Cardiovascular & Neuromodulation Comp Table

| Company | Ticker | 10/30/25 Price | Shares (MM) | Market Cap ($MM) | EV/Sales 2024E | 2025E | 2026E | P/E 2024E | 2025E | 2026E | PE/G 2025E | EV/EBITDA 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Artivion, Inc. | AORT | $45.65 | 47 | 2,154 | 6.1x | 5.4x | 4.8x | – | – | – | – | 43.9x | 33.2x | 26.5x |
| AtriCure, Inc. | ATRC | $34.09 | 50 | 1,694 | 3.6x | 3.1x | 2.8x | – | – | – | – | – | – | – |
| CVRx, Inc. | CVRX | $10.64 | 26 | 278 | 4.6x | 4.2x | 3.5x | – | – | – | – | – | – | – |
| HeartFlow, Inc. | HTFL | $36.57 | 83 | 3,050 | – | 19.1x | 15.3x | – | – | – | – | – | – | – |
| Inspire Medical Systems, Inc. | INSP | $73.07 | 30 | 2,161 | 2.4x | 2.1x | 1.8x | – | – | – | – | – | – | – |
| Integer Holdings Corporation | ITGR | $63.32 | 35 | 2,219 | 2.0x | 1.9x | 1.9x | 11.9x | 10.0x | 10.0x | 1.1x | – | – | – |
| iRhythm Technologies, Inc. | IRTC | $184.12 | 32 | 5,915 | 10.3x | 8.3x | 7.1x | – | – | – | – | – | – | – |
| Kestra Medical Technologies Ltd. | KMTS | $27.97 | 51 | 1,439 | – | 16.1x | 10.9x | – | – | – | – | – | – | – |
| LivaNova Plc | LIVN | $52.79 | 55 | 2,882 | 2.2x | 2.0x | 1.9x | 15.6x | 14.1x | 13.3x | 1.6x | 12.4x | 9.4x | 8.8x |
| LeMaitre Vascular, Inc. | LMAT | $88.55 | 23 | 2,005 | 8.5x | 7.5x | 6.8x | 45.6x | 38.8x | 35.5x | 2.6x | 37.3x | 28.3x | 26.2x |
| Merit Medical Systems, Inc. | MMSI | $83.04 | 59 | 4,918 | 4.0x | 3.6x | 3.4x | 24.0x | 22.9x | 21.7x | 4.2x | 18.3x | 14.9x | 14.2x |
| NeuroPace, Inc. | NPCE | $9.86 | 33 | 326 | 4.2x | 3.5x | 3.3x | – | – | – | – | – | – | – |
| Penumbra, Inc. | PEN | $231.54 | 39 | 9,030 | 7.4x | 6.5x | 5.7x | 103.8x | 62.1x | 45.3x | – | 51.7x | 51.6x | 33.0x |
| Stereotaxis, Inc. | STXS | $2.92 | 91 | 266 | 9.8x | 7.7x | 4.7x | – | – | – | – | – | – | – |
| SurModics, Inc. | SRDX | $27.17 | 14 | 388 | 3.1x | 3.3x | 3.2x | – | – | – | – | – | – | – |
| **Average** | | | | | **5.2x** | **6.3x** | **5.1x** | **40.2x** | **29.6x** | **25.2x** | **2.4x** | **32.7x** | **27.5x** | **21.7x** |
| **Median** | | | | | **4.2x** | **4.2x** | **3.5x** | **24.0x** | **22.9x** | **21.7x** | **2.1x** | **37.3x** | **28.3x** | **26.2x** |

*Source: FactSet and Needham & Company estimates*



October 31, 2025

# IRTC FINANCIAL MODEL

### Figure 4 - Income Statement

**iRhythm Technologies, Inc.**                                                                      **Needham & Company, LLC**

**Quarterly Income Statement**                                                                                David Saxon ● (617) 457-0922

| ($Millions Except Per Share Data) | 2021 | 2022 | 2023 | Mar-24 | Jun-24 | Sep-24 | Dec-24 | 2024 | Mar-25 | Jun-25 | Sep-25 | Dec-25 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement ($Millions)** | | | | | | | | | | | | | | | |
| **Total Revenue** | 322.8 | 410.9 | 492.7 | 131.9 | 148.0 | 147.5 | 164.3 | 591.8 | 158.7 | 186.7 | 192.9 | 199.7 | 737.9 | 862.4 | 996.1 |
| Cost of Sales | 109.3 | 129.3 | 160.9 | 44.4 | 44.6 | 46.1 | 49.3 | 184.3 | 49.5 | 53.8 | 55.8 | 57.9 | 217.0 | 249.3 | 278.9 |
| **Gross Profit** | 213.6 | 281.6 | 331.8 | 87.5 | 103.5 | 101.5 | 115.1 | 407.5 | 109.2 | 132.9 | 137.1 | 141.8 | 520.9 | 613.1 | 717.1 |
| R&D | 38.7 | 46.6 | 60.2 | 17.0 | 19.7 | 15.7 | 19.1 | 71.5 | 21.5 | 21.0 | 21.0 | 23.0 | 86.5 | 103.5 | 119.5 |
| SG&A | 274.8 | 317.1 | 369.8 | 108.7 | 105.5 | 96.0 | 97.4 | 407.5 | 118.6 | 122.5 | 120.1 | 115.8 | 477.0 | 514.7 | 555.6 |
| Other | - | - | - | - | - | 32.1 | 0.3 | 32.4 | 0.3 | 1.7 | 0.3 | - | 2.3 | - | - |
| Total Operating Expenses | 313.5 | 363.7 | 430.0 | 125.7 | 125.2 | 143.8 | 116.7 | 511.3 | 140.4 | 145.2 | 141.4 | 138.8 | 565.8 | 618.1 | 675.2 |
| **Operating Income** | (99.9) | (82.1) | (98.2) | (38.1) | (21.7) | (42.3) | (1.7) | (103.8) | (31.2) | (12.3) | (4.3) | 3.0 | (44.9) | (5.1) | 42.0 |
| Interest Expense (Net) | 1.2 | 4.1 | 3.7 | (0.1) | 3.3 | (3.1) | (2.4) | (2.3) | (1.6) | (2.0) | (2.7) | 0.8 | (5.6) | 2.6 | 3.4 |
| Other Expense (Net) | (0.1) | (2.0) | (6.2) | - | (6.4) | (0.1) | 0.4 | (6.1) | (0.0) | (0.1) | 0.3 | - | 0.2 | - | - |
| Pretax Income | (101.0) | (84.2) | (95.7) | (38.0) | (18.6) | (39.1) | 0.4 | (95.3) | (29.5) | (10.2) | (2.0) | 2.2 | (39.5) | (7.7) | 38.6 |
| Provision for Income Tax | 0.4 | 0.3 | 0.8 | 0.0 | 0.2 | 0.2 | 0.2 | 0.6 | 0.8 | 0.0 | 0.0 | - | 0.8 | - | - |
| Tax Rate | (0.4%) | (0.3%) | (0.8%) | (0.1%) | (1.0%) | (0.5%) | 38.6% | (0.6%) | (2.6%) | (0.3%) | (1.0%) | 0.0% | (2.0%) | 0.0% | 0.0% |
| **Net Income** | (101.4) | (84.5) | (96.5) | (38.1) | (18.8) | (39.2) | 0.2 | (95.9) | (30.3) | (10.2) | (2.0) | 2.2 | (40.3) | (7.7) | 38.6 |
| Diluted Shares Outstanding | 29.3 | 29.9 | 30.5 | 31.0 | 31.1 | 31.3 | 31.3 | 31.2 | 31.6 | 32.0 | 32.2 | 32.7 | 32.1 | 33.9 | 35.9 |
| **Adjusted EPS*** | ($3.45) | ($2.82) | ($3.16) | ($1.23) | ($0.61) | ($1.26) | $0.01 | ($3.07) | ($0.95) | ($0.32) | ($0.06) | $0.07 | ($1.25) | ($0.23) | $1.07 |
| **Adjusted EBITDA** | (35.8) | (11.3) | (4.9) | (12.1) | 5.0 | (19.9) | 19.3 | (7.7) | (2.6) | 15.7 | 21.6 | 28.4 | 63.0 | 107.5 | 160.2 |
| **GAAP EPS** | ($3.45) | ($3.88) | ($4.04) | ($1.47) | ($0.65) | ($1.42) | ($0.04) | ($3.57) | ($0.97) | ($0.44) | ($0.16) | ($0.09) | ($1.65) | ($0.82) | $0.52 |

*GAAP prior to 2022

| Margin Workbook | 2021 | 2022 | 2023 | Mar-24 | Jun-24 | Sep-24 | Dec-24 | 2024 | Mar-25 | Jun-25 | Sep-25 | Dec-25 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Margin | 66.2% | 68.5% | 67.3% | 66.3% | 69.9% | 68.8% | 70.0% | 68.9% | 68.8% | 71.2% | 71.1% | 71.0% | 70.6% | 71.1% | 72.0% |
| R&D | 12.0% | 11.3% | 12.2% | 12.9% | 13.3% | 10.6% | 11.6% | 12.1% | 13.6% | 11.3% | 10.9% | 11.5% | 11.7% | 12.0% | 12.0% |
| SG&A | 85.1% | 77.2% | 75.1% | 82.4% | 71.2% | 65.1% | 59.2% | 68.9% | 74.8% | 65.6% | 62.3% | 58.0% | 64.6% | 59.7% | 55.8% |
| **Operating Margin** | (31.0%) | (20.0%) | (19.9%) | (28.9%) | (14.6%) | (28.7%) | (1.0%) | (17.5%) | (19.7%) | (6.6%) | (2.2%) | 1.5% | (6.1%) | (0.6%) | 4.2% |
| **Adjusted EBITDA Margin** | (11.1%) | (2.7%) | (1.0%) | (9.2%) | 3.4% | (13.5%) | 11.7% | (1.3%) | (1.7%) | 8.4% | 11.2% | 14.2% | 8.5% | 12.5% | 16.1% |
| Pretax Income | (31.3%) | (20.5%) | (19.4%) | (28.8%) | (12.6%) | (26.5%) | 0.2% | (16.1%) | (18.6%) | (5.5%) | (1.0%) | 1.1% | (5.4%) | (0.9%) | 3.9% |
| Net Income | (31.4%) | (20.6%) | (19.6%) | (28.9%) | (12.7%) | (26.6%) | 0.1% | (16.2%) | (19.1%) | (5.5%) | (1.0%) | 1.1% | (5.5%) | (0.9%) | 3.9% |

*Source: Company reports and Needham & Company estimates*

### Figure 5 - Revenue Model

**iRhythm Technologies, Inc.**                                                                      **Needham & Company, LLC**

**Quarterly Revenue Model**                                                                                David Saxon ● (617) 457-0922

| | 2021 | 2022 | 2023 | 1Q24A | 2Q24A | 3Q24A | 4Q24A | 2024 | 1Q25A | 2Q25A | 3Q25A | 4Q25E | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue ($Millions)** | | | | | | | | | | | | | | | |
| Zio XT (Estimate) | 290.5 | 365.2 | 432.1 | 114.5 | 126.7 | 124.7 | 142.1 | 508.1 | 132.5 | 153.5 | 157.2 | 166.6 | 609.9 | 707.9 | 815.1 |
| Zio AT (Estimate) | 32.3 | 45.8 | 60.5 | 17.4 | 21.3 | 22.8 | 22.2 | 83.8 | 26.2 | 33.2 | 35.7 | 33.0 | 128.0 | 154.5 | 181.0 |
| **Total Revenue** | 322.8 | 410.9 | 492.7 | 131.9 | 148.0 | 147.5 | 164.3 | 591.8 | 158.7 | 186.7 | 192.9 | 199.7 | 737.9 | 862.4 | 996.1 |
| **Year/Year Changes** | | | | | | | | | | | | | | | |
| Zio XT | | 25.7% | 18.3% | 16.6% | 17.3% | 16.1% | 20.0% | 17.6% | 15.7% | 21.2% | 26.1% | 17.2% | 20.0% | 16.1% | 15.1% |
| Zio AT | | 41.8% | 32.2% | 32.0% | 32.5% | 32.9% | 58.2% | 38.4% | 50.1% | 55.5% | 56.1% | 49.0% | 52.8% | 20.6% | 17.1% |
| Total Revenue | 21.7% | 27.3% | 19.9% | 18.4% | 19.3% | 18.4% | 24.0% | 20.1% | 20.3% | 26.1% | 30.7% | 21.5% | 24.7% | 16.9% | 15.5% |
| **% of Total Revenue** | | | | | | | | | | | | | | | |
| Zio XT | 90% | 89% | 88% | 87% | 86% | 85% | 86% | 86% | 84% | 82% | 82% | 83% | 83% | 82% | 82% |
| Zio AT | 10% | 11% | 12% | 13% | 14% | 15% | 14% | 14% | 16% | 18% | 18% | 17% | 17% | 18% | 18% |
| Total Revenue | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **Organic Growth Calculations** | | | | | | | | | | | | | | | |
| Total Reported Revenue | 21.7% | 27.3% | 19.9% | 18.4% | 19.3% | 18.4% | 24.0% | 20.1% | 20.3% | 26.1% | 30.7% | 21.5% | 24.7% | 16.9% | 15.5% |
| Currency Impact | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Constant Currency Revenue | 21.7% | 27.3% | 19.9% | 18.4% | 19.3% | 18.4% | 24.0% | 20.1% | 20.3% | 26.1% | 30.7% | 21.5% | 24.7% | 16.9% | 15.5% |
| Acquisition Impact | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Constant Currency, Organic Revenue** | 21.7% | 27.3% | 19.9% | 18.4% | 19.3% | 18.4% | 24.0% | 20.1% | 20.3% | 26.1% | 30.7% | 21.5% | 24.7% | 16.9% | 15.5% |
| *Two-Year Stacked Growth* | 22.7% | 24.5% | 23.5% | 19.5% | 20.4% | 19.2% | 20.8% | 20.0% | 19.3% | 22.6% | 24.4% | 22.8% | 22.4% | 20.7% | 16.2% |

*Source: Company reports and Needham & Company estimates*

**Needham**

October 31, 2025

## *VALUATION (PRICE TARGET: $244.00)*

Our 12-month price target for iRhythm Technologies is $244 which is 9.0x our 2026 revenue estimate. Our valuation multiple is above iRhythm Technologies' small/mid-cap growth peers (trading at a median 2025 EV/sales multiple of 5.0x) and iRhythm Technologies' small/mid-cap cardiovascular peers (trading at a median 2025 EV/sales multiple of 4.2x) given its revenue growth profile. Our prior 12-month price target for iRhythm Technologies was $193 which was 7.5x our prior 2026 revenue estimate. We raised our target multiple given our confidence in upside to 2026 estimates.

## *POTENTIAL UPSIDE DRIVERS*

Potential upside drivers include higher ambulatory cardiac testing volume growth, higher revenue growth, higher than expected Zio AT growth, faster international expansion, and better than expected operating leverage driving near-term profitability.

## *RISKS TO TARGET*

**IRTC**

Risks include poor sales execution, increased competition, negative reimbursement developments, sales force disruption, and an additional equity offering.



Rating and Price Target History for: iRhythm Technologies (IRTC) as of 10-30-2025

Created by: BlueMatrix

**Needham**

October 31, 2025

## *ANALYST CERTIFICATION*

I, David Saxon hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company (ies) and its (their) securities. I, also certify that I, have not been, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## *RATINGS DISTRIBUTIONS FOR NEEDHAM & COMPANY, LLC*

| | % of companies under coverage with this rating | % for which investment banking services have been provided for in the past 12 months |
|---|---|---|
| **Buy** | 74 | 18 |
| **Hold** | 25 | 5 |
| **Underperform** | < 1 | 0 |
| **Rating Suspended** | 0 | 0 |
| **Restricted** | < 1 | 0 |

Needham & Company, LLC employs a rating system based on the following:

Buy: A security, which at the time the rating is instituted, we expect to outperform the average total return of the broader market over the next 12 months.

Hold: A security, which at the time the rating is instituted, we expect to perform approximately in line with the average total return of the broader market over the next 12 months.

Underperform: A security, which at the time the rating is instituted, we expect to underperform the average total return of the broader market over the next 12 months.

Rating Suspended: We have suspended the rating and/or price target, if any, for this security, because there is not a sufficient fundamental basis for determining a rating or price target. The previous rating and price target, if any, are no longer in effect and should not be relied upon.

Restricted: Needham & Company, LLC policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Needham & Company, LLC's engagement in an investment banking transaction and in certain other circumstances.

For disclosure purposes, in accordance with FINRA requirements, Buy ratings most closely correspond to a "Buy" recommendation. Hold ratings mostly correspond to a "Hold/Neutral" recommendation; while our Underperform rating closely corresponds to the "Sell" recommendation required by the FINRA.

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a security and its implied price appreciation may not correspond to the stated 12-month price target. For valuation methods used to determine our price targets and risks related to our price targets, please contact your Needham & Company, LLC salesperson for a copy of the most recent research report.

Price charts and rating histories for companies under coverage and discussed in this report are available at  http://www.needhamco.com/ . You may also request this information by writing to: Needham & Company, LLC, Attn: Compliance/Research, 250 Park Ave., New York, NY 10177

By issuing this research report, each Needham & Company, LLC analyst and associate whose name appears within this report hereby certifies that (i) the recommendations and opinions expressed in the research report accurately reflect the research analyst's and associate's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's or associate's compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst or associate in the research report.

## *DISCLOSURES*

The research analyst and research associate have received compensation based upon various factors, including quality of research, investor client feedback, and the Firm's overall revenues, which includes investment banking revenues for the following: iRhythm Technologies

The Firm, at the time of publication, makes a market in the subject company iRhythm Technologies .

This report is for informational purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. Information contained in this report has been obtained from sources believed to be reliable, but Needham & Company, LLC makes no representation as to its accuracy or completeness, except with respect to the Disclosure Section of the report. Any opinions expressed herein reflect our judgment as of the date of the materials and are subject to change without notice. The securities discussed in this report may not be suitable for all investors and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. Investors must make their own investment decisions based on their financial situations and investment objectives. The value of income from your investment may vary because of changes in interest rates, changes in the financial and operational conditions of the companies and other factors. Investors should be aware that the market price of securities discussed in this report may be volatile. Due to industry, company and overall market risk and volatility, at the securities current price, our investment rating may not correspond to the stated price target. Additional information regarding the securities mentioned in this report is available upon request. © Copyright 2025, Needham & Company, LLC, Member FINRA, SIPC.