# EXHIBIT 37

# TRUIST HH

**Truist Securities**

Equity Research Report

August 1, 2024

**HEALTHCARE: Cardio**

**Richard Newitter**
212-319-5883
Richard.Newitter@truist.com

**Benjamin Goldstein**
212-303-4175
Benjamin.Goldstein@truist.com

| | |
|---|---|
| Stock Rating | **BUY** |
| | *Unchanged* |
| Price Target | **$117.00** |
| | ↓ |
| | *from* |
| | *$134.00* |

| | |
|---|---|
| TR to Target | 38.9% |
| Price (Aug. 1, 2024) | $84.22 |
| 52-Wk Range | $123.61-$72.43 |
| Market Cap ($M) | $2,614 |
| ADTV | 270,753 |
| Shares Out (M) | 31 |
| Short Interest Ratio/% Of Float | 9.5% |
| Enterprise Value ($M) | $2,680 |
| Cash & Equivalents ($M) | $577 |
| Total Debt ($M) | $644 |

6 Page Document

## Reasons for this report

✓ EPS Recap Report
✓ Updating Estimates and PT

# iRhythm Technologies, Inc. (IRTC)

### CFO Change & New Form 483s Add Noise To an Otherwise Solid 2Q Beat; Key 510K/MCT Timelines On Track

**2Q upside included a big GM beat & was operationaly "clean," but several new form 483 observations (following a late July FDA inspection) & an announced CFO transition could distract from an otherwise solid result**. Importantly, timelines for Fall '24 510K A-T approvals (and a late '24 MCT submission) to support MCT approval in '25 (a key rev accel. catalyst) were reiterated. CFO changes always tend to be a surprise, but outgoing CFO Brice Bobzien is leaving for personal reasons and passing the reigns to a Daniel Wilson who is the natural successor in our view, and a 'known' entity to investors. Reit. Buy. PT $117 (fr. $134)

- **Our PT goes to $117 (fr. $134 prior)** based on a 5.5x EV/Sales applied to our FY25E rev. This would be below the company's high-growth comp group now trading at 6.3x 2025E Sales, but above IRTC's current ~4x '25E multiple. Our PT decreased primarily due to group/SMID multiple compression since our last valuation update. We think IRTC can see its multiple gradually close the gap to peers as the company continues to execute on driving 18-20%+ rev growth in 2024 along with ramping GM & adj. EBITDA ramp and an anticipated new product cycle (MCT) that should have pot'l to accelerate rev growth (to >20%+) in 2025. Key 510K clearances for A-T should be forthcoming in the Sep.-Oct. timeframe preceding an expected late 2024 MCT FDA submission, and ultimately paving the way for an eventual MCT launch next year. **In our view, as long as key A-T 510K approvals materialize as expected in the back half, and MCT commercialization timelines remain on track---with the rest of the business continuing to deliver rev/ EBITDA beat & raises during 2H24---we think the stock (and valuation) can increase towards our PT.**

- **Above consensus sales/profitability in 2Q highlighted by a big 300bps GM beat.** Rev of $148M came in above the CNS $146M est. and the better than expected EPS loss (-$0.60 vs. CNS -$0.89) was powered by GMs that were ~300bps above CNS' 66.8%. GM expansion has been limited for IRTC and a steep 2H24 ramp was a question in some investors' minds following several qtrs of GM underperformance. So **it was very encouraging to see an earlier-than-expected return to nearly 70%--which wasn't expected to be reached until 2H24.** Mgmt did call out some 1x favorable items that contributed to the GM outperformance this qtr, but the good news is that GM's should remain in the 69-70%+ range for the forseeable future. Overall adj. EBITDA of ~$5M vs. was ahead of $0.2M CNS.

- **Guidance raised on the top-line with GM and profit outlook narrowed towards the upper-end of the previous guidance.** Sales guidance of $585-590M basically increases by $2M due to the 2Q beat, with the rev midpoint slightly ahead of CNS' $584M est. GM guidance was increased by 0.5% at the lower end to 68.5-69% (from 68-69%), and while there is likely to be a step down in 3Q vs. 2Q., mgmt still anticipates exiting the year at 70%+ GMs. Adj. EBITDA margin guidance was also narrowed to 3.5-4% from 3-4% prior. 3Q EBITDA is expected to be ~150-250bps higher than 2Q's 3.4%, which imputes a low teens EBITDA margin in 4Q. This continues to include Warning Letter resolution costs that are expected to total ~$8-10M, but we think this level of spend could continue

| Revenue ($M) | 2023A | 2024E | | | 2025E | | |
|---|---|---|---|---|---|---|---|
| FYE Dec | | New | Old | Cons | New | Old | Cons |
| Q1 | $111 | $132 | -- | $132 | $156 | -- | $154 |
| Q2 | $124 | $148 | *$147* | $146 | $176 | *$174* | $172 |
| Q3 | $125 | $147 | -- | $148 | $174 | *$175* | $174 |
| Q4 | $133 | $158 | -- | $158 | $187 | *$186* | $186 |
| Year | $493 | $585 | *$583* | $581 | $694 | *$692* | $689 |
| EV/Sales | 5.4x | 4.6x | | | 3.9x | | |

SEE PAGE 4 FOR REQUIRED DISCLOSURE INFORMATION

should the FDA/DOJ investigations get drawn out even further into 2025. For our part, we model GM and EBITDA margin of 69.0% and 3.6% for 2024, expanding to 70.5% and 7.3% in 2025E.

- **Some new form 483s announced…**The company announced that it had two FDA inspections in late July (in the SF, CA and Orange County facilities) that led to Form 483 observations; **mgmt emphasized the items are not in any way related to safety, and are more process and workflow related to quality systems** and regulatory compliance and risk analysis and CAPA processes. To us these issues seem slightly more benign -- our understanding of mgmt's commentary is that one of the issues is around how CCTs process Zio data and if/how regulators should interpret issues such as when the CCT's analysis differs from the physician -- rather than related to device specific issues. Nevertheless, this latest salvo from FDA creates another distraction. The company will respond to the agency within the next 15 days and then wait for a follow-up response/dialogue. Speaking to mgmt. our sense is that a worst case could involve mgmt. and FDA coming to an agreement to change processes and protocols/systems which could result in extended remediation costs (currently $8-10M in 2024). But we do not believe---if it came down to this---that this would prevent the company from achieving our/CNS 2025+ EBITDA forecasts. It's also very possible IRTC responds and no major changes are needed. It's a frustrating development. But, in all, we thought **mgmt. sounded confident that this matter should not have a material impact beyond being an incremental distraction for the team (and of course possibly extending the FDA overhang that has been weighing on IRTC's stock for over a year now). But ultimately, there should be no bearing from these new FDA observations on the A-T/MCT approval & commercialization effort/expectations.**

- **…but encouragingly, outside of these new observations, prior remediation commentary timelines remain on track with mgmt still anticipating MCT submission in late-2024.** Recall, the two 510(k)s around Zio AT were submitted to the FDA in January, and mgmt continues to anticipate a decision in 2H. The first 510(k) is a catch up for previously made changes, and the second covers design feature and label updates. The company noted it had submitted one of two responses back to the FDA this week (late-July 2024), and plans a second reply in the next week or so. We think this still sets up for a decision in the late Sep/Oct time frame. As a reminder 510(k) approval is needed so that the nexgen MCT can be submitted for approval (as Zio AT is the predicate device), and also for a follow up inspection that could lift the Warning Letter (although the latter is likely not required for mgmt to secure MCT commercialization).

- **Brice Bobzien, CFO, will step down as CFO on August 31st; he will be succeeded by Daniel Wilson, EVP of Corporate Development & Investor Relations.** Mr. Bobzien had been CFO for two years, and will continue to advise the company into 2025. Mr. Wilson has been at the company since 2019, and we've gotten to know him in his Investor Relations role, which he took on in 2019. Mr. Bobzien clarified that his reasoning for stepping down is related to personal priorities, and in fact dealing with some personal family related health matters. We think the transition should be relatively straightforward and we view Mr. Wilson as a logical successor. He is well-known by the Street/investors and has been working with the current senior leadership team and helping to shape strategy for years.

- **Model Updates:** We update our model to reflect the 2Q result. Our 2024 revenue/EPS ests. go to $585M/($2.85) from $583M/($3.17), and our 2025 revenue/EPS estimates go to $694M/($2.13) from $692M/($2.89).

# Truist Securities

**TRUIST ⊞⊞  Truist Securities**

Richard Newitter
Phone: 212.319.5883
Email: Richard.Newitter@Truist.com
Last Updated: 8/1/24
"Required Disclosures" are on the last tab of the workbook

**iRhythm Technologies**
**Income Statement Model**

| $M, except per share data | 2019 | 2020 | 2021 | 2022 | 2023 | 1Q24 | 2Q24 | 3Q24E | 4Q24E | 2024E | 1Q25E | 2Q25E | 3Q25E | 4Q25E | 2025E | 2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consolidated Revenue*** | 214.552 | 265.166 | 322.825 | 410.921 | 492.681 | 131.929 | 148.047 | 146.806 | 157.930 | 584.712 | 156.284 | 176.466 | 174.164 | 186.916 | 693.831 | 812.916 |
| Cost of Sales | 52.485 | 70.277 | 109.257 | 129.289 | 160.875 | 44.413 | 44.576 | 45.363 | 47.063 | 181.415 | 47.667 | 51.881 | 51.901 | 53.271 | 204.720 | 235.746 |
| **Gross Profit** | 162.067 | 194.889 | 213.568 | 281.632 | 331.806 | 87.516 | 103.471 | 101.443 | 110.867 | 403.297 | 108.617 | 124.585 | 122.263 | 133.645 | 489.111 | 577.170 |
| Research & Development | 37.299 | 41.329 | 38.671 | 46.610 | 60.244 | 16.994 | 19.690 | 20.553 | 18.952 | 76.188 | 21.098 | 21.529 | 21.945 | 22.430 | 87.002 | 85.966 |
| SG&A | 179.523 | 197.233 | 274.839 | 317.373 | 369.779 | 108.660 | 105.466 | 104.673 | 105.971 | 424.770 | 111.743 | 124.762 | 121.915 | 123.178 | 481.598 | 520.266 |
| **Total Operating Expenses** | 216.822 | 238.562 | 313.510 | 363.983 | 430.023 | 125.654 | 125.156 | 125.226 | 124.923 | 500.959 | 132.841 | 146.291 | 143.860 | 145.608 | 568.600 | 606.232 |
| **Operating Income (Loss)** | (54.755) | (43.673) | (99.942) | (82.351) | (98.217) | (38.138) | (21.685) | (23.783) | (14.056) | (97.661) | (24.224) | (21.705) | (21.596) | (11.963) | (79.488) | (29.062) |
| Interest Income (Expense), net | (1.643) | (0.757) | (1.169) | (4.138) | (3.650) | (2.860) | (3.312) | (3.312) | (3.312) | (12.796) | (3.312) | (3.312) | (3.312) | (3.312) | (13.248) | (13.248) |
| Net Interest & Other, total | 0.252 | 0.834 | (1.051) | (2.102) | 2.505 | 0.092 | 3.068 | 3.068 | 3.068 | 9.296 | 3.068 | 3.068 | 3.068 | 3.068 | 12.272 | 12.272 |
| **Pretax Income** | (54.503) | (42.839) | (100.993) | (84.453) | (95.712) | (38.046) | (18.617) | (20.715) | (10.988) | (88.365) | (21.156) | (18.637) | (18.528) | (8.895) | (67.216) | (16.790) |
| Income Tax Expense | 0.064 | 0.229 | 0.367 | 0.269 | 0.750 | 0.032 | 0.194 | 0.195 | 0.255 | 0.676 | 0.032 | 0.194 | 0.195 | 0.255 | 0.676 | 0.032 |
| *Tax Rate* | *-0.1%* | *-0.5%* | *-0.4%* | *-0.3%* | *-0.8%* | *-0.1%* | *-1.0%* | *21.0%* | *21.0%* | *-0.8%* | *21.0%* | *21.0%* | *21.0%* | *21.0%* | *-1.0%* | *-1.0%* |
| **Net Income (GAAP)** | (54.567) | (43.068) | (101.360) | (84.722) | (96.462) | (38.078) | (18.811) | (20.910) | (11.243) | (89.041) | (21.188) | (18.831) | (18.723) | (9.150) | (67.892) | (16.822) |
| **EPS (non-GAAP)** | ($2.16) | ($1.55) | ($3.45) | ($2.83) | ($3.16) | ($1.23) | ($0.60) | ($0.67) | ($0.36) | ($2.85) | ($0.67) | ($0.59) | ($0.59) | ($0.29) | ($2.13) | ($0.53) |
| Diluted Shares | 25.260 | 27.750 | 29.339 | 29.911 | 30.527 | 31.033 | 31.145 | 31.301 | 31.457 | 31.234 | 31.615 | 31.773 | 31.931 | 32.091 | 31.852 | 32.012 |
| EPS - GAAP | ($2.16) | ($1.55) | ($3.45) | ($2.83) | ($3.16) | ($1.23) | ($0.65) | ($0.67) | ($0.36) | ($2.85) | ($0.67) | ($0.59) | ($0.59) | ($0.29) | ($2.13) | ($0.53) |
| | | | | | | | | | | | | | | | | |
| **Adjusted EBITDA (Incl. SBC)** | (51.31) | (36.24) | (90.10) | (69.00) | (82.07) | (33.11) | (16.83) | (16.23) | (6.37) | (72.54) | (16.75) | (14.07) | (13.80) | (4.03) | (48.66) | 1.77 |
| **Adjusted EBITDA (Excl. SBC)** | (25.07) | 5.27 | (35.57) | (11.261) | (4.863) | (12.121) | 4.991 | 7.301 | 21.049 | 21.220 | 5.917 | 7.248 | 11.612 | 25.583 | 50.360 | 108.708 |

| Expense and Margin Analysis (% of sales) | 2019 | 2020 | 2021 | 2022 | 2023 | 1Q24 | 2Q24 | 3Q24E | 4Q24E | 2024E | 1Q25E | 2Q25E | 3Q25E | 4Q25E | 2025E | 2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COGS | 24.5% | 26.5% | 33.8% | 31.5% | 32.7% | 33.7% | 30.1% | 30.9% | 29.8% | 31.0% | 30.5% | 29.4% | 29.8% | 28.5% | 29.5% | 29.0% |
| **Gross Margin** | 75.5% | 73.5% | 66.2% | 68.5% | 67.3% | 66.3% | 69.9% | 69.1% | 70.2% | 69.0% | 69.5% | 70.6% | 70.2% | 71.5% | 70.5% | 71.0% |
| Research & Development | 17.4% | 15.6% | 12.0% | 11.3% | 12.3% | 12.9% | 13.3% | 14.0% | 12.0% | 13.0% | 13.5% | 12.2% | 12.6% | 12.0% | 12.6% | 10.6% |
| SG&A | 83.7% | 74.4% | 85.4% | 77.3% | 75.3% | 82.4% | 71.2% | 71.3% | 67.1% | 73.0% | 71.5% | 70.7% | 70.0% | 65.9% | 69.5% | 64.0% |
| Total Operating Expenses | 101.1% | 90.0% | 97.1% | 88.6% | 87.3% | 95.2% | 84.5% | 85.3% | 79.1% | 85.7% | 85.0% | 82.9% | 82.6% | 77.9% | 82.0% | 74.6% |
| **Operating Margin** | -25.5% | -16.5% | -31.0% | -20.0% | -19.9% | -28.9% | -14.6% | -16.2% | -8.9% | -16.7% | -15.5% | -12.3% | -12.4% | -6.4% | -11.5% | -3.6% |
| **Adj. EBITDA Margin (Incl. SBC)** | -23.9% | -13.7% | -27.9% | -16.8% | -16.7% | -25.1% | -11.4% | -11.1% | -4.0% | -12.4% | -10.7% | -8.0% | -7.9% | -2.2% | -7.0% | 0.2% |
| **Adj. EBITDA Margin (Excl. SBC)** | -11.7% | 2.0% | -11.0% | -2.7% | -1.0% | -9.2% | 3.4% | 5.0% | 13.3% | 3.6% | 3.8% | 4.1% | 6.7% | 13.7% | 7.3% | 13.4% |
| Net Margin | -25.4% | -16.2% | -31.4% | -20.6% | -19.6% | -28.9% | -12.7% | -14.2% | -7.1% | -15.2% | -13.6% | -10.7% | -10.8% | -4.9% | -9.8% | -2.1% |

| Sales, Profit, Expense Growth Analysis (% yr/yr) | 2019 | 2020 | 2021 | 2022 | 2023 | 1Q24 | 2Q24 | 3Q24E | 4Q24E | 2024E | 1Q25E | 2Q25E | 3Q25E | 4Q25E | 2025E | 2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue - Reported** | 45.7% | 23.6% | 21.7% | 27.3% | 19.9% | 18.4% | 19.3% | 17.8% | 19.2% | 18.7% | 18.5% | 19.2% | 18.6% | 18.4% | 18.7% | 17.2% |
| **Cost of Revenue** | 35.3% | 33.9% | 55.5% | 18.3% | 24.4% | 24.2% | 17.6% | 7.7% | 4.4% | 12.8% | 7.3% | 16.4% | 14.4% | 13.2% | 12.8% | 15.2% |
| **Gross Profit** | 49.4% | 20.3% | 9.6% | 31.9% | 17.8% | 15.6% | 20.0% | 23.0% | 26.8% | 21.5% | 24.1% | 20.4% | 20.5% | 20.5% | 21.3% | 18.0% |
| Total Operating Expenses | 40.6% | 10.0% | 31.4% | 16.1% | 18.1% | 14.8% | 25.5% | 16.9% | 9.8% | 16.5% | 5.7% | 16.9% | 14.9% | 16.6% | 13.5% | 6.6% |
| Operating Income (Loss) | 19.8% | -20.2% | 128.8% | -17.6% | 19.3% | 12.8% | 61.1% | -3.3% | -46.6% | -0.6% | -36.5% | 0.1% | -9.2% | -14.9% | -18.6% | -63.4% |
| **Adjusted EBITDA** | 18.2% | -29.4% | 148.6% | -23.4% | 18.9% | 9.5% | 73.4% | -21.4% | -70.3% | -11.6% | -49.4% | -16.4% | -15.0% | -36.7% | -32.9% | -103.6% |
| **Adjusted EPS** | 2.4% | -28.2% | 122.6% | -18.0% | 11.6% | 11.2% | 40.9% | -15.2% | -57.6% | -9.8% | -45.4% | -1.9% | -12.2% | -20.2% | -25.2% | -75.3% |

*Source: Company Documents, Truist Securities Estimates*

**Truist Securities**

## Company Description

iRhythm Technologies, Inc. (IRTC) is a medical device & digital healthcare company focused on the detection and monitoring of abnormal heart rhythms with its Zio Service. The company has redefined the way cardiac arrhythmias are clinically diagnosed, by combining a patient-friendly, patch-based wearable bio-sensor with cloud-based data analytics and machine-learning capabilities.

## Investment Thesis

We think iRhythm's proprietary offering can grow over time to be the standard of care as a first-line treatment in outpatient cardiac monitoring, bringing about streamlined physician workflow, improved patient outcomes, and ultimately better economics to the healthcare system - supported by its integrated Zio Service platform that includes a proprietary database, artificial intelligence, information system layer, and wearable form factor (four-layer "stack"). We rate the shares Buy.

## Valuation and Risks

Our PT of $117 is based on a 5.5x EV/Sales applied to our FY25E rev. This would be below the company's high-growth comp group now trading at 6.3x 2025E Sales, but above IRTC's current ~4x '25E multiple. We think IRTC can see its multiple gradually close the gap to peers as the company continues execute on driving 18-20%+ rev growth in 2024 along with ramping GM & adj. EBITDA ramp and an anticipated new product cycle (MCT) that should have pot'l to accelerate rev growth (to >20%+) in 2025. Key 510K clearances for A-T should be forthcoming in the Sep.-Oct. timeframe preceding an expected late 2024 MCT FDA submission, ultimately paving the way for an eventual launch next year. In our view, as long as these key milestones are met, and MCT remains on track with the business driving beat & raises throughout the rest of 2H24 on rev & EBITDA we think the stock (and valuation) can increase towards our $117 PT.

Risks to our price target and valuation include: 1) Commercial reimbursement re-rates lower, 2) Competitive dynamics from existing players in the extended-wear cardiac monitoring market, 3) Key product launches, including ZioAT, do not gain traction in the market or are underwhelming vs. our expectations, 4) potential impacts from a FDA Warning Letter, and 5) Expansion into the asymptomatic AF space does not materialize as soon as we currently model.

## Companies Mentioned in This Note
**iRhythm Technologies, Inc.** (IRTC, $84.22, Buy, Richard Newitter)

## Analyst Certification

I, Richard Newitter , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Truist Securities, Inc. makes a market in the following company: IRTC-US

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.

**Truist Securities**



## Important Disclosures on Equity Research Dissemination, Ratings, Designations, and Coverage Universe

**Dissemination of Research**

Truist Securities, Inc. ("Truist Securities") seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://truistresearch.bluematrix.com/client/library.jsp

Please email the Research Department at EquityResearchDepartment@truist.com or contact your Truist Securities sales representative.

**Truist Securities Rating System for Equity Securities**

Truist Securities, Inc. ("Truist Securities") rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – Truist Securities does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that Truist Securities' rating and/or target price have been temporarily suspended due to applicable regulations and/or Truist Securities Management discretion. The previously published rating and target price should not be relied upon.

Truist Securities analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of Truist Securities Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

Truist Securities ratings distribution (as of 08/01/2024):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 433 | 63.40% | Buy | 60 | 13.86% |
| Hold | 249 | 36.46% | Hold | 34 | 13.65% |
| Sell | 1 | 0.15% | Sell | 0 | 0.00% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. Truist Securities, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over the-counter securities mentioned herein. Opinions expressed are subject to change without notice.

Truist Securities, Inc.'s research is primarily provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million. In addition, certain affiliates of Truist Securities, Inc., including Truist Investment Services, Inc. (an SEC registered broker-dealer and a member of FINRA, SIPC) and Truist Advisory Services, Inc. (an investment adviser registered with the SEC), may make Truist Securities, Inc. research available, upon request, to certain of their clients from time to time.

Truist Securities, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of Truist Financial Corporation. Truist Securities, Inc. is owned by Truist Financial Corporation and affiliated with Truist Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at Truist Securities, Inc. or Truist Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Truist Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Truist Bank may have a lending relationship with companies mentioned herein. Certain clients may compensate Truist Securities, Inc. for research via hard dollar payments, and Truist Securities, Inc. may be deemed to be an investment adviser to such clients as a result of such payments.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks. Link: https://truist.bluematrix.com/sellside/Disclosures.action

Please visit the Truist Securities equity research library for current reports and the analyst roster with contact information. Link: https://truistresearch.bluematrix.com/client/library.jsp

Truist Securities, Inc., member FINRA and SIPC. Truist, Truist Bank, Truist Securities, Truist Investment Services, and Truist Advisory Services are service marks of Truist Financial Corporation.

If you no longer wish to receive this type of communication, please request removal by sending an email to EquityResearchDepartment@truist.com

© Truist Securities, Inc. 2024. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

ADDITIONAL INFORMATION IS AVAILABLE at our website, TruistSecurities.com, or by writing to: Truist Securities, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070