# EXHIBIT 38

**Equity Research**



Company Update — August 15, 2024

**Medical Technology**

# iRhythm Technologies, Inc. (IRTC)

## Takeaways from FDA Consultant's Review of the New 483 Observations

### Our Call

Our FDA consultant evaluated IRTC's recent 483 observations and believes these are unlikely to lead to a product recall but there is a possibility of another warning letter. Our expert notes the 483s could potentially be resolved in less than a year.

**Our consultant believes the new 483s could potentially be resolved in less than a year.** All three observations were in some way tied to IRTC's certified cardiographic technicians (CCT). While IRTC made the case that CCT's are separate from its Zio product, our consultant and we believe that they are an integral part of IRTCs product/service. Our expert believes remediation will require IRTC to revamp training and risk controls for its CCT's.

**At this point, there is nothing to indicate the FDA will seek a product recall or a consent decree.** Our expert believes there is risk that IRTC receives another warning letter for these observations. In part, this will depend on IRTC's remediation efforts and if the recent inspection is classified as "Official Action Indicated (OAI)", which still has not been posted to the FDA website. According to our expert, if IRTC does receive a warning letter then a consent decree becomes more unlikely.

**We looked through FDA classifications of IRTC's past inspections spanning 2010, 2013, 2016, and 2018 and none were OAI until the 2022 inspection that led to the Zio AT warning letter.** Before 2022, all inspections were classified with the less stringent "No Action Indicated (NAI)" and one was "Voluntary Action Indicated (VAI)". We are uncertain what has changed in IRTC's products or processes, or at the FDA, that led to the OAI but we believe this is something IRTC should address for investors.

Again we do not yet know if the new 483s will be classified as OAI.

**Our consultant does not believe the new 483s impact the resolution of the preexisting Zio AT warning letter.** With IRTC's ongoing process through the filing of two catch-up 510(k)'s for Zio AT, the company should be able to separate the lifting of that warning letter from the new 483s.

***Summary of the three 483 observations from the July 2024 inspection:***

**(1) Procedures for corrective and preventive action have not been adequately established.** IRTC received ~4K complaints related to CCTs over last 2 years, including misreading and providing this data for diagnosis. FDA claims IRTC has not analyzed these to determine if they are recurring problems, and has not taken corrective or preventive action.

***Continued on the following pages...***

Equity Analyst(s)

**Nathan Treybeck**
Equity Analyst | Wells Fargo Securities, LLC
Nathan.Treybeck@wellsfargo.com | 212-214-8042

**Larry Biegelsen**
Equity Analyst | Wells Fargo Securities, LLC
Lawrence.Biegelsen@wellsfargo.com | 212-214-8015

**Vik Chopra**
Equity Analyst | Wells Fargo Securities, LLC
Vik.Chopra@wellsfargo.com | 212-214-8038

**Lei Huang**
Associate Equity Analyst | Wells Fargo Securities, LLC
Lei.Huang@wellsfargo.com | 212-214-8039

**Dean Weinstock**
Associate Equity Analyst | Wells Fargo Securities, LLC
Dean.Weinstock@wellsfargo.com | 212-214-5047

| Rating | Overweight |
| --- | --- |
| Ticker | IRTC |
| Price Target/Prior: | $110.00/NC |
| Upside/(Downside) to Target | 62.7% |
| Price (08/14/2024) | $67.62 |
| 52 Week Range | $64.35 - 124.12 |
| Shares Outstanding (MM) | 31 |
| Market Cap (MM) | $2,112 |
| Enterprise Value (MM) | $1,944 |
| Average Daily Volume | 420,874 |
| Average Daily Value (MM) | $28 |
| Dividend (NTM) | $0.00 |
| Dividend Yield | 0.0% |
| Net Debt (MM) - last reported | $(169) |
| ROIC - Current year est. | (31)% |
| 3 Yr EPS CAGR from current year (unless otherwise noted) | 19% |

| $ EPS | 2023A | 2024E Curr. | 2024E Prior | 2025E Curr. | 2025E Prior |
| --- | --- | --- | --- | --- | --- |
| Q1 (Mar) | (1.10) A | (1.23) A | NC | - | NC |
| Q2 (Jun) | (0.43) A | (0.65) A | NC | - | NC |
| Q3 (Sep) | (0.79) A | (0.41) E | NC | - | NC |
| Q4 (Dec) | (0.84) A | (0.18) E | NC | - | NC |
| FY | (3.16) A | (2.46) E | NC | (2.15) E | NC |
| P/E | NM | NM | | NM | |

*Source: Company Data, Wells Fargo Securities estimates, and Factset.*
*NA = Not Available, NC = No Change, NE = No Estimate*

All estimates/forecasts are as of 8/14/2024 unless otherwise stated. 8/15/2024 5:00:23EDT. Please see page 5 for rating definitions, important disclosures and required analyst certifications. Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

Medical Technology

Equity Research

# Wells Fargo Express Takeaways

**iRhythm Technologies, Inc. (IRTC) | Rating: Overweight | Price Target: $110.00**
**Analyst: Nathan Treybeck**

## Financials

| FY (Dec) $ | 2023A | 2024E | 2025E |
|---|---|---|---|
| **ESTIMATES** | | | |
| **EPS** | | | |
| Q1 | (1.10) A | (1.23) A | - |
| Q2 | (0.43) A | (0.65) A | - |
| Q3 | (0.79) A | (0.41) E | - |
| Q4 | (0.84) A | (0.18) E | - |
| AN | (3.16) A | (2.46) E | (2.15) E |
| **Rev. (MM)** | 492.7 A | 585.2 E | 686.2 E |
| **EBIT (MM)** | (98.2) A | (85.6) E | (55.7) E |
| **EBITDA (MM)** | (4.9) A | 22.9 E | 35.8 E |
| **FCF (MM)** | (90.5) A | (18.8) E | 3.4 E |
| | | | |
| **WELLS FARGO vs. CONSENSUS** | | | |
| Consensus Estimate | (2.94) A | (2.96) E | (1.91) E |
| Difference from Consensus | | 16.7% | (12.7)% |
| | | | |
| **VALUATION** | | | |
| P/E | NM | NM | NM |
| EV/Revenue | 3.9x | 3.3x | 2.8x |
| EV/EBIT | NM | NM | NM |
| EV/EBITDA | NM | 84.8x | 54.4x |
| EV/FCF | NM | NM | NM |
| FCF Yield | NM | NM | 0.1% |

*Consensus Estimate: EPS; Source: FactSet*
*Source: Company Data, Wells Fargo Securities estimates, and Factset.*
*NA = Not Available, NE = No Estimate*

## Investment Thesis

We rate IRTC Overweight, as we believe there is significant runway for the company to almost double its share of the US ACM market by 2027, as we forecast Zio volumes growing at a mid-teens CAGR. We also believe that market adjacencies provide significant option value to IRTC stock.

### Risk vs. Reward – Upside/Downside Price Target Scenarios



*\*As of 08/14/24*
*Source: Wells Fargo Securities, LLC estimates and Factset.*

### Base Case | $110.00

Our price target of $110 is based on ~5x EV to 2025E revenue of $686M. This multiple is below the median of High-Growth Medtech comps, which reflects our view that the high-growth segments of the ACM market where IRTC competes are crowded and differentiation between products may be limited.

### Upside Scenario | $135.00

Further upside to our PT would be driven by faster-than-expected ACM market penetration and positive traction in addressing adjacent market opportunities. In this case, our upside price target is $135, which applies a higher ~7.5x EV multiple to a higher 2025 sales estimate.

### Downside Scenario | $67.00

Downside to our PT would be driven by slower-than-expected ACM market penetration. In this case, our downside price target is $67, which applies a lower multiple of ~4.5x EV to a lower 2025 sales estimate.

## Upcoming Catalysts

US commercial ramp of the new Zio Monitor

Filing of two 510k's on path to resolve Zio AT warning letter

Clarity on the resolution of the DOJ subpoena

Pricing benefit from shift to San Francisco IDTF

Japan reimbursement for Zio

Zio Watch commercial pilot

## Company Description

iRhythm Technologies manufactures the Zio ambulatory cardiac monitoring devices for the diagnosis of arrhythmias.

iRhythm Technologies, Inc.                                                                                  Equity Research

***Summary of the three 483 observations from the July 2024 inspection (continued):***

Also, IRTC had a new plan/policy for analyzing algorithm functionality. IRTC's sensitivity control limit was breached and FDA claims no corrective or preventive action was taken. Lastly as part of Observation 1, the FDA called out continued skin irritation complaints.

**(2) Inadequate risk analysis for all IRTC monitors and Zeus software.** FDA claims IRTC doesn't adequately assess CCT risk. FDA also noted false positive events and duplicated algorithm miss events were not included as part of IRTC algorithm functionality monitoring.

**(3) MDR report was not submitted within 30 days of a device malfunction and would be likely to cause death or serious injury if the malfunction were to recur.** This observation applied to all IRTC's monitors and Zeus software. FDA noted that IRTC routinely does not report complaints and events alleging CCTs or its algorithm have misread or misinterpreted event data.

## Investment Thesis, Valuation and Risks

**iRhythm Technologies, Inc. (IRTC)**
**Investment Thesis**
We rate IRTC Overweight, as we believe there is significant runway for the company to almost double its share of the US ACM market by 2027, as we forecast Zio volumes growing at a mid-teens CAGR. We also believe that market adjacencies provide significant option value to IRTC stock.

**Target Price Valuation for IRTC: $110.00 from NC**
Our price target of $110 is based on ~5x EV to 2025E revenue of $686M. This multiple is below the median of High-Growth Medtech comps, which reflects our view that the high-growth segments of the ACM market where IRTC competes are crowded and differentiation between products may be limited.

**Risks to Our Price Target and Rating for IRTC**
Risks include slower-than-expected ACM market rate of penetration, unfavorable reimbursement decisions, new competitive entrants, and limited success on profitability improving initiatives.

iRhythm Technologies, Inc.                                                                      Equity Research

## Required Disclosures

I, Nathan Treybeck, certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

## Additional Information Available Upon Request



**iRhythm Technologies, Inc. Rating History as of 08-13-2024**
powered by: BlueMatrix

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

Wells Fargo Securities, LLC, maintains a market in the common stock of iRhythm Technologies, Inc..

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from iRhythm Technologies, Inc. in the next three months.

**STOCK RATING**

**OW=Overweight**: Total return on stock expected to be 10%+ over the next 12 months. (BUY)

**EW=Equal Weight**: Total return on stock expected to be -10% to +10% over the next 12 months. (HOLD)

**UW=Underweight**: Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. (SELL)

**NR=Not Rated**: The rating and price target has been removed due to lack of fundamental basis to support the recommendation or due to legal, regulatory or company policy considerations.

FINRA regulation requires member firms to assign ratings to one of three rating categories: Buy, Hold and Sell. In accordance with FINRA regulation and solely to satisfy those disclosure requirements in the ratings distribution table and ratings history chart contained in these Required Disclosures, our rating of Overweight corresponds to a Buy rating; Equal Weight corresponds to a Hold rating; and Underweight corresponds to a Sell rating.

**As of August 14, 2024**
50.3% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight. (BUY)
41.0% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight. (HOLD)
8.7% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight. (SELL)
Wells Fargo Securities, LLC has provided investment banking services for 39.5% of its Equity Research Overweight-rated companies. (BUY)
Wells Fargo Securities, LLC has provided investment banking services for 39.2% of its Equity Research Equal Weight-rated companies. (HOLD)
Wells Fargo Securities, LLC has provided investment banking services for 31.6% of its Equity Research Underweight-rated companies. (SELL)

**Important Disclosure for U.S. Clients**

This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities, LLC ("Wells Fargo Securities").

WFS Research may, from time to time, provide clients with short-term trading views in its research reports regarding subject companies on which Wells Fargo Securities currently has equity research coverage. A short-term trading view offers a view on how the market price of a subject company's common equity may trend in absolute terms during the 30 days following the date of the short-term trading view. A short-term trading view on a subject company's common equity does not impact our fundamental investment rating or price target for that company, which reflect our view of how the subject company's common equity may perform over a one-year period. A short-term trading view may reach a different conclusion than the firm's fundamental investment rating and price target for a subject company and, therefore, short-term trading views could result in short-term price movements that are contrary to our fundamental investment rating and price target. Short-term trading views are not ratings and the firm does not intend, nor undertakes any obligation, to maintain, update or close out short-term trading views. Short-term trading views may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any short-term trading views discussed in WFS Research reports.

**Important Disclosure for International Clients**

**United Kingdom** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the United Kingdom, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a UK incorporated investment firm authorised and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 (the "Act"), the content of this report has been approved by WFSIL, an authorised person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research.

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by WFSIL or Wells Fargo Securities Europe S.A. ("WFSE"). WFSE is a French incorporated investment firm authorized and regulated by the Autorité de contrôle prudentiel et de résolution and the Autorité des marchés financiers. WFSE does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC and Wells Fargo Securities International Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States and Wells Fargo Securities International Limited is regulated under laws of the United Kingdom. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC or Wells Fargo Securities International Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States or United Kingdom and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Canadian Investment Regulatory Organization (CIRO) and, Member – Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**China** – Strictly Private and Confidential. For the sole use of the recipient only. Not to be copied or redistributed within the People's Republic of China.

**Brazil** - This report was not created for distribution to investors resident in Brazil or to the Brazilian public in general. Wells Fargo Securities, LLC is a broker-dealer registered in United States of America with and regulated by the U.S. Securities and Exchange Commission. Wells Fargo Securities, LLC is not registered in Brazil and its products, including this report and the securities mentioned in this report, have not been and will not be publicly issued, placed, distributed, offered or negotiated in the Brazilian capital markets, and, as a result, have not been and will not be registered with the Brazilian Securities Commission (Comissão de Valores Mobiliários, the CVM). The offer of Wells Fargo Securities, LLC's products, including this report and any securities mentioned in this report, is intended only for residents in the countries in which Wells Fargo Securities, LLC is authorized to operate.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in the report. This report, including any ratings it contains, does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should seek professional advice, including tax advice, to determine whether any advice or recommendation in the attached research report is suitable for their particular circumstances. The information in this report is provided as of the date of the report and has been obtained or derived from sources believed by WFS Research to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at the time that the report was published, and are subject to change without notice.

All Wells Fargo Securities research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third-party aggregators.

Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. Wells Fargo

iRhythm Technologies, Inc.                                                                                                        Equity Research

Securities' Signature Picks is a product of the Equity Strategy team and represents a portfolio of stocks selected from the Equity Research Department's universe of Overweight rated stocks. Stocks with this designation are selected by the Signature Picks Committee based on factors such as volatility, risks, market cap and liquidity and may not represent the fundamental analysts' top-rated stock in their respective coverage universe. For research or other data available on a particular security, please contact your sales representative or go to http://research.wellsfargosecurities.com.

Clients of WFS Research are permitted to store, display, analyze, modify, reformat, copy, duplicate and reproduce this report and the information contained within it for their own internal use and for no other purpose. Without the prior written consent of Wells Fargo Securities, no part of this report may be copied, duplicated or reproduced in any form by any other means. In addition, this report and its contents may not be redistributed or transmitted to any other party in whole or in part, directly or indirectly, including by means of any AI Technologies (defined below) through which this report or any portion thereof may be accessible by any third-party. "AI Technologies" means any deep learning, machine learning, and other artificial intelligence technologies, including without limitation any and all (a) proprietary algorithms, software, or systems that make use of or employ neural networks, statistical learning algorithms (such as linear and logistic regression, support vector machines, random forests or k-means clustering) or reinforcement learning, or curated data sets accessible by any of the foregoing or (b) proprietary embodied artificial intelligence and related hardware or equipment.

In addition, certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by Wells Fargo Securities, its affiliates or one or more third parties (collectively, "Protected Content"). Protected Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Protected Content included in this report for purposes other than fair use requires permission from Wells Fargo Securities or, in the case of content attributed to any third party, the third-party copyright owner. You may not alter, obscure, or remove any copyright, trademark or any other notices attached to or contained within this report. These Conditions of Use are not intended to, and will not, transfer or grant any rights in or to the report or the information contained within it other than those rights that are specifically described herein. All rights not expressly granted herein are reserved by Wells Fargo Securities or the third-party providers from whom Wells Fargo Securities has obtained the applicable information.

Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting.

Copyright © 2024 Wells Fargo Securities, LLC

> SECURITIES: NOT FDIC-INSURED - MAY LOSE VALUE - NO BANK GUARANTEE