UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Glazing Employers & Glaziers' Union Local #27 Pension & Retirement Fund, on behalf of itself and all others similarly situated       ,

Plaintiff(s),

v.

iRhythm Technologies, Inc., et al.       ,

Defendant(s).

Case No. 3:24-cv-00706-JSC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Emily M. Erickson , an active member in good standing of the bar of New York , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: iRhythm Technologies, Inc. and Quentin Blackford in the above-entitled action. My local co-counsel in this case is Kristin Tahler , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 261908 .

295 Fifth Avenue, New York, NY 10016

MY ADDRESS OF RECORD

(212) 849-7000

MY TELEPHONE # OF RECORD

emilyerickson@quinnemanuel.com

MY EMAIL ADDRESS OF RECORD

865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(213) 443-3615

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

kristintahler@quinnemanuel.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6179774 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/30/2026

Emily M. Erickson
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Emily M. Erickson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 3, 2026



UNITED STATES DISTRICT MAGISTRATE JUDGE

United States District Court
Northern District of California