**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Oklahoma*
*Firefighters Pension and Retirement System*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 3:24-cv-706-JSC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING CASE MANAGEMENT DEADLINES**<br><br>Assigned to: Honorable Jacqueline Scott Corley |

JOINT STIPULATION AND ~~PROPOSED~~
ORDER, Case No. 3:24-cv-00706-JSC

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff") and Defendants iRhythm Technologies, Inc., ("iRhythm"), and Quentin Blackford (together with iRhythm, "Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on July 9, 2025, the Court issued Pretrial Order No. 1: Case Schedule (the "Order"), which set various case management deadlines for discovery (ECF No. 86);

**WHEREAS**, under the Order, the deadline for the Parties to substantially complete document production was December 19, 2025;

**WHEREAS**, both Parties made rolling productions of documents in response to discovery requests prior to the substantial completion deadline;

**WHEREAS**, both Parties have noticed multiple depositions for February, March, and April 2026;

**WHEREAS**, pursuant to the Parties' agreed-upon protocol for producing documents and electronically stored information (ECF No. 106), the Parties produced privilege logs on January 23, 2026 (after agreeing to a short extension of the original agreed-upon deadline of January 20, 2026);

**WHEREAS**, on January 23, 2026, in conjunction with their privilege review and production of their privilege log, Defendants made a document production to Lead Plaintiff of documents previously withheld for privilege assessment;

**WHEREAS**, Lead Plaintiff believes it needs additional time to adequately review this latest production;

**WHEREAS**, the Parties believe a modest extension is necessary in light of the significant demands of this case;

**WHEREAS**, the Parties have met and conferred and believe that good cause exists to modify the case management schedule to reflect a 54-day extension to each deadline;

**WHEREAS**, Counsel for Defendants has an out-of-state trial in May that will make it difficult for Defendants to accommodate a shorter extension;

**WHEREAS**, the Parties propose no changes to the substance or sequence of the discovery specified in the Order;

**WHEREAS**, this Court has granted three previous requests for time modifications in this case (ECF Nos. 14, 82, 111);

**WHEREAS**, there have been no previous time modifications to the current fact discovery schedule or other deadlines set forth in the Court's Order;

**WHEREAS**, Civil Local Rule 6-1(b) permits parties to file a stipulation seeking a court order modifying the Order's case deadlines;

**WHEREAS**, along with this Joint Stipulation and Proposed Order, counsel for Lead Plaintiff has filed a declaration in compliance with Civil Local Rule 6-2;

**NOW THEREFORE**, the Parties stipulate, subject to the Court's approval, that the case deadlines specified by the Order are modified as reflected in the following table:

| Event | Previous Deadline | Proposed Deadline |
| --- | --- | --- |
| Fact Discovery Cut-Off | April 17, 2026 | June 10, 2026 |
| Expert Witness Disclosures | May 13, 2026 | July 6, 2026 |
| Rebuttal Expert Witness Disclosures | June 12, 2026 | August 5, 2026 |
| Expert Discovery Cut-Off | July 17, 2026 | September 9, 2026 |
| Last Day to File Dispositive Motions | July 31, 2026 | September 23, 2026 |
| Dispositive Motion Oppositions | August 31, 2026 | October 23, 2026 |
| Dispositive Motion Replies | September 30, 2026 | November 23, 2026 |

JOINT STIPULATION AND ~~PROPOSED~~
ORDER, Case No. 3:24-cv-00706-JSC                    2

| Last Day to Hear Dispositive Motions | November 12, 2026 | January 5, 2027 |
|---|---|---|
| Final Pretrial Conference | February 4, 2027 | April 1, 2027 |
| Jury Trial | February 22, 2027 | April 19, 2027 |

**IT IS SO STIPULATED.**

Dated:  February 9, 2026                    Respectfully submitted,

/s/ Katherine M. Sinderson
**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
JOHN J. RIZIO-HAMILTON (*pro hac vice*)
(johnr@blbglaw.com)
KATHERINE M. SINDERSON (*pro hac vice*)
(katiem@blbglaw.com)
ALEC COQUIN (*pro hac vice forthcoming*)
(alec.coquin@blbglaw.com)
THOMAS SPERBER (*pro hac vice*)
(thomas.sperber@blbglaw.com)
Abygail Kritta (*pro hac vice*)
(abygail.kritta@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Oklahoma
Firefighters Pension and Retirement System*

JOINT STIPULATION AND ~~PROPOSED~~
ORDER, Case No. 3:24-cv-00706-JSC                    3

Dated:  February 9, 2026

/s/ Christopher Porter

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Kristin Tahler (Bar No. 261908)
865 South Figueroa Steet, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
kristintahler@quinnemanuel.com

Jesse Bernstein (*pro hac vice*)
Brenna Nelinson (*pro hac vice*)
Amy Shehan (*pro hac vice*)
295 5th Avenue
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com
amyshehan@quinnemanuel.com

Christopher Porter (*pro hac vice*)
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone: (713) 221-7000
Facsimile: (713) 221-7100
chrisporter@quinnemanuel.com

*Counsel for Defendants*

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED: February 9, 2026    _____
Honorable Jacqueline Scott Corley United States District Judge

JOIN STIPULATION AND ~~PROPOSED~~ ORDER, Case No. 3:24-cv-00706-JSC    4