**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Oklahoma
Firefighters Pension and Retirement System*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> IRHYTHM TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No. 3:24-cv-706-JSC <br><br> **DECLARATION OF KATHERINE M. SINDERSON IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** <br><br> Judge: Honorable Jacqueline Scott Corley |

DECLARATION OF KATHERINE M. SINDERSON
CASE NO. 3:24-CV-706-JSC

I, KATHERINE M. SINDERSON, declare as follows:

1.     I am an attorney admitted to practice before this Court *pro hac vice.* I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLBG") and lead counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff" or "Plaintiff") in the above-captioned action. I submit this declaration in further support of Plaintiff's Motion for Class Certification. I have personal knowledge of the facts stated herein, and if called to testify, could and would competently thereto.

2.     Attached as **Exhibit D** is a true and correct copy of the Expert Reply Report of Matthew D. Cain, PhD, dated February 9, 2026 (the "Cain Reply").

3.     Attached as **Exhibit E** is a true and correct copy of an April 4, 2022 article published by *MedTech Dive* titled "iRhythm builds case for wearable case monitor with data in fainting, TAVR patients."

4.     Attached as **Exhibit F** is a true and correct copy of a draft November 7, 2022 iRhythm presentation bearing Bates number iRhythm00148619.

5.     Attached as **Exhibit G** is a true and correct copy of a September 14, 2021 iRhythm presentation bearing Bates number iRhythm00071408.

6.     Attached as **Exhibit H** is a true and correct copy of a June 8, 2020 analyst report published by J.P. Morgan titled "JPM Survey: A Closer Look at iRhythm's Unique Position in Light of COVID-19."

7.     Attached as **Exhibit I** is a true and correct copy of an October 11, 2022 email bearing Bates number iRhythm000298190.

8.     Attached as **Exhibit J** is a true and correct copy of a January 31, 2022 email bearing Bates number iRhythm00126918.

9.     Attached as **Exhibit K** is a true and correct copy of an August 14, 2024 email bearing Bates number iRhythm00236783.

10.    Attached as **Exhibit L** is a true and correct copy of Volume 1 of the transcript of the February 5, 2026 deposition of Dr. George Thomas.

11.     Attached as **Exhibit M** is a true and correct copy of Volume 2 of the transcript of the February 5, 2026 deposition of Dr. George Thomas.

12.     Attached as **Exhibit N** is a true and correct copy of March 30, 2023 Lord Abbett document bearing Bates number LORD_ABBETT_0001421.

13.     Attached as **Exhibit O** is a true and correct copy of a June 2022 iRhythm investor presentation bearing Bates number iRhythm00124109.

14.     Attached as **Exhibit P** is a true and correct copy of a March 10, 2022 email bearing Bates number iRhythm00253891.

15.     Attached as **Exhibit Q** is a true and correct copy of a July 2018 article published by JAMA Internal Medicine titled "Eliminating Inappropriate Telemetry Monitoring: An Evidence-Based Implementation Guide."

16.     Attached as **Exhibit R** is a true and correct copy of an August 20, 2019 article published in the *Journal of the American College of Cardiology* titled "2018 ACC/AHA/HRS Guideline on the Evaluation and Management of Patients with Bradycardia and Cardiac Conduction Delay."

17.     Attached as **Exhibit S** is a true and correct copy of the transcript of the February 6, 2026 deposition of Douglas Skinner.

18.     Attached as **Exhibit T** is a true and correct copy of an October 12, 2022 email bearing Bates number iRhythm00055231.

19.     Attached as **Exhibit U** is a true and correct copy of a November 2, 2022 email bearing Bates number iRhythm0088923.

20.     Attached as **Exhibit V** is a true and correct copy of a November 2, 2022 email bearing Bates number iRhythm00090053.

21.     Attached as **Exhibit W** is a true and correct copy of an October 27, 2022 email bearing Bates number iRhythm00288630.

22.     Attached as **Exhibit X** is a true and correct copy of the May 25, 2023 Warning Letter issued to iRhythm by the FDA.

23. Attached as **Exhibit Y** is a true and correct copy of a January 9, 2023 document bearing Bates number LORD_ABBETT_0001426.

24. Attached as **Exhibit Z** is a true and correct copy of a February 10, 2022 iRhythm presentation bearing Bates number iRhythm00065990.

25. Attached as **Exhibit AA** is a true and correct copy of a May 10, 2022 email bearing Bates number iRhythm00153023.

26. Attached as **Exhibit BB** is a true and correct copy of an April 18, 2022 iRhythm presentation bearing Bates number iRhythm00253666.

27. Attached as **Exhibit CC** is a true and correct copy of a July 27, 2022 email bearing Bates number iRhythm00297636.

28. Attached as **Exhibit DD** is a true and correct copy of a May 31, 2023 email bearing Bates number iRhythm00030039.

29. Attached as **Exhibit EE** is a true and correct copy of the 2024 Form 483 issued by the FDA to iRhythm.

30. Attached as **Exhibit FF** is a true and correct copy of the transcript of the December 11, 2025 deposition of Dr. Matthew Cain.

31. Attached as **Exhibit GG** is a true and correct copy of the Petition for Order to Show Cause and Application for Enforcement of Administrative Subpoena, filed by the DOJ in *United States v. iRhythm Technologies, Inc.*, 3:24-cv-03967 (N.D. Cal. July 1, 2024) (previously filed at ECF No. 1).

32. Attached as **Exhibit HH** is a true and correct copy of Exhibit 1 to the Declaration of Max Goldman filed in connection with the Petition for Order to Show Cause and Application for Enforcement of Administrative Subpoena (previously filed at ECF No. 1-2).

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 9, 2026.

/s/ Katherine M. Sinderson
Katherine M. Sinderson