# Exhibit H



North America Equity Research
08 June 2020

# iRhythm

## JPM Survey: A Closer Look at iRhythm's Unique Position in Light of COVID-19



2020 I.I. All-America Research Poll
Click here for our Analyst Roster and to VOTE

While there may not be any companies within MedTech that are materially benefitting from COVID-19 today, iRhythm is one of the few names who is well positioned to weather the near-term and potentially benefit from the effects of the virus in the long-term. By no means is the company immune from headwinds in the near-term, but today's environment has shined a light on iRhythm's unique telehealth platform (setup, application, and data processing), which we believe could accelerate the transition to and adoption of Zio. This outlook is supported by our recent survey, which pointed to a ramp in the usage of iRhythm's Home Enrollment system and significantly fewer headwinds to hospitals and practices that had previously had telehealth capabilities in place pre-COVID-19. In addition, (1) physicians expect iRhythm to fare better than the overall arrhythmia testing market; (2) Zio AT continues to see meaningful adoption; and (3) the Zio platform is being widely used across multiple indications, by both cardiologists and electrophysiologists. We continue to advocate for iRhythm as a core SMid-Cap holding given today's uncertainty and reiterate our Overweight rating.

- **Before we dive into the survey, let's talk about the company's impressive YTD share performance.** Management reiterated confidence in the outcome of the upcoming CPT coding decision on the company's 4Q19 earnings call, implying a final decision that is at least in-line with current reimbursement rates. Since the first short report came out in the spring of 2019, we've reiterated our confidence in the outcome being positive and have argued that shares had material upside to a more appropriate multiple for IRTC's growth profile, which has played out today. We believe investors' confidence in the upcoming July decision is the primary driver of iRhythm's +76% YTD stock move, much more so than the company's relative COVID-19 stability.

- **Turning back to the survey, physicians forecast flat growth in Zio patients in 2020, roughly in-line with our forecasts and much better than their expectations for the overall arrhythmia monitoring market of -12%.** The 30 respondents forecast overall flat Zio patient volume growth in 2020, increasing to +17% in 2021. The impact of COVID-19 in the overall arrhythmia monitoring market is expected to be more significant, with expected declines of 12% in total arrhythmia patients seen in 2020, rebounding to growth of +28% in 2021, or a +5.7% 2-Year CAGR. Despite these declines, physicians on average expect 50% of lost volumes to be recaptured eventually, and 33% believe we could see an increase in the prevalence of arrhythmias, and as a result Zio prescriptions, due to the effects of COVID-19.

Sources for: Style Exposure – FactSet; ESG score – JPM QDS, MSCI, Arabesque, RepRisk; all other tables are company data and JPM adjusted estimates.

**See page 24 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

## Overweight

**IRTC, IRTC US**
Price (05 Jun 20): $120.09
**Price Target (Dec-20): $140.00**

### Medical Supplies & Devices

**Robbie Marcus, CFA** AC
(1-212) 622-6657
robert.j.marcus@jpmorgan.com
**Allen Gong**
(1-212) 622-9520
allen.gong@jpmorgan.com
**Lilia-Celine B Lozada**
(1-212) 622-1019
lilia-celine.b.lozada@jpmchase.com
J.P. Morgan Securities LLC

### Quarterly Forecasts (FYE Dec)

Adj. EPS ($)

| | 2019A | 2020E | 2021E |
|---|---|---|---|
| Q1 | (0.34) | (0.34) | |
| Q2 | (0.43) | (1.13) | |
| Q3 | (0.72) | (0.89) | |
| Q4 | (0.65) | (0.82) | |
| FY | (2.16) | (3.19) | (1.62) |

### Style Exposure

| Quant Factors | Current %Rank | Hist %Rank (1=Top) | | | |
|---|---|---|---|---|---|
| | | 6M | 1Y | 3Y | 5Y |
| Value | 62 | 55 | 66 | 71 | |
| Growth | 17 | 10 | 18 | 6 | |
| Momentum | 12 | 93 | 59 | 62 | |
| Quality | 47 | 41 | 46 | 30 | 51 |
| Low Vol | 31 | 36 | 33 | 31 | |
| ESGQ | 91 | 91 | 75 | - | - |

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

**J.P.Morgan**

## Price Performance



| | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | 76.4% | 12.6% | 18.4% | 70.1% |
| Rel | 86.1% | -5.7% | 16.5% | 70.1% |

## Company Data

| | |
|---|---|
| Shares O/S (mn) | 24 |
| 52-week range ($) | 136.55-56.24 |
| Market cap ($ mn) | 2,851.79 |
| Exchange rate | 1.00 |
| Free float(%) | 98.5% |
| 3M - Avg daily vol (mn) | 0.40 |
| 3M - Avg daily val ($ mn) | 39.8 |
| Volatility (90 Day) | 85 |
| Index | RUSSELL 2000 |
| BBG BUY\|HOLD\|SELL | 7\|2\|0 |

## Key Metrics (FYE Dec)

| $ in millions | FY19A | FY20E | FY21E | FY22E |
|---|---|---|---|---|
| **Financial Estimates** | | | | |
| Revenue | 215 | 223 | 345 | 427 |
| Adj. EBITDA | (24) | (48) | 16 | 67 |
| Adj. EBIT | (55) | (87) | (46) | (11) |
| Adj. net income | (55) | (87) | (45) | (10) |
| Adj. EPS | (2.16) | (3.19) | (1.62) | (0.36) |
| BBG EPS | (2.03) | (2.08) | (1.13) | 0.15 |
| Cashflow from operations | (22) | (28) | 25 | 80 |
| FCFF | (83) | (124) | (1) | 122 |
| **Margins and Growth** | | | | |
| Revenue growth | 45.7% | 4.0% | 54.4% | 24.0% |
| EBITDA margin | (11.0%) | (21.6%) | 4.7% | 15.7% |
| EBITDA growth | (9.8%) | 103.6% | (133.6%) | 312.5% |
| EBIT margin | (25.5%) | (39.0%) | (13.3%) | (2.7%) |
| Net margin | (25.4%) | (39.1%) | (13.1%) | (2.4%) |
| Adj. EPS growth | 9.0% | 47.7% | (49.2%) | (77.9%) |
| **Ratios** | | | | |
| Adj. tax rate | (0.1%) | (0.0%) | 0.0% | 0.0% |
| Interest cover | NM | NM | 25.5 | - |
| Net debt/Equity | 0.1 | 0.3 | 0.1 | NM |
| Net debt/EBITDA | NM | NM | 0.7 | NM |
| ROCE | (42.0%) | (61.8%) | (38.7%) | (7.7%) |
| ROE | (57.1%) | (80.4%) | (48.1%) | (7.5%) |
| **Valuation** | | | | |
| FCFF yield | (2.7%) | (3.8%) | (0.0%) | 3.6% |
| Dividend yield | - | - | - | - |
| EV/EBITDA | NM | NM | 176.0 | 42.1 |
| Adj. P/E | NM | NM | NM | NM |

## Summary Investment Thesis and Valuation

While not immune to COVID-19 headwinds, iRhythm is one of the few MedTech companies that stands to potentially benefit longer-term, as the current environment has shined a light on the company's unique telehealth capabilities. COVID-19 aside, we see the company as well positioned to continue driving strength through (1) an enhanced portfolio of XT and AT driving broader adoption and improved account penetration, (2) a competitive advantage over other patch-based monitors with two weeks of continuous monitoring capabilities, and (3) the ZEUS algorithm, which we continue to see as one of the company's major competitive advantages. With concerns around the ongoing CPT process also set to be resolved in the coming months, we remain bullish on the name and reiterate our Overweight rating here.

Our Dec 2020 price target of $140 values the shares at 11x our 2021 revenue forecast, roughly in line with where other high growth peers trade today. We feel this is justified by iRhythm's above-peer growth rate and significant market opportunity, partially offset by the level of spend the company continues to see as it works to develop these untapped opportunities. With significant upside to our price target from current levels, we reaffirm our Overweight rating.

## Performance Drivers



| Factors | 6M Corr | 1Y Corr |
|---|---|---|
| **Market: MSCI US** | 0.59 | 0.55 |
| **Sect: Health Care** | 0.06 | 0.15 |
| **Ind: H Care Equip & Serv** | 0.19 | 0.27 |
| **Macro:** | | |
| US 10yr yield | -0.33 | -0.22 |
| Crude Oil | -0.18 | -0.17 |
| US 10yr Breakeven | -0.14 | -0.11 |
| **Quant Styles:** | | |
| Growth | 0.41 | 0.29 |
| Value | -0.39 | -0.28 |
| Momentum | 0.23 | 0.12 |

Source: J.P. Morgan Quantitative and Derivatives Strategy for Performance Drivers; company data, Bloomberg and J.P. Morgan estimates for all other tables.

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

North America Equity Research
08 June 2020

J.P.Morgan

- **Headwinds from COVID-19 appear to be less significant at hospitals/practices that had telehealth capabilities in place before the pandemic.** While most respondents anticipate using telehealth moving forwards, only 57% were equipped with these capabilities before COVID-19, and 65% of these respondents report that most patients were unaware of these capabilities. However, these hospitals and practices have been better able to offset the decline in in-person visits with virtual ones, with expected declines in total arrhythmia patients seen of 10% in 2020 and growth of 26% in 2021, compared to -17% and +32% at hospitals and practices that did not have telehealth in place before COVID-19. Zio growth is expected to fare better at these hospitals as well, with of expected growth of +10% in 2020 and +15% in 2021 vs. -12% and +22%, respectively.

- **While adoption was limited previously, usage of iRhythm's Home Enrollment service has meaningfully ramped due to COVID-19.** Home Enrollment allows Zio setup, monitoring, and data processing to be performed remotely and maintains the same ~$60 payment for "hookup" and "interpretation" for doctors. Pre-COVID-19, telehealth was used to prescribe Zio for 14% of existing patients and 11% of new patients, though this has increased to 38% and 36% today. The 70% of respondents that are able to use telehealth to administer Zio view the process and simple and effective, and rely on patient history and symptoms rather than a physical examination to prescribe the device. Of the 30% of physicians who are unable to diagnose and prescribe a new patient with a Zio without a physical appointment, insurance challenges, physician preference, and communication with patients are cited as key barriers to adoption.

- **Doctors very familiar with Zio use the device in a significant amount of their cases and actively used Home Enrollment before COVID-19.** Active Zio users (i.e. those that have prescribed Zio XT and/or AT within the last 6 months) and doctors who described themselves as "extremely familiar" with Zio use the device in 40-50% of cases of atrial fibrillation, post-ablation, and other conditions, and in 30-40% of cases of ventricular tachycardia or post-cryptogenic or other stroke. "Extremely familiar" physicians used Home Enrollment for a significant portion of patients even before the pandemic, using telehealth for 25% of existing patients and 19% of new patients pre-COVID-19, increasing to 38% and 34% today. The same is true for active Zio users, where telehealth usage has increased from 21% to 36% for existing patients and from 15% to 33% for new ones. **Of the 10 docs who had not used Zio before, an impressive 100% of them all plan to use Zio in the next year.**

- **Zio AT is starting to see significant adoption, a trend which is expected to continue over the coming years.** At the start of 2020, doctors pegged the Zio XT/AT mix at 70%/30%, though this is expected to shift to 61%/39% by the end of the year and to 59%41% by the end of 2021, all well ahead of our current estimate of 93%/7%. We think this is well above the actual mix given that AT recently began its full launch, but likely representative of where the mix can go over time across the full iRhythm user base. At roughly a 2x price premium to XT, Zio AT could have a meaningful impact on future growth. Cardiologists use Zio AT more actively, pegging Zio AT at 59% of the overall Zio mix, compared to 13% of the mix with electrophysiologists. As we've discussed in our prior notes, Zio AT adoption has also recently been bolstered by COVID-19, as patients with the virus have demonstrated higher rates of cardiac arrhythmias, and hospitals are leveraging the device to monitor COVID-19 patients in both inpatient and

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

North America Equity Research
08 June 2020

J.P.Morgan

outpatient settings in place of monitors like Medtronic's Linq, though we think that's temporary.

- **The Zio platform is being widely leveraged across multiple indications by several different types of physicians.** Respondents indicated that Zio has significant share in the arrhythmia monitoring market, using the device in 36% atrial fibrillation cases, 27% of post-ablation cases, 25% of ventricular tachycardia cases, 19% of post-cryptogenic or other stroke cases, and 26% of other cases (e.g. syncope, SVT, palpitations). While respondents estimate that cardiologists and electrophysiologists likely comprise the vast majority of the referral channel mix, at 47% and 39%, respectively, physicians estimate that 7% of Zio prescriptions come from primary care physicians, 4% from neurologists, and 4% from other doctors.

- **Electrophysiologists expect greater headwinds from COVID-19 to both Zio and the overall arrhythmia monitoring market than cardiologists do.** Electrophysiologists forecast an overall decline of 15% in the number of arrhythmia patients seen in 2020, rebounding to 30% growth in 2021. Zio volumes are slightly better insulated, with forecasted declines of 2% in 2020. Cardiologists expect to fare slightly better, forecasting overall arrhythmia patient declines of 7% in 2020, growth of 23% in 2021, and Zio growth of 14% in 2020. That said, electrophysiologists are slightly more bullish on the recovery – electrophysiologists expect to be able to recapture 55% of lost volumes, whereas cardiologists expect only 41% of volumes to eventually come back.

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

J.P.Morgan

# Survey Details

**Survey respondents**

We surveyed 30 physicians familiar with iRhythm's Zio XT and/or AT from May 7 through May 20, 2020. This includes 15 cardiologists and 15 electrophysiologists, who have been in practice an average of ~19 years post-residency and treat an average of 289 patients per month. Our survey respondents treated a total of 50,320 patients in 2019, or an average of 1,677 per hospital/practice.

**Screener 2: What is your level of familiarity with iRhythm's Zio XT and/or Zio AT patch extended-wear holter monitors?**



Figure 1: Physician Familiarity with Zio

Source: JPM iRhythm Survey - May 2020



Figure 2: Physician Familiarity with Zio - Cardiologists vs. EPs

Source: JPM iRhythm Survey - May 2020

**Screener 3: Have you prescribed iRhythm's Zio XT and/or Zio AT over the past 6 months?**



Figure 3: Zio Prescription History

Source: JPM iRhythm Survey - May 2020

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

J.P.Morgan

**Screener 3a: If you have not prescribed Zio XT and/or AT over the past 6 months, do you do you anticipate prescribing in the next year?**

**Figure 4: Zio Prescription Outlook**



Source: JPM iRhythm Survey - May 2020

**Question 1: What is the total number of arrhythmia patients seen on an annual & quarterly basis for your center/practice and what is your outlook for 2020 and 2021?**

**Figure 5: Total Arrhythmia Patients Seen**



Source: JPM iRhythm Survey - May 2020

**Figure 6: Average Arrhythmia Patients Seen**



Source: JPM iRhythm Survey - May 2020

**Figure 7: Total Arrhythmia Patients Seen - Cardiologists vs. EPs**



Source: JPM iRhythm Survey - May 2020

**Figure 8: Average Arrhythmia Patients Seen - Cardiologists vs. EPs**



Source: JPM iRhythm Survey - May 2020

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

J.P.Morgan

**Figure 9: Total Arrhythmia Patients Seen - Telehealth Available Pre-COVID-19 vs. No Telehealth**



Source: JPM iRhythm Survey - May 2020

**Figure 10: Average Arrhythmia Patients Seen - Telehealth Available Pre-COVID-19 vs. No Telehealth**



Source: JPM iRhythm Survey - May 2020

**Figure 11: Quarterly Distribution of Patients Seen**



Source: JPM iRhythm Survey - May 2020

**Table 1: Expected Growth in Arrhythmia Patients Seen**

| | 1Q | 2Q | 3Q | 4Q | Full Year | 2-Year CAGR |
|---|---|---|---|---|---|---|
| | | Y/Y Growth | | | | |
| 2020 | -6% | -32% | -11% | -1% | -12% | |
| 2021 | 16% | 63% | 29% | 13% | 28% | 6% |

Source: JPM iRhythm Survey - May 2020

**Table 2: Expected Growth in Arrhythmia Patients Seen - Cardiologists**

| | 1Q | 2Q | 3Q | 4Q | Full Year | 2-Year CAGR |
|---|---|---|---|---|---|---|
| | | Y/Y Growth | | | | |
| 2020 | -11% | -27% | 2% | 8% | -7% | |
| 2021 | 30% | 55% | 14% | 5% | 23% | 7% |

Source: JPM iRhythm Survey - May 2020

**Table 3: Expected Growth in Arrhythmia Patients Seen - EPs**

| | 1Q | 2Q | 3Q | 4Q | Full Year | 2-Year CAGR |
|---|---|---|---|---|---|---|
| | | Y/Y Growth | | | | |
| 2020 | -4% | -34% | -18% | -4% | -15% | |
| 2021 | 11% | 67% | 38% | 17% | 30% | 5% |

Source: JPM iRhythm Survey - May 2020

**Table 4: Expected Growth in Arrhythmia Patients Seen - Telehealth Available Pre-COVID-19**

| | 1Q | 2Q | 3Q | 4Q | Full Year | 2-Year CAGR |
|---|---|---|---|---|---|---|
| | | Y/Y Growth | | | | |
| 2020 | 0% | -31% | -10% | 0% | -10% | |
| 2021 | 10% | 62% | 29% | 14% | 26% | 6% |

Source: JPM iRhythm Survey - May 2020

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

**J.P.Morgan**

**Table 5: Expected Growth in Arrhythmia Patients Seen - No Telehealth Available Pre-COVID-19**

|  | Y/Y Growth |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 1Q | 2Q | 3Q | 4Q | Full Year | 2-Year CAGR |
| 2020 | -19% | -34% | -14% | -2% | -17% |  |
| 2021 | 34% | 66% | 28% | 12% | 32% | 5% |

Source: JPM iRhythm Survey - May 2020

## Question 2: What % of those arrhythmia patients are prescribed with an iRhythm Zio Monitoring Patch?

**Figure 12: Zio Usage by Condition**



Source: JPM iRhythm Survey - May 2020

**Figure 13: Zio Usage by Condition - Cardiologists vs. EPs**



Source: JPM iRhythm Survey - May 2020

**Figure 14: Zio Usage by Condition - Extremely Familiar Zio Users vs. Familiar Zio Users**



Source: JPM iRhythm Survey - May 2020

**Figure 15: Zio Usage by Condition - Active Zio Users vs. Non-Active Zio Users**



Source: JPM iRhythm Survey - May 2020

**Table 6: Qualitative Responses to Question 2 (Other)**

PAC's and SVT.
SVT.
Syncope.
Syncope.
Palpitations.
Premature beats, palpitations.
Syncope.
Syncope.

Source: JPM iRhythm Survey - May 2020

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

J.P.Morgan

**Question 3: What % of Zio monitoring patient volume are newly diagnosed patients vs. patients that have already been screened by a Holter monitor or other wearable ECG device?**

**Figure 16: Zio Patient Breakdown**



Source: JPM iRhythm Survey - May 2020

**Figure 17: Zio Patient Breakdowns - Cardiologists**



Source: JPM iRhythm Survey - May 2020

**Figure 18: Zio Patient Breakdown - EPs**



Source: JPM iRhythm Survey - May 2020

**Figure 19: Zio Patient Breakdown - Extremely Familiar Zio Users**



Source: JPM iRhythm Survey - May 2020

**Figure 20: Zio Patient Breakdown - Familiar Zio Users**



Source: JPM iRhythm Survey - May 2020

**Figure 21: Zio Patient Breakdown - Active Zio Users**



Source: JPM iRhythm Survey - May 2020

**Figure 22: Zio Patient Breakdown - Non-Active Zio Users**



Source: JPM iRhythm Survey - May 2020

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

North America Equity Research
08 June 2020

J.P.Morgan

## Question 4: What is your current (and anticipated) volume split between Zio XT and AT?



**Figure 23: Zio Volume Split**

Source: JPM iRhythm Survey - May 2020



**Figure 24: Zio Volume Split - Physicians vs. Cardiologists**

Source: JPM iRhythm Survey - May 2020



**Figure 25: Zio Volume Split - Extremely Familiar Zio Users vs. Familiar Zio Users**

Source: JPM iRhythm Survey - May 2020



**Figure 26: Zio Volume Split - Active Zio Users vs. Non-Active Zio Users**

Source: JPM iRhythm Survey - May 2020

## Question 5: What is your best estimate of which physicians prescribe the iRhythm Zio monitoring patch (i.e. what is the referral channel mix)



**Figure 27: Referral Channel Mix**

Source: JPM iRhythm Survey - May 2020

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

J.P.Morgan

**Questions 6-10: What was your year-over-year Zio patient volume growth for 1Q20 vs 1Q19? 2Q20 vs. 2Q19? 3Q20 vs. 3Q19? 4Q20 vs. 4Q19? 2021 vs. 2020?**

**Figure 28: Zio Patient Volume Growth**



Source: JPM iRhythm Survey - May 2020

**Figure 29: Zio Patient Volume Growth - Cardiologists vs. EPs**



Source: JPM iRhythm Survey - May 2020

**Figure 30: Zio Patient Volume Growth - Telehealth Available Pre-COVID-19 vs. No Telehealth**



Source: JPM iRhythm Survey - May 2020

**Figure 31: Zio Patient Volume Growth - Extremely Familiar Zio Users vs. Familiar Zio Users**



Source: JPM iRhythm Survey - May 2020

**Figure 32: Zio Patient Volume Growth - Active Zio Users vs. Non-Active Zio Users**



Source: JPM iRhythm Survey - May 2020

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

North America Equity Research
08 June 2020

J.P.Morgan

**Question 11: What % of Zio historical and anticipated volumes are prescribed via "telehealth" for your existing patients.**

**Figure 33: Telehealth Usage with Existing Patients**



Source: JPM iRhythm Survey - May 2020

**Figure 34: Telehealth Usage with Existing Patients - Cardiologists vs. EPs**



Source: JPM iRhythm Survey - May 2020

**Figure 35: Telehealth Usage with Existing Patients - Extremely Familiar Zio Users vs. Familiar Zio Users**



Source: JPM iRhythm Survey - May 2020

**Figure 36: Telehealth Usage with Existing Patients - Active Zio Users vs. Non-Active Zio Users**



Source: JPM iRhythm Survey - May 2020

**Question 12: Did your hospital/practice have telehealth capabilities before COVID-19?**

**Figure 37: Telehealth Capabilities Pre-COVID-19**



Source: JPM iRhythm Survey - May 2020

**Figure 38: Telehealth Capabilities Pre-COVID-19 - Cardiologists**



Source: JPM iRhythm Survey - May 2020

**Figure 39: Telehealth Capabilities Pre-COVID-19 - EPs**



Source: JPM iRhythm Survey - May 2020

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

J.P.Morgan

**Question 13: Was this a feature your patients were aware of?**

Figure 40: Patient Awareness of Telehealth Services



Source: JPM iRhythm Survey - May 2020

**Question 14: What % of Zio historical and anticipated volumes are prescribed via "telehealth" for your new patients?**

Figure 41: Usage of Telehealth with New Patients



Source: JPM iRhythm Survey - May 2020

Figure 42: Usage of Telehealth with New Patients - Cardiologists vs. EPs



Source: JPM iRhythm Survey - May 2020

Figure 43: Usage of Telehealth with New Patients - Extremely Familiar Zio Users vs. Familiar Zio Users



Source: JPM iRhythm Survey - May 2020

Figure 44: Usage of Telehealth with New Patients - Active Zio Users vs. Non-Active Zio Users



Source: JPM iRhythm Survey - May 2020

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

J.P.Morgan

**Question 16: How do you think COVID-19 will impact your new arrhythmia monitoring prescription volumes?**

Figure 45: COVID-19 Impact to New Arrhythmia Monitoring Prescription Volumes in 2020



Source: JPM iRhythm Survey - May 2020

Figure 46: COVID-19 Impact to New Arrhythmia Monitoring Prescription Volumes in 2020 - Cardiologists vs. EPs



Source: JPM iRhythm Survey - May 2020

Figure 47: COVID-19 Impact to New Arrhythmia Monitoring Prescription Volumes in 2020 – Telehealth Capabilities Available Pre-COVID-19 vs. No Telehealth



Source: JPM iRhythm Survey - May 2020

**Questions 17: What is your estimate of the COVID-19 impact to your overall Zio 2020 prescription volumes?**

Figure 48: COVID-19 Impact to 2020 Zio Prescription Volumes



Source: JPM iRhythm Survey - May 2020

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

**J.P.Morgan**

**Figure 49: COVID-19 Impact to 2020 Zio Prescription Volumes - Cardiologists vs. EPs**



Source: JPM iRhythm Survey - May 2020

**Figure 50: COVID-19 Impact to 2020 Zio Prescription Volumes - Telehealth Available Pre-COVID-19 vs. No Telehealth**



Source: JPM iRhythm Survey - May 2020

**Figure 51: COVID-19 Impact to 2020 Zio Prescription Volumes - Extremely Familiar Zio Users vs. Familiar Zio Users**



Source: JPM iRhythm Survey - May 2020

15

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

J.P.Morgan

**Figure 52: COVID-19 Impact to 2020 Zio Volumes - Active Zio Users vs. Non-Active Zio Users**



Source: JPM iRhythm Survey - May 2020

### Question 18: Please describe the impact of the COVID-19 outbreak to the referral channel.

**Table 7: Qualitative Responses to Question 18**

Less referrals, less acceptance by patients, more no shows.

Fewer referrals and patient evaluations. However, greater percentage usage of ambulatory monitoring.

Much less IOV visits to our practice and much fewer diagnostic testing.

We are trying to keep patients out of clinic and also hospital so telehealth is our preferred option. We are referring less to EP as they are less available. Patients want to continue trying medicines only and avoid hospital visits for any reasons.

I am seeing less patients.

Less patients going to see primary care. Less in office holter connections. More consults for QT monitoring.

Office volume down over 50%.

Not much of an impact.

Lower volume; patients are fearful to seek care.

Marked grease in patient population due to the COVID crisis as anticipated.

Less overall volumes, more overall prescription of Zio -- flat.

Referrals have fallen significantly with local management occurring more.

No change in channels, just few patients seen compared to in office volume.

Fewer referrals; patients prefer to delay care.

No change.

Less office visit and less referral from community cardiologists.

Saw very few new pts mid-March through now.

Much lower referral rates.

Limited.

Decrease of cardiology consultations leads to decrease in Zio prescriptions.

Patients are fearful of coming to their doctor and don't know about telehealth, so they don't get seen. A campaign is needed to alert patients that their doctor does telehealth so they can get some care.

None.

Patients afraid to come to the office.

My medical practice during COVID-19 was only non-significantly decreased, telemedicine level was on the standard value.

Less patients are showing up at the office. Slightly less referrals.

Less office visits and need for diagnosis still present. Non interactive diagnosis becomes more important.

I am seeing less consults. In even higher proportion, I am seeing less heart rhythm related consults.

Initial 70% reduction which will normalize by months end. Overall, 50% of volume will likely be telemed.

Severely affected due to Lockdown. No patient travel has been possible. Referring physicians were not working in Lockdown.

Referrals continued but were done via telehealth during COVID lock down, and now being transitioned back to face-to-face.

Source: JPM iRhythm Survey - May 2020. Note: These survey comments have been reproduced in their original form and have not been edited. Survey comments should not be attributed to J.P. Morgan and are not representative of its views.

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

J.P.Morgan

**Question 19: Can you diagnose and prescribe a new patient with a Zio without a physical appointment?**

**Figure 53: Ability to Prescribe Zio Remotely**



Source: JPM iRhythm Survey - May 2020

**Figure 54: Ability to Prescribe Zio Remotely - Cardiologists**



Source: JPM iRhythm Survey - May 2020

**Figure 55: Ability to Prescribe Zio Remotely - EPs**



Source: JPM iRhythm Survey - May 2020

**Figure 56: Ability to Prescribe Zio Remotely - Hospitals with Telehealth Available Pre-COVID-19**



Source: JPM iRhythm Survey - May 2020

**Figure 57: Ability to Prescribe Zio Remotely - Hospitals without Telehealth Available Pre-COVID-19**



Source: JPM iRhythm Survey - May 2020

**Figure 58: Ability to Prescribe Zio Remotely - Extremely Familiar Zio Users**



Source: JPM iRhythm Survey - May 2020

**Figure 59: Ability to Prescribe Zio Remotely - Familiar Zio Users**



Source: JPM iRhythm Survey - May 2020

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

North America Equity Research
08 June 2020

J.P.Morgan



**Figure 60: Ability to Prescribe Zio Remotely – Active Zio Users**

30%

70%

■ Yes ■ No

Source: JPM iRhythm Survey - May 2020



**Figure 61: Ability to Prescribe Zio Remotely - Non-Active Zio Users**

46%    54%

■ Yes ■ No

Source: JPM iRhythm Survey - May 2020

### Question 20: Can you diagnose and prescribe a new patient with a Zio without a physical appointment? Please explain why.

**Table 8: Qualitative Responses to Question 20**

**No**

Existence set up in our clinic.

Insurance has historically not paid without a visit and a note, and in fact I also got challenges in using Zio before holter as I could have used for more than 10 days but got denied in the past.

We apply it in our office.

New rules allow for seeing new patients via telemedicine; which was not previously the case. At present, should be able to see and order remote monitoring without PHYSICALLY (if by this is meant face-to-face in-person contact) evaluating the patient.

We just don't.

We don't send by mail Zio for now, the patient has to come in our hospital.

Insurance issues and approvals.

I like to see patient before prescribing diagnostic studies.

New patients may not understand the need or significance.

**Yes**

A comprehensive arrhythmia evaluation can be effectively, reliably, and reproducibly performed remotely by telemedicine visits.

I can order any diagnostic test without a physical appointment.

All I need to see are the results.

If we are unable to obtain an ECG in office.

Telehealth.

Based on history and ancillary tests.

Mostly it is a historical diagnosis and does not require a physical examination.

No need to examine.

Easy because physical exam not required.

Based on history and the monitor is mailed to the patient.

Telemedicine.

By reviewing their records and interviewing them via telehealth.

Part of initial work up in many patients with syncope, palpitations.

We can prescribe it but patients may not want to come in to get it.

Symptoms are enough for me to warrant Zio. Exam is usually normal. Nice to have ECG, but not always 100% necessary.

Data before appt.

History is very useful!

I am used communicate with the patient by telephone and I have sufficient experience to indicate this examination. But after it for final diagnose and treatment personal examination is needed.

Will need a video visit.

New patients can be seen by video appointments, phone appointments or e-consults.

History is most important to determine who needs cardiac monitoring.

Source: JPM iRhythm Survey - May 2020. Note: These survey comments have been reproduced in their original form and have not been edited. Survey comments should not be attributed to J.P. Morgan and are not representative of its views.

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

J.P.Morgan

**Question 21: What % of lost volumes do you expect to eventually come back?**

Figure 62: Percentage of Lost Volumes Expected to Be Recaptured



Source: JPM iRhythm Survey - May 2020

Figure 63: Percentage of Lost Volumes Expected to Be Recaptured - Cardiologists



Source: JPM iRhythm Survey - May 2020

Figure 64: Percentage of Lost Volumes Expected to Be Recaptured - EPs



Source: JPM iRhythm Survey - May 2020

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

J.P.Morgan

**Question 21a: Please identify the amount of excess volume (if any) per quarter. If none, please enter "NA".**

Table 9: Qualitative Responses to Question 21a

| |
|---|
| 2 to 5% per quarter. |
| NA |
| None. |
| This year likely no access - catching up and getting back volume would be our best option. |
| NA |
| NA |
| NA |
| NA |
| None. |
| I anticipate no excess volume in any quarter. |
| NA |
| NA |
| NA |
| NA |
| NA |
| Unless situation goes back to near normal, volume will drop. |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| NA |
| Expecting 15% growth post recovery. |
| NA |
| Backlogged volume. |

Source: JPM iRhythm Survey - May 2020

**Question 22: Do you think that COVID-19 causes more cardiac arrhythmias in patients and therefore will increase Zio prescriptions?**

Figure 65: COVID-19 Impact on Arrhythmias and Zio Prescriptions



Source: JPM iRhythm Survey - May 2020

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

J.P.Morgan

### Question 23: What is the biggest hurdle to adopt iRhythm home enrollment?

Figure 66: Hurdles to iRhythm Home Enrollment



Source: JPM iRhythm Survey - May 2020

Table 10: Qualitative Responses to Question 23

| |
|---|
| Patients may think it is less important if no face to face visit. |
| Not preferred vendor. |

Source: JPM iRhythm Survey - May 2020

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

J.P.Morgan

# Investment Thesis, Valuation and Risks

### iRhythm Technologies *(Overweight; Price Target: $140.00)*

**Investment Thesis**

While not immune to COVID-19 headwinds, iRhythm is one of the few MedTech companies that stands to potentially benefit longer-term, as the current environment has shined a light on the company's unique telehealth capabilities. COVID-19 aside, we see the company as well positioned to continue driving strength through (1) an enhanced portfolio of XT and AT driving broader adoption and improved account penetration, (2) a competitive advantage over other patch-based monitors with two weeks of continuous monitoring capabilities, and (3) the ZEUS algorithm, which we continue to see as one of the company's major competitive advantages. With concerns around the ongoing CPT process also set to be resolved in the coming months, we remain bullish on the name and reiterate our Overweight rating here.

**Valuation**

Our Dec 2020 price target of $140 values the shares at 11x our 2021 revenue forecast, roughly in line with where high-growth peers trade today. We feel this is justified by iRhythm's above-peer growth rate and significant market opportunity, partially offset by the level of spend the company continues to see as it works to develop these untapped opportunities. With significant upside to our price target from current levels, we reaffirm our Overweight rating.

**Risks to Rating and Price Target**

Risks to our Overweight rating and price target include (1) a competitive landscape that includes several significantly larger competitors; (2) new patch-based monitoring devices pursued by competitors; (3) a history of earnings losses.

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

J.P.Morgan

# iRhythm: Summary of Financials

| Income Statement - Annual | FY18A | FY19A | FY20E | FY21E | FY22E | Income Statement - Quarterly | 1Q20E | 2Q20E | 3Q20E | 4Q20E |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 147 | 215 | 223 | 345 | 427 | Revenue | 64 | 37 | 50 | 72 |
| COGS | (39) | (52) | (61) | (79) | (93) | COGS | (16) | (13) | (14) | (18) |
| **Gross profit** | 108 | 162 | 162 | 265 | 334 | **Gross profit** | 47 | 25 | 36 | 54 |
| SG&A | (133) | (180) | (199) | (254) | (283) | SG&A | (48) | (43) | (47) | (61) |
| **Adj. EBITDA** | (26) | (24) | (48) | 16 | 67 | **Adj. EBITDA** | (0) | (25) | (17) | (13) |
| D&A | (2) | (3) | (10) | (17) | (23) | D&A | (1) | (1) | (1) | (1) |
| **Adj. EBIT** | (46) | (55) | (87) | (46) | (11) | **Adj. EBIT** | (9) | (31) | (24) | (23) |
| Net Interest | (3) | (2) | (1) | (1) | 0 | Net Interest | (0) | (0) | (0) | (0) |
| **Adj. PBT** | (47) | (55) | (87) | (45) | (10) | **Adj. PBT** | (9) | (31) | (25) | (23) |
| Tax | 0 | (0) | 0 | 0 | 0 | Tax | (0) | 0 | 0 | 0 |
| Minority Interest | - | - | - | - | - | Minority Interest | - | - | - | - |
| **Adj. Net Income** | (47) | (55) | (87) | (45) | (10) | **Adj. Net Income** | (9) | (31) | (25) | (23) |
| Reported EPS | (1.98) | (2.16) | (3.19) | (1.62) | (0.36) | Reported EPS | (0.34) | (1.13) | (0.89) | (0.82) |
| **Adj. EPS** | (1.98) | (2.16) | (3.19) | (1.62) | (0.36) | **Adj. EPS** | (0.34) | (1.13) | (0.89) | (0.82) |
| DPS | - | - | - | - | - | DPS | - | - | - | - |
| Payout ratio | - | - | - | - | - | Payout ratio | - | - | - | - |
| Shares outstanding | 24 | 25 | 27 | 28 | 28 | Shares outstanding | 27 | 27 | 28 | 28 |

| Balance Sheet & Cash Flow Statement | FY18A | FY19A | FY20E | FY21E | FY22E | Ratio Analysis | FY18A | FY19A | FY20E | FY21E | FY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 20 | 20 | 5 | 6 | 35 | Gross margin | 73.7% | 75.5% | 72.7% | 77.0% | 78.2% |
| Accounts receivable | 22 | 24 | 24 | 35 | 41 | EBITDA margin | (17.8%) | (11.0%) | (21.6%) | 4.7% | 15.7% |
| Inventories | 2 | 4 | 5 | 7 | 9 | EBIT margin | (31.0%) | (25.5%) | (39.0%) | (13.3%) | (2.7%) |
| Other current assets | 62 | 124 | 47 | 51 | 68 | Net profit margin | (32.1%) | (25.4%) | (39.1%) | (13.1%) | (2.4%) |
| **Current assets** | 106 | 173 | 81 | 99 | 153 | | | | | | |
| PP&E | 9 | 26 | 46 | 61 | 77 | ROE | (69.9%) | (57.1%) | (80.4%) | (48.1%) | (7.5%) |
| LT investments | - | - | - | - | - | ROA | (37.4%) | (25.6%) | (33.5%) | (20.2%) | (4.0%) |
| Other non current assets | 4 | 107 | 88 | 71 | 53 | ROCE | (44.8%) | (42.0%) | (61.8%) | (38.7%) | (7.7%) |
| **Total assets** | 120 | 306 | 215 | 231 | 283 | SG&A/Sales | 90.5% | 83.7% | 89.4% | 73.7% | 66.2% |
| | | | | | | Net debt/equity | 0.3 | 0.1 | 0.3 | 0.1 | NM |
| Short term borrowings | 0 | 2 | 0 | 0 | 0 | | | | | | |
| Payables | 2 | 8 | 10 | 12 | 15 | P/E (x) | NM | NM | NM | NM | NM |
| Other short term liabilities | 27 | 42 | 8 | 8 | 8 | P/BV (x) | 51.4 | 22.4 | 40.2 | 31.6 | 20.5 |
| **Current liabilities** | 29 | 52 | 17 | 20 | 23 | EV/EBITDA (x) | NM | NM | NM | 176.0 | 42.1 |
| Long-term debt | 35 | 33 | 30 | 18 | 7 | Dividend Yield | - | - | - | - | - |
| Other long term liabilities | 0 | 86 | 86 | 87 | 87 | | | | | | |
| **Total liabilities** | 64 | 171 | 134 | 125 | 116 | Sales/Assets (x) | 1.2 | 1.0 | 0.9 | 1.5 | 1.7 |
| Shareholders' equity | 56 | 135 | 82 | 106 | 167 | Interest cover (x) | NM | NM | NM | 25.5 | - |
| Minority interests | - | - | - | - | - | Operating leverage | 109.7% | 43.3% | 1460.2% | (87.3%) | (312.5%) |
| **Total liabilities & equity** | 120 | 306 | 215 | 231 | 283 | | | | | | |
| BVPS | 2.34 | 5.36 | 2.99 | 3.81 | 5.86 | Revenue y/y Growth | 53.7% | 45.7% | 4.0% | 54.4% | 24.0% |
| *y/y Growth* | (33.6%) | 129.4% | (44.3%) | 27.5% | 54.1% | EBITDA y/y Growth | 50.6% | (9.8%) | 103.6% | (133.6%) | 312.5% |
| Net debt/(cash) | 15 | 14 | 25 | 12 | (29) | Tax rate | 0.0% | (0.1%) | (0.0%) | 0.0% | 0.0% |
| | | | | | | Adj. Net Income y/y Growth | 53.1% | 15.3% | 59.9% | (48.2%) | (77.5%) |
| **Cash flow from operating activities** | (29) | (22) | (28) | 25 | 80 | EPS y/y Growth | 44.9% | 9.0% | 47.7% | (49.2%) | (77.9%) |
| o/w Depreciation & amortization | 2 | 3 | 10 | 17 | 23 | DPS y/y Growth | - | - | - | - | - |
| o/w Changes in working capital | (13) | (30) | (3) | (12) | (8) | | | | | | |
| **Cash flow from investing activities** | 34 | (89) | (4) | (12) | (39) | | | | | | |
| o/w Capital expenditure | (5) | (20) | (29) | (32) | (39) | | | | | | |
| *as % of sales* | 3.5% | 9.5% | 13.2% | 9.4% | 9.1% | | | | | | |
| **Cash flow from financing activities** | 6 | 112 | 17 | (12) | (12) | | | | | | |
| o/w Dividends paid | - | - | - | - | - | | | | | | |
| o/w Net debt issued/(repaid) | 4 | 0 | (3) | (12) | (12) | | | | | | |
| **Net change in cash** | 11 | 0 | (15) | 1 | 29 | | | | | | |
| **Adj. Free cash flow to firm** | (55) | (83) | (124) | (1) | 122 | | | | | | |
| *y/y Growth* | (29.7%) | 50.2% | 50.0% | (99.5%) | (21636.7%) | | | | | | |

Source: Company reports and J.P. Morgan estimates.

Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

North America Equity Research
08 June 2020

J.P.Morgan

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

All authors named within this report are research analysts unless otherwise specified. In Europe, Sector Specialists may be shown on this report as contacts but are not authors of the report or part of the Research Department.

## Important Disclosures

- **Market Maker:** J.P. Morgan Securities LLC makes a market in the securities of iRhythm.

- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to iRhythm.

- **Manager or Co-manager:** J.P. Morgan acted as manager or co-manager in a public offering of securities or financial instruments (as such term is defined in Directive 2014/65/EU) for iRhythm within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: iRhythm.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: iRhythm.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from iRhythm.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from iRhythm.

- **Debt Position:** J.P. Morgan may hold a position in the debt securities of iRhythm, if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

**iRhythm (IRTC, IRTC US) Price Chart**



| Date | Rating | Price ($) | Price Target ($) |
|------|--------|-----------|------------------|
| 30-Jul-17 | OW | 40.87 | 54 |
| 05-Jan-18 | OW | 58.55 | 62 |
| 14-Feb-18 | OW | 59.06 | 67 |
| 02-May-18 | OW | 59.28 | 70 |
| 01-Aug-18 | OW | 75.55 | 100 |
| 12-Feb-19 | OW | 83.19 | 110 |
| 31-Jul-19 | OW | 83.30 | 125 |
| 08-May-20 | OW | 119.65 | 140 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Nov 14, 2016. All share prices are as of market close on the previous business day.

24

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

J.P.Morgan

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.

J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Marcus, Robert J**: Abbott Laboratories (ABT), AtriCure (ATRC), Baxter Intl (BAX), Becton, Dickinson & Co (BDX), Boston Scientific Corporation (BSX), CONMED (CNMD), Conformis (CFMS), Dexcom (DXCM), Edwards Lifesciences (EW), Endologix (ELGX), Glaukos (GKOS), Inogen Inc (INGN), Insulet Corp (PODD), Integra LifeSciences (IART), Intersect ENT (XENT), Medtronic PLC (MDT), Nevro (NVRO), NuVasive, Inc. (NUVA), Penumbra (PEN), Silk Road Medical (SILK), SmileDirectClub (SDC), Stryker Corp (SYK), The Cooper Companies, Inc. (COO), TransMedics Group (TMDX), Wright Medical Group NV (WMGI), Zimmer Biomet Holdings Inc (ZBH), iRhythm (IRTC)

**J.P. Morgan Equity Research Ratings Distribution, as of April 04, 2020**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
| --- | --- | --- | --- |
| J.P. Morgan Global Equity Research Coverage | 46% | 40% | 14% |
| IB clients* | 52% | 49% | 37% |
| JPMS Equity Research Coverage | 44% | 42% | 14% |
| IB clients* | 75% | 68% | 57% |

*Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months. Please note that the percentages might not add to 100% because of rounding.
For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

Any data discrepancies in this report could be the result of different calculations and/or adjustments.

Any long form nomenclature for references to China; Hong Kong; Taiwan; and Macau within this research report are Mainland China; Hong Kong SAR, China; Taiwan, China; Macau SAR, China.

**Options and Futures related research:** If the information contained herein regards options or futures related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit

25

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

North America Equity Research
08 June 2020

J.P.Morgan

https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Changes to Interbank Offered Rates (IBORs) and other benchmark rates:** Certain interest rate benchmarks are, or may in the future become, subject to ongoing international, national and other regulatory guidance, reform and proposals for reform. For more information, please consult: https://www.jpmorgan.com/global/disclosures/interbank_offered_rates

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal entity responsible for the production of research**: The legal entity identified below the name of the Reg AC research analyst who authored this report is the legal entity responsible for the production of this research. Where multiple Reg AC research analysts authored this report with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research.

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **Germany**: This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsich and also by J.P. Morgan AG (JPM AG) which is a member of the Frankfurt stock exchange and is regulated by the Federal Financial Supervisory Authority (BaFin), JPM AG is a company incorporated in the Federal Republic of Germany with registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. JP Morgan Chase Bank, N.A., Hong Kong is organized under the laws of U.S.A. with limited liability. **China**: J.P. Morgan Securities (China) Company Limited has been approved by CSRC to conduct the securities investment consultancy business. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number – INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 018/04/2020 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 070/09/2019], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE. **Russia:** CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Argentina:** JPMorgan Chase Bank Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission")

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of

Robbie Marcus, CFA
(1-212) 622-6657
robert.j.marcus@jpmorgan.com

**North America Equity Research**
08 June 2020

J.P.Morgan

publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors, as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Advisers Act 2008). The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** This report is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. The information contained herein is not, and under no circumstances is to be construed as an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. **Dubai:** This report has been distributed to persons regarded as professional clients or market counterparties as defined under the DFSA rules. **Brazil:** Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised April 04, 2020.

**Copyright 2020 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**