# Exhibit BB

# EXHIBIT FILED UNDER SEAL