QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Kristin Tahler (Bar No. 261908)
kristintahler@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

Christopher Porter (*pro hac vice*)
chrisporter@quinnemanuel.com
700 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone: (713) 221-7000

Jesse Bernstein (*pro hac vice*)
Brenna Nelinson (*pro hac vice*)
Amy Shehan (*pro hac vice*)
Emily M. Erickson (*pro hac vice*)
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com
amyshehan@quinnemanuel.com
emilyerickson@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC., and QUENTIN BLACKFORD,<br><br>Defendants. | Case No. 3:24-cv-706-JSC<br><br>**DECLARATION OF KRISTIN TAHLER IN SUPPORT OF DEFENDANTS' SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Before: Hon. Jacqueline Scott Corley |

Case No. 3:24-cv-706-JSC

## DECLARATION OF KRISTIN TAHLER

I, Kristin Tahler, state that:

1.     I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, am admitted to practice before this Court, and am counsel of record for Defendants iRhythm Technologies, Inc. ("iRhythm") and Quentin Blackford (collectively, "Defendants") in this matter.  I make this declaration in Support of Defendants' Sur-Reply in Further Opposition to Plaintiff's Motion for Class Certification, and I have personal, firsthand knowledge of the facts set forth herein.

2.     Attached as **Exhibit 39** is a true and correct copy of a chart prepared by iRhythm for submission to the U.S. Food & Drug Administration ("FDA"), summarizing events from October 4, 2021 through November 17, 2021, bearing Bates iRhythm00003997 through iRhythm00004005.

3.     Attached as **Exhibit 40** is a true and correct copy of an iRhythm complaint investigation summary dated November 17, 2021, bearing Bates iRhythm00390133 through iRhythm00390134.

4.     Attached as **Exhibit 41** is a true and correct copy of an email thread between iRhythm employees, dated November 4, 2022, bearing Bates iRhythm00008355 through iRhythm00008356.

5.     Attached as **Exhibit 42** is a true and correct copy of an email thread between iRhythm and J.P. Morgan, dated November 1, 2022, bearing Bates iRhythm00090048 through iRhythm00090050.

6.     Attached as **Exhibit 43** is a true and correct copy of an email thread between iRhythm and BTIG, dated November 1, 2022, bearing Bates iRhythm00088975 through iRhythm00088976.

7.     Attached as **Exhibit 44** is a true and correct copy of an excerpt of the deposition transcript of Heidi Lawrence (Lord, Abbett & Co. LLC's Federal Rule of Civil Procedure 30(b)(6) designee), dated December 16, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  March 2, 2026                    */s/ Kristin Tahler*

                                                    Kristin Tahler

                                                    *Attorney for Defendants*

Case 3:24-cv-706-JSC