# EXHIBIT 41

Message

| | |
|---|---|
| **From**: | Shaw, Jason [jason.shaw@irhythmtech.com] |
| **Sent**: | 11/4/2022 10:47:42 AM |
| **To**: | Keenan, Sarah [skeenan@irhythmtech.com]; Oriedo, Sang'ona [soriedo@irhythmtech.com] |
| **CC**: | Kiani, Mazi [mazi.kiani@irhythmtech.com] |
| **Subject**: | Customer Advisory Notice "Recall" publication |

Hi Sarah and Sang'ona,

I want to let you know that we have just received the formal notice from FDA that our Customer Advisory Notice was classified and is considered by FDA to be a "Class II Recall". This is what we expected the classification to be. With the classification determined, FDA will now publish the information on their website as part of what they call the **FDA Enforcement Report**. It is possible that this could lead to external inquiries.

The link isn't active yet but the published details should be found at this link:
https://www.accessdata.fda.gov/scripts/ires/?Event=90954

The information below will appear in the FDA Enforcement Report. As the recall progresses the status and the date terminated will be updated and these changes will be reflected in the FDA Enforcement Report.

- Event ID: 90954

---

- Recall Number: Z-0183-2023
- Product Description: Zio AT Clinical Reference Manual, Part: ALB0031, and Zio AT Important Information Pamphlet, Part: ALB0034. For Zio Ambulatory ECG monitoring system
- Code Information: UDI-DI: 00869770000210; Model/Revision: ALB0031/07, ALB0034/03
- Reason for Recall: Ambulatory ECG monitoring system labeling update: 1) Clinically actionable arrhythmia notifications delayed until patient registration is complete; 2) Patches limited to 100 symptomatic and 500 asymptomatic wireless transmissions; once the maximum transmission limit is reached for either type, any further transmissions for that type will cease. Risk of delayed reporting to health providers.
- Product Quantity: 1,443
- Classification: Class II
- Voluntary/Mandated: Firm Initiated
- Product Type: Devices
- Initial Firm Notification of Consignee or Public: Letter
- Status: Ongoing
- Distribution Pattern: US: MD, NY, FL, TN, WA, AL, MA, AZ, CA, KS, HI, PA, NJ, TX, MN, VA, AR, OR, NC, CO, KY, MS, LA, MI, WI, WV, IN, ID, SC, CT, SD, IA, NV, OK, OH, IL, VT, NH, NE, NM, MO, ME, DC, RI, MT, DE, GA, ND
- Recalling Firm: iRhythm Technologies, Inc.
- Recall Initiation Date: 09/28/2022
- Center Classification Date: 11/04/2022

Date Terminated:



Jason Shaw
Senior Manager, Regulatory Compliance

jason.shaw@irhythmtech.com
irhythmtech.com

Confidential

iRhythm00008356