# EXHIBIT 42

Message

| | |
|---|---|
| **From**: | Zhadkevich, Stephanie [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=63BF975D30934CA4B8DFAD5FD49116C6-STEPHANIE Z] |
| **Sent**: | 11/1/2022 5:12:32 PM |
| **To**: | Gong, Allen K [allen.gong@Jpmorgan.com] |
| **CC**: | Wilson, Daniel [daniel.wilson@irhythmtech.com] |
| **Subject**: | RE: Quick followup - can you provide any more detail on the customer advisory notice for AT? |

Certainly. And that's correct, we have not yet seen addendum B either. Watching closely on our side as well….

Stephanie Zhadkevich
Director, Investor Relations

# iRHYTHM®

(919) 452-5430  Cell
stephanie.zhadkevich@irhythmtech.com
irhythmtech.com

---

**From:** Gong, Allen K <allen.gong@Jpmorgan.com>
**Sent:** Tuesday, November 1, 2022 8:10 PM
**To:** Zhadkevich, Stephanie <stephanie.zhadkevich@irhythmtech.com>
**Cc:** Wilson, Daniel <daniel.wilson@irhythmtech.com>
**Subject:** [EXTERNAL] RE: Quick followup - can you provide any more detail on the customer advisory notice for AT?

Thanks so much for all the color, that makes sense.

Unrelated note – the RVU file (addendum B) is still missing, right? Investors and I are going crazy looking for it.

**ALLEN GONG (HE/HIM)** | NORTH AMERICA EQUITY RESEARCH | **J.P. MORGAN** | 383 MADISON AVENUE, FLOOR 33 | W: 212-622-9520| ALLEN.GONG@JPMORGAN.COM

---

**From:** Zhadkevich, Stephanie <stephanie.zhadkevich@irhythmtech.com>
**Sent:** Tuesday, November 01, 2022 3:53 PM
**To:** Gong, Allen K (CIB Global Research, USA) <allen.gong@Jpmorgan.com>
**Cc:** Wilson, Daniel <daniel.wilson@irhythmtech.com>
**Subject:** RE: Quick followup - can you provide any more detail on the customer advisory notice for AT?

Symptomatic (i.e., patient initiated) and asymptomatic (i.e., auto-triggered or device-detected) wireless transmissions from the Zio AT patch have limits to preserve battery life. Each Zio AT patch is limited to 100 symptomatic (i.e., patient initiated) and 500 asymptomatic (i.e., autotriggered or device-detected) wireless transmissions. The Clinical Reference Manual and associated Important Information Pamphlet for Zio AT System are being updated to inform customers and patients of the maximum wireless transmission limits for the Zio AT monitor. While iRhythm will ship replacement monitors, the notice is meant to explain the importance of responding to iRhythm's outreach efforts when maximum limits are approaching. I'll note that a very small proportion of patients ever reach transmission limits (~3%) with our Zio AT device.

Stephanie

Stephanie Zhadkevich
Director, Investor Relations

iRhythm00090048

# iRHYTHM®

(919) 452-5430  Cell
stephanie.zhadkevich@irhythmtech.com
irhythmtech.com

---

**From:** Gong, Allen K <allen.gong@Jpmorgan.com>
**Sent:** Tuesday, November 1, 2022 6:42 PM
**To:** Zhadkevich, Stephanie <stephanie.zhadkevich@irhythmtech.com>
**Cc:** Wilson, Daniel <daniel.wilson@irhythmtech.com>
**Subject:** [EXTERNAL] RE: Quick followup - can you provide any more detail on the customer advisory notice for AT?

Do you have any more details on what this means?

Zio AT patient- and auto-triggered transmission limits

ALLEN GONG (HE/HIM) | NORTH AMERICA EQUITY RESEARCH | **J.P. MORGAN** | 383 MADISON AVENUE, FLOOR 33 | W: 212-622-9520| ALLEN.GONG@JPMORGAN.COM

---

**From:** Zhadkevich, Stephanie <stephanie.zhadkevich@irhythmtech.com>
**Sent:** Tuesday, November 01, 2022 3:31 PM
**To:** Gong, Allen K (CIB Global Research, USA) <allen.gong@Jpmorgan.com>
**Cc:** Wilson, Daniel <daniel.wilson@irhythmtech.com>
**Subject:** RE: Quick followup - can you provide any more detail on the customer advisory notice for AT?

Evening Allen,

The customer advisory notice contains information related to the importance of the completed registration to initiate the Zio AT service and increases the disclosures in the Zio AT labelling regarding certain device functionality. More specifically, the Zio AT Clinical Reference Manual and Important Information pamphlet were updated as it relates to the Zio AT patient registration process and Zio AT patient- and auto-triggered transmission limits. The Customer Advisory Notice does not relate to or communicate any product or device changes.

A Customer Advisory Notice is a type of Field Action. Here, the Customer Advisory Notice is a correction to the labelling but not associated with the removal or return of the device or other comparable action. Field Action notices, including Customer Advisory Notices, are relatively common in the life sciences industry. When compared to competitor labeling, ours is not outside of industry norms. Happy to connect you with our experts internally to get back to you on more details here if needed.

Stephanie

Stephanie Zhadkevich
Director, Investor Relations

# iRHYTHM®

(919) 452-5430  Cell
stephanie.zhadkevich@irhythmtech.com
irhythmtech.com

---

**From:** Gong, Allen K <allen.gong@Jpmorgan.com>
**Sent:** Tuesday, November 1, 2022 5:51 PM

Confidential

**To:** Zhadkevich, Stephanie <stephanie.zhadkevich@irhythmtech.com>; Wilson, Daniel <daniel.wilson@irhythmtech.com>
**Subject:** [EXTERNAL] Quick followup - can you provide any more detail on the customer advisory notice for AT?

What specifically is being called out/added to the label, and how does it compare to what the competitors have in their own labels?

ALLEN GONG (HE/HIM) | NORTH AMERICA EQUITY RESEARCH | **J.P. MORGAN** | 383 MADISON AVENUE, FLOOR 33 | W: 212-622-9520| ALLEN.GONG@JPMORGAN.COM

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

**Disclaimer**

This email and any attachments are for the sole use of the intended recipient(s), and may contain private, confidential, and privileged material. Any review, copying, or distribution of this email (or attachments) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and attachments. Unintended recipients of this email and any attachments are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

iRhythm00090050