# EXHIBIT 43

Message
_____

| | |
|---|---|
| **From**: | Thibault, Marie [mthibault@btig.com] |
| **Sent**: | 11/1/2022 9:17:04 PM |
| **To**: | Zhadkevich, Stephanie [stephanie.zhadkevich@irhythmtech.com] |
| **CC**: | Eiber, Sam [seiber@btig.com]; Wilson, Daniel [daniel.wilson@irhythmtech.com] |
| **Subject**: | [EXTERNAL] Re: Quick question, not urgent |

Thank you, this is very helpful. I appreciate that detail, clarifies it a great deal.
Have a good night,
Marie

**From:** Zhadkevich, Stephanie <stephanie.zhadkevich@irhythmtech.com>
**Sent:** Tuesday, November 1, 2022 11:40:32 PM
**To:** Thibault, Marie <mthibault@btig.com>
**Cc:** Eiber, Sam <seiber@btig.com>; Wilson, Daniel <daniel.wilson@irhythmtech.com>
**Subject:** [ext] RE: Quick question, not urgent

Evening Marie,

Happy to try to clarify, but please let me know of any follow-up questions.

The customer advisory notice contains information related to the importance of the completed registration to initiate the Zio AT service and increases the disclosures in the Zio AT labelling regarding certain device functionality. More specifically, the Zio AT Clinical Reference Manual and Important Information pamphlet were updated as it relates to the Zio AT patient registration process and Zio AT patient- and auto-triggered transmission limits. Happy to elaborate here if needed.

Through a routine inspection, we learned that FDA had questions about our Zio AT System and our CMS-regulated monitoring services. We initiated a labeling correction and communicated that information through a Customer Advisory Notice, following our assessment of the topics raised and as part of our overall response to the inspection. It does not relate to or communicate any product or device changes; here, the Customer Advisory Notice is a correction to the labelling but not associated with the removal or return of the device or other comparable action. From experience, Customer Advisory Notices, are relatively common in the life sciences industry.

To your point and as you heard on our call, we don't believe that this will have long-term impact. We have reduced our forecast for Zio AT utilization taking into consideration the Customer Advisory Notice that we sent to our Zio AT customers over the past month, as well as the other considerations previously discussed (i.e., lower device returns than historical averages, staffing shortages, delayed integrations, etc.). The impact of the customer advisory notice has less to do with prescribing – we've heard of no pushback from current accounts to date – and more to do with delay in ramping new accounts for Zio AT since the customer advisory notice must be presented to the account while label updates are being made over the next few weeks.

Stephanie

Stephanie Zhadkevich
Director, Investor Relations



(919) 452-5430  Cell
stephanie.zhadkevich@irhythmtech.com
irhythmtech.com

Confidential                                                      iRhythm00088975

**From:** Thibault, Marie <mthibault@btig.com>
**Sent:** Tuesday, November 1, 2022 9:37 PM
**To:** Zhadkevich, Stephanie <stephanie.zhadkevich@irhythmtech.com>
**Cc:** Eiber, Sam <seiber@btig.com>
**Subject:** [EXTERNAL] Quick question, not urgent

Hi Stephanie,
Reading back through our notes, I have to admit I don't totally understand what the Zio AT voluntary notice is about and why it came about. Why is it impacting adoption/prescribing at this point? It seems like just some updates to the clinical reference manual, which wouldn't typically limit use.
Any details you can provide would be helpful! I just want to understand better for our own knowledge of the issue.
Thanks,
Marie

**Marie Thibault**
Managing Director, Medical Technology & Digital Health Equity Research

**BTIG**
**office:** 212.527.3557
**mobile:** 347.828.0856
mthibault@btig.com

www.btig.com

Disclaimer: https://www.btig.com/disclaimer.aspx

**Disclaimer**

This email and any attachments are for the sole use of the intended recipient(s), and may contain private, confidential, and privileged material. Any review, copying, or distribution of this email (or attachments) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and attachments. Unintended recipients of this email and any attachments are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited and may be unlawful.