# EXHIBIT 44

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
---------------------------------------------X
GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL
#27 PENSION AND RETIREMENT FUND, on behalf
of itself and all others similarly
situated,

                              Plaintiffs,

        -against-            Case No.:
                             3:24-cv-706-JSC

IRHYTHM TECHNOLOGIES, INC., and QUENTIN
BLACKFORD,

                              Defendants.
---------------------------------------------X
                DATE: December 16, 2025
                TIME: 9:00 a.m.
```

DEPOSITION of HEIDI LAWRENCE, taken by the Defendants, pursuant to a subpoena and notice and to the Federal Rules of Civil Procedure, held remotely via Zoom Videoconference, before Suzanne Pastor, a Notary Public of the State of New York.

Heidi Lawrence
December 16, 2025

A P P E A R A N C E S:
(All appearances via Zoom)


BERNSTEIN LITOWITZ BERGER & GROSSMANN
Attorneys for the Plaintiffs
    1251 Avenue of the Americas
    New York, New York 10020
BY:   THOMAS SPERBER, ESQ.
    212.554.1939
    thomas.sperber@blbglaw.com


QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attorneys for the Defendants
    295 Fifth Avenue, 9th Floor
    New York, New York 10016
BY:   BRENNA NELINSON, ESQ.
    212.849.7468
    brennanelinson@quinnemanuel.com
AND:  AMY ELIZABETH SHEHAN, ESQ.
    212.849.7356
    amyshehan@quinnemanuel.com
AND:  NATHAN MORGAN, ESQ.
    713.221.7029
    nathanmorgan@quinnemanuel.com


STADLEY RONAN STEVENS & YOUNG, LLP
Attorneys for the Witness
    2005 Market Street, Suite 2600
    Philadelphia, Pennsylvania 19103
BY:   JOSEPH T. KELLEHER, ESQ.
    215.564.8034
    jkelleher@stradley.com




ALSO PRESENT:

  PARKER MILENDER, ESQ., Lord Abbett & Co.

  JOSE RIVERA, Videographer, US Legal


       *      *     *











Heidi Lawrence
December 16, 2025

C E R T I F I C A T E

STATE OF NEW YORK        )
                :      SS.:
COUNTY OF DELAWARE       )

I, SUZANNE PASTOR, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this day, December 17, 2025.

*Suzanne Pastor*

_____
SUZANNE PASTOR