**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Oklahoma
Firefighters Pension and Retirement System*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLAZING EMPLOYERS AND GLAZIERS' UNION LOCAL #27 PENSION AND RETIREMENT FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IRHYTHM TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 3:24-cv-706-JSC<br><br>**DECLARATION OF KATHERINE M. SINDERSON IN SUPPORT OF THE PARTIES' JOINT DISCOVERY DISPUTE LETTER**<br><br>Judge: Honorable Jacqueline Scott Corley |

DECLARATION OF KATHERINE M. SINDERSON
CASE NO. 3:24-CV-706-JSC

I, KATHERINE M. SINDERSON, declare as follows:

1.     I am an attorney admitted to practice before this Court *pro hac vice.* I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLBG") and lead counsel for Lead Plaintiff Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiff" or "Plaintiff") in the above-captioned action. I submit this declaration in support of the parties' discovery dispute joint statement filed herewith. I have personal knowledge of the facts stated herein, and if called to testify, could and would competently thereto.

2.     On June 13, 2025, Plaintiff served its First Set Of Requests For The Production Of Documents on all Defendants. The Requests seek in relevant part:

> **Request No. 1**: All documents and communications concerning, and communications with, the DOJ or any other governmental agency concerning the Zio AT, including but not limited to subpoenas, requests for information, responses, and internal communications regarding such inquiries. This request is not limited to the Relevant Time Period.

> **Request No. 2**: All documents concerning the DOJ Action, including: a) All communications with third parties concerning the DOJ Action and documents concerning such communications; b) All requests for documents, testimony, or information served in the DOJ Action; c) All documents produced in connection with the DOJ Action; . . . g) All transcripts and notes of interview(s) and deposition(s) in the DOJ Action; and h) All draft and final presentations concerning the DOJ Action.

3.     Attached as Exhibit A are excerpts from a March 7, 2026, email chain from Emily Erickson, counsel for Defendants, to Katie M. Sinderson, counsel for Plaintiff, titled "RE: Glazing Employers and Glaziers Union Local #27 Pension and Retirement Fund v. iRhythm Technologies, Inc. – DOJ Communications." The email chain has been modified to remove certain signature blocks and to correct formatting.

4.     Exhibit B, which is a document produced by Defendants bearing Bates number iRhythm00322760, will be submitted by Defendants in unredacted form for *in camera* review.

5.     Attached as Exhibit C is a true and correct copy of excerpted data from Defendants' privilege log, produced to Plaintiff on January 23, 2026, for iRhythm00322760.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2026.

/s/ *Katherine M. Sinderson*
Katherine M. Sinderson