# Exhibit B

## Submitted For In-Camera Review By Defendants