# Exhibit C

# Exhibit C - Excerpt Of Relevant Data From Defendants' Privilege Log Of January 23, 2026, For Challenged Document iRhythm00322760

| DateSent | Production::Begin Bates | To | From | EmailSubject | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|
| 12/8/2023 | iRhythm00322760 | Quentin Blackford <quentin.blackford@irhythmtech.com> | Nicole Greene <nicole.greene*@irhythmtech.com> | FW: iRhythm - FDA communications | Attorney Client and Attorney Work Product | Email chain reflecting legal advice of in-house counsel Nicole Greene* in anticipation of litigation regarding the FDA Warning Letter. |